**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
        swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave., 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

**FARUQI & FARUQI, LLP**
Vahn Alexander (State Bar No. 167373)
Christopher B. Hayes (State Bar No. 277000)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone:  (424) 256-2884
Facsimile:   (424) 256-4885
Email:  valexander@faruqilaw.com
        chayes@faruqilaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, PACIFIC SALES KITCHEN AND BATH CENTERS, INC. AND BEST BUY COMPANY, INC.,<br><br>Defendants. | Case No. 2:12-cv-00125-JAM-JFM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT CO-LEAD INTERIM CLASS COUNSEL**<br><br>Date:  April 18, 2012<br>Time:  9:30 a.m.<br>Courtroom: 6 – 14th Floor, Sacramento<br>Judge:  Honorable John A. Mendez |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT CO-LEAD INTERIM CLASS
COUNSEL PURSUANT TO FED. R. CIV.P. 23(g)(3)
CASE NO. 2:12-cv-00125-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon the motion of plaintiffs Kyle Dei Rossi and Mark Linthicum (collectively, "Plaintiffs") for appointment of co-lead interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3), it is hereby ORDERED as follows:

1. Plaintiffs' motion is GRANTED.
2. Bursor & Fisher, P.A. and Faruqi & Faruqi, LLP are appointed co-lead interim class counsel.
3. Bursor & Fisher, P.A. and Faruqi & Faruqi, LLP shall be responsible for coordinating the activities on behalf of the putative class during pretrial proceedings and shall have the sole authority to:
    a. determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs and the putative class on all matters arising during pretrial proceedings;
    b. coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules;
    c. conduct settlement negotiations on behalf of Plaintiffs and the putative class;
    d. delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the Plaintiffs is conducted efficiently and effectively;
    e. enter into stipulations with opposing counsel as necessary for the conduct of the litigation;
    f. monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and
    g. perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the court.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT CO-LEAD INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV.P. 23(g)(3)
CASE NO. 2:12-cv-00125-JAM-JFM

1

PDF created with pdfFactory trial version www.pdffactory.com

4. All actions filed in the future in this District or transferred to this District that allege claims arising out of the same or substantially similar facts as alleged in the Complaint will be, until further order of this Court, governed by this Order.

IT IS SO ORDERED.

Date: April 18, 2012            /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSELPURSUANT TO FED. R. CIV.P. 23(g)(3)

2

PDF created with pdfFactory trial version www.pdffactory.com