**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
            swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave., 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WHIRLPOOL CORPORATION, PACIFIC SALES KITCHEN AND BATH CENTERS, INC. AND BEST BUY COMPANY, INC., <br><br> Defendants. | Case No. 2:12-CV-00125-JAM-JFM <br><br> Hon. John A. Mendez <br><br> **STIPULATION AND ORDER CONTINUING HEARING DATE AND EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING TIME
FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 2:12-CV-00125-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs filed a Class Action Complaint ("Complaint") against Defendants Whirlpool Corporation ("Whirlpool"), Pacific Sales Kitchen and Bath Centers, Inc. ("Pacific Sales"), and Best Buy, Inc. ("Best Buy") (collectively "Defendants") on January 17, 2012.  Defendants filed a Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and a Motion to Strike Count VIII of Plaintiffs' Class Action Complaint on March 12, 2012. (Dkt. Nos. 17-18).  The motions are set for hearing before this Court on May 16, 2012 at 9:30 a.m.

Plaintiffs' counsel conferred with Defendants' counsel on April 27, 2012 regarding a continuation of the May 16 hearing date, and an extension of time for the parties to file opposition and reply briefs.  Pursuant to Eastern District of California Local Rule 144(a), Plaintiffs and Defendants hereby stipulate that the hearing on Defendants' Motion to Dismiss and Motion to Strike shall be moved to June 20, 2012 at 9:30 a.m.  Pursuant to Eastern District Local Rule 230(a) and (b), Plaintiffs' oppositions shall be due on or before June 6, 2012 and Defendants' replies shall be due on or before June 13, 2012.

Dated: April 30, 2012        Respectfully submitted,

By: ___/s/ Sarah N. Westcot___
        Sarah N. Westcot

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:    (925) 300-4455
Facsimile:     (925) 407-2700
E-Mail:         ltfisher@bursor.com
                    swestcot@bursor.com

*Attorneys for Plaintiffs*

By: /s/ Galen D. Bellamy
        Galen D. Bellamy

WHEELER TRIGG O'DONNELL LLP
Galen D. Bellamy (State Bar No. 231792)
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:    (303) 244-1800

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Facsimile: | (303) 244-1879 |
| Email: | bellamy@wtotrial.com |

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated:   4/30/2012                                /s/ John A. Mendez
                                                             Hon. John A. Mendez
                                                             United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com