**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
        swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave., 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, PACIFIC SALES KITCHEN AND BATH CENTERS, INC. AND BEST BUY COMPANY, INC.,<br><br>Defendants. | Case No. 2:12-CV-00125-JAM-JFM<br><br>Hon. John A. Mendez<br><br>**AMENDED STIPULATION AND ORDER CONTINUING HEARING DATE AND EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiffs filed a Class Action Complaint ("Complaint") against Defendants Whirlpool
2  Corporation ("Whirlpool"), Pacific Sales Kitchen and Bath Centers, Inc. ("Pacific Sales"), and Best
3  Buy, Inc. ("Best Buy") (collectively "Defendants") on January 17, 2012.  Defendants filed a
4  Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and a
5  Motion to Strike Count VIII of Plaintiffs' Class Action Complaint on March 12, 2012.  (Dkt. Nos.
6  17-18).  The motions are set for hearing before this Court on June 20, 2012 at 9:30 a.m.
7    Plaintiffs' counsel conferred with Defendants' counsel on May 25, 2012 regarding a
8  continuation of the June 20 hearing date, and an extension of time for the parties to file opposition
9  and reply briefs.  Pursuant to Eastern District of California Local Rule 144(a), Plaintiffs and
10 Defendants hereby stipulate that the hearing on Defendants' Motion to Dismiss and Motion to
11 Strike shall be moved to July 25, 2012 at 9:30 a.m.  Pursuant to Eastern District Local Rule 230(a)
12 and (b), Plaintiffs' opposition shall be due on or before July 11, 2012 and Defendants' reply shall
13 be due on or before July 18, 2012.

Dated: May 29, 2012                    Respectfully submitted,

                                       By:   */s/ L. Timothy Fisher*
                                             L. Timothy Fisher

                                       **BURSOR & FISHER, P.A.**
                                       L. Timothy Fisher (State Bar No. 191626)
                                       Sarah N. Westcot (State Bar No. 264916)
                                       1990 N. California Blvd., Suite 940
                                       Walnut Creek, CA 94596
                                       Telephone:   (925) 300-4455
                                       Facsimile:   (925) 407-2700
                                       E-Mail:      ltfisher@bursor.com
                                                    swestcot@bursor.com

                                       *Attorneys for Plaintiffs*


                                       By:  /s/ Galen D. Bellamy
                                             Galen D. Bellamy

                                       WHEELER TRIGG O'DONNELL LLP
                                       Galen D. Bellamy (State Bar No. 231792)
                                       1801 California Street, Suite 3600
                                       Denver, Colorado 80202
                                       Telephone:   (303) 244-1800

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING   1
TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE
2:12-CV-00125-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Facsimile:  (303) 244-1879
Email:  bellamy@wtotrial.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: 5/29/2012                                     /s/ John A. Mendez
                                                   Hon. John A. Mendez
                                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com