Galen D. Bellamy (SBN 231792)
Sean G. Saxon (SBN 230054)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:    (303) 244-1800
Facsimile:    (303) 244-1879
Email:        bellamy@wtotrial.com
              saxon@wtotrial.com

Robert D. Swanson (SBN 162816)
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:    (916) 321-4444
Facsimile:    (916) 441-7597
Email:        rswanson@boutinjones.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, PACIFIC SALES KITCHEN AND BATH CENTERS, INC. and BEST BUY STORES, LP,<br><br>Defendants. | CASE NO. 2:12-cv-00125-JAM-JFM<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE AND EXTENDING TIME FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE** |

Plaintiffs filed a Class Action Complaint ("Complaint") against Defendants Whirlpool Corporation ("Whirlpool"), Pacific Sales Kitchen and Bath Centers, Inc. ("Pacific Sales"), and Best Buy, Inc. ("Best Buy") (collectively "Defendants") on January 17, 2012. Defendants filed a Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and a Motion to Strike Count VIII of Plaintiffs' Class Action Complaint on March 12, 2012. (Dkt. Nos.17-18). The motions are set for hearing before this Court on July 25, 2012 at 9:30 a.m. Defendants' counsel conferred with Plaintiffs' counsel on July 12, 2012 regarding a continuation of the July 25 hearing date, and an extension of time for the

Defendants to file a reply brief. Pursuant to Eastern District of California Local Rule 144(a), Plaintiffs and Defendants hereby stipulate that the hearing on Defendants' Motion to Dismiss and Motion to Strike shall be moved to September 5, 2012 at 9:30 a.m. By agreement of the parties, Defendants' replies shall be due on or before August 3, 2012.

Dated: July 13, 2012.                    Respectfully submitted,

By: */s/ Galen D. Bellamy*
    Galen D. Bellamy (SBN 231792)
    Wheeler Trigg O'Donnell LLP
    1801 California Street, Suite 3600
    Denver, Colorado 80202
    Telephone:   (303) 244-1800
    Facsimile:   (303) 244-1879
    Email:       bellamy@wtotrial.com

*Attorney for Defendants*

By: */s/ Sarah N. Westcot*
    L. Timothy Fisher
    L. Timothy Fisher (State Bar No. 191626)
    Sarah N. Westcot (State Bar No. 264916)
    Bursor & Fisher, P.A.
    1990 N. California Blvd., Suite 940
    Walnut Creek, CA 94596
    Telephone:   (925) 300-4455
    Facsimile:   (925) 407-2700
    Email:       ltfisher@bursor.com
                 swestcot@bursor.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: July 18, 2012                 /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Judge

2

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING TIME
FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 2:12-cv-00125-JAM-JFM