Galen D. Bellamy (*pro hac vice*)
Sean G. Saxon (SBN 230054)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:  (303) 244-1879
Email:  bellamy@wtotrial.com
        saxon@wtotrial.com

Bradley A. Benbrook (SBN 177786)
Benbrook Law Group, PC
400 Capitol Mall, Suite 1610
Sacramento, California 95814
Telephone:  (916) 447-4900
Facsimile:  (916) 447-4904
Email:  brad@benbrooklawgroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>WHIRLPOOL CORPORATION, PACIFIC SALES KITCHEN AND BATH CENTERS, INC. and BEST BUY STORES, LP,<br><br>   Defendants. | CASE NO. 2:12-cv-00125-JAM-JFM<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT, DENYING PLAINTIFFS' REQUESTS FOR JUDICIAL NOTICE, AND DENYING DEFENDANTS' MOTION TO STRIKE COUNT VIII AS MOOT** |

Defendants Whirlpool Corporation ("Whirlpool"), Pacific Sales Kitchen and Bath Centers, Inc. ("Pacific Sales"), and Best Buy Stores, LP ("Best Buy") move to dismiss the Class Action Complaint ("Complaint") filed by Plaintiffs Kyle Dei Rossi and Mark Linthicum, on behalf of themselves and a putative class of similarly situated consumers. Also pending before the Court are Plaintiffs' requests for judicial notice, and Defendants' motion to strike Count VIII, which is a list of the consumer protection statutes of 49 states and the District of Columbia.

## ORDER

Having reviewed the parties' briefing and considered the arguments of counsel at the September 5, 2012, hearing, and for the reasons stated on the record at the hearing, Defendants' motion to dismiss is GRANTED in its entirety, with leave to amend all claims except for the claim for unjust enrichment. Any amended complaint shall be filed by September 25, 2012. Defendants' motion to strike Count VIII is denied as moot. Plaintiffs' requests for judicial notice (Dkt. Nos. 37 and 45) are DENIED.

**IT IS SO ORDERED.**

DATED: 9/14/2012                         /s/ John A. Mendez
                                         John A. Mendez
                                         Judge, United States District Court