1  Galen D. Bellamy (SBN 231792)
   Sean G. Saxon (SBN 230054)
2  Wheeler Trigg O'Donnell LLP
   1801 California Street, Suite 3600
3  Denver, Colorado 80202
   Telephone:    (303) 244-1800
4  Facsimile:    (303) 244-1879
   Email:        bellamy@wtotrial.com
5                saxon@wtotrial.com

6  Bradley A. Benbrook (SBN 177786)
   Benbrook Law Group, PC
7  400 Capitol Mall, Suite 1610
   Sacramento, California  95814
8  Telephone:    (916) 447-4900
   Facsimile:    (916) 447-4904
9  Email:        brad@benbrooklawgroup.com

10

11  Attorneys for Defendants

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14  KYLE DEI ROSSI and MARK            CASE NO. 2:12-cv-00125-JAM-JFM
    LINTHICUM, on behalf of themselves and
15  those similarly situated,          **STIPULATION AND [PROPOSED]**
                                       **ORDER FOR EXTENSION OF TIME**
16               Plaintiffs,           **FOR WHIRLPOOL TO RESPOND TO**
                                       **AMENDED COMPLAINT**
17          vs.

18  WHIRLPOOL CORPORATION,

19               Defendant.

20          Plaintiffs filed a First Amended Class Action Complaint ("Complaint") against

21  Defendants Whirlpool Corporation ("Whirlpool") on September 25, 2012.  Under Rule

22  15(a)(1)(C), Whirlpool has until October 9, 2012, to respond to the First Amended Complaint.

23          Whirlpool's counsel conferred with Plaintiffs' counsel on September 28, 2012, regarding

24  an extension of time to respond to the Complaint. Pursuant to Eastern District of California

25  Local Rule 144(a), Plaintiffs and Defendants hereby stipulate that Defendant, Whirlpool, shall

26  have an additional six days to respond to the First Amended Complaint, or until Monday,

27  October 15, 2012.

28

1    Dated:      October 3, 2012

2

3                                    By: */s/ Sean G. Saxon*

Sean G. Saxon (SBN 230054)
Galen D. Bellamy (SBN 231792)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:    (303) 244-1800
Facsimile:    (303) 244-1879
Email:        bellamy@wtotrial.com
            saxon@wtotrial.com

*Attorney for Defendant*

By: */s/ Sarah N. Westcot*

L. Timothy Fisher
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:    (925) 300-4455
Facsimile:    (925) 407-2700
Email:        ltfisher@bursor.com
            swestcot@bursor.com

*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

Dated: 10/3/2012                    /s/ John A. Mendez

                                 Hon. John A. Mendez
                           United States District Judge

1

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

2

3

4

5

6

      I hereby certify that on October 3, 2012, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR WHIRLPOOL TO RESPOND TO AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses listed on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List

7

8

                                     *s/ Sean G. Saxon*
                                       Sean G. Saxon

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28