**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
           swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-JAM-JFM<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE AND EXTENDING TIME FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS** |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING TIME
FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS
CASE NO. 2:12-CV-00125-JAM-JFM

1  Plaintiffs filed a First Amended Class Action Complaint ("Complaint") against Defendant Whirlpool Corporation ("Whirlpool") on September 25, 2012. Defendant filed a Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) on October 15, 2012. (Dkt. No. 59). The motion is set for hearing before this Court on December 5, 2012 at 9:30 a.m.

Plaintiffs' counsel conferred with Defendant's counsel on November 7, 2012 regarding a continuation of the December 5 hearing date, and an extension of time for the parties to file opposition and reply briefs. Pursuant to Eastern District of California Local Rule 144(a), Plaintiffs and Defendant hereby stipulate that the hearing on Defendant's Motion to Dismiss shall be moved to January 23, 2013 at 9:30 a.m. Pursuant to Eastern District Local Rule 230(a) and (b), Plaintiffs' opposition shall be due on or before December 5, 2012 and Defendant's reply shall be due on or before January 9, 2013.

Dated: November 8, 2012            Respectfully submitted,

By:     /s/ Sarah N. Westcot
           Sarah N. Westcot

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:   (925) 300-4455
Facsimile:    (925) 407-2700
E-Mail:        ltfisher@bursor.com
                  swestcot@bursor.com

*Attorneys for Plaintiffs*

By:     /s/ Sean G. Saxon
           Sean G. Saxon

**WHEELER TRIGG O'DONNELL LLP**
Galen D. Bellamy (*pro hac vice*)
Sean G. Saxon (State Bar No. 230054)
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:   (303) 244-1800
Facsimile:    (303) 244-1879
Email:         bellamy@wtotrial.com
                  saxon@wtotrial.com

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING TIME FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS    1
2:12-CV-00125-JAM-JFM

**IT IS SO ORDERED.**

Dated:   11/8/2012                                          /s/ John A. Mendez
                                                        Hon. John A. Mendez
                                                       United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING TIME FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS
2:12-CV-00125-JAM-JFM

2