**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
            swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-JAM-JFM<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER EXTENDING PRE-TRIAL DEADLINES** |

Plaintiffs filed a First Amended Class Action Complaint ("Complaint") against Defendant Whirlpool Corporation ("Whirlpool") on September 25, 2012.  Defendant filed a Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) on October 15, 2012, Plaintiffs' opposed the motion on December 5, 2012, and Defendant submitted a reply in support of the motion on January 9, 2013.  (Dkt. Nos. 59, 62, 63).  On January 16, 2013, the Court ordered the motion submitted without appearance and without argument pursuant to Local Rule 230(g).

Plaintiffs' counsel conferred with Defendant's counsel regarding extending the pre-trial deadlines set forth in the Status (Pre-trial Scheduling) Order of March 27, 2012.  Pursuant to Eastern District of California Local Rule 144(a), Plaintiffs and Defendant hereby stipulate and request that all pre-trial deadlines set forth in the March 27, 2012 Order be postponed pending resolution of Defendant's Motion to Dismiss, at which time the parties will submit a revised schedule of pre-trial deadlines.

Dated: February 8, 2013                    Respectfully submitted,

By: ___/s/ Sarah N. Westcot___
Sarah N. Westcot

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:    (925) 300-4455
Facsimile:    (925) 407-2700
E-Mail:       ltfisher@bursor.com
              swestcot@bursor.com

*Attorneys for Plaintiffs*

By: ___/s/ Sean G. Saxon___
Sean G. Saxon

**WHEELER TRIGG O'DONNELL LLP**
Galen D. Bellamy (*pro hac vice*)
Sean G. Saxon (State Bar No. 230054)
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:    (303) 244-1800
Facsimile:    (303) 244-1879
Email:        bellamy@wtotrial.com
              saxon@wtotrial.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated:  2/8/2013                                                  /s/ John A. Mendez
                                                                  Hon. John A. Mendez
                                                                  United States District Court Judge