**FILED**

APR 1 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1   **BURSOR & FISHER, P.A.**
    L. Timothy Fisher (State Bar No. 191626)
2   Sarah N. Westcot (State Bar No. 264916)
    1990 North California Blvd., Suite 940
3   Walnut Creek, CA 94596
    Telephone: (925) 300-4455
4   Facsimile: (925) 407-2700
    Email:  ltfisher@bursor.com
5           swestcot@bursor.com

6   **BURSOR & FISHER, P.A.**
    Scott A. Bursor (State Bar No. 276006)
7   888 Seventh Avenue
    New York, NY 10019
8   Telephone: (212) 989-9113
    Facsimile:  (212) 989-9163
9   Email:  scott@bursor.com

10  *Attorneys for Plaintiffs*

11  (additional counsel listed on signature page)

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15  KYLE DEI ROSSI and MARK LINTHICUM, on       Case No. 2:12-CV-00125-TLN-JFM
    behalf of themselves and those similarly situated,
16                                              Hon. Troy L. Nunley
17                  Plaintiffs,
                                                **STIPULATION AND [PROPOSED]**
18          v.                                  **ORDER EXTENDING TIME TO**
                                                **FILE AND RESPOND TO SECOND**
19  WHIRLPOOL CORPORATION,                      **AMENDED COMPLAINT**
20
                    Defendant.
21

22

23

24

25

26

27

28

1    Plaintiffs filed a First Amended Class Action Complaint ("Complaint") against Defendant

2   Whirlpool Corporation ("Whirlpool") on September 25, 2012. Dkt. No. 56. Defendant filed a

3   Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) on October 15,

4   2012. Dkt. No. 59. On March 28, 2013, Judge Mendez issued an order granting Defendant's

5   motion without prejudice. Dkt. No. 67. The Court directed Plaintiffs to file a Second Amended

6   Complaint by April 17, 2013, and indicated that Defendant's response would be due within 20 days

7   of the filing of Plaintiffs' Second Amended Complaint.

8    Plaintiffs' counsel conferred with Defendant's counsel on April 11, 2013 regarding an

9   extension of time of Plaintiffs to file their Second Amended Complaint and an extension of time

10  for Defendant to file a responsive pleading. Pursuant to Eastern District of California Local Rule

11  144(a), Plaintiffs and Defendant hereby stipulate that Plaintiffs shall have an additional 7 days to

12  file their Second Amended Complaint, or until April 24, 2013. The parties also stipulate that

13  Defendant shall have an additional 7 days to respond to the Second Amended Complaint, or until

14  May 21, 2013.

15

16  Dated: April 12, 2013                Respectfully submitted,

17                                       **BURSOR & FISHER, P.A**

18

19                                       By:_____/s/ Sarah N. Westcot_____
                                                      Sarah N. Westcot

20                                       L. Timothy Fisher (State Bar No. 191626)

21                                       Sarah N. Westcot (State Bar No. 264916)
                                         1990 N. California Blvd., Suite 940

22                                       Walnut Creek, CA 94596
                                         Telephone:    (925) 300-4455

23                                       Facsimile:    (925) 407-2700
                                         E-Mail:       ltfisher@bursor.com

24                                                     swestcot@bursor.com

                                         *Attorneys for Plaintiffs*
25

26

27

28
     _____
     STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AND RESPOND TO SECOND
     AMENDED COMPLAINT
     CASE NO. 2:12-CV-00125-TLN-JFM

1

2          WHEELER TRIGG O'DONNELL LLP

3          By: /s/ Galen D. Bellamy
                  Galen D. Bellamy
4
5          Galen D. Bellamy (State Bar No. 231792)
           370 Seventeenth Street, Suite 4500
6          Denver, Colorado 80202
           Telephone:   (303) 244-1800
7          Facsimile:   (303) 244-1879
           Email:       bellamy@wtotrial.com
8
           *Attorneys for Defendants*
9

10  **IT IS SO ORDERED.**

11
    Dated:  4/16/13
12
13                                      Hon. Troy L. Nunley
                                        United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AND RESPOND TO SECOND
AMENDED COMPLAINT
CASE NO. 2:12-CV-00125-TLN-JFM