**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
           swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-00125-JAM-JFM<br><br>**SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiffs Kyle Dei Rossi and Mark Linthicum ("Plaintiffs"), by their undersigned attorneys, bring this class action complaint against Whirlpool Corporation ("Whirlpool" or "Defendant"). Plaintiffs' allegations are based upon personal knowledge as to their own acts and upon information and belief as to all other matters.

## JURISDICTION

1.     This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question). This Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

2.     This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because there are more than 100 class members and the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest, fees, and costs, and at least one Class member is a citizen of a state different from Defendant.

## VENUE

3.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Defendant Whirlpool does business throughout this district, and a substantial part of the events giving rise to Plaintiffs' claims took place within this judicial district.

## NATURE OF THE ACTION

4.     This is a class action against Whirlpool for misrepresenting the energy efficiency of KitchenAid KSRG25FV** and KSRS25RV** model refrigerators (hereafter, the "Mislabeled Refrigerators") by promoting them as ENERGY STAR®-qualified and labeling them with the ENERGY STAR® logo.  In fact, the Mislabeled Refrigerators do **not** meet the ENERGY STAR® standards for energy efficiency, and consume significantly more energy than their labels state.[1]

---

[1]  KitchenAid models KSRG25FV** and KSRS25RV** are available in a variety of colors where ** indicates the model's color, *e.g.*, KSRG25FVMS (monochromatic stainless steel), KSRG25FVMT (monochromatic satina), KSRG25FVBL (black), and KSRG25FVWH (white-on-white).  Each of these variations shares the same Energy Guide and ENERGY STAR® label.

SECOND AMENDED CLASS ACTION COMPLAINT

1

5.      ENERGY STAR®-qualified refrigerators are required by the U.S. Department of Energy ("DOE") to use 20% less energy than standard models.  They are more expensive than standard models, but they come with the promise of reduced energy bills that, over time, will generate enough savings to recoup the higher price.  This is the fundamental bargain the ENERGY STAR® program offers: consumers pay a higher up-front price initially, but save more on energy bills over time using the product.  Whirlpool acknowledges this affirmation and promise on its website:

**Q. What does ENERGY STAR® qualified mean?**

A. ENERGY STAR® qualified appliances incorporate advanced technologies that use at least 10-50% less energy and water than standard models — and many Whirlpool® ENERGY STAR® appliances offer even greater efficiency. The money you save on your utility bills can more than make up for the cost of a more expensive but more efficient ENERGY STAR® model. When shopping, look for the ENERGY STAR® mark on the EnergyGuide label of the appliance — that's how to tell if it's ENERGY STAR® qualified.



Source: energystar.gov

http://schedule.whirlpool.com/content.jsp?sectionId=1338#faq&wtpc=&wtcgn=CashForAppliances&wtcgs=CFA_Home&wtti=FaqCFA (last visited Apr. 17, 2013).  With respect to the Mislabeled Refrigerators at issue, Whirlpool maintained a separate KitchenAid-dedicated website with a "Features & Spec" section stating that:  "ENERGY STAR® qualified.  20% more energy efficient than Department of Energy standard" for energy efficiency.

6.      As a result, there is tremendous demand by consumers for ENERGY STAR®-qualified appliances and products that bear the distinctive ENERGY STAR® mark.  "The ENERGY STAR® label is a critical tool for consumers looking to save energy and money with their appliances."  Scott Blake Harris, Department of Energy, General Counsel.  In fact, "[t]he

1   ENERGY STAR mark ranks among the highest level of influence on product purchase among all

2   consumer emblems, similar in ranking to the Good Housekeeping Seal."

3        7.      An independent study commissioned by Whirlpool confirms that the "majority of

4   consumers look for [the] ENERGY STAR label when making purchase decisions."  A 2012

5   National Association of Home Builders ("NAHB") Home Trends & Buyer Preferences survey also

6   acknowledged that ENERGY STAR® appliances were the feature most desired by homebuyers,

7   picked by 94% of respondents.

8        8.      To capitalize on this demand, Whirlpool engaged in a long-term advertising

9   campaign in which Whirlpool utilized various forms of media to consistently and uniformly

10  promote the Mislabeled Refrigerators as ENERGY STAR®-qualified.  For example, Whirlpool's

11  national print media campaign featured the ENERGY STAR® mark, along with energy efficiency

12  messaging, and reached over 550 million consumers in 2009 alone.

13       9.      Defendant's promotion and sale of Mislabeled Refrigerators as ENERGY STAR®-

14  qualified, when in fact they are not, is false and misleading, rendering any promised benefits of

15  energy efficiency and savings illusory.  For Class members who purchased the Mislabeled

16  Refrigerators, the promised savings from reduced energy bills never came.  Instead, Class members

17  were hit with a costly double-whammy: a higher up-front price due to the substantial price premium

18  that ENERGY STAR® refrigerators command in the marketplace, followed by higher energy bills

19  over the refrigerator's useful life, since its actual energy consumption is substantially higher than

20  what was promised.  Each class member paid a higher initial price for their refrigerator and will pay

21  higher energy bills every month – month after month and year after year – for as long as the

22  refrigerator remains in use.

23       10.     Plaintiffs seek relief in this action individually, and as a class action on behalf of

24  similarly situated purchasers of the Mislabeled Refrigerators, for violations of the Magnuson-Moss

25  Warranty Act ("MMWA"), 15 U.S.C. §§ 2301, *et seq.*, for breach of express warranty, for breach of

26  implied warranty of merchantability, for violation of the California Consumers Legal Remedies Act

27  ("CLRA"), Civil Code §§ 1750, *et. seq.*, for violation of the California Unfair Competition Law

28

1   ("UCL"), Bus. & Prof. Code §§ 17200 *et seq.*, and for violation of California's False Advertising
2   Law ("FAL"), Business & Professions Code §§ 17500, *et seq.*

3                                    **THE PARTIES**

4          11.    Plaintiff Kyle Dei Rossi is a citizen of California, residing in Stockton, California.

5          12.    Plaintiff Mark Linthicum is a citizen of California, residing in Los Angeles,
6   California.

7          13.    Defendant Whirlpool is a Delaware corporation with its principal place of business
8   in Benton Harbor, Michigan.  Whirlpool is one of the world's leading manufacturers of home
9   appliances, with annual sales of approximately $18 billion in 2012.  Whirlpool represents that it "is
10  an industry leader in developing high-performance appliances that help conserve the earth's
11  resources and allow homeowners to use resources more efficiently."  Whirlpool's Chairman and
12  CEO, Jeff M. Fettig, boasts on Whirlpool's corporate website that, "At Whirlpool Corporation, we
13  take our environmental responsibilities very seriously.  Just as we have taken a global approach to
14  our home appliance business, we believe our world's environmental issues, such as climate change,
15  must be addressed in a similarly comprehensive way.  This is why we continue to develop
16  innovative products that minimize their impact on the environment while making our consumers'
17  lives easier."  Since 1975, Whirlpool has played a leadership role in crafting every major appliance
18  efficiency regulation, "including a leading role in setting the ENERGY STAR program standards."

19                          **FACTS COMMON TO ALL CLAIMS**

20         **A.     The ENERGY STAR® Promise And Its Significant Effect On Consumers**

21         14.    The Energy Policy and Conservation Act of 1975 ("EPCA"), 42 U.S.C. §§ 6291, *et*
22  *seq.*, established an energy conservation program for major household appliances.  EPCA was
23  amended by the National Energy Conservation Policy Act of 1978 ("NECPA"), Pub. L. 95-619, to,
24  among other things, give the DOE authority to regulate the minimum energy efficiency of several
25  products, including residential refrigerator-freezers.  Further amendments to EPCA in the National
26  Appliance Energy Conservation Act of 1987 ("NAECA"), Pub. L. 100-12, established minimum
27  energy efficiency standards for refrigerator-freezers.  In totality, the ECPA, NAECPA, and NAECA

28

1  give the DOE authority to establish energy efficiency standards for refrigerators, "promote Energy

2  Star compliant technologies," and the power to "preserve the integrity of the Energy Star label." 42

3  U.S.C. § 6294a.

4        15.    ENERGY STAR® is a government-backed program.  The purpose of the program is

5  to "identify and promote energy-efficient products in order to reduce energy consumption, improve

6  energy security, and reduce pollution through voluntary labeling of, or other forms of

7  communication about, products and buildings that meet the highest energy conservation standards."

8  *See* 42 U.S.C. § 6294a.  The program is jointly administered by the DOE and the Environmental

9  Protection Agency ("EPA").

10       16.    To qualify for the ENERGY STAR® program, residential refrigerators, including the

11 Mislabeled Refrigerators, must be at least 20% more energy efficient than the minimum energy

12 efficiency standard mandated by federal law.  The energystar.gov website highlights that the

13 mandatory 20% improvement in energy efficiency is the key product criterion for refrigerators. *See*

14 ENERGY STAR, Refrigerators & Freezers Key Product Criteria,

15 http://www.energystar.gov/index.cfm?c=refrig.pr_crit_refrigerators (last visited Apr. 16, 2013)

16 (providing that the "key product criteria" for full size and compact refrigerators is "[a]t least 20%

17 more energy efficient than the minimum federal government standard").  The website's "for

18 consumers" page provides this same specification information to consumers.[2]

19       17.    Participation in the ENERGY STAR® program has a significant impact on the

20 marketability of products.  The most significant tool used in the ENERGY STAR® program is the

21 ENERGY STAR® label that incorporates the ENERGY STAR® certification mark.  All appliances

22 with the ENERGY STAR® label are required to meet the strict energy efficiency guidelines set by

23 the EPA and the DOE, which require the Mislabeled Refrigerators to use at least 20% less energy

24 than the maximum permitted under the NAECA.

25

26

27 [2] *See* ENERGY STAR, Refrigerators for Consumers, http://www.energystar.gov/index.cfm?fuseaction= find_a_product.showProductGroup&pgw_code=RF (last visited Apr. 16, 2013) ("ENERGY STAR qualified refrigerators are 15% more efficient than non-qualified models and are 20% more efficient than models that simply

28 meet the federal minimum standard for energy efficiency.").

18.     The message and promise conveyed by the ENERGY STAR® logo is that the appliance is ENERGY STAR®-qualified and thus complies with the strict energy efficiency level required by the ENERGY STAR® program.  Because the product is ENERGY STAR® qualified, it will enable consumers to maximize their energy savings while helping to protect the environment. The national retailers that dominate the appliance market rely extensively on ENERGY STAR®-related promotions, as well as the distinctive logo, to sell refrigerators and bring consumers to their stores.



19.     The campaign to promote ENERGY STAR® has continued for well over a decade. To promote the message of energy efficiency and savings, the EPA launched a broad outreach campaign in 1997, encouraging consumers to look for the distinctive ENERGY STAR® label.  The campaign prominently mentioned the environmental benefits of the ENERGY STAR® program, but the focus was still on the financial savings that consumers could realize through superior energy efficiency.  According to the EPA, the first consumer campaign had three key messages:

> **ENERGY STAR saves you money and protects the environment.**   Use of qualified products in your home can mean up to 30 percent savings.
>
> **The second price tag.**  Products have two price tags: the purchase price plus the cost of electricity needed to use the product over its lifetime.
>
> **An easy choice.**   Either the product is energy efficient because it displays the ENERGY STAR label, or it isn't.

20.     To facilitate the guiding principle of easily identifying energy efficient appliances that offer savings on energy bills, the EPA set up specific promotional and labeling guidelines for ENERGY STAR®-qualified appliances and the use of its distinctive ENERGY STAR® mark as a label.  Specifically, the publication titled "Using the Energy Star Identity to Maintain and Build Value" provides examples, guidelines and recommendations by the EPA "on how to get the greatest value of the Certification Mark," *available at* http://www.energystar.gov/ia/partners/logos/downloads/BrandBook508r.pdf .  For one, the mark "may never be associated with products … that do not qualify as ENERGY STAR."  *Id.* at 4.0.

21.     These marketing and educational efforts have culminated in one of the most recognizable, global symbols for energy efficiency.  Scott Blake Harris, General Counsel for the DOE has stated that "[t]he ENERGY STAR® label is a critical tool for consumers looking to save energy and money with their appliances."

22.     In fact, the ENERGY STAR® label was *specifically engineered* to convey a simple message to consumers: that a given appliance meets rigorous energy efficiency standards.   A product either meets ENERGY STAR® criteria, or it does not.  In the words of Whirlpool's Vice President of Government Relations, Tom Catania, "ENERGY STAR Makes it Simple"—it is "[a]warded to products that **meet [] strict efficiency criteria set by the U.S. Department of Energy and the U.S. Environmental Protection Agency**" (emphasis added).

23.     Maura Beard, a former director of strategic communication at the EPA for the ENERGY STAR® Program stated that[3]:

> The value of Energy Star for consumers is the fact that it's binary – that yes/no part of Energy Star, I think is a really important … attribute of the brand.  So, when a consumer's picking a dishwasher, they're not looking at a sticker trying to decide, "Ok, this is a C on an ABCDEF … and trying to decide whether that's how that value of a C might relate to all the other attributes of, of the appliance…  **[W]ith Energy Star, it's a yes/no, it has it or it doesn't, and when it has it, it means one thing** … and I think that has tremendous value for the mainstream marketplace. (emphasis added).

24.     For instance, in a January 2006 letter to the Federal Trade Commission ("FTC"), Whirlpool wrote that "Whirlpool and the Association of Home Appliance Manufacturers (AHAM)

---

[3] Pew Center on Global Climate Change Best Practices Conference, April 7, 2010.

conducted a consumer research study where a nationally representative sample of 1,000 respondents compared the current [ENERGY STAR®] label with three alternatives… The purpose of the study was to … determine which label design which, with an ENERGY STAR® logo added, ***most clearly conveyed high efficiency of that appliance***. The goal was to determine which label provided the consumer with the best information on the relative and absolute energy consumption of a particular model appliance. It was equally important that the label <u>not</u> create the impression that it included information on anything other than energy consumption; that is, that it not imply anything about product quality, product performance or any other non-energy characteristic." (bold and italicized emphasis added, underline in original).

25. The ENERGY STAR® label is more than a symbol. It is "extremely successful as an informational device." Declaration of Catherine Zoi, Assistant Secretary, Office of Energy Efficiency and Renewable Energy, *LG Electronics U.S.A., Inc. v. DOE, et al.*, No. 09-2297-JDB (D.C. Dec. 23, 2009), Dkt. No. 10-7, at ¶ 19. It sends an unequivocal message to consumers: the labeled product is ENERGY STAR® qualified — it meets the mandatory minimum efficiency standard required by the ENERGY STAR® program.

26. The DOE and EPA have found that "[s]ubstantial portions of U.S. households in the surveyed population recognize, understand, and are influenced by the ENERGY STAR label." This is supported by a prominent national survey conducted in 2011, which found that 85% of households had at least a general understanding of the label's purpose, including 75% that had a "high understanding."

27. That same survey found the ENERGY STAR® logo material, influencing the purchasing decisions of 88% of households that recognized it, including 76% whose purchase decisions were influenced "very much" or "somewhat."

28. In September 2010, the EPA prepared a PowerPoint presentation entitled "Energy Star® Sales Associate Training – Refrigerators." The EPA's PowerPoint presentation emphasizes that the ENERGY STAR® logo helps consumers easily identify energy–efficient products and that "[t]he ENERGY STAR mark ranks among the highest level of influence on product purchase

among all consumer emblems, similar in ranking to the *Good Housekeeping Seal*."  The PowerPoint presentation also included the following slide showing that the ENERGY STAR® label has an influence on 91% of consumers:



29.     Moreover, Whirlpool's own internal survey data supports a similar finding of materiality.  On March 14, 2011, Whirlpool issued a press release stating: "According to a Whirlpool Corporation survey … energy efficiency is more important than ever in the purchase decision of consumers shopping for major appliances.  The majority of U.S. consumers (72%) said they actively look for the ENERGY STAR® label when making purchase decisions."  Similarly, on November 5, 2004, Whirlpool submitted a position paper to the DOE stating that "consumers recognize the ENERGY STAR mark as an indication that they will incur lower operating costs with these products."

30.     Earlier this year, on the 20th anniversary of the ENERGY STAR® program, the EPA issued a book entitled "Energy Star® Products – 20 Years of Helping America Save Energy, Save Money and Protect the Environment."  In the book, the EPA stated:

Twenty years later, ENERGY STAR is a ***global symbol for energy efficiency***.  EPA recognizes ENERGY STAR products in more than 60 categories.  More than 80 percent of U.S. consumers recognize and understand the label, collectively buying an estimated 300 million ENERGY STAR qualified products every year. (emphasis added)

31.     In that book, Whirlpool's Government Relations Senior Specialist Nick Gillespie stated:

Throughout the last 20 years, ENERGY STAR has been the market transformation program catalyzing manufacturers to introduce eco-efficient appliances into the market place that significantly benefit the consumer and the environment.  Although ENERGY STAR is a voluntary program, it did not take long for Whirlpool Corporation to see the potential in and help formulate what has been ***one of the most recognizable brands of its kind***....  Our ongoing commitment to the growth, success and integrity of the ENERGY STAR partnership has been a strong source of pride for Whirlpool Corporation for the last 20 years. (emphasis added)

32.     In that same publication, Marc Hoffman, Executive Director of the Consortium for Energy Efficiency ("CEE"),  stated:

When the federal government came up with the concept for ENEGY STAR and then extended it to appliances, CEE carefully deliberated before incorporating the brand into its own plans for advancing efficiency.  Over time the decision of CEE members to adopt ENEGY STAR as their marketing platform for energy efficiency has proven to be a great one.  Surveys show that ENERGY STAR is an important endorsement label for consumers and that it plays an equally important role as a marketing platform for myriad energy efficiency programs.

