Galen D. Bellamy (*pro hac vice*)
Sean G. Saxon (SBN 230054)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:   (303) 244-1800
Facsimile:    (303) 244-1879
Email:          bellamy@wtotrial.com
                     saxon@wtotrial.com

Bradley A. Benbrook (SBN 177786)
Benbrook Law Group, PC
400 Capitol Mall, Suite 1610
Sacramento, California  95814
Telephone:   (916) 447-4900
Facsimile:    (916) 447-4904
Email:          brad@benbrooklawgroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | CASE NO. 2:12-cv-00125-TLN-JFM<br><br>**STIPULATION AND ORDER RESETTING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Pursuant to the Stipulation and Order entered by the Court on April 16, 2013 (Doc. 70), Plaintiffs filed a Second Amended Class Action Complaint ("Complaint") against Defendant Whirlpool Corporation ("Whirlpool") on April 24, 2013. Whirlpool filed its Motion to Dismiss ("Motion") on May 21, 2013 with a hearing date of July 25, 2013.

Whirlpool's counsel conferred with Plaintiffs' counsel regarding rescheduling the hearing date of Whirlpool's Motion. Pursuant to Eastern District of California Local Rule 144(a), Plaintiffs and Defendant hereby stipulate and respectfully request that the briefing schedule and hearing date be revised as follows:  Plaintiffs shall have until August 5, 2013 to file their

1  opposition to Whirlpool's Motion; Whirlpool shall have until August 28, 2013 to file their reply;

2  and the hearing on Whirlpool's Motion shall be held on September 5, 2013.

3  Dated:  June 24, 2013                           Respectfully submitted:

By: */s/ Galen D. Bellamy*
Galen D. Bellamy (*pro hac vice*)
Sean G. Saxon (SBN 230054)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:     (303) 244-1800
Facsimile:     (303) 244-1879
Email:         bellamy@wtotrial.com
               saxon@wtotrial.com

*Attorney for Defendant*

By: */s/ Sarah N. Westcot*
Sarah N. Westcot (State Bar No. 264916)
L. Timothy Fisher (State Bar No. 191626)
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:     (925) 300-4455
Facsimile:     (925) 407-2700
Email:         ltfisher@bursor.com
               swestcot@bursor.com

*Attorney for Plaintiffs*

19  **IT IS SO ORDERED.**

20  Dated:          July 3, 2013

Troy L. Nunley
United States District Judge