Galen D. Bellamy (*pro hac vice*)
Sean G. Saxon (SBN 230054)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:    (303) 244-1800
Facsimile:    (303) 244-1879
Email:        bellamy@wtotrial.com
              saxon@wtotrial.com

Bradley A. Benbrook (SBN 177786)
Benbrook Law Group, PC
400 Capitol Mall, Suite 1610
Sacramento, California  95814
Telephone:    (916) 447-4900
Facsimile:    (916) 447-4904
Email:        brad@benbrooklawgroup.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 2:12-cv-00125-TLN-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT** |

　　　　Plaintiffs filed a Second Amended Class Action Complaint ("Complaint") against Defendant Whirlpool Corporation ("Whirlpool") on April 24, 2013. Whirlpool filed its Motion to Dismiss ("Motion") on May 21, 2013. Judge Nunley's Order granting in part and denying in part Whirlpool's Motion was filed on October 25, 2013. Pursuant to Federal Rule of Civil Procedure 12(a)(4), Whirlpool must file a responsive pleading to the Complaint by November 8, 2013.

　　　　Whirlpool's counsel conferred with Plaintiffs' counsel on November 6, 2013, regarding an extension of time to file a responsive pleading to the Complaint. Pursuant to Eastern District of California Local Rule 144(a), Plaintiffs and Defendant hereby stipulate that Whirlpool shall have an

additional ten (10) days to file a responsive pleading to the Complaint, or until Monday, November 18, 2013.

Dated:  November 6, 2013                    Respectfully submitted:

By: */s/ Sean Saxon*
Sean G. Saxon (SBN 230054)
Galen D. Bellamy (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:     (303) 244-1800
Facsimile:      (303) 244-1879
Email:            saxon@wtotrial.com
                     bellamy@wtotrial.com

*Attorney for Defendant*

By: */s/ L. Timothy Fisher*
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:     (925) 300-4455
Facsimile:      (925) 407-2700
Email:            ltfisher@bursor.com
                     swestcot@bursor.com

*Attorney for Plaintiffs*

No further extension of time to file a responsive pleading to the Complaint will be granted.

**IT IS SO ORDERED.**

Dated: November 7, 2013

Troy L. Nunley
United States District Judge

---

-2-
STIPULATION & ORDER FOR EXTENSION OF TIME
TO ANSWER 2ND AMENDED COMPLAINT - CASE NO. 2:12-cv-00125-TLN-CKD