Galen D. Bellamy (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:    (303) 244-1800
Facsimile:     (303) 244-1879
Email:          bellamy@wtotrial.com

Bradley A. Benbrook (SBN 177786)
Benbrook Law Group, PC
400 Capitol Mall, Suite 1610
Sacramento, California 95814
Telephone:    (916) 447-4900
Facsimile:     (916) 447-4904
Email:          brad@benbrooklawgroup.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | CASE NO. 2:12-cv-00125-TLN-CKD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL; ORDER** |

PLEASE TAKE NOTICE that Defendant Whirlpool Corporation requests that the Court withdraw the appearance of Sean G. Saxon as counsel of record in this action. Mr. Saxon is no longer employed by Wheeler Trigg O'Donnell LLP.

Galen D. Bellamy and Bradley A. Benbrook will remain counsel of record for Defendant.

Defendant requests that the Clerk change the docket sheet and other Court records so that future orders and communications from the Court be directed to Mr. Bellamy and Mr. Benbrook, and ask that all parties amend their service lists accordingly.

1 | Dated: June 30, 2014          Respectfully submitted,

By:*s/ Galen D. Bellamy*
    Galen D. Bellamy (*pro hac vice*)
    Wheeler Trigg O'Donnell LLP
    370 Seventeenth Street, Suite 4500
    Denver, Colorado 80202
    Telephone: (303) 244-1800
    Facsimile: (303) 244-1879
    Email: bellamy@wtotrial.com

    Bradley A. Benbrook (SBN 177786)
    Benbrook Law Group, PC
    400 Capitol Mall, Suite 1610
    Sacramento, California 95814
    Telephone: (916) 447-4900
    Facsimile: (916) 447-4904
    Email: brad@benbrooklawgroup.com

    Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: June 30, 2014

*[signature]*

Troy L. Nunley
United States District Judge