UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 2:12-CV-00125-TLN-CKD<br><br>**ORDER GRANTING JOINT REQUEST TO AMEND PRETRIAL SCHEDULING ORDER**<br><br>Judge: Honorable Troy L. Nunley |

　　　　Having reviewed the parties' Joint Request to Amend Pretrial Scheduling Order ("Request") and good cause having been shown for the reasons stated therein, the parties' Request is GRANTED. The text under the heading "Section IV" of the Amended Pretrial Scheduling Order (ECF No. 95) shall be deleted and replaced with the following:

　　　　Plaintiffs shall make disclosures of any expert witness Plaintiffs intend to rely on for their motion for class certification by **July 24, 2014**. The Plaintiffs' motion for class certification shall be filed by **July 31, 2014**. Defendant shall make disclosures of any rebuttal expert witness Defendant intends to rely on for opposition to class certification by **September 18, 2014**. Defendant's opposition shall be filed by **September 18, 2014**. Plaintiffs' reply shall be filed by

/ / /

/ / /

1    **October 24, 2014**. The Class Certification Hearing is set for **November 6, 2014, at 2:00 p.m.** The
2    parties shall accommodate each other with timely depositions of their respective experts.
3        **IT IS SO ORDERED.**
4    Dated: July 30, 2014

_____
Troy L. Nunley
United States District Judge