UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-TLN-CKD<br><br>**ORDER** |

Having considered Plaintiffs' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Agreement for the Discovery of Confidential Information, the Court GRANTS Plaintiffs' Request to Seal Documents. Thus, the Court finds and orders that the following documents at issue should be filed under seal:

- Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification at 1:19-21, 2:25-28, 4:15-16, 4:24-26, 5:17-23, 6:4-6, 6:9-14, 7:20-23, 7:25-26, 9:10-12, 11:21, 12:1-3, 18:27, 19:4-7, 20:8-9.
- Declaration of Colin B. Weir in Support of Plaintiffs' Motion for Class Certification,
- Paragraphs 3, 7, 8, 17-27, 31, and 33 of the Declaration of L. Timothy Fisher in Support of Plaintiffs' Motion for Class Certification, and
- Exhibits 2 (pages 5-7), 6-7 (pages 85-89), 16-26 (pages 130-175), 29-30 (pages 203-213)

1 and 32 (pages 251-263) to the Declaration of L. Timothy Fisher in Support of Plaintiffs'
2 Motion for Class Certification.
3 The Clerk of the Court shall file the documents under seal.
4 IT IS SO ORDERED.
5 Dated: August 1, 2014

Troy L. Nunley
United States District Judge