**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
       ltfisher@bursor.com
       apersinger@bursor.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email: avozzolo@faruqilaw.com

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

*Attorneys for Plaintiffs and Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-TLN-CKD<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF CLASS CERTIFICATION MOTION AND TO OPPOSE DEFENDANT'S MOTION TO STRIKE**<br><br>Judge: Honorable Troy L. Nunley |

1   On September 29, 2014, Plaintiffs filed an *ex parte* request to extend the deadline for Plaintiffs to reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification (Dkt No. 111) and Defendant's Motion to Strike the Declaration of Colin B. Weir (Dkt No. 113).

Good cause appearing, the Court GRANTS Plaintiffs' Ex Parte Request. The deadline for Plaintiffs to reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification (Dkt No. 111) and Defendant's Motion to Strike the Declaration of Colin B. Weir (Dkt No. 113) shall be extended from October 24, 2014 until November 21, 2014. The hearing on Plaintiffs' motion for class certification shall be continued from November 6, 2014 to **December 11, 2014 at 2:00 p.m**.

IT IS SO ORDERED.

Dated:  October 2, 2014

_____
Troy L. Nunley
United States District Judge