# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>WHIRLPOOL CORPORATION,<br><br>            Defendant. | Case No:  2:12-CV-00125-TLN-CKD<br><br>**DEFENDANT'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; ORDER**<br><br>Date:         November 6, 2014<br>Time:         2:00 p.m.<br>Courtroom:   2, 15th Floor<br>Judge:        Honorable Troy L. Nunley |

## ORDER ON DEFENDANT WHIRLPOOL'S REQUEST TO SEAL

Having considered Defendant's Request to Seal Documents and the documents designated "Confidential" under the parties' Agreement for the Discovery of Confidential Information, the Court **GRANTS** Defendant's Request to Seal Documents.

The Court finds that the following documents shall be filed under seal:

- Defendant's Opposition to Plaintiffs' Motion for Class Certification at 5:1-8; 16:10-12; and 16 n.27;

- Defendant's Notice of Motion and Motion to Strike the Declaration of Colin B. Weir ("Mot. to Strike");

- Expert Report of M. Laurentius Marais, Ph.D, attached as Exhibit 4 to the Declaration of Galen Bellamy Submitting Defendant's Evidence in Opposition to Class Certification ("Def.'s Subm.");

- Expert Report of Carol A. Scott, Ph.D., Def.'s Subm. Ex. 5;

- Declaration of Norbert Schmidt, redactions in ¶¶ 3-5, 7-11, 13-17, Def.'s Subm. Ex. 13;

- Declaration of Cynthia Soledad, redactions in ¶¶ 3-6, 8, Def.'s Subm. Ex. 9; and

- Declaration of Jim Todd, redactions in ¶ 3, Def.'s Subm. Ex. 10.

The Clerk of the Court shall file the documents listed above under seal.

**IT IS SO ORDERED.**

Dated:  October 2, 2014

_____
Troy L. Nunley
United States District Judge

2

DEFENDANT'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND [PROPOSED] ORDER
Case No. 2:12-CV-00125-TLN-CKD