**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
        ltfisher@bursor.com
        apersinger@bursor.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email:  avozzolo@faruqilaw.com

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

*Attorneys for Plaintiffs and Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-TLN-JFM<br><br>**STIPULATION AND ORDER CHANGING THE HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:          December 11, 2014<br>Time:         2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge:        Honorable Troy L. Nunley |

1    WHEREAS, on July 31, 2014, Plaintiffs Kyle Dei Rossi and Mark Linthicum ("Plaintiffs")
2 filed a motion for class certification.
3    WHEREAS, the hearing on Plaintiffs' motion for class certification is set for hearing on
4 December 11, 2014.
5    WHEREAS, Plaintiffs' counsel has a year-end firm meeting in New York on December 11,
6 2014.
7    WHEREAS, Plaintiffs have conferred with Defendant Whirlpool Corporation regarding a
8 change to the December 11, 2014 hearing date.
9    NOW THEREFORE, pursuant to Local Rule 144(a), Plaintiffs and Defendant hereby
10 stipulate that the hearing on Plaintiffs' motion for class certification shall be changed to
11 January 15, 2015 at 2:00 p.m.

Dated: October 17, 2014          Respectfully submitted,

**BURSOR & FISHER, P.A**

By:     */s/ L. Timothy Fisher*
              L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:     (925) 300-4455
Facsimile:     (925) 407-2700
E-Mail:        ltfisher@bursor.com

*Attorneys for Plaintiffs*


WHEELER TRIGG O'DONNELL LLP

By:     */s/ Galen D. Bellamy*
              Galen D. Bellamy

Galen D. Bellamy (State Bar No. 231792)
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:     (303) 244-1800
Facsimile:     (303) 244-1879
Email:         bellamy@wtotrial.com

*Attorneys for Defendants*

---

STIPULATION AND ORDER CHANGING THE HEARING DATE                                    1
ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 2:12-CV-00125-TLN-JFM

Good cause appearing, the hearing on Plaintiffs' motion for class certification shall be changed from December 11, 2014 at 2:00 p.m. until January 15, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  October 22, 2014

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER CHANGING THE HEARING DATE
ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 2:12-CV-00125-TLN-JFM

2