1 | **BURSOR & FISHER, P.A.** | **FARUQI & FARUQI, LLP**
Scott A. Bursor (State Bar No. 276006) | Antonio Vozzolo (*pro hac vice*)
2 | L. Timothy Fisher (State Bar No. 191626) | 369 Lexington Avenue, 10th Floor
Annick M. Persinger (State Bar No. 272996) | New York, NY 10017
3 | 1990 North California Boulevard, Suite 940 | Phone: (212) 983-9330
Walnut Creek, CA 94596 | Fax: (212) 983-9331
4 | Telephone: (925) 300-4455 | Email: avozzolo@faruqilaw.com
Facsimile: (925) 407-2700
5 | E-Mail: scott@bursor.com
          ltfisher@bursor.com
6 |       apersinger@bursor.com

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

*Attorneys for Plaintiffs and Co-lead Interim Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>                                   Plaintiffs,<br><br>     v.<br><br>WHIRLPOOL CORPORATION,<br><br>                                   Defendant. | Case No. 2:12-CV-00125-TLN-CKD<br><br>**PLAINTIFFS' NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEF, OPPOSITION TO MOTION TO STRIKE THE DECLARATION OF COLIN B. WEIR, AND ORDER**<br><br>Date: January 15, 2015<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Honorable Troy L. Nunley |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT Plaintiffs Kyle Dei Rossi and Mark Linthicum (Plaintiffs") file this request pursuant to Local Rule 141 for leave to file certain confidential documents under seal in conjunction with Plaintiffs' Reply in Support of Their Motion for Class Certification and Plaintiffs' Opposition to Defendant's Motion to Strike the Declaration of Colin B Weir, both motions will be heard on January 15, 2015.  The documents that incorporate confidential information are:

- Plaintiffs' Reply in Support of Motion for Class Certification at pages 1:25-2:7, 2:18-19, 3:12-18, 3:25-28, 4:17-19, 5:19-6:5, 10:13-14;
- Plaintiffs' Memorandum of Points and Authorities in Opposition to Motion to Strike the Declaration of Colin B. Weir at pages 11:3-4, 12:12-16, 12:20-26, 13:11-17, 13:24-25, 14:3-7, 14:9-11, 14:16-15:1, 15:6-12, 15:17-18, 15:20-24, 15:28-16:6, 16:27-28, 17:7-10, 17:14-17, 18:23-26, and 19:7-10;
- Paragraphs 41, 42, 43, 50, 60, and 64 of the Reply Declaration of L. Timothy Fisher in Support of Plaintiffs' Motion for Class Certification and Opposition to Defendant's Motion to Strike the Declaration of Colin B Weir;
- Exhibit 36 at pages 328:19-332:16, 331:1-334:8, 334:10-19, 335:6-11, 336:4-25; Exhibit 37 at pages 339:21-24, 340:1-2, 340:16-341:22, 345:3-6, 345:19, 345:22-346:4, 347:17-25; Exhibit 39; Exhibit 40; Exhibit 41; Exhibit 44; Exhibit 47 at pages 410:1-24, 411:14-19, 412:1-25, 413:16-19, 415:13-416:13, 417:7-418:25, 420:1-4, 420:12-422:25, 425:13-426:25, 434:3-8, 439:21-25, 440:10-17; Exhibit 48; Exhibit 57; Exhibit 58; Exhibit 62 to the Reply Declaration of L. Timothy Fisher in Support of Plaintiffs' Motion for Class Certification and Opposition to Defendant's Motion to Strike the Declaration of Colin B Weir; and
- Rebuttal Expert Report of Elizabeth Howlett at pages 3:12, 5:20-7:2, and 10:6-11:11.

The above documents contain information designated by Defendant as "Confidential" pursuant to the parties' Agreement for the Discovery of Confidential Information ("Confidentiality Agreement").  The Confidentiality Agreement is attached hereto as **Exhibit A**.  The information is "Confidential Discovery Material" pursuant to Section 1(c) of the Confidentiality Agreement

1 because it is "confidential research, development, or commercial information, within the meaning of
2 Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure." *See* Confidentiality Agreement, Exh. A
3 at 2.  For this reason, Plaintiffs request that the above-listed documents and portions thereof be filed
4 under seal.  Defendant Whirlpool Corporation shall have access to the confidential documents.

