# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No: 2:12-CV-00125-TLN-CKD<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL** |

Having considered Defendant's Request to Seal and the parties' Agreement for the Discovery of Confidential Information, the Court **GRANTS** Defendant's Request to Seal.

The Court finds that a portion of the following document shall be filed under seal:

- Defendant's Motion to Strike the Rebuttal Expert Report of Elizabeth Howlett, redactions at 3:4-4:1; and 4:26-5:4.

The Clerk of the Court shall file the portion of the document listed above under seal.

**IT IS SO ORDERED.**

Dated: December 23, 2014

_____
Troy L. Nunley
United States District Judge