**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
         ltfisher@bursor.com
         apersinger@bursor.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email:  avozzolo@faruqilaw.com

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

*Attorneys for Plaintiffs and Co-lead Interim Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>                                          Plaintiffs,<br><br>     v.<br><br>WHIRLPOOL CORPORATION,<br><br>                                          Defendant. | Case No. 2:12-CV-00125-TLN-CKD<br><br>**PLAINTIFFS' NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF DR. ELIZABETH HOWLETT, AND ORDER**<br><br>Date: January 15, 2015<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Honorable Troy L. Nunley |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT Plaintiffs Kyle Dei Rossi and Mark Linthicum ("Plaintiffs") file this request pursuant to Local Rule 141 for leave to file certain confidential documents under seal in conjunction with Plaintiffs' Opposition to Whirlpool's Motion to Strike the Rebuttal Expert Report of Dr. Elizabeth Howlett that is noticed for hearing on January 15, 2015. The documents that incorporate confidential information are:

- Plaintiffs' Memorandum of Points and Authorities in Opposition to Motion to Strike the Rebuttal Expert Report of Dr. Elizabeth Howlett at 3:14-19, and 3:24-26.
- Exhibit 1 to the Declaration of Annick M. Persinger in Support of Plaintiffs' Opposition to Motion to Strike the Rebuttal Expert Report of Dr. Elizabeth Howlett, excerpts from the October 15, 2014 deposition of Dr. Carol Scott at 96:1-25.

The above documents contain information designated by Defendant as "Confidential" pursuant to the parties' Agreement for the Discovery of Confidential Information ("Confidentiality Agreement") and in Defendant's 12/1/2014 Letter regarding the October 15, 2014 Deposition of Carol A. Scott. The Confidentiality Agreement is attached hereto as **Exhibit A**. The information is "Confidential Discovery Material" pursuant to Section 1(c) of the Confidentiality Agreement because it is "confidential research, development, or commercial information, within the meaning of Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure." *See* Confidentiality Agreement, Exh. A at 2. Defendant's Letter identifying as confidential portions of Dr. Carol Scott's testimony is attached hereto as **Exhibit B.** For these reason, Plaintiffs request that the above-listed documents and portions thereof be filed under seal. Defendant Whirlpool Corporation shall have access to the confidential documents.

Plaintiffs have submitted this Notice of Request, Request to Seal Documents in Support of Plaintiffs' Opposition to Motion to Strike the Rebuttal Expert Report of Dr. Elizabeth Howlett, the [Proposed] Order, and the documents themselves via electronic mail to the Court. The email has been set to Judge Nunley's proposed orders email box, with the email subject line including the case number and the statement: "Request to Seal Documents." Further, this Notice of Request, Request to Seal Documents in Support of Plaintiffs' Opposition to Motion to Strike the Rebuttal Expert

Report of Dr. Elizabeth Howlett, and [Proposed] Order have been served on all parties via electronic mail.

Dated:  January 2, 2015                    Respectfully submitted,

                                  **BURSOR & FISHER, P.A**

By:  */s/ L. Timothy Fisher*
       L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:   (925) 300-4455
Facsimile:   (925) 407-2700
E-Mail:      ltfisher@bursor.com
            apersinger@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:   (212) 989-9163
Email:  scott@bursor.com

**FARUQI & FARUQI, LLP**
David E. Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA  90024
Telephone:  (424) 256-2884
Facsimile:   (424) 256-4885
E-Mail:  dbower@faruqilaw.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 983-9330
Facsimile:   (212) 983-9331
E-Mail:  avozzolo@faruqilaw.com

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF DR. ELIZABETH HOWLETT, AND ORDER
CASE NO. 2:12-CV-00125-TLN-CKD

2

**ORDER**

Having considered Plaintiffs' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Agreement for the Discovery of Confidential Information, the Court GRANTS Plaintiffs' Request to Seal Documents and finds and orders as follows:

The Court finds that the following documents at issue should be filed under seal:

- Plaintiffs' Memorandum of Points and Authorities in Opposition to Motion to Strike the Rebuttal Expert Report of Dr. Elizabeth Howlett at 3:14-19, and 3:24-26.
- Exhibit 1 to the Declaration of Annick M. Persinger in Support of Plaintiffs' Opposition to Motion to Strike the Rebuttal Expert Report of Dr. Elizabeth Howlett, excerpts from the October 15, 2014 deposition of Dr. Carol Scott at 96:1-25.

The Clerk of the Court shall file the documents under seal.

IT IS SO ORDERED.

Dated:  January 6, 2015

_____
Troy L. Nunley
United States District Judge

PLAINTIFFS' NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF DR. ELIZABETH HOWLETT, AND ORDER
CASE NO. 2:12-CV-00125-TLN-CKD

3