## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No: 2:12-CV-00125-TLN-CKD<br><br>**DEFENDANT'S NOTICE OF REQUEST, REQUEST TO SEAL, AND ORDER**<br><br>Date:         January 15, 2015<br>Time:        2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge:       Honorable Troy L. Nunley |

### ORDER

Having considered Defendant's Request to Seal and the parties' Agreement for the Discovery of Confidential Information, the Court **GRANTS** Defendant's Request to Seal.

The Court finds that the followings document shall be filed under seal:

- Reply in Support of Defendant's Motion to Strike the Declaration of Colin B. Weir, redactions at 2-9;

- Defendant's Reply in Support of Defendant's Motion to Strike the Rebuttal Expert Report of Elizabeth Howlett, redactions at 4:8-5:5; 6:12-19.

The Clerk of the Court shall file the portions of the documents listed above under seal.

**IT IS SO ORDERED.**

Dated: January 9, 2015

Troy L. Nunley
United States District Judge