**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
          ltfisher@bursor.com
          apersinger@bursor.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email:  avozzolo@faruqilaw.com

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

*Attorneys for Plaintiffs and Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | Case No. 2:12-CV-00125-TLN-JFM <br><br> **STIPULATION AND ORDER REGARDING PRETRIAL DEADLINES** <br><br> Honorable Troy L. Nunley |

WHEREAS, on December 23, 2013, the Court issued a Pretrial Scheduling Order (Dkt. No. 88) that set a number of deadlines including March 26, 2015 as the deadline to complete all non-expert discovery and May 26, 2015 as the deadline for the disclosure of expert witnesses.

WHEREAS, on January 8, 2015, the Court issued a minute order vacating the hearing on Plaintiffs' motion for class certification and Defendant Whirlpool Corporation's motions to strike.

WHEREAS, the parties have met and conferred about the pretrial schedule and believe that to conserve the parties' time and resources, the remaining deadlines set forth in the Court's Pretrial Scheduling Order should be postponed pending the Court's ruling on Plaintiffs' motion for class certification and Defendant's motions to strike.

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, that the remaining deadlines in the Court's Pretrial Scheduling Order shall be vacated pending the Court's ruling on Plaintiffs' motion for class certification and Defendant's motions to strike.

The parties further stipulate that within 21 days after the Court's rulings on the pending motions, they will meet and confer regarding a revised pretrial scheduling order and submit a joint status report to the Court proposing new pretrial deadlines.

Dated: January 28, 2015            Respectfully submitted,

**BURSOR & FISHER, P.A**

By:_____*/s/ L. Timothy Fisher*_____
           L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
            ltfisher@bursor.com
            apersinger@bursor.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| DATED: January 28, 2015 | **WHEELER TRIGG O'DONNELL LLP** |

By:      */s/ Galen D. Bellamy*
               Galen D. Bellamy

Galen D. Bellamy (State Bar No. 231792)
Cedric D. Logan (*pro hac vice*)
Kenneth E. Stalzer (*pro hac vice*)
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:   (303) 244-1800
Facsimile:   (303) 244-1879
Email:         bellamy@wtotrial.com
                    logan@wtotrial.com
                    stalzer@wtorial.com

*Attorneys for Defendant Whirlpool Corporation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing, the remaining deadlines in the Court's December 23, 2013 Pretrial Scheduling Order (Dkt. No. 88) shall be vacated pending the Court's ruling on Plaintiffs' motion for class certification and Defendant's motions to strike.  Within 21 days after the Court's ruling on the pending motions, the parties shall meet and confer regarding a revised pretrial scheduling order and submit a joint status report to the Court proposing new pretrial deadlines.

**IT IS SO ORDERED.**

Dated:  January 30, 2015

_____
Troy L. Nunley
United States District Judge