UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | No.  2:12-cv-00125 <br><br> **ORDER DENYING DEFENDANT'S PETITION FOR PERMISSION TO APPEAL** |

By Order entered on April 28, 2015, this Court Granted in Part and Denied in Part

Plaintiffs Kyle Dei Possi and Mark Linthicum's ("Plaintiffs") Motion for Class Certification.

(ECF No. 160).  Defendant Whirlpool Corporation ("Defendants") subsequently filed a Motion

Requesting permission to appeal this Court's ruling pursuant to Federal Rule of Civil Procedure

23(f).  (ECF No. 161.)  Rule 23(f) states:

> A court of appeals may permit an appeal from an order granting or denying class-action certification under this rule if a petition for permission to appeal is filed with the circuit clerk ***within 14 days after the order is entered***.  An appeal does not stay proceedings in the district court unless the district judge or the court of appeals so orders.

Fed. R. Civ. P.  23(f) (emphasis added).   Defendants filed this petition on May 19, 2015, twenty-

1

one (21) days after this Court's ruling.  Accordingly, Defendant's petition is untimely and is thus DENIED.


Dated:  May 28, 2015

_____
Troy L. Nunley
United States District Judge