UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-TLN-CKD<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO FILE JOINT STATUS REPORT**<br><br>Judge: Honorable Troy L. Nunley |

Having reviewed the parties' Joint Request to Extend Time to File Joint Status Report ("Request") and good cause having been shown for the reasons stated therein, the parties' Request is GRANTED.

The parties shall file a Notice of Settlement or a Joint Status Report that includes new pretrial deadlines by October 29, 2015.

**IT IS SO ORDERED.**

Dated: September 15, 2015

Troy L. Nunley
United States District Judge