**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
        ltfisher@bursor.com
        apersinger@bursor.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email:  avozzolo@faruqilaw.com

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

*Attorneys for Plaintiffs and Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-TLN-JFM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Honorable Troy L. Nunley |

WHEREAS, the parties have executed a binding term sheet that outlines the principle terms of a proposed class settlement.

WHEREAS, Defendant Whirlpool Corporation has drafted a proposed settlement agreement and proposed class notices and sent them to Plaintiffs' counsel.

WHEREAS, Plaintiffs' counsel has reviewed the proposed settlement agreement and class notices, and the parties are continuing to negotiate certain terms of the settlement.

WHEREAS, the parties do not expect to complete their negotiations regarding the settlement agreement and class notices prior to December 15, the deadline the Court has set for the parties to file their motion for preliminary approval.

WHEREAS, the parties seek additional time so they can complete their negotiations regarding the settlement agreement.

NOW, THEREFORE, the parties stipulate that, subject to the Court's approval, the deadline for the parties to file their motion for preliminary approval of the settlement shall be extended from December 15, 2015 to January 15, 2016.

IT IS SO STIPULATED.

Dated: December 8, 2015                    Respectfully submitted,

**BURSOR & FISHER, P.A**

By:      */s/ L. Timothy Fisher*
              L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
            ltfisher@bursor.com
            apersinger@bursor.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017

Phone: (212) 983-9330
Fax: (212) 983-9331
Email: avozzolo@faruqilaw.com

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

*Attorneys for Plaintiffs and Class Counsel*

Dated: December 8, 2015           **WHEELER TRIGG O'DONNELL LLP**


By:_____*/s/ Galen D. Bellamy*_____
              Galen D. Bellamy

Galen D. Bellamy (State Bar No. 231792)
Cedric D. Logan (*pro hac vice*)
Kenneth E. Stalzer (*pro hac vice*)
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:     (303) 244-1800
Facsimile:      (303) 244-1879
Email:            bellamy@wtotrial.com
                     logan@wtotrial.com
                     stalzer@wtorial.com

**BENBROOK LAW GROUP, PC**
Bradley A. Benbrook (State Bar No. 177786)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
Email: brad@benbrooklawgroup.com

*Attorneys for Defendant Whirlpool Corporation*

## ORDER

Having reviewed the parties' stipulation requesting additional time to file their motion for preliminary approval and good cause having been shown, the parties' request is GRANTED.

The parties shall file their motion for preliminary approval by January 15, 2016.

**IT IS SO ORDERED.**

Dated:  December 10, 2015

Troy L. Nunley
United States District Judge