**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
          ltfisher@bursor.com
          apersinger@bursor.com


**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email:  avozzolo@faruqilaw.com

*Attorneys for Plaintiffs and Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-TLN-JFM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Honorable Troy L. Nunley |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, the parties have executed a binding term sheet that outlines the principle terms of a proposed class settlement.

WHEREAS, the parties expect to execute the settlement agreement shortly following delays due to the holidays and continued negotiation of certain terms of the settlement and proposed forms of notice to the Class.

WHEREAS, the Court has granted one previous extension of time for the parties to file their motion for preliminary approval of the settlement.

WHEREAS, the parties seek an additional extension of time so they can complete their negotiations regarding the settlement agreement.

WHERAS, an extension of time will have no significant impact on the schedule for the case.

NOW, THEREFORE, the parties stipulate that, subject to the Court's approval, the deadline for the parties to file their motion for preliminary approval of the settlement shall be extended from January 15, 2016 to February 5, 2016.

IT IS SO STIPULATED.


Dated: January 12, 2016                **BURSOR & FISHER, P.A**


By: __*/s/ L. Timothy Fisher*_____
                L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
        ltfisher@bursor.com
        apersinger@bursor.com

**FARUQI & FARUQI, LLP**
Antonio Vozzolo (*pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email:  avozzolo@faruqilaw.com

---

STIPULATION AND ORDER                                                   1
CASE NO. 2:12-CV-00125-TLN-JFM

1

2

3

4

5

6

**FARUQI & FARUQI, LLP**
David Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: dbower@faruqilaw.com

*Attorneys for Plaintiffs and Class Counsel*

7   Dated: January 12, 2016            **WHEELER TRIGG O'DONNELL LLP**

8

9                                      By:  */s/ Galen D. Bellamy*
                                                Galen D. Bellamy

10                                     Galen D. Bellamy (State Bar No. 231792)
                                       Cedric D. Logan (*pro hac vice*)
11                                     Kenneth E. Stalzer (*pro hac vice*)
                                       370 Seventeenth Street, Suite 4500
12                                     Denver, Colorado 80202
                                       Telephone:    (303) 244-1800
13                                     Facsimile:    (303) 244-1879
                                       Email:        bellamy@wtotrial.com
14                                                   logan@wtotrial.com
                                                     stalzer@wtorial.com
15

16                                     **BENBROOK LAW GROUP, PC**
                                       Bradley A. Benbrook (State Bar No. 177786)
17                                     400 Capitol Mall, Suite 1610
                                       Sacramento, CA 95814
18                                     Telephone: (916) 447-4900
                                       Facsimile: (916) 447-4904
19                                     Email: brad@benbrooklawgroup.com

20                                     *Attorneys for Defendant Whirlpool Corporation*

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                                                           2
CASE NO. 2:12-CV-00125-TLN-JFM

1

2

**ORDER**

3

    Having reviewed the parties' stipulation requesting additional time to file their motion for

preliminary approval and good cause having been shown, the parties' request is GRANTED.

4

    The parties shall file their motion for preliminary approval by February 5, 2016.

5

6

**IT IS SO ORDERED.**

7

Dated:  January 13, 2016

8

9

10

_____

Troy L. Nunley

United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28