**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
          ltfisher@bursor.com
          apersinger@bursor.com


**FARUQI & FARUQI, LLP**
Barbara A. Rohr (State Bar No. 273353)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: brohr@faruqilaw.com

*Attorneys for Plaintiffs and Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-00125-TLN-JFM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFFS' APPLICATION FOR FEES AND COSTS**<br><br>Honorable Troy L. Nunley |

WHEREAS, on June 28, 2016, this Court granted preliminary approval of the Parties' class action settlement.  Dkt. No. 176.

WHEREAS, in the preliminary approval order, this Court observed that "the Parties reached the Settlement Agreement without reaching any agreement regarding the reasonable attorneys' fees and costs to be awarded to Class Counsel."  Dkt. No. 176 at 3:25-27.

WHEREAS, the Parties are currently conferring in an attempt to reach an agreement regarding reasonable attorneys' fees and costs to be awarded to Class Counsel.

WHEREAS, although the Court did not specifically set a date for Plaintiffs' Application for Fees and Costs, the Parties' settlement agreement contemplated the following deadlines with regard to Plaintiffs' Application:

- Plaintiffs' Application for Fees and Costs:  February 3, 2017
- Defendant's Opposition to Plaintiffs' Application:  March 6, 2017
- Plaintiffs' Reply in Support of Plaintiffs' Application:  March 27, 2017

WHEREAS, the Parties agree that it would serve efficiency and judicial economy if the Parties could reach an agreement on fees.

WHEREAS, the Parties further agree that an extension of the schedule for briefing Plaintiffs' Application for Fees and Costs would aid the Parties in their discussions regarding fees.

WHEREAS, the Parties' stipulation for an extension of the schedule for Plaintiffs' Application, would not affect the following upcoming deadlines:

- Claims Deadline:  February 23, 2017
- Deadline to Request Exclusion, to Object to the Settlement or Amount of Fees, and to File Notice to Appear at the Fairness Hearing: March 10, 2017
- Deadline for the Claims Administrator, KCC, to Provide a List of Opt-Outs:  March 20, 2017
- Deadline for Class Counsel to Respond to Class Members' Objections:  April 14, 2017
- Deadline for the Parties' Joint Motion for Final Approval:  April 14, 2017

- Fairness Hearing:  May 18, 2017 at 2:00 p.m.

WHEREAS, in agreeing to an extension of the deadline for Plaintiffs to file their Application for Fees and Costs, the Parties confirmed that the requested extension complies with the requirements of *In re Mercury Interactive Corp. Securities Litig.*, 618 F.3d 988 (9th Cir. 2010).

WHEREAS, NOW, THEREFORE, the Parties stipulate to the following extended schedule for Plaintiffs' Application for Fees and Costs:

- Plaintiffs' Application for Fees and Costs:  March 3, 2017
- Defendant's Opposition to Plaintiffs' Application:  April 14, 2017
- Plaintiffs' Reply in Support of Plaintiffs' Application:  May 5, 2017

IT IS SO STIPULATED.

Dated: January 27, 2017            Respectfully submitted,

**BURSOR & FISHER, P.A**

By:      */s/ L. Timothy Fisher*
                L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
             ltfisher@bursor.com
             apersinger@bursor.com

**FARUQI & FARUQI, LLP**
Barbara A. Rohr (State Bar No. 273353)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: brohr@faruqilaw.com

*Attorneys for Plaintiffs and Class Counsel*

| | |
|---|---|
| Dated: January 27, 2017 | **WHEELER TRIGG O'DONNELL LLP** |

By: */s/ Galen D. Bellamy*
           Galen D. Bellamy

Galen D. Bellamy (State Bar No. 231792)
Cedric D. Logan (*pro hac vice*)
Kenneth E. Stalzer (*pro hac vice*)
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:   (303) 244-1800
Facsimile:    (303) 244-1879
Email:          bellamy@wtotrial.com
                    logan@wtotrial.com
                    stalzer@wtorial.com

**BENBROOK LAW GROUP, PC**
Bradley A. Benbrook (State Bar No. 177786)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
Email: brad@benbrooklawgroup.com

*Attorneys for Defendant Whirlpool Corporation*

**ORDER**

Having reviewed the Parties' stipulation requesting additional time to file Plaintiffs' Application for Fees and Costs and good cause having been shown, the Parties' request is GRANTED.

- Plaintiffs' Application for Fees and Costs:  March 3, 2017
- Defendant's Opposition to Plaintiffs' Application:  April 14, 2017
- Plaintiffs' Reply in Support of Plaintiffs' Application:  May 5, 2017

**IT IS SO ORDERED.**

Dated:  January 27, 2017

Troy L. Nunley
United States District Judge