***

EPA maintains a brand that simply and credibly identifies cost-effective-energy-saving opportunities that do not compromise amenity or reliability.  In turn, CEE members actively promote the ENERGY STAR in their energy-savings programs, thereby simplifying energy efficiency decision-making for their customers and helping to grow the brand.  ENERGY STAR also presents an excellent rallying point for energy efficiency organization and industry to work cooperatively.  We consider ENERGY STAR to be America's most trusted and recognized brand for energy efficiency.

33.     A 2012 NAHB Home Trends & Buyer Preferences survey[4] acknowledged that ENERGY STAR® appliances were the feature most desired by homebuyers, picked by 94% of respondents.

---

[4] According to the NAHB, these results were obtained by surveys performed by NAHB and Better Homes and Gardens.

34.     There is no doubt that appliance manufacturers such as Whirlpool consider the ENERGY STAR® label to be a "promise" of "energy savings," and "energy efficiency."

35.     For example, on September 5, 2008, Whirlpool issued a press release titled "Whirlpool Corporation Leads Industry in Energy Efficiency; Company's ENERGY STAR(R) Qualified Appliances Deliver Promised Savings."  The article, released in response to reports of competitors exceeding reported energy ratings, was released to "reassure consumers that all of its French Door Bottom-Mount refrigerators - sold under the Whirlpool, Maytag, KitchenAid and Amana brands - have legitimately earned the ENERGY STAR credential by rigorously following the required energy testing procedures."  Furthermore, Phil Pejovich, vice president of refrigeration, Whirlpool North America, stated: "We want consumers to know that when they purchase French Door Bottom-Mount refrigerators - and all ENERGY STAR qualified appliances by Whirlpool - they can do so with the confidence that they will deliver energy savings as communicated in-store, on the product and in the product literature."  Mr. Pejovich further added:

> Consumers who proactively seek ENERGY STAR qualified products are being deprived of the opportunity to effectively comparison shop based on energy consumption, not because of a problem with the test procedure, but by the failure of some manufacturers to follow it.

> We also are concerned for companies that purchase products from these manufacturers and re-sell them under their own brand names. They may be unwittingly depriving consumers of the energy savings and environmental benefits they expect of genuine ENERGY STAR qualified refrigerators.

36.     That same day, Michael A. Todman, President of Whirlpool North America, participated in a Morgan Keegan Equity Conference and stated: "***ENERGY STAR qualifications essentially say that there are significant savings from a consumer perspective***.  So against the conventional appliances for electricity, okay, with an appliance that's ENERGY STAR qualified is on average about a 31% savings." (emphasis added).  He further declared: "If you put it into real terms, there is a slight premium that consumers will pay for [ENERGY STAR®] appliances.  But they're looking for pay back and right now on average the pay back period for ENERGY [STAR®] qualified appliances is around three, a little over three years, 3.4 years."

37.     Similarly, on March 9, 2009, Jeff M. Fettig, Chairman and Chief Executive Officer of Whirlpool, attended a Raymond James Institutional Investors Conference and boasted:

> We've been really championing the ENERGY STAR program and fundamentally reducing the energy efficiency in appliances.   We think it's also a compelling value story, and you'll see a lot of this at our point of sale, in stores on our products about the value opportunity for consumers.
>
> This is just an example of a typical product today in the marketplace.  You can see the conventional appliance, which is what I would call a non-ENERGY STAR appliance.  Although the initial purchase price is less, the cost of ownership over a 10-year cycle is higher.  The product on the right is a comparable product with energy efficiency ratings.  You pay a little bit more on the front end, but you save about 20% over the life of the product.  And if you compare that to an existing product that's over 10 years old, then it's more than 50%.  It's a dramatic opportunity for consumers to save and we're seeing very strong interest in our energy offerings in the marketplace today.

38.     In his presentation, Mr. Fettig showed several slides regarding Whirlpool's participation in the ENERGY STAR® program and the savings consumers could expect from purchasing ENERGY STAR®-qualified products in comparison to conventional appliances.  Mr. Fettig's slides included the ENERGY STAR® logo *to represent ENERGY STAR® qualified appliances*:





39.     On April 7, 2010, Tom Catania, Whirlpool's Vice President for Government Relations, participated in the Pew Center on Global Climate Change Best Practices Conference. Mr. Catania made a presentation entitled "Increasing the Value of Energy Efficiency to the Consumer: The Case of Major Home Appliances."  In the presentation, Mr. Catania extolled the virtues of the ENERGY STAR® program and its distinctive and easily recognizable mark.  For example, Mr. Catania presented a slide titled "ENERGY STAR Makes it Simple."  The "Confidential" slide, reproduced below, included the ENERGY STAR® logo and touts the importance of the logo as the "National symbol for energy efficiency."



# ENERGY STAR Makes it Simple



• National symbol for energy efficiency

• Awarded to products that meet of strict efficiency criteria set by the U.S. Department of Energy and the U.S. Environmental Protection Agency



WWW.ENERGYSTAR.GOV

WHIRLPOOL CORPORATION ▪ CONFIDENTIAL

40.    The "Confidential" slide further states that the ENERGY STAR® mark is "[a]warded to products that meet [] strict efficiency criteria set by the U.S. Department of Energy and the U.S. Environmental Protection Agency."

41.    Mr. Catania also acknowledged that 84% of consumers "trust" the ENERGY STAR® program and its distinctive symbol.   Another "Confidential" slide accompanying Mr. Catania's presentation is reproduced below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16      42.      Mr. Catania also stated that in a December, 2008 survey, Harris Interactive

17  discovered that "nearly three quarters (72%) of respondents actively look for the ENERGY STAR®

18  label when making purchasing decisions" and that 84 percent of consumers said that energy "is

19  most important to them when it comes to home appliance efficiency."      One of the other

20  "Confidential" slides from Mr. Catania's presentation is reproduced below:

21
22
23
24
25
26
27
28

**Whirlpool Corporation survey taps into today's eco-conscious consumer**

We commissioned a survey, conducted by Harris Interactive to be fielded online over a three day period in December 2008. In total, 2,042 consumers were surveyed from across all demographics –showing Whirlpool that appliance choice and habits vary across ages, sexes and even marital status.

With savings – on energy, water and money – top-of-mind for today's consumer, the survey took a deep dive into what's really driving consumer appliance purchases today.

A top finding revealed that **84 percent of consumers said that energy - not water or time - is most important to them when it comes to home appliance efficiency. In fact, nearly three quarters (72%) of respondents actively look for the ENERGY STAR® label when making purchasing decisions.**

WHIRLPOOL CORPORATION • CONFIDENTIAL

**B.    Whirlpool's Reliance On The ENERGY STAR® Logo In The Marketing And Sale Of Mislabeled Refrigerators**

43.    Whirlpool sought to capitalize on this tremendous demand for ENERGY STAR® products by conducting a long-term campaign over several years, in several forms of media, in which Defendant consistently and uniformly promoted its products, including the Mislabeled Refrigerators, as ENERGY STAR®-qualified.  Whirlpool advertised and identified these models as ENERGY STAR® qualified products by prominently displaying the ENERGY STAR® symbol in promotional materials, including print, internet, and other media, and by attaching the ENERGY STAR® logo on the Mislabeled Refrigerators themselves.

44.    Whirlpool's Chairman and CEO, Jeff M. Fettig has boasted "[w]e've been really championing the ENERGY STAR program and fundamentally reducing energy efficiency in appliances.  We think it's a compelling value story, and you'll see a lot of this at our point of sale, in stores on our products about the value opportunity for consumers."

45.     In fact, Whirlpool has received numerous awards from the EPA in connection with its marketing and promotion of ENERGY STAR®-qualified products, including seven consecutive ENERGY STAR® awards for "Sustained Excellence."  For example, in 2008 Whirlpool announced that it had received the ENERGY STAR® Award for "Sustained Excellence" for certain key accomplishments, including "integrat[ing] its ENERGY STAR commitment throughout operation by continuously promoting the benefits of ENERGY STAR to its trade partners, employees, and consumers."  Key achievements include, among others:

- Offering a full line of appliances to meet ENERGY STAR® criteria, and that are sold across the nation under high-profile brand names, including Whirlpool, Maytag, Kenmore, and KitchenAid.

- Demonstrating exceptional leadership with regard to ENERGY STAR® training efforts.

- Emphasizing ENERGY STAR® in all internal training materials.

- Making ENERGY STAR® a major focus of external trainings, including outreach to Whirlpool's national retail partners.

46.     In 2009, Whirlpool announced that it had received the Sustained Excellence award for the fourth year in a row for "continuously promot[ing] the benefits of ENERGY STAR to its trade partners, employees, and consumers."  As an active ENERGY STAR® partner since 1998, Whirlpool received the award for the following key accomplishments:

- Developing ENERGY STAR®-themed national promotions, which were featured in Whirlpool's Resource Innovations newsletter and on the ENERGY STAR® Special Deals Finder.

- Offering a full line of appliances that meet ENERGY STAR® criteria and are sold across the nation under various high-profile brand names including Whirlpool, Maytag, Kenmore, KitchenAid, Amana, Gladiator, and others.

47.     In 2010, Whirlpool announced that the "Company [was] being recognized for its exceptional efforts to manufacture, market, and promote ENERGY STAR qualified products."  Whirlpool noted that it received the ENERGY STAR® Award for "Sustained Excellence" for certain key accomplishments, including:

- Delivering ENERGY STAR® training and marketing to retailers, housing industry representatives, utility companies, and consumers. Whirlpool's 2009

---

SECOND AMENDED CLASS ACTION COMPLAINT
17

national print media featured creative executions that included the ENERGY STAR® mark, along with energy and water efficiency messaging that reached over 550 million consumers.

- Educating and training more than 61,000 national retailer sales associates on the benefits of ENERGY STAR®-qualified products.

48.   In 2011, Whirlpool announced that the Company was again awarded the ENERGY STAR® Sustained Excellence recognition for "its outstanding efforts to design, produce, and market ENERGY STAR qualified appliances."  Additional key accomplishments include:

- Providing a hands-on training and learning experience for retail associates in fall 2010.  During a 7-week tour in more than 70 cities across the country, associates learned the latest product innovations and key selling points for ENERGY STAR qualified appliances.

49.   In 2012, Whirlpool announced that it was again awarded the ENERGY STAR® Sustained Excellence award.   According to the EPA, in "2011, Whirlpool stepped up its longstanding commitment to design, produce, and market ENERGY STAR qualified appliances" and was recognized for "its outstanding efforts to design, produce, and market ENERGY STAR qualified appliances."   Additionally, Whirlpool secured over one billion ENERGY STAR® impressions in a wide variety of media including point-of-purchase education and advertising. Specifically, key accomplishments include:

- Offering training and continued education on ENERGY STAR® and energy efficiency for trade customers, designers, key influencers, and sales associates at its innovative World of Whirlpool experience center.
- Promoting ENERGY STAR® through public relations outreach efforts – including press release distribution, targeted media outreach, experimental events, and point-of-purchase education and advertising – achieving more than 1.3 billion impressions in 2011.

50.   Moreover, in September 2008, after news broke that French Door refrigerators made by a competing manufacturer had been found to consume far more energy than their reported energy ratings, Whirlpool issued a press release assuring consumers that all of its refrigerators "have legitimately earned the ENERGY STAR credential by rigorously following the required energy testing procedures."  The press release further stated "Whirlpool Corporation asserts that all of its ENERGY STAR qualified products are in full compliance with ENERGY STAR

1  requirements."   *See*   http://investors.whirlpoo.com/releasedetail.   cfm?ReleaseID=531663   (last

2  visited Sept. 18, 2012).

3      51.   Similarly, Whirlpool aggressively marketed the KSRG25FV** and KSRS25RV**

4  based on their ENERGY STAR® qualification.   Whirlpool conducted a systematic, broadly

5  disseminated, sustained, widespread, multi-year advertising campaign, misrepresenting that the

6  Mislabeled Refrigerators were ENERGY STAR® qualified.   Whirlpool advertised and identified

7  these models as ENERGY STAR®-qualified products by prominently displaying the ENERGY

8  STAR® symbol in promotional materials, including print, internet, and other media, and by

9  attaching the ENERGY STAR® logo on each and every Mislabeled Refrigerator.

10      52.   For example, one of the promotional brochures or print ads for the KSRS25RV

11  printed in March of 2008 (the same time the product was first offered for sale), reproduced below,

12  lists "ENERGY STAR® Qualified" as the first feature of the product, along with an oversized

13  image of the distinctive ENERGY STAR® logo alongside a photo of the model:

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---



Standard-Depth Side-by-Side
Refrigerator






**Flush Advanced Electronic Through-the-Door Ice & Water Dispenser**

From the attractive design to the quick-fill performance, you'll find many reasons to appreciate this through-the-door dispenser. The sleek design includes an LCD display and two pads that are mounted to the back of the dispenser to allow tall and wide-mouthed containers to be filled.



**ExtendFresh™ Temperature Management System**

A system that features a single compressor with independent sensors in the refrigerator and freezer compartments to help monitor temperatures and maintain freshness.

**KSRS25RV – 25 Cu. Ft.**

- ENERGY STAR® Qualified
- Formed Doors
- Flush Advanced Electronic Through-the-Door Ice & Water Dispenser
- LCD Dispenser Display
- Digital Controls
- ExtendFresh™ Temperature Management System
- AquaSense™ Base-Grille Filtration System – Filtered by PUR®
- AquaSense™ In-Door-Ice® Ice Dispensing System
- Automatic Ice Maker
- On Demand Pulsed Defrost System
- Quick-Fill Water Dispenser
- FreshSeal™ Humidity-Controlled Crisper
- FreshChill™ Temperature-Controlled Meat Locker
- FreshSeal™ Deli Locker
- SatinGlide® System
- ClearVue™ Bins with Window
- OptimIce® Feature
- Max Cool
- Foam-in-Place Insulation
- White (WH), Black (BL), or Monochromatic Stainless Steel*

*with monochromatic Apollo grey cabinet (MS) or stainless steel cabinet (MK)

**PRODUCT DIMENSIONS**



Dimensions are for planning purposes only. For complete details, see Installation Instructions packed with product. Specifications subject to change without notice.

**KitchenAid®**
FOR THE WAY IT'S MADE.®

®Registered trademark/™ Trademark of KitchenAid, U.S.A.
©2008. All rights reserved.
KitchenAid • Benton Harbor, Michigan 49022 U.S.A.
®ENERGY STAR is a U.S. registered mark.
PUR® is a registered trademark of The Procter & Gamble Company.
®Shenandoah Cabinetry is a registered trademark of American Woodmark Corporation.
®Zodiaq is a DuPont registered trademark for its quartz surfaces. Only DuPont makes Zodiaq.     (28158RC0308)

03/08

**For Additional Information About KitchenAid® Appliances**

Visit KitchenAid.com or call the Customer Experience Center 1-800-422-1230.

53.     Additionally, one of the promotional brochures or print ads for the KSRG25FV printed in March of 2008 (the same time the product was first offered for sale), reproduced below,

lists "ENERGY STAR® Qualified" as the first feature of the product, along with an oversized image of the distinctive ENERGY STAR® logo alongside a photo of the model:







### Standard-Depth Side-by-Side Refrigerator

**KSRG25FV – 25 Cu. Ft.**

- ENERGY STAR® Qualified
- Flat, Smooth Doors
- Through-the-Door Ice & Water Dispenser
- LCD Dispenser Display
- FreshChill™ Temperature Management System
- AquaSense™ Base-Grille Filtration System – Filtered by PŪR®
- AquaSense™ In-Door-Ice® Ice Dispensing System
- Automatic Ice Maker
- FreshSeal™ Deli Locker
- RollerTrac™ System
- Foam-in-Place Insulation
- Monochromatic Satina® Finish (MT) or Monochromatic Stainless Steel with Monochromatic Apollo Grey Cabinet (MS)

**AquaSense™ Base-Grille Filtration System – Filtered by PŪR®**
A PŪR® filter reduces impurities for fresh-tasting water and is located on the base grille so it doesn't take away usable refrigerator space.

**AquaSense™ In-Door-Ice® Ice Dispensing System**
Featuring an ice bucket that's integrated into the freezer door, this system provides more usable freezer capacity and easier access to ice. An easy-to-grip handle and flat bottom make it simple to remove the ice bucket and place on a table for serving.

**PRODUCT DIMENSIONS**

35½"   49¼"

69¼"

29¼"

33¾"

Dimensions are for planning purposes only. For complete details, see installation instructions packed with product. Specifications subject to change without notice.

**For Additional Information About KitchenAid® Appliances**
Visit KitchenAid.com or call the Customer Experience Center 1-800-422-1230.