Plaintiffs have submitted this Notice of Request, Request to Seal Documents in Support of Class Certification Reply Brief, Opposition to Motion to Strike the Declaration of Colin B. Weir, the [Proposed] Order, and the documents themselves via electronic mail to the Court.  The email has been set to Judge Nunley's proposed orders email box, with the email subject line including the case number and the statement: "Request to Seal Documents."  Further, this Notice of Request, Request to Seal Documents in Support of Class Certification Reply Brief, Opposition to Motion to Strike the Declaration of Colin B. Weir, and [Proposed] Order have been served on all parties via electronic mail.

Dated:  November 21, 2014           Respectfully submitted,

**BURSOR & FISHER, P.A**

By:   */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:   (925) 300-4455
Facsimile:    (925) 407-2700
E-Mail:        ltfisher@bursor.com
                  apersinger@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:   (212) 989-9163
Email:  scott@bursor.com

PLAINTIFFS' NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF
CLASS CERTIFICATION REPLY BRIEF AND OPPOSITION TO MOTION TO STRIKE, AND
ORDER
CASE NO. 2:12-CV-00125-TLN-CKD

2

**FARUQI & FARUQI, LLP**
David E. Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA  90024
Telephone:  (424) 256-2884
Facsimile:   (424) 256-4885
E-Mail:  dbower@faruqilaw.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 983-9330
Facsimile:   (212) 983-9331
E-Mail:  avozzolo@faruqilaw.com

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEF AND OPPOSITION TO MOTION TO STRIKE, AND ORDER
CASE NO. 2:12-CV-00125-TLN-CKD

3

**ORDER**

Having considered Plaintiffs' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Agreement for the Discovery of Confidential Information, the Court GRANTS Plaintiffs' Request to Seal Documents and finds and orders as follows:

The Court finds that the following documents at issue should be filed under seal:

- Plaintiffs' Reply in Support of Motion for Class Certification at pages 1:25-2:7, 2:18-19, 3:12-18, 3:25-28, 4:17-19, 5:19-6:5, 10:13-14;

- Plaintiffs' Memorandum of Points and Authorities in Opposition to Motion to Strike the Declaration of Colin B. Weir at pages 11:3-4, 12:12-16, 12:20-26, 13:11-17, 13:24-25, 14:3-7, 14:9-11, 14:16-15:1, 15:6-12, 15:17-18, 15:20-24, 15:28-16:6, 16:27-28, 17:7-10, 17:14-17, 18:23-26, and 19:7-10;

- Paragraphs 41, 42, 43, 50, 60, and 64 of the Reply Declaration of L. Timothy Fisher in Support of Plaintiffs' Motion for Class Certification and Opposition to Defendant's Motion to Strike the Declaration of Colin B Weir;

- Exhibit 36 at pages 328:19-332:16, 331:1-334:8, 334:10-19, 335:6-11, 336:4-25; Exhibit 37 at pages 339:21-24, 340:1-2, 340:16-341:22, 345:3-6, 345:19, 345:22-346:4, 347:17-25; Exhibit 39; Exhibit 40; Exhibit 41; Exhibit 44; Exhibit 47 at pages 410:1-24, 411:14-19, 412:1-25, 413:16-19, 415:13-416:13, 417:7-418:25, 420:1-4, 420:12-422:25, 425:13-426:25, 434:3-8, 439:21-25, 440:10-17; Exhibit 48; Exhibit 57; Exhibit 58; Exhibit 62 to the Reply Declaration of L. Timothy Fisher in Support of Plaintiffs' Motion for Class Certification and Opposition to Defendant's Motion to Strike the Declaration of Colin B Weir; and

- Rebuttal Expert Report of Elizabeth Howlett at pages 3:12, 5:20-7:2, and 10:6-11:11.

The Clerk of the Court shall file the documents under seal.

IT IS SO ORDERED.

Dated: November 25, 2014

Troy L. Nunley
United States District Judge

PLAINTIFFS' NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEF AND OPPOSITION TO MOTION TO STRIKE, AND ORDER
CASE NO. 2:12-CV-00125-TLN-CKD

4