**KitchenAid®**
FOR THE WAY IT'S MADE.®

®Registered trademark/™Trademark of KitchenAid, U.S.A.
©2008. All rights reserved.
KitchenAid • Benton Harbor, Michigan 49022 U.S.A.
®/©ENERGY STAR is a U.S. registered mark.
PŪR® is a registered trademark of The Procter & Gamble Company.
®KraftMaid is a registered trademark of Masco Corporation.
03/08                                          (2815BRC0308)

54.     Similarly, Whirlpool's 2009 KitchenAid catalogue includes a section entitled "Freestanding Refrigerators," which includes the Mislabeled Refrigerators. That section prominently states, "All KitchenAid freestanding refrigerators are ENERGY STAR qualified." A copy of the promotion, along with an oversized image of the distinctive ENERGY STAR® logo is reproduced below:



55.     Similarly, for the years 2008-2011, Defendant's website www.InsideAdvantage.com featured an "ENERGY STAR® Qualified Product" link, which directed consumers to a webpage replicated below:

**ENERGY STAR® Qualified Appliances**

What's better than having access to more than 300 ENERGY STAR® qualified appliances—all from one source? How about an easy way to find just the ones you're looking for.  Search below to find just the products you need for your homes.

Search by Brand
Jenn-Air®

KitchenAid®
Maytag®
Whirlpool®
Amana®
Gladiator® GarageWorks

**Just how efficient are they?**

If you're interested in digging into the data to help inform your decisions, we're happy to oblige. Click the links below for charts that let you compare the water and energy efficiency of products.

**ENERGY STAR® Qualified Appliances**

- Whirlpool ENERGY STAR® Qualifying Clothes Washers

- Whirlpool ENERGY STAR® Qualifying Dishwashers

- Whirlpool ENERGY STAR® Qualifying Refrigerators

56.     The "ENERGY STAR® Qualified Product" section also maintained a link to a database or Excel spreadsheet that listed all of the models that were ENERGY STAR®-qualified refrigerators manufactured by Whirlpool, including the Mislabeled Refrigerators. For example, the 2010 spreadsheet attached hereto as Exhibit A states that Models KSRG25FV** and KSRS25RV** are 20% "Better" or more efficient than models that simply meet the federal minimum standard for energy efficiency.

57.     Similarly, for the years 2008-2011, Defendant's website www.KitchenAid.com featured a "Narrow My Options" filter that allowed consumers to search refrigerators for criteria, including:  "Depth," "Door-Style," and Energy Efficiency.  A screenshot of this search feature is reproduced below:



58.     Under the Energy Efficiency option, the only filter or criteria offered was whether the product was "ENERGY STAR Qualified."   Customers selecting or choosing an ENERGY STAR® option are then provided with a list of ENERGY STAR®-qualified products.  By further selecting a specific model, consumers were directed to another webpage briefly identifying the product with a depiction of an oversized ENERGY STAR® logo next to the statement "ENERGY STAR qualified, this product conserves energy and is eligible for energy rebates in select stores." A screenshot of this website display is reproduced below:



59.     As illustrated above, the page also maintained a "learn more" hyperlink which again prominently featured an over-sized ENERGY STAR® logo appearing next to the product in question.  Moreover, the webpage notes that "an ENERGY STAR® qualified appliance uses 10-50% less energy and water than standard models."  Also, as illustrated above, the webpage maintained a    "Features & Specs" link that listed or designated "product features" and "performance" categories, among others, that also stated that the product was ""ENERGY STAR® qualified" and/or that the product was "ENERGY STAR® qualified. 20% more energy efficient than Department of Energy standard."

60.     Furthermore, Whirlpool's website,  www.whirlpool.com, explains the meaning of "ENERGY STAR® Qualified" and directs consumers to "look for the ENERGY STAR mark" when shopping for appliances.  A screenshot of the image on Whirlpool's website is reproduced below:

**Q. What does ENERGY STAR® qualified mean?**

A. ENERGY STAR® qualified appliances incorporate advanced technologies that use at least 10-50% less energy and water than standard models — and many Whirlpool® ENERGY STAR® appliances offer even greater efficiency. The money you save on your utility bills can more than make up for the cost of a more expensive but more efficient ENERGY STAR® model. When shopping, look for the ENERGY STAR® mark on the EnergyGuide label of the appliance — that's how to tell if it's ENERGY STAR® qualified.



Source: energystar.gov

http://schedule.whirlpool.com/content.jsp?sectionId=1338#faq&wtpc=&wtcgn=CashForAppliances&wtcgs=CFA_Home&wtti=FaqCFA (last visited Apr. 17, 2013).

61.    Besides promoting the Mislabeled Refrigerators on its own website, Defendant provided retailers with promotional materials that reinforced Defendant's misleading marketing campaign.  For example, a listing for the KitchenAid KSRG25FVMS on the website of online retail giant Amazon.com highlighted the model's purported ENERGY STAR® qualification at the very top of the product feature list.[5]

62.    Moreover, Lowe's included the Mislabeled Refrigerators' ENERGY STAR® qualification in the product description on its website "KitchenAid® 25.3 Cu. Ft. Side-by-Side Refrigerator (Color: Stainless) ENERGY STAR®," along with an oversized ENERGY STAR® logo displayed next to a photograph of the Mislabeled Refrigerator:

---

[5] Previously available at http://www.amazon.com/Kitchenaid-KSRG25FVMS-Width-Standard-Depth-Architect/dp/B001BELCS/ref=sr_1_1?ie=UTF8&qid= 1326140951&sr=8-1 (last visited Jan. 9, 2012).



63.     An enlarged image from the Lowe's website is reproduced below:



64.     Likewise, the consumer comparison site FindTheBest.com lists the Mislabeled Refrigerators as ENERGY STAR® refrigerators.



*See* http://energy-star-refrigerators.findthebest.com/l/902/KSRG25FV-0 (last visited Sept. 21, 2012).



*See* http://energy-star-refrigerators.findthebest.com/l/908/KSRS25RV-0 (last visited Sept. 21, 2012).

65.     In addition to a comprehensive internet campaign, Whirlpool voluntarily posted the ENERGY STAR® logo on the EnergyGuide label, which was packaged with each of the Mislabeled Refrigerators.   These EnergyGuide labels have been routinely displayed on internet retailers' product websites for the Mislabeled Refrigerators and in or on the display models placed in retail showrooms.[6]

66.     The FTC maintains a website titled: Energy Guidance: Appliance Shopping With the Energy Guide Label.[7]   The site informs consumers about the significance of the ENERGY STAR®

---

[6] *See e.g.*, http://www.ajmadison.com/ajmadison/itemdocs/KSRG25FV-EnergyGuide.pdf (last visited Sept. 21, 2012).
[7] *Available at* http://www.ftc.gov/bcp/edu/ pubs/consumer/homes/rea14.shtm (last visited Sept. 21, 2012).

logo when it appears on a product's Energy Guide label.  The website states: "If you've shopped for appliances, you've seen the bright yellow Energy Guide label. … The more energy efficient an appliance is, the less it costs to run" and "If you see the ENERGY STAR® logo, it means the product is better for the environment because it uses less energy than standard models."



67.     Each of the Mislabeled Refrigerators included one of the following Energy Guide labels bearing the ENERGY STAR® logo:






68.    Besides including the ENERGY STAR® logo on the EnergyGuide label, packaged with each of the Mislabeled Refrigerators, Defendant placed the distinctive logo on the inside of the refrigerator to the right of the temperature panel.  See photographs included in paragraphs 71 and 72 below.

69.    In addition to these various promotional venues, Whirlpool issued press releases reaffirming its commitment and promise of energy savings.  For example, on September 5, 2008, Whirlpool issued a press release titled "Whirlpool Corporation Leads Industry in Energy Efficiency; Company's ENERGY STAR® Qualified Appliances Deliver Promised Savings."  The article, released in response to reports of competitors exceeding reported energy ratings, was released to "reassure consumers that all of its French Door Bottom-Mount refrigerators - sold under the Whirlpool, Maytag, KitchenAid and Amana brands - have legitimately earned the ENERGY STAR credential by rigorously following the required energy testing procedures."  Furthermore, Phil Pejovich, vice president refrigeration, Whirlpool North America, stated: "We want consumers to

1   know that when they purchase French Door Bottom-Mount refrigerators - and all ENERGY STAR

2   qualified appliances by Whirlpool - they can do so with the confidence that they will deliver energy

3   savings as communicated in-store, on the product and in the product literature."

4        70.   On October 23, 2009, Whirlpool once again took the opportunity to reaffirm their

5   compliance with the ENERGY STAR® program and promise of energy savings.  Specifically, on

6   October 23, 2009, in an article titled "Whirlpool Corporation Applauds U.S. Department of

7   Energy's Steps to Enforce Energy Efficiency Standards, the Company stated:  "'We're pleased that

8   DOE is stepping up [ENERGY STAR®] enforcement as these actions are important for several

9   reasons,' said Katrina Helmkamp, senior vice president, product business teams, Whirlpool

10  Corporation.  'They will help ensure manufacturers of appliances are held accountable to deliver ***the***

11  ***energy savings they promise.***  In turn, consumers will be able to confidently use the Energy Guide

12  label to make energy performance comparisons among brands while shopping, and to attain in real

13  world use ***the energy efficiency promised when they purchased the appliance***.'" (emphasis added).

14       **C.   Plaintiffs' Experiences**

15       71.   On December 8, 2008, Plaintiff Kyle Dei Rossi purchased a KitchenAid refrigerator

16  model KSRG25FVMT at 7:21 p.m. from a Best Buy retail store in Stockton, California.  He paid

17  $1,439.99 plus tax, which included a substantial price premium due to its supposed energy

18  efficiency and ENERGY STAR® qualification.  Mr. Dei Rossi is an energy conscious person and

19  goes out of his way to avoid wasting energy.  Like most consumers, he is very familiar with the

20  ENERGY STAR® program and learned about it from numerous news reports that explained the

21  program and from talking to his wife, parents and in-laws.  At the time he purchased the KitchenAid

22  KSRG25FVMT, he understood that the ENERGY STAR® program is a government program that

23  promotes energy efficiency and that the ENERGY STAR® logo indicates that the appliance is more

24  energy efficient than an appliance that does not have the ENERGY STAR® label.  While shopping

25  for a new refrigerator, Mr. Dei Rossi decided to look only at ENERGY STAR® models because he

26  wanted to do the right thing for the environment, meaning that he specifically wanted a model that

27  had greater energy efficiency than conventional refrigerators or standard models that did not display

28

the ENERGY STAR® logo.  He would not have purchased the KitchenAid KSRG25FVMT if he had known that it was not, in fact, ENERGY STAR®-qualified.  The refrigerator he purchased was marked with the ENERGY STAR® logo on the yellow Energy Guide label affixed to the refrigerator.  The refrigerator he purchased also included the ENERGY STAR® logo on the inside of the refrigerator next to the temperature gauge.  The logo is visible whenever the door is opened.  A picture of the ENERGY STAR® logo inside Mr. Dei Rossi's refrigerator is included below.  He saw the ENERGY STAR® logos prior to and at the time of purchase, and understood the logos were a representation and warranty that the refrigerator was ENERGY STAR® qualified or in other words met the standards of energy efficiency established by the ENERGY STAR® program, and that the refrigerator would help him maximize his energy savings while helping to protect the environment.  He relied on these representations and warranties in deciding to purchase the refrigerator, and these representations and warranties were part of the basis of the bargain, in that he would not have purchased the KitchenAid KSRG25FVMT if he had known that it was not, in fact, ENERGY STAR® qualified.  He also understood that the purchase involved a direct transaction between himself and Whirlpool because the refrigerator came with packaging and other materials prepared by Whirlpool, including warranty materials referencing a manufacturer's warranty provided directly to the consumer, indicating that he was purchasing warranty protection directly from Whirlpool as part of the transaction.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17          72.      On December 31, 2008, Plaintiff Mark Linthicum purchased a KitchenAid

18   refrigerator model KSRS25RVHR at a Pacific Sales retail store in Los Angeles, California.  He paid

19   $1,997.00 plus tax, which included a substantial price premium due to its supposed energy

20   efficiency and ENERGY STAR® qualification.  He would not have purchased the KitchenAid

21   KSRS25RVHR if he had known that it was not, in fact, ENERGY STAR®-qualified.  Like Mr. Dei

22   Rossi, Mr. Linthicum is a very energy conscious person.  He wants all of the appliances in his home

23   to be as energy efficient as possible.  Like most consumers, he is very familiar with the ENERGY

24   STAR® program and looks for the ENERGY STAR® logo on all appliances he purchases.  He

25   learned about the ENERGY STAR® program from hearing about it on the news and from speaking

26   to salespeople at stores.  At the time he purchased the KitchenAid KSRS25RVHR, he understood

27   that the ENERGY STAR® program is a government program that promotes energy efficiency and

28

that the ENERGY STAR® logo indicates that the appliance is more energy efficient than an appliance that does not have the ENERGY STAR® label.  Prior to purchasing the KitchenAid KSRS25RVHR, he looked at advertisements for the refrigerator on the internet.  He saw the ENERGY STAR® logo in the internet advertisements.  Prior to purchasing the KitchenAid KSRS25RVHR, he went to the store a couple of times to look at the refrigerators sold by Pacific Sales.  He did not consider purchasing any refrigerator that did not include the ENERGY STAR® logo and only looked at the approximately 20 refrigerators that included the ENERGY STAR® logo, meaning that he specifically wanted a model that had greater energy efficiency than conventional refrigerators or standard models that did not display the ENERGY STAR® logo.  The KitchenAid KSRS25RVHR he purchased was prominently marked with the ENERGY STAR® logo on the door.  He also saw the ENERGY STAR® logo on the yellow Energy Guide tag on the refrigerator.  He also saw the ENERGY STAR® logo on the inside of the refrigerator to the right of the temperature panel.  Mr. Linthicum sees the ENERGY STAR® logo every time he opens his refrigerator.  A picture of the ENERGY STAR® logo inside Mr. Linthicum's refrigerator is included below.  He saw the ENERGY STAR® labels prior to and at the time of purchase, and understood them as a representation and warranty by Whirlpool that the KitchenAid KSRS25RVHR met the standards of energy efficiency established by the ENERGY STAR® program, and that the refrigerator would help him maximize his energy savings while helping to protect the environment. He relied on these representations and warranties in deciding to purchase the KitchenAid KSRS25RVHR, and these representations and warranties were part of the basis of the bargain, in that he would not have purchased the KitchenAid KSRS25RVHR if he had known that it was not, in fact, ENERGY STAR®-qualified.  He also understood that the purchase involved a direct transaction with Whirlpool because the refrigerator came with packaging and other materials prepared by Whirlpool, including warranty materials referencing a manufacturer's warranty provided directly to the consumer, indicating that he was purchasing warranty protection directly from Whirlpool as part of the transaction.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17
18

**D.     DOE Testing And Revocation Of The Mislabeled Refrigerators' ENERGY STAR® Qualification**

19
20
21
22

73.     The success of the ENERGY STAR® program depends on the accuracy and reliability of the ENERGY STAR® logo as an indicator of highly energy efficient products.  To protect the integrity of the ENERGY STAR® label and certification mark, the DOE has evaluated, and verified performance test results to assure the energy performance test results correspond to actual energy savings for consumers.

23
24
25
26
27
28

74.     On March 9, 2011, the DOE notified Whirlpool that it had completed testing of the KSRS25RV* under the Testing Pilot Program and confirmed the model did not meet the ENERGY STAR® efficiency requirement for maximum permitted energy usage.  The testing of this base model (serial number S01624621) was performed by CSA International ("CSA") in Toronto, Canada.  The tests, which commenced on June 15, 2010, were completed on June 29, 2010.  They

were performed by Sinsia Tunguz at CSA and utilized the following key instruments: Kaye-digi-link 4s Plus temperature recorder, a Leica DISTO D2 Laser Distance Meter, a Yokogawa WT210 Power Meter, and a caliper.   A copy of the actual EnergyGuide accompanying the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:



75.     Additional tests were performed by CSA on another base model (serial number S03521620) in the same facilities in Toronto, Canada.  The tests, which commenced on February 14, 2011, were completed on March 2, 2011.  They were performed by Sinsia Tunguz at CSA and utilized the following key instruments: Kaye-digi-link 4s Plus temperature recorder (serial number 44009138), a Leica DISTO D2 Laser Distance Meter (serial number 44009685), and a Yokogawa WT210 Power Meter (serial number 44009685).  A copy of the actual EnergyGuide accompanying the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:





76.     Additional tests were performed by CSA on another base model (serial number S03521622) in the same facilities in Toronto, Canada.  The tests, which commenced on February 14, 2011, were completed on March 2, 2011.  They were performed by Sinsia Tunguz at CSA and utilized the following key instruments:  Kaye-digi-link 4s Plus temperature recorder (serial number 44009138), a Leica DISTO D2 Laser Distance Meter (serial number 44009685), and a Yokogawa WT210 Power Meter (serial number 44009685).   A copy of the actual EnergyGuide accompanying the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:



77.     Additional tests were performed by CSA on another base model (serial number S03521623) in the same facilities in Toronto, Canada.  The tests, which commenced on February 14, 2011, were completed on March 2, 2011.  They were performed by Sinsia Tunguz at CSA and utilized the following key instruments:  Kaye-digi-link 4s Plus temperature recorder (serial number 44009138), a Leica DISTO D2 Laser Distance Meter (serial number 44009685), and a Yokogawa WT210 Power Meter (serial number 44009672).   A copy of the actual EnergyGuide accompanying the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:



78.     On July 18, 2011, the DOE notified Whirlpool that DOE completed testing of the KSRG25FVMS* under the Testing Pilot Program and confirmed the model did not meet the ENERGY STAR® efficiency requirement for maximum permitted energy usage.

79.     The testing of this base model (serial number S00862300) was performed by CSA International ("CSA") in Toronto, Canada.  The tests, which commenced on June 2, 2010, were completed on June 8, 2010.  They were performed by Sinsia Tunguz at CSA and utilized the following key instruments:  Kaye-digi-link 4s Plus temperature recorder, a Leica DISTO D2 Laser Distance Meter, a Yokogawa WT210 Power Meter, and a caliper.   A copy of the actual EnergyGuide accompanying the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:



80.     Additional tests were performed by CSA on another base model (serial number S04427378) in the same facilities in Toronto, Canada.  The tests, which commenced on February 21, 2011, were completed on March 14, 2011.  They were performed by Sinsia Tunguz at CSA and utilized the following key instruments:  Kaye-digi-link 4s Plus temperature recorder (serial number 44009138), a Leica DISTO D2 Laser Distance Meter (serial number 44009685), and a Yokogawa WT210 Power Meter (serial number 44008985).   A copy of the actual EnergyGuide accompanying the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:

81.     Additional tests were performed by CSA on another base model (serial number S04427398) in the same facilities in Toronto, Canada.  The tests, which commenced on February 21, 2011, were completed on March 14, 2011.  They were performed by Sinsia Tunguz at CSA and utilized the following key instruments:  Kaye-digi-link 4s Plus temperature recorder (serial number 44009138), a Leica DISTO D2 Laser Distance Meter (serial number 44009685), and a Yokogawa WT210 Power Meter (serial number 44009537).   A copy of the actual EnergyGuide accompanying the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17



18      82.     Additional tests were performed by CSA on another base model (serial number
19 S04427403) in the same facilities in Toronto, Canada.  The tests, which commenced on February
20 21, 2011, were completed on March 14, 2011.  They were performed by Sinsia Tunguz at CSA and
21 utilized the following key instruments:  Kaye-digi-link 4s Plus temperature recorder (serial number
22 44009138), a Leica DISTO D2 Laser Distance Meter (serial number 44009685), and a Yokogawa
23 WT210 Power Meter (serial number 44009672).   A copy of the actual EnergyGuide accompanying
24 the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:

25
26
27
28



83.     Additional tests were performed by CSA on another base model (serial number S05120055) in the same facilities in Toronto, Canada.  The tests, which commenced on April 25, 2011, were completed on May 2, 2011.  They were performed by Sinsia Tunguz at CSA and utilized the following key instruments:  Kaye-digi-link 4s Plus temperature recorder (serial number 44009138), a Leica DISTO D2 Laser Distance Meter (serial number 44009685), and a Yokogawa WT210 Power Meter (serial number 44009667).   A copy of the actual EnergyGuide accompanying the model tested by the DOE, featuring the ENERGY STAR® logo, is reproduced below:

84.     As a result of these deficiencies, on September 6 and 13 of 2011, Timothy G. Lynch, Deputy General Counsel for the Litigation and Enforcement at the DOE, referred these matters to the EPA for appropriate action.   These e-mail correspondence, which were addressed to Ms. Leslie Jones at the EPA, were also copied to Mr. J.B. Hoyt, Whirlpool's Director of Sustainability & Regulatory Affairs, and Eric J. Sharon, Whirlpool's Senior Counsel.

85.     As a result, the EPA in consultation with the DOE disqualified those models from the ENERGY STAR® program on November 23, 2011 because they did not comply with the requirements of the ENERGY STAR® program.   Specifically, the Mislabeled Refrigerators "did not meet the ENERGY STAR energy efficiency requirement for maximum permitted annual energy

use"  The Mislabeled Refrigerators, which include all models sold between 2008 and 2011, were then removed from the ENERGY STAR® Qualified Products List.

86.    In accordance with guidelines and the EPA's disqualification procedures, these models were then posted on the EPA's list of disqualified models.

87.    Moreover, as a result of the disqualification by the EPA (after consulting with the DOE), Whirlpool was required to immediately cease labeling and shipping the appliance with the ENERGY STAR® logo, remove ENERGY STAR® references from related marketing materials, spec sheets and websites, and cover or remove labels on units within the manufacturer's control.

88.    The KitchenAid models disqualified by the EPA and/or DOE include the models purchased by Plaintiffs Dei Rossi and Linthicum.  The disqualification was not limited to "2011 model-year" refrigerators.   Rather, it applied to all KitchenAid models KSRG25FV** and KSR25RV**, including Plaintiffs' Mislabeled Refrigerators.  In fact, the Mislabeled Refrigerators do not have "model-years."  They have only model numbers that do not change from year to year unless there is a change in energy efficiency.

89.    Defendant Whirlpool did not modify the design or manufacture of the Mislabeled Refrigerators between 2008 and 2011 in any way that would affect the energy efficiency of the refrigerators.  Indeed, the available parts lists for all Whirlpool's KitchenAid models KSRG25FV** and KSR25RV** show they are substantially similar, with the majority of parts unchanged from 2008 through 2011.  The ENERGY STAR® labels affixed to these models were unchanged from 2008 through 2011.  Plaintiffs' counsel has also discovered that the Energy Guide labels were substantially identical from 2008 through 2011.

90.    When a basic model is disqualified by the DOE, the disqualification order includes "all units of a given type of covered product (or class thereof) manufactured by one manufacturer and … have the same primary energy source, which have electrical characteristics that are essentially identical, and which do not have any differing physical or functional characteristics that affect energy consumption."  10 C.F.R. § 430.  All units of KitchenAid models KSRG25FV** and KSR25RV** were manufactured by one manufacturer and have the same primary energy source,

1   and have electrical characteristics that are essentially identical, and which do not have any differing

2   physical or functional characteristics that affect energy consumption.   Thus, the refrigerators

3   purchased by Plaintiffs Dei Rossi and Linthicum in 2008 were identical to those disqualified by

4   EPA and/or DOE in 2011, and were among the units that were disqualified.

5          91.     The DOE allows manufacturers to use the same model numbers if (1) the DOE has

6   not determined that the prior model is noncompliant, and (2) a modification makes the model **more**

7   efficient.  *See* DOE, Guidance, "When does the Department of Energy ('DOE') require changes to

8   model numbers?" (June 4, 2012) (explaining that a private labeler "can reassign an old model

9   number to a new, more efficient model").   Thus, if anything, Plaintiffs' 2008 models are **less**

10  efficient than the models manufactured in 2011.

11         92.     Moreover, industry practice further reinforces that changes in energy efficiency are

12  accompanied by changes in model numbers.   The Association of Home Appliance Manufacturers

13  ("AHAM"), of which Whirlpool is a member, sponsors a Refrigerator-Freezer and Freezer

14  Verification Program to verify the energy consumption value of refrigerators.   According to the

15  guide, "[i]dentical model numbers are to be carried over from a prior year if no physical changes are

16  made to the models that affect their certified rating, the Licensee must provide the Program

17  Laboratory with the old model number and the updated model numbers, which shall be consistent

18  with model numbers reported to DOE, FTC and/or NRCan."  *See* AHAM Procedure Guide.

19         93.     Additionally, Whirlpool's own public statements strongly suggest that that if the

20  Company makes a modification that affects the energy efficiency of a refrigerator, the appliance's

21  model number would also change:

22          We agree that model numbers used for ENERGY STAR qualified products shall
            follow Federal Trade Commission (FTC) and DOE guidelines.  ***Without a change in***
23          ***model numbers when energy efficiency changes, a consumer could*** elect to
            purchase a model on a showroom of a retailer, but ***have no reasonable way of***
24          ***knowing if the model they received from that retailer's inventory matches the***
            ***energy efficiency of the floor model they selected***.  While manufacturers do incur a
25          cost to transition display models on retailers' floors, we believe ***this is a necessary***
            ***step to assume consumers are treated fairly and manufacturers do not game the***
26          ***system***.

27

28

1   Letter from Whirlpool's Government Relations Senior Specialist to Amanda Stevens, EPA

2   ENERGY STAR Appliance Program (Nov. 10, 2010) (emphasis added).

3        94.    Whirlpool is one of the world's leading manufacturers of home appliances,

4   maintaining 65 manufacturing and technology research centers around the world.  Besides playing a

5   leadership role in crafting every major appliance efficiency regulation, "including a leading role in

6   setting the ENERGY STAR program standards", the company maintains rigorous testing

7   procedures.  Whirlpool's laboratories are certified annually by the Canadian Standards Association,

8   and "work closely with them in rigorously demonstrating that the appropriate principles outlined by

9   ISO/IEC 17025 are within [Whirlpool's] process for ENERGY STAR® product qualification."

10   Moreover, Whirlpool touts that "the technical sophistication of our laboratories and the highly

11   advanced skill sets of our engineers are among the best in the world.  Our lab personnel also have

12   expansive job scopes, which include more responsibility than just testing product for energy

13   performance."  *Id.*  According to Whirlpool, the "Whirlpool process includes rigorous equipment

14   maintenance and calibration, detailed lab procedures and comprehensive record keeping on both

15   equipment and test results."  May 27, 2010 Letter from Nick Gillespie (Government Relations

16   Senior Specialist) to EPA concerning ENERGY STAR Draft Lab Requirements.  As such,

17   Whirlpool either (a) tested the Mislabeled Refrigerators before marketing them and, at all times

18   relevant hereto, knew that the models were non-compliant with the requirements of the ENERGY

19   STAR® program or, in the alternative (b) affixed ENERGY STAR® labels to the Mislabeled

20   Refrigerators without testing them, and thus knew the representation concerning their energy

21   efficiency was baseless.  This information is solely within Whirlpool's possession.

22        95.    The Mislabeled Refrigerators are not *and never were* ENERGY STAR® compliant.

23   They fail to meet ENERGY STAR® standards today.  They failed to meet the same standards in

24   2011.  And they failed to meet the same standards in 2008, when Plaintiffs purchased their

25   refrigerators.  Stated otherwise, the Mislabeled Refrigerators have never, at any point, been properly

26   labeled with the ENERGY STAR® logo.  This is analogous to the unauthorized practice of

27   medicine.  Suppose a fraudster misrepresents himself as a board-certified physician and opens a

28

medical clinic, only to be exposed years later.  This does not mean that the fraudster was properly licensed to practice medicine prior to his exposure.  To the contrary, the fraudster was never licensed, and any statements to the contrary were false.  Here, Whirlpool made similar misrepresentations about the ENERGY STAR® status of the Mislabeled Refrigerators.  Just because the DOE disqualified the units in 2011 does not mean they were compliant in 2008.  To the contrary, the DOE's determination means the Mislabeled Refrigerators were *never* properly labeled. Any representation to the contrary was false when it was made.  The Mislabeled Refrigerators failed to work properly from the outset.

96.     The failure of the Mislabeled Refrigerators to comply with ENERGY STAR® standards is a latent defect.  If this defect were known, the Mislabeled Refrigerators would not have been saleable as described, and they would not measure up to the description given to the purchaser. Furthermore, this defect is hidden from purchasers.  Reasonable consumers do not have the knowledge or equipment to assess whether their appliances are ENERGY STAR® compliant.  This information is solely within Whirlpool's possession.

97.     Plaintiffs and Class members who purchased Mislabeled Refrigerators paid a price premium due to their Mislabeled Refrigerator's supposed energy efficiency and ENERGY STAR® qualification, and paid more money in additional energy costs to operate the Mislabeled Refrigerator than each would have paid if the refrigerator had actually met the ENERGY STAR® qualification as represented and promised by Defendant.  The additional energy costs can be reasonably quantified by an appropriate study, and through objective mathematical processes, based on the data from the DOE-initiated testing described herein.

98.     Plaintiffs and the Class members could not have discovered that their refrigerators were not ENERGY STAR® compliant until the DOE's disqualification order was issued on November 21, 2011.  No reasonable consumer has the knowledge or equipment to test appliances for ENERGY STAR® compliance.

**CLASS ACTION ALLEGATIONS**

99.     Plaintiffs seek to represent a class defined as all persons in the United States who purchased a Mislabeled Refrigerator, excluding those who purchased a Mislabeled Refrigerator for resale (hereafter, the "Class").

100.    Plaintiffs also seek to represent a subclass of all Class members who purchased a Mislabeled Refrigerator in the State of California for personal, family or household purposes (hereafter, the "California Subclass").

101.    Members of the Class and the California Subclass are so numerous that their individual joinder herein is impracticable.  On information and belief, members of the Class and California Subclass number in the thousands.  The precise number of Class members and their identities are unknown to Plaintiffs at this time but will be determined through discovery.  Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendant and third party retailers and vendors.

102.    Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members.  Common legal and factual questions include, but are not limited to:

    (a)    whether the Mislabeled Refrigerators were sold bearing false labels misrepresenting them as ENERGY STAR® qualified;

    (b)    whether Defendant violated the Magnuson-Moss Act, 15 U.S.C. §§ 2301, *et seq.*;

    (c)    whether Defendant breached an express warranty made to Plaintiffs and the Class;

    (d)    whether Defendant breached the implied warranty of merchantability made to Plaintiffs and the Class;

    (e)    whether Defendant was unjustly enriched by its conduct;

    (f)    whether Defendant violated the Consumer Legal Remedies Act;

    (g)    whether Defendant violated the Unfair Competition Law;

    (h)    whether Defendant violated the False Advertising Law; and

(i)     whether, as a result of Defendant's misconduct as alleged herein, Plaintiffs and Class members are entitled to restitution, injunctive and/or monetary relief and, if so, the amount and nature of such relief.

103.    Plaintiffs' claims are typical of the claims of Class members because Plaintiffs and Class members purchased Mislabeled Refrigerators bearing false labels stating they were ENERGY STAR®-qualified when in fact they were not.

104.    Plaintiffs are adequate representatives of the Class because their interests do not conflict with the interests of the Class members they seeks to represent, they have retained counsel competent and experienced in prosecuting class actions, and they intend to prosecute this action vigorously.  The interests of Class members will be fairly and adequately protected by Plaintiffs and their counsel.

105.    The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Plaintiffs and Class members.  Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability.  Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

## COUNT I

**(Violation Of The Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*)**

106.    Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

107.     Plaintiffs bring this Count I individually and on behalf of the members of the Class against Defendant.

108.     The Mislabeled Refrigerators are consumer products as defined in 15 U.S.C. § 2301(1).

109.     Plaintiffs and Class members are consumers as defined in 15 U.S.C. § 2301(3).

110.     Defendant is a supplier and warrantor as defined in 15 U.S.C. § 2301(4) and (5).

111.     In connection with the sale of the Mislabeled Refrigerators, Defendant issued written warranties as defined in 15 U.S.C. § 2301(6), which warranted that the products were ENERGY STAR®-qualified and had greater energy efficiency than conventional refrigerators or standard models that did not display the ENERGY STAR® logo.  As defined by Whirlpool, this meant that the Mislabeled Refrigerators were at least 20% more efficient than models that simply meet the federal minimum standard for energy efficiency.

112.     In fact, the Mislabeled Refrigerators did not meet the energy efficiency requirements of the ENERGY STAR® program and were not properly qualified under the program.

113.     By reason of Defendant's breach of warranties stating that the Mislabeled Refrigerators were ENERGY STAR®-qualified, Defendant violated the statutory rights due Plaintiffs and Class members pursuant to the MMWA, 15 U.S.C. §§ 2301 *et seq.*, thereby damaging Plaintiffs and Class members.

114.     Plaintiffs and Class Members were injured as a direct and proximate result of Defendant's breach because: (a) they would not have purchased the Mislabeled Refrigerators on the same terms if the true facts concerning their energy consumption had been known; (b) they paid a price premium due to the mislabeling of the refrigerators as ENERGY STAR®-qualified; (c) the Mislabeled Refrigerators did not perform as promised; and (d) Plaintiffs and Class members have paid and will continue to pay higher energy costs for as long as they continue to use the Mislabeled Refrigerators.

## COUNT II

**(Breach Of Express Warranty)**

115.   Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

116.   Plaintiffs bring this Count II individually and on behalf of the members of the Class against Defendant.

117.   By including the ENERGY STAR® logo on all of the Mislabeled Refrigerators and in advertisements and marketing materials for the Mislabeled Refrigerators, Defendant made affirmations of fact and expressly warranted that the Mislabeled Refrigerators were ENERGY STAR®-qualified and had greater energy efficiency than conventional refrigerators or standard models that did not display the ENERGY STAR® logo.   As defined by Whirlpool, this meant that the Mislabeled Refrigerators were at least 20% more efficient than models that simply meet the federal minimum standard for energy efficiency.

118.   The representation that the Mislabeled Refrigerators were ENERGY STAR®-qualified was reasonably understood to constitute an affirmation of fact and or representation that the Mislabeled Refrigerators possessed certain qualities.

119.   The representation that the Mislabeled Refrigerators were ENERGY STAR® qualified served part of the basis of the bargain for every purchase of those refrigerators by Plaintiffs and the Class.   Plaintiffs and the Class Members reasonably relied upon the ENERGY STAR® logo on the Mislabeled Refrigerators and in the advertisements and marketing materials for the Mislabeled Refrigerators and believed that the Mislabeled Refrigerators were ENERGY STAR®-qualified and had greater energy efficiency than conventional refrigerators or standard models that did not display the ENERGY STAR®  logo.  As defined by Whirlpool, this meant that the Mislabeled Refrigerators were at least 20% more efficient than models that simply meet the federal minimum standard for energy efficiency.

120.   In fact, Defendant breached this warranty because the Mislabeled Refrigerators were not fit for such purposes because they are not and never were ENERGY STAR®-qualified, do not

1    meet the high energy efficiency level required by the ENERGY STAR® program, do not function

2    properly as energy efficient refrigerators within the parameters established by federal law and the

3    ENERGY STAR® program, and use more energy than the ENERGY STAR® program permits.

4          121.   Plaintiffs and Class Members were injured as a direct and proximate result of

5    Defendant's breach because: (a) they would not have purchased the Mislabeled Refrigerators on the

6    same terms if the true facts concerning their energy consumption had been known; (b) they paid a

7    price premium due to the mislabeling of the refrigerators as ENERGY STAR®-qualified; (c) the

8    Mislabeled Refrigerators did not perform as promised; and (d) Plaintiffs and Class members have

9    paid and will continue to pay higher energy costs for as long as they continue to use the Mislabeled

10   Refrigerators.

11         122.   The Mislabeled Refrigerators are packaged with a separate Limited Warranty, which

12   is inoperative to the extent that it attempts to disclaim the express warranty that Whirlpool created

13   by affixing the ENERGY STAR® logo to the Mislabeled Refrigerators.  First, Plaintiffs did not

14   read, understand, or rely upon the Limited Warranty in deciding whether to purchase their

15   Mislabeled Refrigerators.  In fact, they only learned of its terms *after* the sale, in which they *did* rely

16   upon the express warranty created by affixing the ENERGY STAR® logo.  Second, like most

17   consumers, Plaintiffs are not sophisticated in the field of contracts and warranties.  Third, Plaintiffs

18   had no knowledge of the terms of the Limited Warranty, before or after the time of sale.  But they

19   fully expected that ENERGY STAR® qualification was part of the basis of the bargain, in that they

20   would not have purchased their Mislabeled Refrigerators if they had known they were not, in fact,

21   ENERGY STAR®-qualified.   Fourth, any disclaimers in Whirlpool's Limited Warranty are

22   inconspicuous because they are hidden at the end of the Refrigerator User Instructions.   No

23   reasonable consumer (including Plaintiffs) would have expected to find warranty disclaimers in

24   their refrigerator's User Instructions, and no reasonable consumer (including Plaintiffs) would have

25   read the User Instructions *before* purchasing his refrigerator.  Fifth, Plaintiffs did not consider the

26   Limited Warranty to constitute a final, integrated contract.  They *first* understood and relied upon

27   the ENERGY STAR® sticker as an express warranty that the Mislabeled Refrigerators met rigorous

28

1    standards for energy efficiency.  They did not expect or believe that a separate "warranty" hidden at

2    the end of their Refrigerator User Instructions would disclaim the express warranty that Whirlpool

3    created by affixing the ENERGY STAR® logo to the Mislabeled Refrigerators.

### COUNT III

**(Breach Of The Implied Warranty Of Merchantability)**

6         123.    Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set

7    forth herein.

8         124.    Plaintiffs bring this Count III individually and on behalf of the members of the Class

9    against Defendant.

10         125.    By including the ENERGY STAR® logo on the Mislabeled Refrigerators itself, in

11    packaging materials accompanying the Mislabeled Refrigerators, and in advertisements and

12    marketing materials for the Mislabeled Refrigerators, Defendant impliedly warranted that the

13    Mislabeled Refrigerators were fit for their intended purpose in that they were ENERGY STAR®-

14    qualified and had greater energy efficiency than conventional refrigerators or standard models that

15    did not display the ENERGY STAR® logo.   As defined by Whirlpool, this meant that the

16    Mislabeled Refrigerators were at least 20% more efficient than models that simply meet the federal

17    minimum standard for energy efficiency.

18         126.    Defendant breached the warranty implied in the contract for the sale of the

19    Mislabeled Refrigerators in that the Mislabeled Refrigerators could not pass without objection in the

20    trade under the contract description, the goods were not of fair average quality within the

21    description, and the goods were unfit for their intended and ordinary purpose in that they did not

22    function properly as energy efficient refrigerators within the parameters established by federal law

23    and the ENERGY STAR® program,  and they are not adequately labeled and do not conform to the

24    promises and affirmations of fact made on their labels.  This breach occurred at the time of sale and

25    before any expiration of any durational limitation in the form of a limited warranty.  As a result,

26    Plaintiffs and Class members did not receive the goods as impliedly warranted by Defendant to be

27    merchantable.

28

127.    The Mislabeled Refrigerators were labeled, marketed and sold as ENERGY STAR®-qualified appliances.  But they failed to meet the high energy efficiency levels mandated by the ENERGY STAR® program.  They are defective and unfit for ordinary use.  They fail to perform at the minimum level of quality for ENERGY STAR® appliances.

128.    In reliance upon Defendant's labels affixed to the Mislabeled Refrigerators and advertising materials, and in reliance upon Defendant's skill and judgment and the implied warranties of fitness for the purpose, Plaintiffs and Class members purchased the Mislabeled Refrigerators for use as energy efficient refrigerators within the parameters established by federal law and the ENERGY STAR® program.

129.    The Mislabeled Refrigerators were not altered by Plaintiffs and Class members.  The Mislabeled Refrigerators were defective when they left the exclusive control of Defendant.

130.    Defendant knew the Mislabeled Refrigerators would be purchased and used without additional testing for energy efficiency by Plaintiffs and Class members.   The Mislabeled Refrigerators were defectively designed and were unfit for their intended purpose and Plaintiffs and Class members did not receive the goods that are of fair average quality within the description, are not adequately labeled, and do not conform to the promises or affirmations of fact made on the label.

131.    As a direct and proximate cause of Defendant's breach of the implied warranty, Plaintiffs and Class members have been injured and harmed because: (a) they would not have purchased the Mislabeled Refrigerators on the same terms if the true facts concerning their energy consumption had been known; (b) they paid a price premium due to the mislabeling of the refrigerators as ENERGY STAR®-qualified; (c) the Mislabeled Refrigerators did not perform as promised; and (d) Plaintiffs and Class members have paid and will continue to pay higher energy costs for as long as they continue to use the Mislabeled Refrigerators.

132.    The Mislabeled Refrigerators are packaged with a separate Limited Warranty, which is inoperative to the extent that it attempts to disclaim the implied warranty that Whirlpool created by affixing the ENERGY STAR® logo to the Mislabeled Refrigerators.  First, Plaintiffs did not

1  read, understand, or rely upon the Limited Warranty in deciding whether to purchase their

2  Mislabeled Refrigerators.  In fact, they only learned of its terms *after* the sale, in which they *did* rely

3  upon the implied warranty created by affixing the ENERGY STAR® logo.  Second, like most

4  consumers, Plaintiffs are not sophisticated in the field of contracts and warranties.  Third, Plaintiffs

5  had no knowledge of the terms of the Limited Warranty, before or after the time of sale.  But they

6  fully expected that ENERGY STAR® compliance was part of the basis of the bargain, in that they

7  would not have purchased their Mislabeled Refrigerators if they had known they were not, in fact,

8  ENERGY STAR® compliant.   Fourth, any disclaimers in Whirlpool's Limited Warranty are

9  inconspicuous because they are hidden at the end of the Refrigerator User Instructions.  No

10  reasonable consumer (including Plaintiffs) would have expected to find warranty disclaimers in

11  their refrigerator's User Instructions, and no reasonable consumer (including Plaintiffs) would have

12  read the User Instructions *before* purchasing his refrigerator.  Fifth, Plaintiffs did not consider the

13  Limited Warranty to constitute a final, integrated contract.  They *first* understood and relied upon

14  the ENERGY STAR® sticker as an implied warranty that the Mislabeled Refrigerators met rigorous

15  standards for energy efficiency.  They did not expect or believe that a separate "warranty" hidden at

16  the end of their Refrigerator User Instructions would disclaim the implied warranty created by

17  affixing the ENERGY STAR® logo to the Mislabeled Refrigerators.

18  **COUNT IV**

19  **(Violation Of The Consumers Legal Remedies Act, Civil Code §§ 1750, *et. seq.*)**

20  133.    Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set

21  forth herein.

22  134.    Plaintiffs bring this Count IV on behalf of the California Subclass under California

23  law.

24  135.    Plaintiffs and each member of the proposed Classes are "consumers" within the

25  meaning of Civil Code § 1761(d).  The purchases of Mislabeled Refrigerators by consumers

26  constitute "transactions" within the meaning of Civil Code § 1761(e) and the Mislabeled

27  Refrigerators offered by Defendants constitute "goods" within the meaning of Civil Code § 1761(a).

28

SECOND AMENDED CLASS ACTION COMPLAINT

136.   CLRA § 1770(a)(5) prohibits "[r]epresenting that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which he or she does not have."  Whirlpool violated this provision by representing the Mislabeled Refrigerators as ENERGY STAR®-qualified and by misrepresenting the energy efficiency of the Mislabeled Refrigerators.

137.   CLRA § 1770(a)(7) prohibits "[r]epresenting that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another."   Defendant violated this provision by representing the Mislabeled Refrigerators as ENERGY STAR®-qualified and by misrepresenting the energy efficiency of the Mislabeled Refrigerators.

138.   CLRA § 1770(a)(9) prohibits "[a]dvertising goods or services with intent not to sell them as advertised."  Defendant violated this provision by representing the Mislabeled Refrigerators as ENERGY STAR®-qualified and by misrepresenting the energy efficiency of the Mislabeled Refrigerators.

139.   Defendant knew or should have known that the representations concerning the ENERGY STAR® qualification in the context of marketing and promoting the Mislabeled Refrigerators violated consumer protection laws, and that these statements would be relied upon by Plaintiffs and the members of the Classes.

140.   Plaintiffs and California Subclass members suffered injuries caused by Defendant's misrepresentations because: (a) they would not have purchased the Mislabeled Refrigerators on the same terms if the true facts concerning their energy efficiency had been known; (b) they paid a price premium due to the mislabeling of the refrigerators as ENERGY STAR®-qualified; (c) the Mislabeled Refrigerators did not perform as promised; and (d) Plaintiffs and the California Subclass members have paid and will continue to pay higher energy costs for as long as they continue to use the Mislabeled Refrigerators.

141.    On November 29, 2011 and December 8, 2011, prior to the filing of this Complaint, CLRA notice letters were served on Defendant Whirlpool that comply in all respects with California Civil Code § 1782(a).  Plaintiffs Linthicum and Dei Rossi sent letters to Whirlpool via certified mail, return receipt requested, advising Whirlpool that it is in violation of the CLRA and must correct, repair, replace or otherwise rectify the goods alleged to be in violation of § 1770. Whirlpool was further advised that in the event that the relief requested has not been provided within thirty (30) days, Linthicum and Dei Rossi would file this Complaint.  True and correct copies of the CLRA letters sent by Plaintiff Linthicum and Plaintiff Dei Rossi are attached hereto as Exhibits B and C.

142.    Wherefore, Plaintiffs seek damages, restitution, and injunctive relief for this violation of the CLRA.

## COUNT V

**(Violation Of The Unfair Competition Law, Bus. & Prof. Code §§ 17200, *et seq.*)**

143.    Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

144.    Plaintiffs bring this Count V on behalf of the California Subclass under California law.

145.     Defendant is subject to the UCL, Bus. & Prof. Code §§ 17200, *et seq*.  The UCL provides, in pertinent part: "Unfair competition shall mean and include unlawful, unfair or fraudulent business practices and unfair, deceptive, untrue or misleading advertising …."

146.    Defendant's conduct, described herein, violated the "unlawful" prong of the UCL by violating the EPCA, NECPA, NAECA.  These statutes give the DOE authority to establish energy efficiency standards for refrigerators, "promote Energy Star compliant technologies," and the power to "preserve the integrity of the Energy Star label."   42 U.S.C. § 6294a.   Under applicable regulations, the DOE set detailed testing standards for refrigerators to be ENERGY STAR® certified.  10 C.F.R. § 430; 10 C.F.R. § 430.23; 10 C.F.R. § 430 Appx. A to Subpart B; 10 C.F.R. § 430 Appx. A1 to Subpart B.  And as the administrator of the ENERGY STAR® logo, the U.S.

Environmental Protection Agency states that ENERGY STAR® marks "may never be associated with products, homes, or buildings that do not qualify as ENERGY STAR."  ENERGY STAR Identity Guidelines 4.0, ENERGYSTAR.GOV, *available at* http://www.energystar.gov /ia/partners/logos/downloads/BrandBook508r.pdf.   Defendants violated these statutes and regulations by improperly affixing an ENERGY STAR® logo to the Mislabeled Refrigerators.

147.   The MMWA also makes the breach of either a "written warranty" or an "implied warranty" of merchantability a violation of federal law. 15 U.S.C. § 2310(d). Defendant violated, and continues to violate the MMWA as alleged in Counts I.

148.   Defendant's conduct, described herein, also violates the "unfair" prong of the UCL by violating the policy or spirit of the EPCA, NECPA, NAECA, and regulations promulgated thereunder, governing the energy efficiency of refrigerators.  Moreover, Defendant's conduct is unethical, unscrupulous and causes injury to consumers that outweighs its benefits.

149.   Defendant's conduct, described herein, also violates the "fraudulent" prong of the UCL by representing the Mislabeled Refrigerators as ENERGY STAR®-qualified and by misrepresenting the energy efficiency of the Mislabeled Refrigerators.

150.   The UCL defines unfair business competition to include any "unlawful, unfair or fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising. Cal. Bus. & Prof. Code §17200.

151.   A business act or practice is "fraudulent" under the UCL if it actually deceives or is likely to deceive members of the consuming public.

152.   Defendant's conduct caused substantial consumer injury, by selling mislabeled appliances that fail to meet the rigorous energy efficiency standards and guidelines mandated by the DOE and EPA as conveyed by the ENERGY STAR® logo.  There is no countervailing benefit to Defendant's conduct.  No reasonable consumer could have avoided the harm caused by Defendant's conduct, because reasonable consumers lack the knowledge and equipment to test their own appliances for ENERGY STAR®-compliance.  Members of the public are likely to be deceived

1  because they would have no reason to suspect their appliances fail to meet ENERGY STAR®

2  standards, and they would have no reason to test them for compliance.

3    153.    Plaintiffs and California Subclass members suffered lost money or property as a

4  result of Defendant's UCL violations because: (a) they would not have purchased the Mislabeled

5  Refrigerators on the same terms if the true facts concerning their energy efficiency had been known;

6  (b) they paid a price premium due to the mislabeling of the refrigerators as ENERGY STAR®-

7  qualified; (c) the Mislabeled Refrigerators did not perform as promised; and (d) they have paid and

8  will continue to pay higher energy costs for as long as they continue to use the Mislabeled

9  Refrigerators.

10  <u>**COUNT VI**</u>

11  **(Violation Of The False Advertising Law, Business & Professions Code §§ 17500 *et seq.*)**

12    154.    Plaintiffs repeat the allegations contained in the above paragraphs as if fully set forth

13  herein.

14    155.    Plaintiffs bring this Count VI on behalf of the California Subclass under California

15  law.

16    156.    California's FAL (*Bus. & Prof. Code* §§ 17500, *et seq.*) makes it "unlawful for any

17  person to make or disseminate or cause to be made or disseminated before the public in this

18  state, … in any advertising device … or in any other manner or means whatever, including over the

19  Internet, any statement, concerning … personal property or services, professional or otherwise, or

20  performance or disposition thereof, which is untrue or misleading and which is known, or which by

21  the exercise of reasonable care should be known, to be untrue or misleading."

22    157.    Defendant committed acts of false advertising, as defined by § 17500, by using false

23  and misleading statements to promote the sale of Mislabeled Refrigerators, as described above.

24    158.    Defendant knew or should have known, through the exercise of reasonable care that

25  the statements were untrue and misleading.

26

27

28

159.   The misrepresentations and non-disclosures by Defendant of the material facts detailed above constitutes false and misleading advertising and therefore constitutes a violation California's FAL.

160.   Defendant's actions in violation of § 17500 were false and misleading such that the general public is and was likely to be deceived.

161.    Plaintiffs and California Subclass members suffered lost money or property as a result of Defendant's FAL violations because: (a) they would not have purchased the Mislabeled Refrigerators on the same terms if the true facts concerning their energy efficiency had been known; (b) they paid a price premium due to the mislabeling of the refrigerators as ENERGY STAR®-qualified; (c) the Mislabeled Refrigerators did not perform as promised; and (d) they have paid and will continue to pay higher energy costs for as long as they continue to use the Mislabeled Refrigerators.

## **PRAYER FOR RELIEF**

162.   WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, seek judgment against Defendant, as follows:

a.   For an order certifying the nationwide Class and the California Subclass under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiffs as representatives of the Class and California Subclass and Plaintiffs' attorneys as Class Counsel to represent the Class and California Subclass members;

b.   For an order declaring that the Defendant's conduct violates the statutes referenced herein;

c.   For an order finding in favor of Plaintiffs, the nationwide Class, and the California Subclass on all counts asserted herein;

d.   For compensatory and punitive damages in amounts to be determined by the Court and/or jury;

e.   For prejudgment interest on all amounts awarded;

f.   For an order of restitution and all other forms of equitable monetary relief;

g.      For injunctive relief as pleaded or as the Court may deem proper; and

h.      For an order awarding Plaintiffs and the Class and the California Subclass their reasonable attorneys' fees and expenses and costs of suit.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury of all issues so triable.

Dated:  April 24, 2013

**BURSOR & FISHER, P.A.**

By:___*/s/ L. Timothy Fisher*_____
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA  90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

**FARUQI & FARUQI, LLP**
Anthony Vozzolo (*pro hac vice pending*)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
E-Mail: avozzolo@faruqilaw.com

*Attorneys for Plaintiffs and Co-lead Interim Class
Counsel*

I, Kyle Dei Rossi, declare as follows:

1.     I am a plaintiff in this action and a citizen of the State of California.  I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2.     The Complaint filed in this action is filed in the proper place for trial under Civil Code Section 1780(d) in that defendant Whirlpool does business in San Joaquin County and a substantial portion of the transaction complained of occurred in San Joaquin County within the Eastern District of California.  I purchased a KitchenAid Model KSRG25FV French-door refrigerator at a Best Buy store in Stockton, California in 2008.  This refrigerator was marked with an ENERGY STAR® label.  The energy efficiency, as stated on the ENERGY STAR® label, was a substantial factor influencing my decision to purchase this refrigerator.  I would not have purchased the refrigerator if I had known that it was not, in fact, ENERGY STAR® compliant.  If I had not been exposed to the false representations on the ENERGY STAR® label, I would not have purchased this refrigerator.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on January 11, 2012 at Stockton, California.

_____
Kyle Dei Rossi

I, Mark Linthicum, declare as follows:

1.     I am a plaintiff in this action and a citizen of the State of California.  I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2.     The Complaint filed in this action is filed in the proper place for trial under Civil Code Section 1780(d) in that defendant Whirlpool does business in Sacramento County.  I purchased a KitchenAid Model KSRS25RV French-door refrigerator at a Pacific Sales store in California in 2008.  This refrigerator was marked with an ENERGY STAR® label.  The energy efficiency, as stated on the ENERGY STAR® label, was a substantial factor influencing my decision to purchase this refrigerator.  I would not have purchased the refrigerator if I had known that it was not, in fact, ENERGY STAR® compliant because I did not want to incur higher energy costs and I wanted to do the right thing for the environment.  If I had not been exposed to the false representations on the ENERGY STAR® label, I would not have purchased this refrigerator.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on January 11 , 2012 at Los Angeles, California.

_____
Mark Linthicum

# EXHIBIT A

# ENERGY STAR Qualified Refrigerators & Freezers

Last Modified: 06/25/2010

Definitions of Terms Used in Column Headers

| Brand | Model | Configuration | Defrost Type | Compact | Ice | Volume | Adjusted Volume | kWh/year | Federal Standard (kWh/year) | Percent Better | Active | Active Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AMANA** | | | | | | | | | | | | |
| Amana | ABB1921WE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Amana | ABB1922FE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | No | 3/28/06 |
| Amana | ABB1924WE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Amana | ABB1927VE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Amana | ABB192ZWE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Amana | ABB2221WE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 20% | Yes | 11/2/09 |
| Amana | ABB2222FE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | No | 3/28/06 |
| Amana | ABB2224WE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 11/2/09 |
| Amana | ABB2227VE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 2/2/09 |
| Amana | ABB2522FE* | Bottom Freezer | Automatic | No | No | 25.05 | 29.64 | 475 | 595 | 20% | No | 3/28/06 |
| Amana | ABL1921FE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | No | 5/18/06 |
| Amana | ABL1927VE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Amana | ABL192ZWE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Amana | ABL2222FE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | No | 5/18/06 |
| Amana | ABL2227VE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 20% | Yes | 2/2/09 |
| Amana | ABL2522FE* | Bottom Freezer | Automatic | No | No | 25.05 | 29.64 | 475 | 595 | 20% | No | 5/18/06 |
| Amana | ABR1922FE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | No | 5/18/06 |
| Amana | ABR1927VE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Amana | ABR192ZWE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Amana | ABR2222FE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | No | 5/18/06 |
| Amana | ABR2277VE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 2/2/09 |
| Amana | ABR2522FE* | Bottom Freezer | Automatic | No | No | 25.05 | 29.64 | 475 | 595 | 20% | No | 5/18/06 |
| Amana | AFB2234WR* | Bottom Freezer | Automatic | No | No | 22.03 | 25.83 | 459 | 577 | 20% | Yes | 5/27/09 |
| Amana | ASD2620WR*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 1/26/09 |
| Amana | ASD2522WR*0* | Side-by-Side | Automatic | No | Yes | 25.18 | 31.47 | 577 | 724 | 20% | Yes | 1/26/09 |
| Amana | ASD2523WR*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 7/7/09 |
| Amana | ASD2524VE*0* | Side-by-Side | Automatic | No | Yes | 25.41 | 31.70 | 580 | 726 | 20% | Yes | 3/21/08 |
| Amana | ASD2526VE*0* | Side-by-Side | Automatic | No | Yes | 25.41 | 31.70 | 580 | 726 | 20% | Yes | 3/21/08 |
| Amana | KBURLIS19KT** | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 4/23/07 |
| **GLADIATOR** | | | | | | | | | | | | |
| Gladiator | GARF19XXVK0* | Top Freezer | Automatic | No | No | 18.88 | 22.03 | 393 | 492 | 20% | Yes | 2/19/08 |
| **JENNAIR** | | | | | | | | | | | | |
| Jenn-Air | JB36CXF**B0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 2/6/08 |
| Jenn-Air | JB36PPF**B0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 2/6/08 |
| Jenn-Air | JB36REF**B0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 2/6/08 |
| Jenn-Air | JB36SEF**B0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 2/6/08 |
| Jenn-Air | JBL2088WE** | Bottom Freezer | Automatic | No | No | 19.89 | 23.34 | 452 | 566 | 20% | Yes | 11/2/09 |
| Jenn-Air | JBR2088WE** | Bottom Freezer | Automatic | No | No | 19.89 | 23.34 | 452 | 566 | 20% | Yes | 11/2/09 |
| Jenn-Air | JCB2581WE*0* | Side-by-Side | Automatic | No | No | 23.78 | 29.39 | 521 | 652 | 20% | Yes | 1/26/09 |
| Jenn-Air | JCB2582KT*0* | Side-by-Side | Automatic | No | No | 23.78 | 29.39 | 521 | 652 | 20% | Yes | 7/10/08 |
| Jenn-Air | JCB2585WE*0* | Side-by-Side | Automatic | No | No | 23.78 | 29.39 | 521 | 652 | 20% | Yes | 7/10/08 |
| Jenn-Air | JCB2587WE*0* | Side-by-Side | Automatic | No | No | 23.78 | 29.39 | 521 | 652 | 20% | Yes | 7/10/08 |
| Jenn-Air | JCB2586WE*0* | Side-by-Side | Automatic | No | No | 23.78 | 29.39 | 521 | 652 | 20% | Yes | 7/10/08 |
| Jenn-Air | JCD2290HE* | Side-by-Side | Automatic | No | Yes | 23.07 | 28.67 | | | 20% | No | 4/9/04 |
| Jenn-Air | JCD2395WE*0* | Side-by-Side | Automatic | No | Yes | 23.08 | 28.80 | 557 | 697 | 20% | Yes | 9/10/08 |
| Jenn-Air | JCD2591WE*0* | Side-by-Side | Automatic | No | Yes | 24.52 | 30.59 | 571 | 715 | 20% | Yes | 1/26/09 |
| Jenn-Air | JCD2595WE*0* | Side-by-Side | Automatic | No | Yes | 24.52 | 30.59 | 571 | 715 | 20% | Yes | 7/10/08 |
| Jenn-Air | JFC2089W** | Bottom Freezer | Automatic | No | No | 19.62 | 23.07 | 452 | 565 | 20% | Yes | 11/2/09 |
| Jenn-Air | JFC2290V** | Bottom Freezer | Automatic | No | No | 21.79 | 25.27 | 459 | 575 | 20% | Yes | 7/10/08 |
| Jenn-Air | JFI2089A** | Bottom Freezer | Automatic | No | No | 19.83 | 22.96 | 523 | 654 | 20% | Yes | 2/6/08 |
| Jenn-Air | JFI2089W** | Bottom Freezer | Automatic | No | No | 19.83 | 22.96 | 523 | 654 | 20% | Yes | 11/2/09 |
| Jenn-Air | JFI2589A** | Bottom Freezer | Automatic | No | No | 24.91 | 29.07 | 547 | 684 | 20% | Yes | 2/6/08 |
| Jenn-Air | JSD2690KE* | Side-by-Side | Automatic | No | Yes | 25.6 | 31.76 | 580 | 727 | 20% | No | 11/26/05 |
| Jenn-Air | JSD2695KG* | Side-by-Side | Automatic | No | Yes | 25.6 | 31.76 | 580 | 727 | 20% | No | 11/26/05 |
| Jenn-Air | JSD2697KE* | Side-by-Side | Automatic | No | Yes | 25.6 | 31.76 | 580 | 727 | 20% | No | 2/2/05 |
| Jenn-Air | JUD2780BC**0* | Refrigerator Only - Single Door | Automatic | Yes | No | 5.3 | 5.30 | 337 | 422 | 20% | Yes | 8/2/07 |
| Jenn-Air | JUD2780BE**0* | Refrigerator Only - Single Door | Automatic | Yes | No | 5.3 | 5.30 | 337 | 422 | 20% | Yes | 8/2/07 |
| Jenn-Air | JUD248RC** | Refrigerator Only - Single Door | Automatic | Yes | No | 5.1 | 5.10 | 325 | 420 | 23% | Yes | 4/9/08 |
| Jenn-Air | JUD248RW** | Refrigerator Only - Single Door | Automatic | Yes | No | 5.1 | 5.10 | 325 | 420 | 23% | Yes | 9/1/09 |
| Jenn-Air | JUR248*B** | Refrigerator Only - Single Door | Automatic | Yes | No | 5.7 | 5.69 | 338 | 427 | 21% | Yes | 1/31/07 |
| Jenn-Air | JUR248*W** | Refrigerator Only - Single Door | Automatic | Yes | No | 5.7 | 5.69 | 338 | 427 | 21% | Yes | 9/1/09 |
| **KITCHENAID** | | | | | | | | | | | | |
| KitchenAid | K2TLEFFW*0* | Top Freezer | Automatic | No | No | 21.68 | 25.77 | 422 | 529 | 20% | Yes | 7/20/09 |
| KitchenAid | K2TREFFW*0* | Top Freezer | Automatic | No | No | 21.68 | 25.77 | 422 | 529 | 20% | Yes | 7/20/09 |
| KitchenAid | K9TLEFFW*0* | Top Freezer | Automatic | No | No | 18.87 | 22.02 | 393 | 492 | 20% | Yes | 7/20/09 |
| KitchenAid | K9TREFFW*0* | Top Freezer | Automatic | No | No | 18.87 | 22.02 | 393 | 492 | 20% | Yes | 7/20/09 |
| KitchenAid | KBCA06XP | Refrigerator Only - Single Door | Automatic | Yes | No | 5.3 | 5.30 | 328 | 422 | 22% | No | 8/2/05 |
| KitchenAid | KBCO06XP | Refrigerator Only - Single Door | Automatic | Yes | No | 5.3 | 5.30 | 328 | 422 | 22% | No | 8/2/05 |
| KitchenAid | KBFL25EV* | Bottom Freezer | Automatic | No | No | 24.78 | 29.36 | 474 | 594 | 20% | Yes | 2/19/08 |
| KitchenAid | KBFS20EV** | Bottom Freezer | Automatic | No | No | 19.62 | 23.07 | 451 | 565 | 20% | Yes | 2/19/08 |
| KitchenAid | KBFS22EW** | Bottom Freezer | Automatic | No | No | 21.68 | 25.65 | 459 | 574 | 20% | Yes | 4/19/10 |
| KitchenAid | KBFS25EV* | Bottom Freezer | Automatic | No | No | 24.78 | 29.36 | 474 | 594 | 20% | Yes | 2/19/08 |
| KitchenAid | KBFS25EW** | Bottom Freezer | Automatic | No | No | 24.78 | 29.36 | 474 | 594 | 20% | Yes | 10/1/09 |
| KitchenAid | KBLC36FT*0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 8/22/06 |
| KitchenAid | KBLO36FT*0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 8/22/06 |
| KitchenAid | KBLS19KT** | Bottom Freezer | Automatic | No | No | 19.89 | 23.34 | 452 | 566 | 20% | Yes | 2/21/08 |
| KitchenAid | KBLS20EV** | Bottom Freezer | Automatic | No | No | 19.89 | 23.34 | 452 | 566 | 20% | Yes | 2/19/08 |
| KitchenAid | KBLS22EV** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 2/2/09 |
| KitchenAid | KBLS22KV** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 2/2/09 |
| KitchenAid | KBLS22KW** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 11/2/09 |
| KitchenAid | KBLS36FT*0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 8/22/06 |
| KitchenAid | KBRC36FT*0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 8/22/06 |
| KitchenAid | KBRO36FT*0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 8/22/06 |
| KitchenAid | KBRS19KT** | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/21/08 |
| KitchenAid | KBRS20EV** | Bottom Freezer | Automatic | No | No | 19.89 | 23.34 | 452 | 566 | 20% | Yes | 2/2/09 |

| KitchenAid | KBRS22EV** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 2/2/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KitchenAid | KBRS22KV** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 2/2/09 |
| KitchenAid | KBRS22KW** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 11/2/09 |
| KitchenAid | KBRS36FT*0* | Bottom Freezer | Automatic | No | No | 20.46 | 23.70 | 453 | 568 | 20% | Yes | 8/22/06 |
| KitchenAid | KCTA27T**0* | Refrigerator Only - Single Door | Automatic | Yes | No | 5.3 | 5.30 | 337 | 422 | 20% | Yes | 8/2/07 |
| KitchenAid | KDD*24RV* | Refrigerator Only - Single Door | Automatic | Yes | No | 5.1 | 5.10 | 325 | 420 | 23% | Yes | 4/9/08 |
| KitchenAid | KDDA27T**1* | Refrigerator Only - Single Door | Automatic | Yes | No | 5.3 | 5.30 | 337 | 422 | 20% | Yes | 5/25/06 |
| KitchenAid | KDDO27T**1* | Refrigerator Only - Single Door | Automatic | Yes | No | 5.3 | 5.30 | 337 | 422 | 20% | Yes | 5/25/06 |
| KitchenAid | KFCO22EV* | Bottom Freezer | Automatic | No | No | 21.79 | 25.27 | 459 | 575 | 20% | Yes | 5/14/08 |
| KitchenAid | KFCS22EV* | Bottom Freezer | Automatic | No | No | 21.79 | 25.27 | 459 | 575 | 20% | Yes | 5/14/08 |
| KitchenAid | KFIL27CX** | Bottom Freezer | Automatic | No | Yes | 26.64 | 30.99 | 555 | 694 | 20% | Yes | 4/19/10 |
| KitchenAid | KFIS20XV** | Bottom Freezer | Automatic | No | Yes | 19.83 | 22.96 | 523 | 654 | 20% | Yes | 5/14/08 |
| KitchenAid | KFIS25XV** | Bottom Freezer | Automatic | No | Yes | 24.91 | 29.07 | 547 | 684 | 20% | Yes | 5/14/08 |
| KitchenAid | KFIS27CX** | Bottom Freezer | Automatic | No | Yes | 26.64 | 30.99 | 555 | 694 | 20% | Yes | 4/19/10 |
| KitchenAid | KSBP25IV**0* | Side-by-Side | Automatic | No | Yes | 24.5 | 30.56 | 571 | 715 | 20% | Yes | 1/24/08 |
| KitchenAid | KSBS26IV**0* | Side-by-Side | Automatic | No | Yes | 24.5 | 30.56 | 571 | 715 | 20% | Yes | 1/24/08 |
| KitchenAid | KSCK23FV**0* | Side-by-Side | Automatic | No | Yes | 23.07 | 28.77 | 557 | 697 | 20% | Yes | 5/14/08 |
| KitchenAid | KSCK25FV**0* | Side-by-Side | Automatic | No | Yes | 24.5 | 30.56 | 571 | 715 | 20% | Yes | 5/14/08 |
| KitchenAid | KSCS23FV**0* | Side-by-Side | Automatic | No | Yes | 23.08 | 28.80 | 557 | 697 | 20% | Yes | 1/24/08 |
| KitchenAid | KSCS25FV**0* | Side-by-Side | Automatic | No | Yes | 24.52 | 30.59 | 571 | 715 | 20% | Yes | 1/24/08 |
| KitchenAid | KSCS26MV**0* | Side-by-Side | Automatic | No | Yes | 23.79 | 29.40 | 571 | 652 | 20% | Yes | 2/19/08 |
| KitchenAid | KSRG25FV**0* | Side-by-Side | Automatic | No | Yes | 25.33 | 31.64 | 580 | 726 | 20% | Yes | 3/21/08 |
| KitchenAid | KSRJ25FX**0* | Side-by-Side | Automatic | No | Yes | 25.59 | 32.02 | 510 | 729 | 30% | Yes | 2/18/10 |
| KitchenAid | KSRK25FV**0* | Side-by-Side | Automatic | No | Yes | 25.37 | 31.68 | 580 | 726 | 20% | Yes | 1/24/08 |
| KitchenAid | KSRL25FX**0* | Side-by-Side | Automatic | No | Yes | 25.59 | 32.02 | 510 | 729 | 30% | Yes | 2/18/10 |
| KitchenAid | KSRS22MW**0* | Side-by-Side | Automatic | No | Yes | 21.47 | 25.99 | 508 | 635 | 20% | Yes | 8/14/09 |
| KitchenAid | KSRS25MW**0* | Side-by-Side | Automatic | No | Yes | 24.97 | 31.13 | 528 | 660 | 20% | Yes | 8/14/09 |
| KitchenAid | KSRS25RV**0* | Side-by-Side | Automatic | No | Yes | 25.42 | 31.78 | 580 | 727 | 20% | Yes | 3/21/08 |
| KitchenAid | KSRT25FW**0* | Side-by-Side | Automatic | No | Yes | 25.5 | 31.88 | 509 | 728 | 30% | Yes | 7/20/09 |
| KitchenAid | KSRV22FV**0* | Side-by-Side | Automatic | No | Yes | 21.72 | 26.35 | 537 | 672 | 20% | Yes | 11/14/07 |
| KitchenAid | KSRX25FV**0* | Side-by-Side | Automatic | No | Yes | 25.37 | 31.68 | 580 | 726 | 20% | Yes | 1/24/08 |
| KitchenAid | KSSC42QV*0* | Side-by-Side | Automatic | No | Yes | 25.33 | 31.25 | 577 | 722 | 20% | Yes | 2/6/08 |
| KitchenAid | KSSC48QV*0* | Side-by-Side | Automatic | No | Yes | 29.78 | 36.77 | 621 | 777 | 20% | Yes | 2/6/08 |
| KitchenAid | KUR*24****0* | Refrigerator Only - Single Door | Automatic | Yes | No | 5.7 | 5.70 | 338 | 427 | 21% | Yes | 4/26/06 |
| **MAYTAG** | | | | | | | | | | | | |
| Maytag | M0RXEMMW*0* | Top Freezer | Automatic | No | No | 19.66 | 23.28 | 403 | 504 | 20% | Yes | 7/20/09 |
| Maytag | M1TXEMMW*0* | Top Freezer | Automatic | No | No | 20.95 | 25.02 | 416 | 521 | 20% | Yes | 10/15/08 |
| Maytag | M5TXDWFX*0* | Top Freezer | Automatic | No | No | 14.64 | 17.04 | 354 | 443 | 20% | Yes | 10/1/09 |
| Maytag | M8RXEGMX*0* | Top Freezer | Automatic | No | No | 17.54 | 20.10 | 378 | 473 | 20% | Yes | 2/18/10 |
| Maytag | MB2216PUA* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 9/30/06 |
| Maytag | MBB1952WE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Maytag | MBB1953XE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 5/3/10 |
| Maytag | MBB1957VE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Maytag | MBB1957WE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Maytag | MBF1952WE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/18/10 |
| Maytag | MBF1956KE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 3/28/06 |
| Maytag | MBF1958WE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 392 | 560 | 30% | No | 8/14/09 |
| Maytag | MBF1968XE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 392 | 560 | 30% | No | 4/28/10 |
| Maytag | MBF2255KE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | No | 3/28/06 |
| Maytag | MBF2256KE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 3/28/06 |
| Maytag | MBF2258WE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 403 | 578 | 30% | Yes | 8/14/09 |
| Maytag | MBF2258XE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 403 | 578 | 30% | Yes | 5/3/10 |
| Maytag | MBF2556KE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 20% | No | 3/28/06 |
| Maytag | MBL1953XE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 4/28/10 |
| Maytag | MBL1956KE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 3/28/06 |
| Maytag | MBL1957VE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Maytag | MBL1957WE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Maytag | MBL2255KE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | No | 3/28/06 |
| Maytag | MBL2256KE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 3/28/06 |
| Maytag | MBL2258XE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 403 | 578 | 30% | Yes | 4/28/10 |
| Maytag | MBL2556KE* | Bottom Freezer | Automatic | No | No | 21.05 | 29.64 | 475 | 595 | 20% | No | 3/28/06 |
| Maytag | MBR1953XE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 5/3/10 |
| Maytag | MBR1956KE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 3/28/06 |
| Maytag | MBR1957VE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Maytag | MBR1957WE* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Maytag | MBR2256KE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | No | 3/28/06 |
| Maytag | MBR2256KE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 3/28/06 |
| Maytag | MBR2258XE* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 403 | 578 | 30% | Yes | 5/3/10 |
| Maytag | MBR2556KE* | Bottom Freezer | Automatic | No | No | 25.05 | 29.64 | 475 | 595 | 20% | No | 3/28/06 |
| Maytag | MCD2257HE* | Bottom Freezer | Automatic | No | Yes | 21.57 | 26.67 | 537 | 675 | 20% | No | 4/5/04 |
| Maytag | MCD2257KE* | Bottom Freezer | Automatic | No | Yes | 21.57 | 26.67 | 537 | 675 | 20% | No | 11/21/06 |
| Maytag | MCD2358WE*0* | Side-by-Side | Automatic | No | Yes | 23.07 | 28.77 | 557 | 697 | 20% | Yes | 1/26/09 |
| Maytag | MFD2562VE* | Bottom Freezer | Automatic | No | Yes | 24.78 | 29.36 | 474 | 594 | 20% | Yes | 2/19/08 |
| Maytag | MFF2258VE* | Bottom Freezer | Automatic | No | Yes | 21.68 | 25.65 | 459 | 577 | 20% | Yes | 5/27/09 |
| Maytag | MFF2558VE* | Bottom Freezer | Automatic | No | Yes | 24.78 | 29.36 | 474 | 594 | 20% | Yes | 2/19/08 |
| Maytag | MFI2266AE* | Bottom Freezer | Automatic | No | Yes | 21.81 | 25.42 | 532 | 666 | 20% | Yes | 8/2/07 |
| Maytag | MFI2266VE* | Bottom Freezer | Automatic | No | Yes | 21.81 | 25.42 | 532 | 666 | 20% | Yes | 9/10/08 |
| Maytag | MFI2269VE* | Bottom Freezer | Automatic | No | Yes | 21.81 | 25.42 | 532 | 666 | 20% | Yes | 10/15/08 |
| Maytag | MFI2569VE* | Bottom Freezer | Automatic | No | Yes | 24.89 | 29.04 | 547 | 684 | 20% | Yes | 2/19/08 |
| Maytag | MFT2771WE* | Bottom Freezer | Automatic | No | Yes | 26.64 | 30.99 | 555 | 694 | 20% | Yes | 7/20/09 |
| Maytag | MSD2272VE*0* | Side-by-Side | Automatic | No | Yes | 21.72 | 26.35 | 537 | 672 | 20% | Yes | 2/2/09 |
| Maytag | MSD2274VE*0* | Side-by-Side | Automatic | No | Yes | 21.81 | 26.45 | 537 | 673 | 20% | Yes | 9/10/08 |
| Maytag | MSD2530WE*0* | Side-by-Side | Automatic | No | Yes | 25.09 | 37.96 | 509 | 730 | 30% | No | 3/3/09 |
| Maytag | MSD2542VE*0* | Side-by-Side | Automatic | No | Yes | 25.04 | 31.77 | 577 | 722 | 20% | Yes | 10/23/07 |
| Maytag | MSD2550VE*0* | Side-by-Side | Automatic | No | Yes | 25.05 | 31.29 | 577 | 722 | 20% | Yes | 11/24/08 |
| Maytag | MSD2552VE*0* | Side-by-Side | Automatic | No | Yes | 25.05 | 31.29 | 577 | 722 | 20% | Yes | 11/24/08 |
| Maytag | MSD2553WE*0* | Side-by-Side | Automatic | No | Yes | 25.43 | 31.74 | 577 | 727 | 21% | Yes | 10/1/09 |
| Maytag | MSD2554VE*0* | Side-by-Side | Automatic | No | Yes | 25.05 | 31.29 | 577 | 722 | 20% | Yes | 3/31/08 |
| Maytag | MSD2559XE* | Side-by-Side | Automatic | No | Yes | 25.76 | 32.19 | 509 | 731 | 30% | Yes | 11/2/09 |
| Maytag | MSD2559XE*0* | Side-by-Side | Automatic | No | Yes | 25.76 | 32.19 | 510 | 731 | 30% | Yes | 2/18/10 |
| Maytag | MSD2572VE*0* | Side-by-Side | Automatic | No | Yes | 25.22 | 31.50 | 577 | 724 | 20% | Yes | 7/10/08 |
| Maytag | MSD2573VE*0* | Side-by-Side | Automatic | No | Yes | 25.22 | 31.50 | 577 | 724 | 20% | Yes | 7/20/09 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maytag | MSD2574VE*0* | Side-by-Side | Automatic | No | Yes | 25.22 | 31.50 | 577 | 724 | 20% | Yes | 7/10/08 |
| Maytag | MSD2574VE*1* | Side-by-Side | Automatic | No | Yes | 25.22 | 31.50 | 577 | 724 | 20% | Yes | 1/26/09 |
| Maytag | MSD2576VE*0* | Side-by-Side | Automatic | No | Yes | 25.31 | 31.59 | 580 | 725 | 20% | Yes | 1/26/09 |
| Maytag | MSD2578VE*0* | Side-by-Side | Automatic | No | Yes | 25.37 | 31.65 | 580 | 726 | 20% | Yes | 1/26/09 |
| Maytag | MSF25C2EX*0* | Side-by-Side | Automatic | No | Yes | 25.05 | 31.29 | 577 | 722 | 20% | Yes | 4/19/10 |
| Maytag | MTB1551EE*0* | Top Freezer | Automatic | No | No | 14.64 | 17.05 | 354 | 443 | 20% | Yes | 5/14/08 |
| Maytag | MTB1954EE*0* | Top Freezer | Automatic | No | No | 18.89 | 22.04 | 393 | 492 | 20% | Yes | 3/21/08 |
| Maytag | MTB2254EE*0* | Top Freezer | Automatic | No | No | 21.73 | 25.79 | 422 | 529 | 20% | Yes | 3/21/08 |
| Maytag | MTF1842EE*0* | Top Freezer | Automatic | No | No | 18.24 | 21.41 | 388 | 486 | 20% | Yes | 3/21/08 |
| Maytag | MTF2142EE*0* | Top Freezer | Automatic | No | No | 20.95 | 25.02 | 416 | 521 | 20% | Yes | 3/21/08 |
| Maytag | MURM24**** | Refrigerator Only - Single Door | Automatic | Yes | No | 5.7 | 5.66 | 312 | 427 | 27% | Yes | 11/3/09 |
| **WHIRLPOOL** | | | | | | | | | | | | |
| Whirlpool | EB2SHKXV* | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 2/2/09 |
| Whirlpool | EB9FVBXW* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Whirlpool | EB9FVHLV* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Whirlpool | EB9FVHLW** | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Whirlpool | EB9FVHRV* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Whirlpool | EB9FVHRW** | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Whirlpool | EB9FVHXV* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Whirlpool | EB9FVHXW** | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 11/2/09 |
| Whirlpool | EB9SHKXV* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Whirlpool | ED2DHE*W*0* | Side-by-Side | Automatic | No | Yes | 21.72 | 26.35 | 537 | 672 | 20% | Yes | 1/26/09 |
| Whirlpool | ED2FHE*V*0* | Side-by-Side | Automatic | No | Yes | 21.72 | 26.35 | 537 | 672 | 20% | Yes | 8/2/07 |
| Whirlpool | ED2GVE*V*0* | Side-by-Side | Automatic | No | Yes | 21.72 | 26.35 | 537 | 672 | 20% | Yes | 7/10/08 |
| Whirlpool | ED2KHA*V*0* | Side-by-Side | Automatic | No | Yes | 21.79 | 26.44 | 537 | 673 | 20% | Yes | 11/14/07 |
| Whirlpool | ED2KVE*V*0* | Side-by-Side | Automatic | No | Yes | 21.72 | 26.35 | 537 | 672 | 20% | Yes | 11/14/07 |
| Whirlpool | ED2NHG*V*0* | Side-by-Side | Automatic | No | Yes | 21.72 | 26.35 | 537 | 672 | 20% | Yes | 3/20/08 |
| Whirlpool | ED2VHE*V*0* | Side-by-Side | Automatic | No | Yes | 21.7 | 26.32 | 537 | 672 | 20% | Yes | 3/20/08 |
| Whirlpool | ED5DHE*W*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 1/26/09 |
| Whirlpool | ED5FHA*V*0* | Side-by-Side | Automatic | No | Yes | 25.43 | 31.74 | 580 | 727 | 20% | Yes | 3/21/08 |
| Whirlpool | ED5FHE*V*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 8/2/07 |
| Whirlpool | ED5FSG*V*0* | Side-by-Side | Automatic | No | Yes | 25.41 | 31.70 | 577 | 726 | 21% | Yes | 1/20/09 |
| Whirlpool | ED5FVA*W*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 1/26/09 |
| Whirlpool | ED5FVG*V*0* | Side-by-Side | Automatic | No | Yes | 25.41 | 31.70 | 577 | 726 | 21% | Yes | 8/2/07 |
| Whirlpool | ED5FVG*W*0* | Side-by-Side | Automatic | No | Yes | 25.19 | 31.48 | 577 | 724 | 20% | Yes | 1/26/09 |
| Whirlpool | ED5SGTG*W*1* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 10/1/09 |
| Whirlpool | ED5GVE*V*0* | Side-by-Side | Automatic | No | Yes | 25.19 | 31.48 | 577 | 724 | 20% | Yes | 7/10/08 |
| Whirlpool | ED5JHE*W*1* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 10/1/09 |
| Whirlpool | ED5KHE*W*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 10/1/09 |
| Whirlpool | ED5KVE*V*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 1/26/09 |
| Whirlpool | ED5LDE*W*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 1/26/09 |
| Whirlpool | ED5LHA*W*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 1/26/09 |
| Whirlpool | ED5LTA*V*0* | Side-by-Side | Automatic | No | Yes | 25.41 | 31.70 | 580 | 726 | 20% | Yes | 8/2/07 |
| Whirlpool | ED5LVA*W*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 1/26/09 |
| Whirlpool | ED5NHG*V*0* | Side-by-Side | Automatic | No | Yes | 25.07 | 31.32 | 577 | 722 | 20% | Yes | 3/21/08 |
| Whirlpool | ED5PBA*V*0* | Side-by-Side | Automatic | No | Yes | 25.43 | 31.74 | 580 | 727 | 20% | Yes | 3/21/08 |
| Whirlpool | ED5PVE*W*0* | Side-by-Side | Automatic | No | Yes | 25.19 | 31.48 | 577 | 724 | 20% | Yes | 5/27/09 |
| Whirlpool | ED5VHE*V*0* | Side-by-Side | Automatic | No | Yes | 25.05 | 31.29 | 577 | 722 | 20% | Yes | 8/11/08 |
| Whirlpool | EL4GSNWXQ | Refrigerator/Freezer - Single Door | Automatic | Yes | No | 4.4 | 4.40 | 329 | 411 | 20% | Yes | 9/14/09 |
| Whirlpool | EL4WSNXWB | Refrigerator/Freezer - Single Door | Automatic | Yes | No | 4.4 | 4.40 | 329 | 411 | 20% | Yes | 9/14/09 |
| Whirlpool | EL4WSNXWS | Refrigerator/Freezer - Single Door | Automatic | Yes | No | 4.4 | 4.40 | 329 | 411 | 20% | Yes | 9/15/09 |
| Whirlpool | EL8?TR* | Refrigerator Only - Single Door | Automatic | No | Yes | 17.7 | 17.70 | 358 | 449 | 20% | Yes | 2/19/10 |
| Whirlpool | EL87TRRRQ | Refrigerator Only - Single Door | Automatic | No | No | 17.7 | 17.70 | 358 | 449 | 20% | No | 6/23/08 |
| Whirlpool | EL87TRRRS | Refrigerator Only - Single Door | Automatic | No | No | 17.7 | 17.70 | 358 | 449 | 20% | No | 6/23/08 |
| Whirlpool | EL87TRRRV | Refrigerator Only - Single Door | Automatic | No | No | 17.7 | 17.70 | 358 | 449 | 20% | No | 6/23/08 |
| Whirlpool | EL88TRRW* | Refrigerator Only - Single Door | Automatic | No | No | 17.7 | 17.70 | 358 | 449 | 20% | Yes | 2/24/10 |
| Whirlpool | EL8ATR* | Refrigerator/Freezer - Single Door | Automatic | No | Yes | 17.7 | 17.70 | 358 | 449 | 20% | Yes | 2/19/10 |
| Whirlpool | EL8ATRRRQ | Refrigerator Only - Single Door | Automatic | No | No | 17.7 | 17.70 | 358 | 449 | 20% | No | 6/23/08 |
| Whirlpool | ER9FHK*V*0* | Top Freezer | Automatic | No | No | 18.89 | 22.04 | 393 | 492 | 20% | Yes | 2/21/08 |
| Whirlpool | ES5DVA*W*0* | Side-by-Side | Automatic | No | No | 25.59 | 31.96 | 509 | 729 | 30% | Yes | 3/3/09 |
| Whirlpool | ES5PVA*W*0* | Side-by-Side | Automatic | No | Yes | 25.59 | 31.96 | 509 | 729 | 30% | Yes | 3/3/09 |
| Whirlpool | ET1CHE*V*0* | Top Freezer | Automatic | No | No | 20.95 | 25.02 | 416 | 521 | 20% | Yes | 3/20/08 |
| Whirlpool | ET1FTE*V*0* | Top Freezer | Automatic | No | No | 20.96 | 25.04 | 416 | 521 | 20% | Yes | 3/20/08 |
| Whirlpool | ET5WSE*V*0* | Top Freezer | Automatic | No | No | 14.64 | 17.05 | 354 | 443 | 20% | Yes | 5/14/08 |
| Whirlpool | ET8CHE*V*0* | Top Freezer | Automatic | No | No | 18.24 | 21.41 | 388 | 486 | 20% | Yes | 3/20/08 |
| Whirlpool | ET8TET*V*0* | Top Freezer | Automatic | No | No | 18.24 | 21.41 | 388 | 486 | 20% | Yes | 3/20/08 |
| Whirlpool | ET8WTE*V*0* | Top Freezer | Automatic | No | No | 18.27 | 21.44 | 388 | 486 | 20% | Yes | 3/20/08 |
| Whirlpool | G20XEFMW*0* | Top Freezer | Automatic | No | No | 21.7 | 25.76 | 422 | 528 | 20% | Yes | 10/15/08 |
| Whirlpool | G9IXEFMW*0* | Top Freezer | Automatic | No | No | 18.85 | 22.00 | 393 | 492 | 20% | Yes | 10/15/08 |
| Whirlpool | G9RXXFMW*0* | Top Freezer | Automatic | No | No | 18.89 | 22.04 | 393 | 492 | 20% | Yes | 5/27/09 |
| Whirlpool | GB2FHDXW** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 403 | 528 | 30% | Yes | 9/14/09 |
| Whirlpool | GB2SHDXT** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | Yes | 11/8/06 |
| Whirlpool | GB2SHTXT** | Bottom Freezer | Automatic | No | No | 21.86 | 25.83 | 459 | 578 | 21% | No | 11/8/06 |
| Whirlpool | GB9FHDXV* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 392 | 560 | 30% | Yes | 8/14/09 |
| Whirlpool | GB9FHDXW* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 10/1/09 |
| Whirlpool | GB9SHDXV* | Bottom Freezer | Automatic | No | No | 18.51 | 22.03 | 448 | 560 | 20% | Yes | 2/2/09 |
| Whirlpool | GC3NHA*V*0* | Side-by-Side | Automatic | No | No | 23.1 | 28.82 | 557 | 697 | 20% | Yes | 1/24/08 |
| Whirlpool | GC3SHA*V*0* | Side-by-Side | Automatic | No | No | 23.07 | 28.77 | 557 | 697 | 20% | Yes | 5/14/08 |
| Whirlpool | GC5NHA*V*0* | Side-by-Side | Automatic | No | No | 24.53 | 30.60 | 571 | 715 | 20% | Yes | 1/24/08 |
| Whirlpool | GC5SHA*V*0* | Side-by-Side | Automatic | No | No | 24.5 | 30.55 | 571 | 715 | 20% | Yes | 5/14/08 |
| Whirlpool | GD5DHA*V*0* | Side-by-Side | Automatic | No | No | 25.55 | 31.86 | 580 | 728 | 20% | Yes | 1/24/08 |
| Whirlpool | GD5NVA*W*0* | Side-by-Side | Automatic | No | No | 25.38 | 31.66 | 580 | 726 | 20% | Yes | 2/2/09 |
| Whirlpool | GD5RVA*V*0* | Side-by-Side | Automatic | No | No | 25.55 | 31.86 | 580 | 728 | 20% | Yes | 1/24/08 |
| Whirlpool | GI0FSAXV* | Bottom Freezer | Automatic | No | No | 19.83 | 22.96 | 503 | 634 | 30% | Yes | 10/15/08 |
| Whirlpool | GI5FSAXV* | Bottom Freezer | Automatic | No | No | 24.89 | 29.04 | 547 | 684 | 20% | Yes | 5/14/08 |
| Whirlpool | GI5FVAXV* | Bottom Freezer | Automatic | No | No | 24.89 | 29.04 | 547 | 684 | 20% | Yes | 5/14/08 |
| Whirlpool | GI5SVAXV* | Bottom Freezer | Automatic | No | No | 24.89 | 29.04 | 547 | 684 | 20% | Yes | 5/14/08 |
| Whirlpool | GI7FVCXW*0* | Bottom Freezer | Automatic | No | No | 26.64 | 30.99 | 555 | 694 | 30% | Yes | 7/20/08 |
| Whirlpool | GR2FHM*V*0* | Top Freezer | Automatic | No | No | 21.73 | 25.79 | 422 | 529 | 20% | Yes | 3/20/08 |
| Whirlpool | GR2FHT*V*0* | Top Freezer | Automatic | No | No | 21.7 | 25.76 | 422 | 528 | 20% | Yes | 3/20/08 |
| Whirlpool | GR2SHW*V*0* | Top Freezer | Automatic | No | No | 21.73 | 25.79 | 422 | 528 | 20% | Yes | 3/20/08 |
| Whirlpool | GR9FHK*V*0* | Top Freezer | Automatic | No | No | 18.85 | 22.00 | 393 | 492 | 20% | Yes | 2/19/08 |

| Whirlpool | GR9FHM*V*0* | Top Freezer | Automatic | No | No | 18.85 | 22.00 | 393 | 492 | | 20% | Yes | 2/6/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whirlpool | GR9FHT*V*0* | Top Freezer | Automatic | No | No | 18.85 | 22.00 | 393 | 492 | | 20% | Yes | 3/20/08 |
| Whirlpool | GS2KVA*V*0* | Side-by-Side | Automatic | No | Yes | 21.79 | 26.44 | 537 | 673 | | 20% | Yes | 5/14/08 |
| Whirlpool | GS5VHA*W*0* | Side-by-Side | Automatic | No | Yes | 25.65 | 32.02 | 509 | 729 | | 30% | Yes | 1/26/09 |
| Whirlpool | GS6NHA*V*0* | Side-by-Side | Automatic | No | Yes | 25.59 | 31.92 | 580 | 728 | | 20% | Yes | 1/24/08 |
| Whirlpool | GSF26C4EX*0* | Side-by-Side | Automatic | No | Yes | 26.4 | 32.68 | 587 | 736 | | 20% | Yes | 4/19/10 |
| Whirlpool | GSF26C5EX*0* | Side-by-Side | Automatic | No | Yes | 26.4 | 32.68 | 587 | 736 | | 20% | Yes | 4/28/10 |
| Whirlpool | GSS26C4XX*0* | Side-by-Side | Automatic | No | Yes | 26.46 | 32.72 | 499 | 736 | | 32% | Yes | 4/28/10 |
| Whirlpool | GSS26C5XX*0* | Side-by-Side | Automatic | No | Yes | 26.46 | 32.72 | 499 | 736 | | 32% | Yes | 5/3/10 |
| Whirlpool | GX2FHDXV* | Bottom Freezer | Automatic | No | No | 21.68 | 25.65 | 459 | 577 | | 20% | Yes | 5/27/09 |
| Whirlpool | GX2SHBXV* | Bottom Freezer | Automatic | No | No | 21.68 | 25.65 | 459 | 577 | | 20% | Yes | 5/27/09 |
| Whirlpool | GX2SHDXV* | Bottom Freezer | Automatic | No | No | 21.68 | 25.65 | 459 | 577 | | 20% | Yes | 5/27/09 |
| Whirlpool | GX5FHDXV* | Bottom Freezer | Automatic | No | No | 24.78 | 29.36 | 474 | 594 | | 20% | Yes | 2/21/08 |
| Whirlpool | GX5FHTXV* | Bottom Freezer | Automatic | No | No | 24.78 | 29.36 | 474 | 594 | | 20% | Yes | 2/19/08 |
| Whirlpool | GX5SHDXV* | Bottom Freezer | Automatic | No | No | 24.78 | 29.36 | 474 | 594 | | 20% | Yes | 2/19/08 |
| Whirlpool | GX5SHTXV* | Bottom Freezer | Automatic | No | No | 24.78 | 29.36 | 474 | 594 | | 20% | Yes | 2/19/08 |
| Whirlpool | W1TXEMFW*0* | Top Freezer | Automatic | No | No | 20.95 | 25.02 | 416 | 521 | | 20% | Yes | 2/2/09 |
| Whirlpool | W1TXEMMW*0* | Top Freezer | Automatic | No | No | 20.95 | 25.02 | 416 | 521 | | 20% | Yes | 10/15/08 |
| Whirlpool | W2RXEMMW*0* | Top Freezer | Automatic | No | No | 21.85 | 25.93 | 422 | 530 | | 20% | Yes | 10/15/08 |
| Whirlpool | W5TXDWFX*0* | Top Freezer | Automatic | No | No | 14.64 | 17.05 | 354 | 443 | | 20% | Yes | 10/1/09 |
| Whirlpool | W5TXEWFW*0* | Top Freezer | Automatic | No | No | 14.64 | 17.05 | 354 | 443 | | 20% | Yes | 1/26/09 |
| Whirlpool | W5TYDWFX*0* | Top Freezer | Automatic | No | No | 14.64 | 17.05 | 354 | 443 | | 20% | Yes | 4/28/10 |
| Whirlpool | W8RXDGFX*0* | Top Freezer | Automatic | No | No | 17.54 | 20.10 | 378 | 473 | | 20% | Yes | 10/1/09 |
| Whirlpool | W8RXEGFW*0* | Top Freezer | Automatic | No | No | 17.54 | 20.10 | 378 | 473 | | 20% | Yes | 3/3/09 |
| Whirlpool | W8RXEGMV*0* | Top Freezer | Automatic | No | No | 17.54 | 20.10 | 378 | 473 | | 20% | Yes | 9/10/08 |
| Whirlpool | W8RXEGMW*0* | Top Freezer | Automatic | No | No | 17.54 | 20.10 | 378 | 473 | | 20% | Yes | 3/3/09 |
| Whirlpool | W8TXEWFV*0* | Top Freezer | Automatic | No | No | 17.7 | 20.33 | 378 | 475 | | 20% | Yes | 9/10/08 |
| Whirlpool | W9RXEMFW*0* | Top Freezer | Automatic | No | No | 19.01 | 22.18 | 393 | 493 | | 20% | Yes | 10/15/08 |
| Whirlpool | W9RXEMMW*0* | Top Freezer | Automatic | No | No | 19.01 | 22.18 | 393 | 493 | | 20% | Yes | 10/15/08 |
| Whirlpool | W9RXXMFW*0* | Top Freezer | Automatic | No | No | 18.92 | 22.09 | 343 | 492 | | 30% | Yes | 5/27/09 |
| Whirlpool | WAR349BSL | Refrigerator Only - Single Door | Automatic | Yes | No | 3.3 | 3.30 | 316 | 397 | | 20% | Yes | 5/6/09 |
| Whirlpool | WAR449W | Refrigerator Only - Single Door | Automatic | Yes | No | 4.4 | 4.40 | 329 | 411 | | 20% | Yes | 5/6/09 |
| Whirlpool | WAR488BSL | Refrigerator/Freezer - Single Door | Automatic | Yes | No | 4.43 | 4.43 | 329 | 411 | | 20% | Yes | 2/4/10 |
| Whirlpool | WSF26D4EX*0* | Side-by-Side | Automatic | No | Yes | 26.4 | 32.68 | 587 | 736 | | 20% | Yes | 4/19/10 |

# EXHIBIT B

# BURSOR & FISHER

P.A.

**1990 North California Blvd.**
**Suite 940**
**Walnut Creek, CA 94596**
**www.bursor.com**

**L. Timothy Fisher**
**Tel: 925.300.4455**
**Fax: 925.407.2700**
**ltfisher@bursor.com**

November 29, 2011

*Via Certified Mail - Return Receipt Requested*

Whirlpool Corporation
2000 N. M-63
Benton Harbor, MI  49022-2692

Re:     *Demand Letter Pursuant to California Civil Code § 1782*

To Whom It May Concern:

        This letter serves as a preliminary notice and demand for corrective action by Whirlpool Corporation ("Whirlpool") pursuant to the provisions of California Civil Code § 1782, on behalf of our client, Mark Linthicum, and all other persons similarly situated.

        This notice concerns KitchenAid brand refrigerator models KSRS25RV* and KSRG25FVMS* (collectively, the "Mislabeled Refrigerators"). Whirlpool affixes ENERGY STAR® labels to the Mislabeled Refrigerators, but the appliances do not meet the ENERGY STAR® standards. The United States Department of Energy disqualified these Mislabeled Refrigerators from the ENERGY STAR® program on September 27, 2011.

        Mr. Linthicum purchased the KitchenAid KSRS25RVMK refrigerator on December 31, 2008. When Mr. Linthicum purchased this Mislabeled Refrigerator it bore the ENERGY STAR logo despite its noncompliance with the energy efficiency requirements established by that program.

        By misrepresenting, mislabeling and selling the Mislabeled Refrigerators, Whirlpool has violated numerous provisions of California law including the Consumers Legal Remedies Act, Civil Code § 1770, including but not limited to subsections (a)(5), (7), and (9).

        We hereby demand that Whirlpool immediately (1) cease and desist from further illegal sales of the Mislabeled Refrigerators, (2) issue an immediate recall of the Mislabeled Refrigerators; (3) make full restitution to all purchasers of the Mislabeled Refrigerators of all purchase money obtained from sales thereof; and (4) compensate all purchasers for the increased energy costs they have incurred as a result of the Mislabeled Refrigerator's failure to conform with the energy efficiency standards of the ENERGY STAR® program.

It is further demanded that Whirlpool preserves all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1.      All documents concerning tests of the energy efficiency of the Mislabeled Refrigerators;

2.      All communications with the DOE concerning the energy efficiency of this appliance;

3.      All documents concerning the advertisement, marketing and/or sale of the Mislabeled Refrigerators; and

4.      All communications with customers concerning complaints or comments concerning the Mislabeled Refrigerators.

Please comply with this demand within 30 days from receipt of this letter.

We are willing to negotiate with Whirlpool to attempt to resolve the demands asserted in this letter.  If Whirlpool wishes to enter into such discussions, please contact me immediately.  If I do not hear from you promptly, I will conclude that Whirlpool is not interested in resolving this dispute short of litigation.

If Whirlpool contends that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter, but in no event later than 30 days from the date of receipt.

Very truly yours,

L. Timothy Fisher
ltfisher@bursor.com

# EXHIBIT C

# BURSOR & FISHER
P.A.

**1990 North California Blvd.**
**Suite 940**
**Walnut Creek, CA 94596**
**www.bursor.com**

**L. Timothy Fisher**
**Tel: 925.300.4455**
**Fax: 925.407.2700**
**ltfisher@bursor.com**

December 8, 2011

_**Via Certified Mail - Return Receipt Requested**_

Whirlpool Corporation
2000 N. M-63
Benton Harbor, MI  49022-2692

Re:    _Demand Letter Pursuant to California Civil Code § 1782_

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Whirlpool Corporation ("Whirlpool") pursuant to the provisions of California Civil Code § 1782, on behalf of our client, Kyle Dei Rossi, and all other persons similarly situated.

This notice concerns KitchenAid brand refrigerator models KSRS25RV* and KSRG25FV* (collectively, the "Mislabeled Refrigerators").  Whirlpool affixes ENERGY STAR® labels to the Mislabeled Refrigerators, but the appliances do not meet the ENERGY STAR® standards.  The United States Department of Energy disqualified these Mislabeled Refrigerators from the ENERGY STAR® program on September 27, 2011.

Mr. Dei Rossi purchased the KitchenAid KSRG25FVMT refrigerator on December 8, 2008.  When Mr. Dei Rossi purchased this Mislabeled Refrigerator it bore the ENERGY STAR logo despite its noncompliance with the energy efficiency requirements established by that program.

By misrepresenting, mislabeling and selling the Mislabeled Refrigerators, Whirlpool has violated numerous provisions of California law including the Consumers Legal Remedies Act, Civil Code § 1770, including but not limited to subsections (a)(5), (7), and (9).

We hereby demand that Whirlpool immediately (1) cease and desist from further illegal sales of the Mislabeled Refrigerators, (2) issue an immediate recall of the Mislabeled Refrigerators; (3) make full restitution to all purchasers of the Mislabeled Refrigerators of all purchase money obtained from sales thereof; and (4) compensate all purchasers for the increased energy costs they have incurred as a result of the Mislabeled Refrigerator's failure to conform with the energy efficiency standards of the ENERGY STAR® program.

It is further demanded that Whirlpool preserves all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1.      All documents concerning tests of the energy efficiency of the Mislabeled Refrigerators;

2.      All communications with the DOE concerning the energy efficiency of this appliance;

3.      All documents concerning the advertisement, marketing and/or sale of the Mislabeled Refrigerators; and

4.      All communications with customers concerning complaints or comments concerning the Mislabeled Refrigerators.

Please comply with this demand within 30 days from receipt of this letter.

We are willing to negotiate with Whirlpool to attempt to resolve the demands asserted in this letter.  If Whirlpool wishes to enter into such discussions, please contact me immediately.  If I do not hear from you promptly, I will conclude that Whirlpool is not interested in resolving this dispute short of litigation.

If Whirlpool contends that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter, but in no event later than 30 days from the date of receipt.

Very truly yours,

L. Timothy Fisher
ltfisher@bursor.com