1   **BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2   L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
3   Walnut Creek, CA  94596
Telephone: (925) 300-4455
4   Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
5           ltfisher@bursor.com

6   **FARUQI & FARUQI, LLP**
Barbara A. Rohr (State Bar No. 273353)
7   10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
8   Telephone: (424) 256-2884
Facsimile: (424) 256-2885
9   E-Mail: brohr@faruqilaw.com

10  *Attorneys for Plaintiffs and Co-Lead Class Counsel*

11              UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA

13

14  KYLE DEI ROSSI and MARK LINTHICUM,       Case No. 2:12-cv-00125-TLN-CKD
    on behalf of themselves and those similarly
15  situated,                                **DECLARATION OF L. TIMOTHY
                                             FISHER IN SUPPORT OF PLAINTIFFS'**
16                        Plaintiffs,         **MOTIONS FOR FINAL APPROVAL OF
                                             CLASS ACTION SETTLEMENT AND**
17          v.                               **FOR AN AWARD OF ATTORNEYS'
                                             FEES, COSTS AND EXPENSES, AND**
18  WHIRLPOOL CORPORATION,                   **SERVICE AWARDS**
                          Defendant.
19                                           Date:  May 18, 2017
20                                           Time:  2:00 p.m.
                                             Courtroom:  2 - 15th Floor
21
22                                           Honorable Troy L. Nunley

23

24

25

26

27

28

DECLARATION OF L. TIMOTHY FISHER
CASE NO. 2:12-CV-00125-TLN-CKD

I, L. Timothy Fisher, declare:

1.      I am a partner in the law firm of Bursor & Fisher, P.A., counsel to Plaintiffs Kyle Dei Rossi and Mark Linthicum ("Plaintiffs") and Co-Lead Class Counsel in this case.  I make this declaration in support of Plaintiffs' Motions for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Costs and Expenses. [1]  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

## I.  OVERVIEW OF THE LITIGATION

### A.      Plaintiffs' Counsel's Pre-Suit Investigation and the Filing of the Complaint

2.      This case has been pending in this Court for more than five years.  I have been working on this case since its inception and have been the attorney at my firm primarily responsible for this case throughout its long history.  This case has been extremely hard-fought, and it is my opinion that both sides have been represented by excellent counsel who have zealously advocated on behalf of their clients.  In addition, I believe this case is one of the first cases filed in California brought by a purchaser of an Energy Star product asserting mislabeling claims due to noncompliance with the Energy Star program requirements and raised the novel issue of whether the Energy Star logo constitutes an express warranty.  As such, this case required significant original legal research to develop the claims and theories of liability and damages.  What follows is a summary of the proceedings to date so that the Court will have an understanding of the significant amount of work done by Class Counsel on behalf of Plaintiffs and the Class.

3.      Our investigation of this matter began in November, 2011, when we learned of the Department of Energy's disqualification of the KitchenAid KSRG25FV** and KSRS25RV** model refrigerators (the "Refrigerators").  As part of our investigation, we reviewed documents and heard statements from class members, including written and oral descriptions by consumers who purchased the Refrigerators.  We also conducted a thorough review of the available legal documents related to Whirlpool's business practices and searched publicly available resources to

---

[1] All capitalized terms herein that are not otherwise defined have the definitions set forth in the Settlement Agreement.  *See* Dkt. No. 130-2, Ex. A.

1   locate and analyze other documents concerning the Refrigerators including the U.S. Department of

2   Energy's guidelines, notices of noncompliance, conservation standards and consumer periodicals.

3   We also made a Freedom of Information Act Request to the Department of Energy for information

4   about the Refrigerators.

5        4.     Following nearly two months of investigation, on January 17, 2012, my firm and

6   our co-counsel, Faruqi & Faruqi, LLP (the "Faruqi firm"), filed a complaint against Whirlpool,

7   Pacific Sales Kitchen and Bath Centers, Inc. ("Pacific Sales"), and Best Buy Company, Inc. ("Best

8   Buy"), on behalf of Plaintiffs Dei Rossi and Linthicum.  Dkt. No. 1.  The complaint alleged causes

9   of action for violations of the Magnuson-Moss Warranty Act, for breach of express warranty, for

10  breach of implied warranty of merchantability, for unjust enrichment, for violation of the

11  California Consumer Legal Remedies Act ("CLRA"), Civil Code §§ 1750, *et. seq*., for violation of

12  the California Unfair Competition Law ("UCL"), Bus. & Prof. Code §§ 17200 *et seq*., for violation

13  of California's False Advertising Law ("FAL"), Business & Professions Code §§ 17500 *et seq*.,

14  and for violation of the consumer protection laws of the various states.  The case was assigned to

15  Judge John A. Mendez.

16       5.     After the filing and service of the complaint, my firm and the Faruqi firm moved for

17  appointment as co-lead interim class counsel pursuant to FRCP 23(g) on February 23, 2012.  Dkt.

18  No. 14.  On April 19, 2012, Judge Mendez granted our unopposed motion to be appointed as co-

19  lead interim class counsel.  Dkt. No. 26.

20         **B.**     **The Two-Year Battle Over the Pleadings**

21       6.     On March 12, 2012, Whirlpool moved to dismiss Plaintiffs' complaint pursuant to

22  FRCP 12(b)(6).  Dkt. No. 18.  Whirlpool alleged that Plaintiffs had failed to satisfy the

23  requirements of FRCP 8(a) and 9(b).  Dkt. No. 18-1.  Whirlpool also claimed that Plaintiffs'

24  warranty claims were deficient because they had failed to adequately allege any warranty and the

25  manufacturer's limited written warranty had expired.  *Id.*

26       7.     That same day, Whirlpool also moved to strike Count VIII of Plaintiffs' complaint

27  on the grounds that Plaintiffs had not separately asserted claims under the consumer protection

28  laws of the 49 states (other than Ohio) and the District of Columbia.  Dkt. No. 17.

8.      Plaintiffs opposed Whirlpool's motions to dismiss and to strike on July 11, 2012. Dkt. Nos. 36 and 38.

9.      On September 5, 2012, Judge Mendez held a hearing on Whirlpool's motions.  The Court granted the motion to dismiss with leave to amend except on Plaintiffs' claim for unjust enrichment, which was dismissed with prejudice.  Dkt. No. 55.  The Court denied Whirlpool's motion to strike as moot.  *Id.*  The Court requested that Plaintiffs include additional allegations in their amended complaint regarding Plaintiffs' understanding of the Energy Star logo and their reliance on the Energy Star logo in connection with their purchases of the Refrigerators.  The Court also requested that Plaintiffs add additional facts regarding Plaintiffs' 2008 purchases of the Refrigerators and the disqualification of the Refrigerators by the Department of Energy in 2011.

10.      After the Court issued its order on Whirlpool's motion to dismiss, we immediately began working diligently to amend the complaint to add the allegations to cure the deficiencies Judge Mendez identified.  On September 25, 2012, Plaintiffs filed their First Amended Class Action Complaint.  Dkt. No. 56.  Plaintiffs' First Amended Complaint added 17 pages of additional allegations regarding the Energy Star program, statements made by Whirlpool regarding the Energy Star program and Plaintiffs' purchases of the Refrigerators.  *Id.*  The amended complaint also removed Best Buy and Pacific Sales as Defendants.

11.      On October 15, 2012, Whirlpool moved to dismiss Plaintiffs' amended complaint. Whirlpool again argued that the Energy Star logo could not be the basis for a breach of warranty claim because the logo "contains no affirmation of any specific fact."  Dkt. No. 59-1 at 1. Whirlpool also claimed that many of the statements included in Plaintiffs' amended complaint could not be a basis for any of Plaintiffs' claims because there was no allegation that Plaintiffs saw or relied on those statements prior to purchasing the Refrigerators.  *Id.*

12.      On December 5, 2012, Plaintiffs filed their opposition to Whirlpool's motion to dismiss.  Dkt. No. 62.

13.      On March 28, 2013, Judge Mendez issued an order granting Whirlpool's motion to dismiss without prejudice.  Dkt. No. 67.  The Court held that Plaintiffs had "failed to plead the exact terms of the alleged warranty."  *Id.* at 8.  The Court also concluded that Plaintiffs had failed

1    to cite "any misrepresentation that Defendant conveyed to them." *Id.* at 13. Nevertheless, the

2    Court granted Plaintiffs leave to amend for a second time, but warned that "this is the second

3    chance [the Court] has given Plaintiffs to properly plead their claims in this action and it is unlikely

4    that the Court will permit any further chances to amend in order to avoid dismissal with prejudice

5    of this case." *Id.* at 17-18.

6           14.     Plaintiffs' counsel once again focused on amending their complaint. As before, they

7    devoted substantial effort to including the allegations required by the Court. Plaintiffs added 26

8    additional pages of allegations detailing the precise representations made to Plaintiffs, the history

9    and significance of the Energy Star logo and program, and Whirlpool's participation in the Energy

10   Star program. Plaintiffs' counsel spent dozens of hours working on the amended complaint

11   because they knew that they were not likely to get another opportunity to amend their complaint.

12   Plaintiffs filed their 77-page Second Amended Class Action Complaint on April 24, 2013. Dkt.

13   No. 71.

14          15.     Whirlpool filed its third motion to dismiss on May 21, 2013. Dkt. No. 72.

15   Whirlpool again argued that Plaintiffs failed to "plead what allegedly false or misleading

16   information Plaintiffs personally understood the Energy Star logo to convey prior to purchasing

17   their KitchenAid refrigerators." *Id.* at 1.

18          16.     Plaintiffs opposed Whirlpool's motion on August 5, 2013. Dkt. No. 77.

19          17.     On October 25, 2013, this Court[2] issued an order granting Whirlpool's motion in

20   part and denying it in part. Dkt. No. 81. The Court held that "Defendant's adhesion of the Energy

21   Star certification to its products falls within the statutory definition of an express warranty pursuant

22   to California Law," and that "Plaintiffs have sufficiently pled their breach of express warranty

23   claim." *Id.* at 7-8. The Court also held that Plaintiffs had properly alleged their claims under the

24   CLRA, FAL and the unfair and fraudulent prongs of the UCL. *Id.* at 12-15, 17-19. The Court

25   granted Whirlpool's motion to dismiss Plaintiffs' claims for breach of the implied warranty of

26   merchantability, for violation of the Magnusson-Moss Warranty Act, and under the unlawful prong

27   of the UCL. *Id.* at 9-12, 16-17.

28   _____
[2] This case was re-assigned from Judge Mendez to Your Honor on April 3, 2013. Dkt. No. 68.

18.     On November 18, 2013, Whirlpool filed its answer to Plaintiffs' Second Amended Class Action Complaint.  Dkt. No. 86.  Whirlpool's answer ended a nearly two-year battle over the pleadings.

**C.     Discovery and Class Certification**

19.     On December 23, 2013, Plaintiffs served their First Set of Requests for Production of Documents.  Over the next nine months, Whirlpool produced 17,629 pages of documents. Plaintiffs' counsel spent significant time reviewing and analyzing those documents in preparation for depositions and for their motion for class certification.

20.     Plaintiffs also served nine interrogatories on Whirlpool seeking information about, among other things, the number of Refrigerators sold, the identity of all retailers who sold the refrigerators and the revenue generated from the sales of the Refrigerators.

21.     Whirlpool also served discovery on Plaintiffs.  Plaintiffs responded to Whirlpool's interrogatories and document requests on February 12, 2014.  Plaintiffs amended their responses on June 4, 2014.

22.     Whirlpool took the deposition of Plaintiff Linthicum in Los Angeles on June 9, 2014.  Whirlpool took the deposition of Plaintiff Dei Rossi on June 10, 2014, in Sacramento.

23.     Shortly thereafter, on July 31, 2014, Plaintiffs filed their motion for class certification.  Dkt. No. 105.  Plaintiffs submitted 35 exhibits totaling 325 pages of evidence with their motion.  Dkt. Nos. 105-2-7.  The motion was also supported by declarations from Plaintiffs Dei Rossi and Linthicum as well as by a declaration from Plaintiffs' damages expert Colin Weir of Economics and Technology, Inc. in Boston, Massachusetts.  Dkt. Nos. 105-8 and 105-9.  Mr. Weir proposed two methods of calculating classwide damages.  First, Mr. Weir proposed a calculation of energy expense damages wherein consumers would receive payment for the additional expense associated with operating the Refrigerators at less energy-efficient levels.  7/31/14 Declaration of Colin Weir at 3-5.  Mr. Weir estimated the energy expense damages at $66.65 over the estimated lifespan of the Refrigerators.  *Id.*  Mr. Weir also proposed a regression analysis to determine the portion of the price attributable to the Energy Star logo.  *Id.* at 6-16.

24.     On September 18, 2014, Whirlpool filed its opposition to Plaintiffs' motion for class certification.  Dkt. No. 111.  Whirlpool submitted eight declarations in support of their opposition.  Whirlpool submitted declarations from five expert witnesses as well as three Whirlpool employees.  It also filed a motion to strike Mr. Weir's declaration in support of Plaintiffs' motion for class certification.

25.     After Whirlpool filed its opposition to the motion for class certification, Plaintiffs took the depositions of Whirlpool's experts Dr. Laurentius Marais, Dr. Carol Scott and Dr. John Fessler on October 9, 2014, October 15, 2014 and October 17, 2014, respectively.

26.     Plaintiffs filed their reply in support of their motion for class certification on November 24, 2014.  Plaintiffs submitted 27 additional exhibits with their class certification reply brief as well as a declaration from Dr. Elizabeth Howlett regarding the significance of the Energy Star logo and its impact on consumers from a marketing perspective.  Plaintiffs also filed an opposition to Whirlpool's motion to strike Mr. Weir's declaration.

27.     Whirlpool subsequently filed a motion to strike Dr. Howlett's declaration.  Plaintiffs filed an opposition to that motion on January 2, 2014.  Dkt. No. 140.

28.     On April 28, 2015, this Court granted Plaintiffs' motion for class certification in part and denied it in part.  Dkt. No. 160.  The Court certified a class of all persons who purchased the Refrigerators in California.  *Id.* at 20.  The Court denied Plaintiffs' motion to certify a class in any other state and Whirlpool's motions to strike the declarations submitted by Mr. Weir and Dr. Howlett.  *Id.* at 1-2, fn. 1 and 20.  It is my understanding that this was the first ever Energy Star case certified.

29.     On May 12, 2015, Whirlpool filed a petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f) with the Ninth Circuit Court of Appeals.

30.     Plaintiffs filed their response to Whirlpool's 23(f) petition on May 22, 2015.

31.     On July 29, 2015, the Ninth Circuit Court of Appeals denied Whirlpool's 23(f) petition.

**D.     Settlement**

32.     Shortly after the Court issued its order on class certification, the parties began to have informal discussions regarding settlement.  On October 8, 2015, the parties had a full-day settlement meeting in New York City.  At the conclusion of that meeting, the parties executed a preliminary term sheet setting forth the basic terms of the settlement.  Specifically, the parties agreed that the settlement would provide for a $55 cash payment or a 10% rebate on the purchase of another KitchenAid-brand appliance.

33.     On October 28, 2015, the parties executed a binding term sheet that more fully memorialized the agreement reached at the October 8 meeting.

34.     For the next three months, the parties continued negotiating the terms of the settlement and working on preparing the settlement agreement and motion for preliminary approval.  The negotiations were difficult and fraught with challenges that imperiled the settlement several times.  Ultimately, the parties executed the Class Action Settlement Agreement on February 5, 2016.  Exh. A to Dkt. No. 173-1.  Plaintiffs filed their motion for preliminary approval of the settlement shortly thereafter.  Dkt. No. 173.

35.     On June 28, 2016, the Court granted Plaintiffs' motion for preliminary approval. Dkt. No. 176.

36.     Since the Court granted preliminary approval, Plaintiffs' counsel has spent significant time ensuring that notice was disseminated properly and overseeing the claims submission process.  As of the date of this declaration, I am not aware of any Class Member who has objected to the Settlement or opted out of the Class.  In addition, neither the United States Attorney General nor the Attorney General of the State of California has objected.

## II.  THE BACKGROUND AND EXPERIENCE OF CLASS COUNSEL

37.     In this section of my declaration, I seek to describe my background and experience as well as the successful history of my firm.  I received my Juris Doctor from Boalt Hall at the University of California at Berkeley in 1997.  While in law school, I was an active member of the Moot Court Board and participated in moot court competitions throughout the United States.  In 1994, I received an award for Best Oral Argument in the first year moot court competition.  Prior to

founding Bursor & Fisher, P.A., I was an associate with Bramson, Plutzik, Mahler & Birkhaeuser, LLP in Walnut Creek, California for 13 years.  I also taught appellate advocacy at John F. Kennedy University School of Law in 2003 and 2004.  More recently, I contributed jury instructions, a verdict form, and comments to the consumer protection chapter of Justice Elizabeth A. Baron's *California Civil Jury Instruction Companion Handbook* (West 2010).  In 2014, I was appointed to a four-year term as a member of the Standing Committee on Professional Conduct for the U.S. District Court for the Northern District of California.

38.     In 2011, my partner Scott A. Bursor and I established our firm.  Mr. Bursor graduated from the University of Texas Law School in 1996, where he was Articles Editor of the Texas Law Review, and a member of the Board of Advocates and Order of the Coif.  Mr. Bursor began his practice as a litigation associate in New York City with Cravath, Swaine & Moore (1996-2000) and Chadbourne & Parke LLP (2001), where he represented large telecommunications, pharmaceutical, and technology companies in commercial litigation and class actions.

39.     Class actions are rarely brought to trial.  However, Mr. Bursor and I have served as trial counsel for class action plaintiffs in five jury trials and have won all five, with recoveries ranging from $21 million to $299 million.

    i.     In 2007, Mr. Bursor and I served as lead trial counsel in *Thomas v. Global Vision Products* (Alameda County Superior Court), representing a class of approximately 150,000 California consumers who had purchased the Avacor hair regrowth system, asserting claims for violations of California's consumer protection statutes.  After a four-week trial the jury returned a $37 million verdict for the class.  The trial judge increased the award to $40 million.

    ii.     In 2008, Mr. Bursor and I served as lead trial counsel in *Ayyad v. Sprint Spectrum L.P.* (Alameda County Superior Court), representing a class of 2 million California consumers who were charged an early termination fee under a Sprint cellphone contract, asserting claims that such fees were unlawful liquidated damages under Civil Code § 1671(d), as well as other statutory and common law claims.  After a five-week trial, the jury returned a verdict in June 2008, and the

1

2

3

Court issued a Statement of Decision in December 2008 awarding the class more than $299 million in cash and debt cancellation.  The class prevailed on six of six counts asserted in the complaint and was awarded 100% of the relief sought.

4

5

6

7

8

9

10

11

iii.    In 2008, Mr. Bursor and I served as lead trial counsel in *White v. Verizon Wireless* (Alameda County Superior Court), representing a class of 1.4 million California consumers who were charged an early termination fee under a Verizon cellphone contract, asserting claims that such fees were unlawful liquidated damages under Civil Code § 1671(d), as well as other statutory and common law claims.  After we presented the class's case-in-chief, rested, then cross-examined Verizon's principal trial witness, Verizon agreed to settle the case for a $21 million cash payment and an injunction restricting Verizon's ability to impose early termination fees in future subscriber agreements.

12

13

14

15

16

iv.    In 2009, Mr. Bursor and I served as lead trial counsel in a second trial in *Thomas v. Global Vision Products*, in which the class asserted claims against a minority shareholder in the company.  After another four-week trial the jury returned a verdict awarding more than $50 million to the class.  The legal trade publication VerdictSearch reported this was the second largest jury verdict in California in 2009.

17

18

19

20

21

22

23

24

v.    In 2013, Mr. Bursor served as lead trial counsel in a second trial in *Ayyad v. Sprint Spectrum L.P.* (Alameda County Superior Court).  After we had prevailed on the class claims challenging Sprint's termination fees in 2008, Sprint asserted a $1.06 billion cross-claim against the class for breach of contract.  *See Garrett v. Coast & Southern Federal Sav. & Loan Ass'n*, 9 Cal. 3d 731, 740-41 (1973) (holding that invalidation of a liquidated damages provision does not permit the breaching party to "escape[] unscathed," because he "remains liable for the actual damages resulting from his default").  After a four-week trial, the jury returned a verdict awarding only 2% of Sprint's claimed damages.  This verdict secured the Class's net cash recovery of at least $55 million after a setoff for Sprint's actual damages.

25

26

27

40.    In addition to these five trial victories, I have been counsel to class action plaintiffs in dozens of cases in jurisdictions throughout the United States.  Since December 2010, attorneys from my firm have won appointment as Class Counsel or Interim Class Counsel in:

28

i.     *O'Brien v. LG Electronics USA, Inc.* (D.N.J. Dec. 16, 2010), to represent a certified nationwide class of purchasers of LG French-door refrigerators,

ii.    *Ramundo v. Michaels Stores, Inc.* (N.D. Ill. June 8, 2011), to represent a certified nationwide class of consumers who made in-store purchases at Michaels Stores using a debit or credit card and had their private financial information stolen as a result,

iii.   *In re Haier Freezer Consumer Litig.* (N.D. Cal. Aug. 17, 2011), to represent a certified class of purchasers of mislabeled freezers from Haier America Trading, LLC,

iv.    *Loreto v. Coast Cutlery Co.* (D.N.J. Sep. 8, 2011), to represent a certified nationwide class of purchasers of knives or tools made by Coast Cutlery,

v.     *Rodriguez v. CitiMortgage, Inc.* (S.D.N.Y. Nov. 14, 2011), to represent a certified nationwide class of military personnel against CitiMortgage for illegal foreclosures,

vi.    *Avram v. Samsung Electronics America, Inc. et al.* (D.N.J. Jan. 3, 2012), to represent a proposed nationwide class of purchasers of mislabeled refrigerators from Samsung Electronics America, Inc. and Lowe's Companies, Inc.,

vii.   *Rossi v. The Procter & Gamble Co.* (D.N.J. Jan. 31, 2012), to represent a certified nationwide class of purchasers of Crest Sensitivity Treatment & Protection toothpaste,

viii.  *Dzielak v. Whirlpool Corp. et al.* (D.N.J. Feb. 21, 2012), to represent a proposed nationwide class of purchasers of mislabeled Maytag Centennial washing machines from Whirlpool Corp., Sears, and other retailers,

ix.    *In re Sensa Weight Loss Litig.* (N.D. Cal. Mar. 2, 2012), to represent a certified nationwide class of purchasers of Sensa weight loss products,

x.     *In re Sinus Buster Products Consumer Litig.* (E.D.N.Y. Dec. 17, 2012), to represent a certified nationwide class of purchasers of Sinus Buster products,

xi.    *Scott v. JPMorgan Chase & Co.* (S.D.N.Y. May 30, 2013), to represent a proposed nationwide class of Chase customers who were allegedly unilaterally enrolled into Chase's Overdraft Protection service and charged unauthorized fees,

xii.   *Podobedov v. Living Essentials, LLC* (C.D. Cal. Nov. 8, 2013), to represent a proposed nationwide class of purchasers of 5-Hour Energy products,

xiii.   *Ebin v. Kangadis Food Inc.* (S.D.N.Y. Feb. 25, 2014), to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xiv.   *Forcellati v. Hyland's, Inc.* (C.D. Cal. Apr. 9, 2014), to represent a certified nationwide class of purchasers of children's homeopathic cold and flu remedies,

xv.   *Ebin v. Kangadis Family Management LLC, et al.* (S.D.N.Y. Sept. 18, 2014), to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xvi.   *In re Scotts EZ Seed Litig.* (S.D.N.Y. Jan. 26, 2015), to represent a certified class of purchasers of Scotts Turf Builder EZ Seed in New York and California,

xvii.   *Hendricks v. StarKist Co.* (N.D. Cal. July 23, 2015), to represent a certified nationwide class of purchasers of StarKist tuna products,

xviii.   *In re NVIDIA GTX 970 Graphics Card Litig.* (N.D. Cal. May 8, 2015), to represent a proposed nationwide class of purchasers of NVIDIA GTX 970 graphics cards, and

xix.   *Melgar v. Zicam LLC, et al.* (E.D. Cal. March 30, 2016), to represent a certified ten-jurisdiction class of purchasers of Zicam Pre-Cold products.

xx.   *In re Trader Joe's Tuna Litigation* (C.D. Cal. December 21, 2016), to represent a nationwide class of purchasers of Trader Joe's tuna products.

xxi.   *In re Welspun Litigation* (S.D.N.Y. January 26, 2017), to represent a proposed nationwide class of purchasers of Welspun Egyptian cotton bedding products.

41.   A copy of my firm's resume, which includes more detailed information about our practice and the qualifications of the other Bursor & Fisher lawyers who worked on this case, is attached as **<u>Exhibit A</u>**.

### III.  CLASS COUNSEL'S LODESTAR AND EXPENSES

42.     In this section of my declaration, I seek to describe my firm's lodestar and expenses in connection with this action.  Attached as **Exhibit B** are my firm's detailed billing diaries in this matter.  I have personally reviewed all of my firm's time entries, and have used billing judgment to ensure that duplicative or unnecessary time has been excluded and that only time reasonably devoted to the litigation has been included.  The time and descriptions displayed in my firm's billing records were regularly and contemporaneously recorded by me and the other timekeepers of the firm pursuant to firm policy and have been maintained in the computerized records of my firm.  We have redacted only entries reflecting privileged communications.

43.     As of February 24, 2017, Bursor & Fisher expended <u>1887.1 hours</u> in this case.  Bursor & Fisher's lodestar fee in this matter, based on current billing rates, is <u>$924,815</u>.

44.     Based on our lodestar, the blended hourly rate that my firm billed to this matter is <u>$490.07 per hour</u> for 1887.1 hours of work.  This relatively modest blended rate resulted from my practice of assigning appropriate work to less senior lawyers who bill at lower hourly rates to minimize fees for the Class, wherever possible.  Approximately <u>60.7%</u> of the hours (1145.6 hours) were billed by associates.  However, this was a novel case that involved a lot of original work, which required significant involvement by more experienced lawyers.  My firm's partners billed <u>32.1%</u> of the hours (606 hours), primarily on developing the litigation strategy, editing briefs on dispositive motions, making court appearances, and negotiating the settlement.  The remaining <u>7.1%</u> of the hours (135.5 hours) were billed by law clerks and support staff.

45.     Included as the cover page to my firm's time records submitted as part of **Exhibit B** is a chart setting forth the hourly rates charged for each lawyer and paralegal at my firm.  Based on my knowledge and experience, the hourly rates charged by my firm are within the range of market rates charged by attorneys of equivalent experience, skill, and expertise.  These are the same hourly rates that we actually charge to our regular hourly clients who have retained us for non-contingent matters, and which are actually paid by those clients.  As a matter of firm policy, we do not discount our regular hourly rates for non-contingent hourly work, which comprises approximately 20% of our revenue.

46.     While Class Counsel has endeavored to avoid duplicative billing and believes that their hourly rates are reasonable and consistent with other lawyers' hourly rates that have been approved in this District and elsewhere, Class Counsel has nevertheless agreed to unilaterally reduce their collectively lodestar by 25% to ensure the reasonableness of their fee request.  Thus, we have agreed to request a fee award of $1,284,532.13 despite a combined lodestar of $1,712,709.50 and 3,432.85 hours.  A fee award of $1,284,532.13 would represent a negative multiplier of .75 over the base lodestar fee.  This would also result in an adjusted blended hourly rate of $374.19.

47.     In addition to the time enumerated above, I estimate that Class Counsel will incur an additional 100 hours of future work in connection with the fairness hearing, coordinating with the settlement administrator, monitoring settlement administration, and responding to Class member inquiries and possible objections.

48.     Attached as **Exhibit C** is an itemized listing of each out-of-pocket expense my firm incurred in this matter.  These expenses are reflected in the records of Bursor & Fisher, and were necessary to prosecute this litigation.  All expenses were carefully and reasonably expended, and they reflect market rates for various categories of expenses incurred.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

49.     To date, Bursor & Fisher has expended $44,467.86 in out-of-pocket expenses in connection with the prosecution of this action.

50.     I have personal knowledge of the range of hourly rates typically charged by counsel in our field in New York, California, and throughout the United States, both on a current basis and in the past.  In determining my firm's hourly rates from year to year, my partners and I have consciously taken market rates into account and have aligned our rates with the market.

51.     Through my practice, I have become familiar with the non-contingent market rates charged by attorneys in New York, California and elsewhere (my firm's offices are in New York City and Walnut Creek, California).  This familiarity has been obtained in several ways:  (1) by litigating attorneys' fee applications; (2) by discussing fees with other attorneys; (3) by obtaining

declarations regarding prevailing market rates filed by other class action attorneys seeking fees; (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises; and (5) by actively participating in the non-contingent fee marketplace.  The information I have gathered shows that my firm's rates are in line with the non-contingent market rates charged by attorneys of reasonably comparable experience, skill, and reputation for reasonably comparable class action work.  In fact, comparable hourly rates have been found reasonable by various courts for reasonably comparable services, including:

    i.    *Taylor v. FedEx Freight, Inc.*, 2016 WL 6038949, at * 7 (E.D. Cal. Oct. 13, 2016), a wage and hour  class action in which Judge Drozd approved hourly rates of $525/hour for senior associates and $700/hour for partners.

    ii.    *Zakskorn v. American Honda Motor Co., Inc.*, 2015 WL 3622990, at *14-15 (E.D. Cal. June 9, 2015), a consumer class action in which Judge Mueller approved rates as high as $875/hour and noting that "[t]o insist on awarding significantly-lower hourly rates in the Eastern District than those in other judicial districts in California would discourage attorneys from brining meritorious lawsuits in this district." (citation omitted).

    iii.    *Lambert v. Buth-Na-Bodhaige, Inc.*, E.D. Cal. Case No. 2:14-cv-00514-MCE-KJN (E.D. Cal. Nov. 20, 2015), Dkt. No. 34, order from Judge England approving a fee award where plaintiffs' counsel's rates were $800/hour for partners and $450/hour for associates.  *See* Dkt. Nos. 30-1 and 30-2.

    iv.    *Miller v. CEVA Logistics USA, Inc.*, 2015 WL 4730176, at *9 (E.D. Cal. Aug. 10, 2015), a wage and hour class action in which this Court approved hourly rates of $525/hour for associates and $700/hour for partners.

    v.    *Owens v. Kraft Foods Global, Inc.*, E.D. Cal. Case No. 1:10-cv-02062-AWI-SMS, Dkt. No. 56 (E.D. Cal. Nov. 22, 2013, a wage and hour class action in which Judge Ishii approved an hourly rate of $700/hour for partners.

    vi.    *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07 1827 SI, MDL, No. 1827 (N.D.Cal. 2013), an antitrust class action, in which the court found blended hourly rates of $1000, $950, $861, $825, $820, and $750 per hour reasonable for the lead class counsel.

vii.     *Williams v. H&R Block Enterprises, Inc.*, Alameda County
         Superior Ct. No. RG08366506, Order of Final Approval and
         Judgment filed November 8, 2012, a wage and hour class
         action, in which the court found the hourly rates of $785,
         $775, and $750 reasonable for the more senior class counsel.

viii.    *Luquetta v. The Regents of the Univ. of California*, San
         Francisco Superior Ct. No.CGC-05-443007, Order Granting
         Plaintiff's Motion for Common Fund Attorneys' Fees and
         Expenses, filed October 31, 2012, a class action to recover
         tuition overcharges, in which the court found the hourly rates
         of $850, $785, $750, and $700 reasonable for plaintiffs' more
         experienced counsel.

ix.      *Pierce v. County of Orange*, 905 F. Supp. 2d 1017 (C.D. Cal.
         2012), a civil rights class action brought by pre-trial
         detainees, in which the court approved a lodestar-based, *inter
         alia*, on 2011 rates of $850 and $825 per hour.

x.       *Holloway et. al. v. Best Buy Co., Inc.*, No. 05-5056 PJH
         (N.D. Cal. 2011) (Order dated November 9, 2011), a class
         action alleging that Best Buy discriminated against female,
         African American and Latino employees by denying them
         promotions and lucrative sales positions, in which the court
         approved lodestar-based rates of up to $825 per hour.

xi.      *Californians for Disability Rights, Inc., et al. v. California
         Department of Transportation, et al.*, 2010 U.S. Dist. LEXIS
         141030 (N.D. Cal. 2010), adopted by Order Accepting
         Report and Recommendation filed February 2, 2011, a class
         action in which the court found reasonable 2010 hourly rates
         of up to $835 per hour.

xii.     *Credit/Debit Card Tying Cases*, San Francisco County
         Superior Court, JCCP No. 4335, Order Granting Plaintiffs'
         Motion for Attorneys' Fees, Expenses, and Incentive
         Awards, filed August 23, 2010, an antitrust class action, in
         which the court, before applying a 2.0 lodestar multiplier,
         found reasonable 2010 hourly rates of $975 for a 43-year
         attorney, $950 for a 46-year attorney, $850 for 32 and 38
         year attorneys, $825 for a 35-year attorney, $740 for a 26-
         year attorney, $610 for a 13-year attorney, and $600 for a 9-
         year attorney, and $485 for a 5-year attorney.

xiii.    *Savaglio, et al. v. WalMart*, Alameda County Superior Court
         No. C-835687-7, Order Granting Class Counsel's Motion for
         Attorneys' Fees, filed September 10, 2010, a wage and hour
         class action, in which the court found reasonable, before

applying a 2.36 multiplier, rates of up to $875 per hour for a 51-year attorney, $750 for a 39-year attorney, and $775 for a 33-year attorney.

xiv. *Qualcomm, Inc. v. Broadcom, Inc.*, Case No. 05-CV-1958-B, 2008 WL 2705161 (S.D. Cal. 2008), in which the court found the 2007 hourly rates requested by Wilmer Cutler, Pickering, Hale & Dorr LLP reasonable; those rates ranged from $45 to $300 for staff and paralegals, from $275 to $505 for associates and counsel, and from $435 to $850 for partners.

52.     The reasonableness of my firm's hourly rates are also supported by several surveys of legal rates, including the following:

i.     In an article entitled "On Sale: The $1,150-Per Hour Lawyer," written by Jennifer Smith and published in the *Wall Street Journal* on April 9, 2013, the author describes the rapidly growing number of lawyers billing at $1,150 or more revealed in public filings and major surveys.  The article also notes that in the first quarter of 2013, the 50 top-grossing law firms billed their partners at an average rate between $879 and $882 per hour.  A true and correct copy of this article is attached hereto as **Exhibit D**.

ii.     In an article published April 16, 2012, the *Am Law Daily* described the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011.  A true and correct copy of that article is attached hereto as **Exhibit E**.  That article confirms that the rates charged by experienced and well-qualified attorneys have continued to rise over this five-year period, particularly in large urban areas like the San Francisco Bay Area.  It also shows, for example, that the top quartile of lawyers bill at an average of "just under $900 per hour."

iii.     Similarly, on February 25, 2011, the *Wall Street Journal* published an on-line article entitled "Top Billers."  A true and correct copy of that article is attached hereto as **Exhibit F**.  That article listed the 2010 and/or 2009 hourly rates for more than 125 attorneys, in a variety of practice areas and cases, who charged $1,000 per hour or more.  Indeed, the article specifically lists *eleven* (11) Gibson Dunn & Crutcher attorneys billing at $1,000 per hour or more.

iv.     On February 22, 2011, the ALM's *Daily Report* listed the 2006-2009 hourly rates of numerous San Francisco attorneys. A true and correct copy of that article is attached hereto as

**Exhibit G**.  Even though rates have increased significantly since that time, my firm's rates are well within the range of rates shown in this survey.

v.     *The Westlaw Court Express Legal Billing Reports* for May, August, and December 2009 (attached hereto as **Exhibit H**) show that as far back as 2009, attorneys with as little as 19 years of experience were charging $800 per hour or more, and that the rates requested here are well within the range of those reported.  Again, current rates are significantly higher.

vi.     The *National Law Journal*'s December 2010, nationwide sampling of law firm billing rates (attached hereto as **Exhibit I**) lists 32 firms whose highest rate was $800 per hour or more, eleven firms whose highest rate was $900 per hour or more, and three firms whose highest rate was $1,000 per hour or more.

vii.     On December 16, 2009, *The American Lawyer* published an online article entitled "Bankruptcy Rates Top $1,000 in 2008-2009."  That article is attached hereto as **Exhibit J**.  In addition to reporting that several attorneys had charged rates of $1,000 or more in bankruptcy filings in Delaware and the Southern District of New York, the article also listed 18 firms that charged median partner rates of from $625 to $980 per hour.

viii.     According to the *National Law Journal*'s 2014 Law Firm Billing Survey, law firms with their largest office in New York have average partner and associate billing rates of $882 and $520, respectively.  Karen Sloan, *$1,000 Per Hour Isn't Rare Anymore; Nominal Billing Levels Rise, But Discounts Ease Blow*, National Law Journal, Jan. 13, 2014.  The survey also shows that it is common for legal fees for partners in New York firms to exceed $1,000 an hour.  *Id.*  A true and correct copy of this survey is attached hereto as **Exhibit K**.

53.     No court has ever cut my firm's fee application by a single dollar on the ground that our hourly rates were not reasonable.  In fact, the rates charged by my firm have been deemed reasonable in connection with the approval of my firm's fee applications in at least seven recent matters:

i.     *Correa v. Sensa Products LLC*, Case No. BC476808, California Superior Court, Los Angeles County (Nov. 9, 2012 Judgment, Final Order, And Decree Granting Final Approval To Class Action Settlement);

---

ii.   *Rossi v. The Procter & Gamble Co.*, Case No. 11-7238, D.N.J. (Oct. 3, 2013 Final Approval Order And Judgment);

iii.   *Cox v. Clarus Marketing Group, LLC.*, 291 F.R.D. 473, 483 (S.D. Cal. 2013) (the Court approved the 2013 hourly rates of class counsel, including Bursor & Fisher's 2013 partner rates of $850-$680, associate rates of $400-$375, and paralegal rates of $180 (as set forth in ECF No. 30-4 in Case No. 3:11-cv-02711-H-RBB), stating that "hourly rates charged by the attorneys appear reasonable in light of the experience of counsel and complexities of this case.");

iv.   *In re Pacific Bell Late Fee Litigation*, Case No. MSC10-00840, California Superior Court, Los Angeles County (Oct. 22, 2013 Order Awarding Attorneys' Fees, Costs And Expenses And Authorizing Payment Of Incentive Award To The Class Representative);

v.   *In re Haier Freezer Consumer Litig.*, Case No. C11-02911 EJD, N.D. Cal. (Oct. 25, 2013 Final Judgment And Order Granting Plaintiffs' Motion For Final Approval Of Class Action Settlement And For Award Of Attorneys' Fees, Costs And Incentive Awards);

vi.   In *Rodriguez v. CitiMortgage, Inc.*, Case No. 11-cv-4718, S.D.N.Y. (Oct. 6, 2015), the court concluded during the fairness hearing that Bursor & Fisher's rates for two of its partners, Joseph Marchese and Scott Bursor, were "reasonable":

> The hourly rates among plaintiffs' counsel and their staff range between $950 per hour to $165 per hour with the average partner billing rate at $748. The hourly rates that the partners who performed most of the partner-level work on the matter, those being <u>Joseph Marchese</u>, <u>Scott Bursor</u>, Gary Lynch, and Antonio Vozzolo are <u>$680</u>, <u>$850</u>, $650, and $775 an hour respectively. The total blended rate for all legal work performed was $609 per hour. … I conclude that the hourly rates are reasonable.

10/6/15 Tr. at 14:24-15:14 (emphasis added); and

vii.   In *Hendricks v. StarKist Co.*, 2016 WL 5462423 (N.D. Cal. Sept. 29, 2016), the court concluded in its Order Granting

---

DECLARATION OF L. TIMOTHY FISHER                                          18
CASE NO. 2:12-CV-00125-TLN-CKD

Final Approval of Settlement that Bursor & Fisher's rates were "reasonable":

> The Court has reviewed class counsel's time records and billing reports, and finds that the number of hours devoted to this case was reasonable. The Court further finds that the billing rates used by class counsel to calculate the lodestar are reasonable and in line with prevailing rates in this District for personnel of comparable experience, skill, and reputation.

(internal citations omitted; emphasis added).

54.    My firm undertook this representation on a wholly contingent basis recognizing that the risk of non-payment has been high throughout this litigation. There were substantial uncertainties in the viability of this case as a class action, as well as substantial uncertainties in the merits of the underlying claims. Although we believed the case to be meritorious, a realistic assessment shows that the risks inherent in the resolution of the liability issues were great. We anticipated that Whirlpool could obtain summary judgment, obtain an order excluding one or more of Plaintiffs' experts on a motion in limine, obtain an order decertifying the class, or prevail at trial or on appeal. Even assuming Plaintiffs survived Defendant's motions for summary judgment or to exclude Plaintiffs' experts, Plaintiffs would have to convince the jury to accept their expert's test for measuring energy efficiency and reject contrary testimony from Defendant's highly-qualified experts. In this "battle of experts," it is virtually impossible to predict with any certainty which testimony would be credited, and ultimately, which expert version of energy efficiency would be accepted by the jury. Even if Plaintiffs were to prevail on the issue of liability, there would still be risks in establishing the existence of monetary damages based on increased energy use during the life of the Refrigerators. Even if we were to prevail on the issue of liability, there would still be risks in establishing the existence of monetary damages based on increased energy use during the life of the Refrigerators. My experience has taught me that these factors can make the outcome of trial extremely uncertain. Based on my experience, I have concluded that the Settlement provides

exceptional results for the Class while sparing the Class from the numerous uncertainties that would result from continued and protracted litigation.

55.     Had we not resolved this matter through settlement, we would have vigorously prosecuted the case through summary judgment, trial, and appealed any determinations that may have been adverse to the Class's interests.  We were therefore at great risk for non-payment.  In addition, as described above, we have advanced significant expenses that would not have been reimbursed absent a successful result.

56.     Due to the commitment of time and capital required to litigate this action, my firm had to forego significant other work, including work for paying clients billed by the hour on a non-contingent basis, as well as other class action cases.

### IV.  THE CLASS REPRESENTATIVES' ROLE IN THIS LITIGATION

57.     Pursuant to the Settlement Agreement, Plaintiffs Kyle Dei Rossi and Mark Linthicum are permitted to request an incentive award up to $4,000 each for their service.

58.     Service awards for class representatives are common in class actions.  *See, e.g.*, *In re Vitamin C Antitrust Litig.*, 2012 U.S. Dist. LEXIS 152275, at *35 (E.D.N.Y. Oct. 22, 2012) ("Courts often grant incentive awards to representative plaintiffs."); *see also Dupler v. Costco Wholesale Corp.*, 705 F. Supp. 2d 231, 245 (E.D.N.Y. 2010) (approving $25,000 and $5,000 awards to two plaintiffs in a settlement involving allegations that the defendant's backdating of membership renewals was a deceptive practice under New York's consumer fraud statute); *In re Domestic Air Transp. Antitrust Litig.*, 148 F.R.D. 297, 348 (N.D. Ga. 1993) ($142,500 awarded from settlement fund of $50 million); *In re Dun & Bradstreet Credit Services Customer Litig.*, 130 F.R.D. 366, 373-74 (S.D. Ohio 1990) ($215,000 awarded from settlement fund of $18 million); *Spicer v. Chicago Board Options Exchange, Inc.*, 844 F. Supp. 1226, 1267-68 (N.D. Ill. 1993) ($30,000 awarded from settlement fund of $10 million); *Enterprise Energy Corp. v. Columbia Gas Transmission Corp.*, 137 F.R.D. 240, 250-51 (S.D. Ohio 1991) (approving $50,000 incentive awards).  Such awards compensate class representatives and others for actual costs in time, money,

1    and the disruption of life incurred in the prosecution of the litigation.  They also serve to encourage

2    future plaintiffs to come forward and vindicate the rights of other injured parties.

3          59.    Here, the involvement of Plaintiffs Dei Rossi and Linthicum was critical to the

4    prosecution of the case.  I was primarily responsible for communicating with Mr. Dei Rossi and

5    Mr. Linthicum, and I can attest to their efforts in this case on behalf of themselves and the class.

6          60.    Throughout the litigation, Mr. Dei Rossi and Mr. Linthicum held regular meetings

7    with Class Counsel to receive updates on the progress of the case and to discuss strategy.  They

8    assisted in Class Counsel's pre-suit investigation by discussing their experiences and providing

9    information on their purchases of the Refrigerators.  They also assisted in drafting the original

10   complaint and the amended complaints.  This was especially important as the Court required

11   detailed information about their purchases to overcome Whirlpool's motions to dismiss.  Mr. Dei

12   Rossi and Mr. Linthicum also coordinated with my firm to form responses to discovery requests,

13   including written interrogatories and documents requests, and gathered documents for production.

14   Both plaintiffs also sat for depositions and submitted declarations in support of class certification.

15   Finally, they were intimately involved in the settlement process, and have continued to keep

16   abreast of settlement progress to date.

17         61.    Both Mr. Dei Rossi and Mr. Linthicum also took significant time away from work,

18   family and personal activities to initiate and litigate this action.  They were prepared to litigate this

19   case to a verdict if necessary.  Their dedication and efforts have conferred a significant benefit on

20   the members of the class.  In light of their contributions and efforts, a service award of $4,000 each

21   to Plaintiffs Dei Rossi and Linthicum for acting as the Class Representatives is appropriate and

22   should be approved.

23         I declare under penalty of perjury under the laws of the United States that the foregoing is

24   true and correct to the best of my knowledge.  Executed this 3rd day of March 2017, at Walnut

25   Creek, California.

26

27                                 _____/s/ L. Timothy Fisher_____
                                        L. Timothy Fisher

28

**EXHIBIT A**

# BURSOR & FISHER
### P.A.

www.bursor.com

888 SEVENTH AVENUE                    1990 NORTH CALIFORNIA BLVD.
NEW YORK, NY 10019                         WALNUT CREEK, CA 94596

## FIRM RESUME

With offices in New York and California, BURSOR & FISHER lawyers have represented both plaintiffs and defendants in state and federal courts throughout the country.

The lawyers at our firm have an active civil trial practice, having won multi-million dollar verdicts or recoveries in five of five civil jury trials since 2008. Our most recent trial victory came in August 2013 in *Ayyad v. Sprint Spectrum L.P.*, in which Mr. Bursor served as lead trial counsel and won a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

In *Thomas v. Global Vision Products, Inc. (II)*, we obtained a $50 million jury verdict in favor of a certified class of 150,000 purchasers of the Avacor Hair Regrowth System. The legal trade publication VerdictSearch reported that this was the second largest jury verdict in California in 2009, and the largest in any class action.

The lawyers at our firm have an active class action practice and have won numerous appointments as class counsel to represent millions of class members, including customers of Verizon Wireless, AT&T Wireless, Cingular Wireless, Sprint, T-Mobile, General Electric, Haier America, and Michaels Stores as well as purchasers of Avacor™, Xenadrine™, and Sensa™ products. Since 2014, our lawyers have certified five consumer classes pursuant to contested class certification motions (*see Ebin*, *Forcellati*, *In re EZ Seed Litig.*, *Dei Rossi*, *Melgar infra*). Since December 2010, Bursor & Fisher lawyers have been court-appointed Class Counsel or Interim Class Counsel in:

    i.    *O'Brien v. LG Electronics USA, Inc.* (D.N.J. Dec. 16, 2010) to represent a certified nationwide class of purchasers of LG French-door refrigerators,

    ii.    *Ramundo v. Michaels Stores, Inc.* (N.D. Ill. June 8, 2011) to represent a certified nationwide class of consumers who made in-store purchases at Michaels Stores using a debit or credit card and had their private financial information stolen as a result,

    iii.    *In re Haier Freezer Consumer Litig.* (N.D. Cal. Aug. 17, 2011) to represent a certified class of purchasers of mislabeled freezers from Haier America Trading, LLC,

    iv.    *Loreto v. Coast Cutlery Co.* (D.N.J. Sep. 8, 2011) to represent a certified nationwide class of purchasers of knives or tools made by Coast Cutlery,

    v.    *Rodriguez v. CitiMortgage, Inc.* (S.D.N.Y. Nov. 14, 2011) to represent a certified nationwide class of military personnel against CitiMortgage for illegal foreclosures,

vi.  *Avram v. Samsung Electronics America, Inc., et al.* (D.N.J. Jan. 3, 2012), to represent a proposed nationwide class of purchasers of mislabeled refrigerators from Samsung Electronics America, Inc. and Lowe's Companies, Inc.,

vii.  *Rossi v. The Procter & Gamble Co.* (D.N.J. Jan. 31, 2012), to represent a certified nationwide class of purchasers of Crest Sensitivity Treatment & Protection toothpaste,

viii.  *Dzielak v. Whirlpool Corp. et al.* (D.N.J. Feb. 21, 2012), to represent a proposed nationwide class of purchasers of mislabeled Maytag Centennial washing machines from Whirlpool Corp., Sears, and other retailers,

ix.  *In re Sensa Weight Loss Litig.* (N.D. Cal. Mar. 2, 2012), to represent a certified nationwide class of purchasers of Sensa weight loss products,

x.  *In re Sinus Buster Products Consumer Litig.* (E.D.N.Y. Dec. 17, 2012) to represent a certified nationwide class of purchasers of Sinus Buster products,

xi.  *Scott v. JPMorgan Chase & Co., et al.* (S.D.N.Y. May 30, 2013) to represent a proposed nationwide class of Chase customers who were allegedly unilaterally enrolled into Chase's Overdraft Protection service and charged unauthorized fees,

xii.  *Podobedov v. Living Essentials, LLC* (C.D. Cal. Nov. 8, 2013) to represent a proposed nationwide class of purchasers of 5-hour Energy products,

xiii.  *Ebin v. Kangadis Food Inc.* (S.D.N.Y. Feb. 25, 2014) to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xiv.  *Forcellati v. Hyland's, Inc.* (C.D. Cal. Apr. 9, 2014) to represent a certified nationwide class of purchasers of children's homeopathic cold and flu remedies,

xv.  *Ebin v. Kangadis Family Management LLC, et al.* (S.D.N.Y. Sept. 18, 2014) to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xvi.  *In re Scotts EZ Seed Litig.* (S.D.N.Y. Jan. 26, 2015), to represent a certified class of purchasers of Scotts Turf Builder EZ Seed,

xvii.  *Dei Rossi v. Whirlpool Corp., et al.* (E.D. Cal. Apr. 28, 2015), to represent a certified class of purchasers of mislabeled KitchenAid refrigerators from Whirlpool Corp., Best Buy, and other retailers,

xviii.  *Hendricks v. StarKist Co.* (N.D. Cal. July 23, 2015) to represent a certified nationwide class of purchasers of StarKist tuna products,

xix.  *In re NVIDIA GTX 970 Graphics Card Litig.* (N.D. Cal. May 8, 2015), to represent a proposed nationwide class of purchasers of NVIDIA GTX 970 graphics cards, and

xx.  *Melgar v. Zicam LLC, et al.* (E.D. Cal. March 30, 2016) to represent a certified ten-jurisdiction class of purchasers of Zicam Pre-Cold products.

xxi.  *In re Trader Joe's Tuna Litigation* (C.D. Cal. December 21, 2016), to represent a nationwide class of purchasers of Trader Joe's tuna products.

xxii.  *In re Welspun Litigation* (S.D.N.Y. January 26, 2017), to represent a proposed nationwide class of purchasers of Welspun Egyptian cotton bedding products.

# SCOTT A. BURSOR

Mr. Bursor has an active civil trial practice, having won multi-million verdicts or recoveries in five of five civil jury trials since 2008.  Mr. Bursor's most recent victory came in August 2013 in *Ayyad v. Sprint Spectrum L.P.*, in which he served as lead trial counsel and won a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

In *Thomas v. Global Vision Products, Inc.* (2009), the jury returned a $50 million verdict in favor of the plaintiff and class represented by Mr. Bursor.  The legal trade publication VerdictSearch reported that this was the second largest jury verdict in California in 2009.

Class actions are rarely tried to verdict.  Other than Mr. Bursor and his partner Mr. Fisher, we know of no lawyer that has tried more than one class action to a jury.  Mr. Bursor's perfect record of five wins in five class action jury trials, with recoveries ranging from $21 million to $299 million, is unmatched by any other lawyer.  Each of these victories was hard-fought against top trial lawyers from the biggest law firms in the United States.

Mr. Bursor graduated from the University of Texas Law School in 1996.  He served as Articles Editor of the Texas Law Review, and was a member of the Board of Advocates and Order of the Coif.  Prior to starting his own practice, Mr. Bursor was a litigation associate with Cravath, Swaine & Moore (1996-2000) and Chadbourne & Parke LLP (2001), where he represented large telecommunications, pharmaceutical, and technology companies in commercial litigation.

Mr. Bursor is a member of the state bars of New York, Florida, and California, as well as the bars of the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Courts for the Southern and Eastern Districts of New York, United States District Courts for the Northern, Central, Southern and Eastern Districts of California, and the United States District Courts for the Southern and Middle Districts of Florida.

## *Representative Cases*

Mr. Bursor was appointed lead or co-lead class counsel to the largest, 2nd largest, and 3rd largest classes ever certified.  Mr. Bursor has represented classes including more than 160 million class members, roughly 1 of every 2 Americans.  Listed below are recent cases that are representative of Mr. Bursor's practice:

Mr. Bursor negotiated and obtained court-approval for two landmark settlements in *Nguyen v. Verizon Wireless* and *Zill v. Sprint Spectrum* (the largest and 2nd largest classes ever certified).  These settlements required Verizon and Sprint to open their wireless networks to third-party devices and applications.  These settlements are believed to be the most significant legal development affecting the telecommunications industry since 1968, when the FCC's Carterfone decision similarly opened up AT&T's wireline telephone network.

Mr. Bursor was the lead trial lawyer in *Ayyad v. Sprint Spectrum, L.P.* representing a class of approximately 2 million California consumers who were charged an early termination fee under a Sprint cellphone contract, asserting claims that such fees were unlawful liquidated damages under the California Civil Code, as well as other statutory and common law claims. After a five-week combined bench-and-jury trial, the jury returned a verdict in June 2008 and the Court issued a Statement of Decision in December 2008 awarding the plaintiffs $299 million in cash and debt cancellation. Mr. Bursor served as lead trial counsel for this class again in 2013 during a month-long jury trial in which Sprint asserted a $1.06 billion counterclaim against the class. Mr. Bursor secured a verdict awarding Sprint only $18.4 million, the exact amount calculated by the class's damages expert. This award was less than 2% of the damages Sprint sought, less than 6% of the amount of the illegal termination fees Sprint charged to class members, and ensured that the class would recover in excess of $275 million.

Mr. Bursor was the lead trial lawyer in *White v. Cellco Partnership d/b/a Verizon Wireless* representing a class of approximately 1.4 million California consumers who were charged an early termination fee under a Verizon cellphone contract, asserting claims that such fees were unlawful liquidated damages under the California Civil Code, as well as other statutory and common law claims. In July 2008, after Mr. Bursor presented plaintiffs' case-in-chief, rested, then cross-examined Verizon's principal trial witness, Verizon agreed to settle the case for a $21 million cash payment and an injunction restricting Verizon's ability to impose early termination fees in future subscriber agreements.

Mr. Bursor was the lead trial lawyer in *Thomas v. Global Visions Products Inc.* Mr. Bursor represented a class of approximately 150,000 California consumers who had purchased the Avacor® hair regrowth system. In January 2008, after a four-week combined bench-and-jury trial. Mr. Bursor obtained a $37 million verdict for the class, which the Court later increased to $40 million.

Mr. Bursor was appointed class counsel and was elected chair of the Official Creditors' Committee in *In re Nutraquest Inc.*, a Chapter 11 bankruptcy case before Chief Judge Garrett E. Brown, Jr. (D.N.J.) involving 390 ephedra-related personal injury and/or wrongful death claims, two consumer class actions, four enforcement actions by governmental agencies, and multiple adversary proceedings related to the Chapter 11 case. Working closely with counsel for all parties and with two mediators, Judge Nicholas Politan (Ret.) and Judge Marina Corodemus (Ret.), the committee chaired by Mr. Bursor was able to settle or otherwise resolve every claim and reach a fully consensual Chapter 11 plan of reorganization, which Chief Judge Brown approved in late 2006. This settlement included a $12.8 million recovery to a nationwide class of consumers who alleged they were defrauded in connection with the purchase of Xenadrine® dietary supplement products.

Mr. Bursor was the lead trial lawyer in *In re: Pacific Bell Late Fee Litigation*. After filing the first class action challenging Pac Bell's late fees in April 2010, winning a contested motion to certify a statewide California class in January 2012, and defeating Pac Bell's motion for summary judgment in February 2013, Mr. Bursor obtained final approval of the $38 million class settlement. The settlement, which Mr. Bursor negotiated the night before opening statements were scheduled to commence, provides for a $20 million cash payment to provide

refunds to California customers who paid late fees on their Pac Bell wireline telephone accounts, and includes an injunction that will reduce late fee charges by $18.6 million over 28 months.

## L. TIMOTHY FISHER

L. Timothy Fisher has an active practice in consumer class actions and complex business litigation and has also successfully handled a large number of civil appeals.

Mr. Fisher has been actively involved in numerous cases that resulted in multi-million dollar recoveries for consumers and investors. Mr. Fisher has handled cases involving a wide range of issues including nutritional labeling, health care, telecommunications, corporate governance, unfair business practices and consumer fraud. With his partner Scott A. Bursor, Mr. Fisher has tried four class action jury trials, all of which produced successful results. In *Thomas v. Global Vision Products*, Mr. Fisher obtained a jury award of $50,024,611 — the largest class action award in California in 2009 and the second-largest jury award of any kind.

Mr. Fisher also has significant experience in multidistrict litigation proceedings. Currently, he serves as co-lead counsel in *In re 5-Hour Energy Marketing and Sales Practices Litigation*, MDL No. 2438 and is a member of the executive committee in *In re 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, MDL No. 2705.

Mr. Fisher was admitted to the State Bar of California in 1997. He is also a member of the bars of the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Central, Southern and Eastern Districts of California. Mr. Fisher taught appellate advocacy at John F. Kennedy University School of Law in 2003 and 2004. In 2010, he contributed jury instructions, a verdict form and comments to the consumer protection chapter of Justice Elizabeth A. Baron's California Civil Jury Instruction Companion Handbook (West 2010). In January 2014, Chief Judge Claudia Wilken of the United States District Court for the Northern District of California appointed Mr. Fisher to a four-year term as a member of the Court's Standing Committee on Professional Conduct.

Mr. Fisher received his Juris Doctorate from Boalt Hall at the University of California at Berkeley in 1997. While in law school, he was an active member of the Moot Court Board and participated in moot court competitions throughout the United States. In 1994, Mr. Fisher received an award for Best Oral Argument in the first year moot court competition.

In 1992, Mr. Fisher graduated with highest honors from the University of California at Berkeley and received a degree in political science. Prior to graduation, he authored an honors thesis for Professor Bruce Cain entitled "The Role of Minorities on the Los Angeles City Council." He is also a member of Phi Beta Kappa.

## *Representative Cases*

*Thomas v. Global Vision Products, Inc.* (Alameda County Superior Court). Mr. Fisher litigated claims against Global Vision Products, Inc. and other individuals in connection with the sale and marketing of a purported hair loss remedy known as Avacor. The case lasted more than seven years and involved two trials. The first trial resulted in a verdict for plaintiff and the class in the

amount of $40,000,000. The second trial resulted in a jury verdict of $50,024,611, which led to a $30 million settlement for the class.

*In re Cellphone Termination Fee Cases* - Handset Locking Actions (Alameda County Superior Court). Mr. Fisher actively worked on five coordinated cases challenging the secret locking of cell phone handsets by major wireless carriers to prevent consumers from activating them on competitive carriers' systems. Settlements have been approved in all five cases on terms that require the cell phone carriers to disclose their handset locks to consumers and to provide unlocking codes nationwide on reasonable terms and conditions. The settlements fundamentally changed the landscape for cell phone consumers regarding the locking and unlocking of cell phone handsets.

*In re Cellphone Termination Fee Cases* - Early Termination Fee Cases (Alameda County Superior Court and Federal Communications Commission). In separate cases that are a part of the same coordinated litigation as the Handset Locking Actions, Mr. Fisher actively worked on claims challenging the validity under California law of early termination fees imposed by national cell phone carriers. In one of those cases, against Verizon Wireless, a nationwide settlement was reached after three weeks of trial in the amount of $21 million. In a second case, which was tried to verdict, the Court held after trial that the $73 million of flat early termination fees that Sprint had collected from California consumers over an eight-year period were void and unenforceable.

### ***Selected Published Decisions***

*In re 5-hour Energy Marketing and Sales Practices Litigation*, 2017 WL 385042 (C.D. Cal. January 24, 2017) (denying motion for summary judgment in case alleging that 5-hour Energy made false and misleading statements regarding its energy drinks).

*Strumlauf v. Starbucks Corp.*, 2016 WL 3361842 (N.D. Cal. June 17, 2016) (denying motion to dismiss case alleging underfilling of Starbucks lattes).

*Melgar v. Zicam LLC*, 2016 WL 1267870 (E.D. Cal. Mar. 30, 2016) (certifying 10-jurisdiction class of purchasers of cold remedies, denying motion for summary judgment, and denying motions to exclude plaintiff's expert witnesses).

*Salazar v. Honest Tea, Inc.*, 2015 WL 7017050 (E.D. Cal. Nov. 12. 2015) (denying motion for summary judgment).

*Dei Rossi v. Whirlpool Corp.*, 2015 WL 1932484 (E.D. Cal. Apr. 27, 2015) (certifying California class of purchasers of refrigerators that were mislabeled as Energy Star qualified).

*Bayol v. Zipcar, Inc.*, 78 F.Supp.3d 1252 (N.D. Cal. 2015) (denying motion to dismiss claims alleging unlawful late fees under California Civil Code § 1671).

*Forcellati v. Hyland's, Inc.*, 2015 WL 9685557 (C.D. Cal. Jan. 12, 2015) (denying motion for summary judgment in case alleging false advertising of homeopathic cold and flu remedies for children).

*Bayol v. Zipcar, Inc.*, 2014 WL 4793935 (N.D. Cal. Sept. 25, 2014) (denying motion to transfer venue pursuant to a forum selection clause).

*Forcellati v. Hyland's Inc.*, 2014 WL 1410264 (C.D. Cal. Apr. 9, 2014) (certifying nationwide class of purchasers of homeopathic cold and flu remedies for children).

*Hendricks v. StarKist Co.*, 30 F.Supp.3d 917 (N.D. Cal. 2014) (denying motion to dismiss in case alleging underfilling of 5-ounce cans of tuna).

*Dei Rossi v. Whirlpool Corp.*, 2013 WL 5781673 (E.D. Cal. October 25, 2013) (denying motion to dismiss in case alleging that certain KitchenAid refrigerators were misrepresented as Energy Star qualified).

*Forcellati v. Hyland's Inc.*, 876 F.Supp.2d 1155 (C.D. Cal. 2012) (denying motion to dismiss complaint alleging false advertising regarding homeopathic cold and flu remedies for children).

*Podobedov v. Living Essentials, LLC*, 2012 WL 2513458 (C.D. Cal. March 22, 2012) (denying motion to dismiss in case alleging false and misleading advertising by 5-hour Energy).

*Clerkin v. MyLife.com*, 2011 WL 3809912 (N.D. Cal. August 29, 2011) (denying defendants' motion to dismiss in case alleging false and misleading advertising by a social networking company).

*In re Cellphone Termination Fee Cases*, 186 Cal.App.4th 1380 (2010) (affirming order approving $21 million class action settlement).

*Gatton v. T-Mobile USA, Inc.*, 152 Cal.App.4th 571 (2007) (affirming order denying motion to compel arbitration).

### *Selected Class Settlements*

*In Re NVIDIA GTX 970 Graphics Chip Litigation* (Northern District of California) - $4.5 million class action settlement of claims alleging that a computer graphics card was sold with false and misleading representations concerning its specifications and performance.

*Hendricks v. StarKist Co.* (Northern District of California) – $12 million class action settlement of claims alleging that 5-ounce cans of tuna were underfilled.

*In re Zakskorn v. American Honda Motor Co.* Honda (Eastern District of California) – nationwide settlement providing for brake pad replacement and reimbursement of out-of-pocket expenses in case alleging defective brake pads on Honda Civic vehicles manufactured between 2006 and 2011.

*Correa v. Sensa Products, LLC* (Los Angeles Superior Court) - $9 million settlement on behalf of purchasers of the Sensa weight loss product.

*In re Pacific Bell Late Fee Litigation* (Contra Costa County Superior Court) - $38.6 million settlement on behalf of Pac Bell customers who paid an allegedly unlawful late payment charge.

*In re Haier Freezer Consumer Litigation* (Northern District of California) - $4 million settlement, which provided for cash payments of between $50 and $325.80 to class members who purchased the Haier HNCM070E chest freezer.

*Thomas v. Global Vision Products, Inc.* (Alameda County Superior Court) - $30 million settlement on behalf of a class of purchasers of a hair loss remedy.

*Guyette v. Viacom, Inc.* (Alameda County Superior Court) - $13 million settlement for a class of cable television subscribers who alleged that the defendant had improperly failed to share certain tax refunds with its subscribers.

# JOSEPH I. MARCHESE

Joseph I. Marchese is a Partner with Bursor & Fisher, P.A. Joe focuses his practice on consumer class actions, employment law disputes, and commercial litigation. He has represented corporate and individual clients in a wide array of civil litigation, and has substantial trial and appellate experience.

In 2015, Joe was defense trial counsel for a law firm and several of its partners in a sexual harassment case brought by a former associate of that firm. The plaintiff's complaint sought $22 million in compensatory and punitive damages. After a 3-week trial in federal court in New York, the jury returned a verdict of not liable for the federal and state law claims. During the trial, the judge also granted defendants' motion for judgment as a matter of law on the plaintiff's claims for retaliation and defamation. The jury found liability solely under New York City's human rights law, awarding only $140,000 in damages.

Joe also has significant experience in multidistrict litigation proceedings. Currently he serves on the Plaintiffs' Executive Committee in In Re: Blue Buffalo Company, Ltd. Marketing And Sales Practices Litigation, MDL No. 2562.

Joe is admitted to the State Bar of New York and is a member of the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York, as well as the United States Court of Appeals for the Second Circuit.

Joe graduated from Boston University School of Law in 2002 where he was a member of The Public Interest Law Journal. In 1998, Joe graduated with honors from Bucknell University.

## *Selected Published Decisions:*

*Boelter v. Hearst Communications, Inc.*, --- F. Supp. 3d ---, 2016 WL 3369541 (S.D.N.Y. June 17, 2016), denying publisher's motion to dismiss its subscriber's allegations of state privacy law violations in putative class action.

*In re Scotts EZ Seed Litigation*, 304 F.R.D. 397 (S.D.N.Y. 2015), granting class certification of false advertising and other claims brought by New York and California purchasers of grass seed product.

*Marchuk v. Faruqi & Faruqi, LLP, et al.*, 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

*In re Michaels Stores Pin Pad Litigation*, 830 F. Supp. 2d 518 (N.D. Ill. 2011), denying retailer's motion to dismiss its customers' state law consumer protection and privacy claims in data breach putative class action.

### *Selected Class Settlements:*

*In Re: Blue Buffalo Marketing And Sales Practices Litigation*, Case No. 14-MD-2562-RWS (E.D. Mo. 2016) – final approval granted for $32 million class settlement to resolve claims of pet owners for alleged false advertising of pet foods.

*Rodriguez v. Citimortgage, Inc.*, Case No. 11-cv-4718-PGG (S.D.N.Y. 2015) – final approval granted for $38 million class settlement to resolve claims of military servicemembers for alleged foreclosure violations of the Servicemembers Civil Relief Act, where each class member was entitled to $116,785 plus lost equity in the foreclosed property and interest thereon.

*O'Brien v. LG Electronics USA, Inc., et al.*, Case No. 10-cv-3733-DMC (D.N.J. 2011) – final approval granted for $23 million class settlement to resolve claims of Energy Star refrigerator purchasers for alleged false advertising of the appliances' Energy Star qualification.

## JOSHUA D. ARISOHN

Joshua D. Arisohn is a Partner with Bursor & Fisher, P.A. Josh has litigated precedent-setting cases in the areas of consumer class actions and terrorism. He participated in the first ever trial to take place under the Anti-Terrorism Act, a statute that affords U.S. citizens the right to assert federal claims for injuries arising out of acts of international terrorism. Josh's practice continues to focus on terrorism-related matters as well as class actions.

Josh is admitted to the State Bar of New York and is a member of the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York.

Josh previously practiced at Dewey & LeBoeuf LLP and DLA Piper LLP. He graduated from Columbia University School of Law in 2006, where he was a Harlan Fiske Stone Scholar, and received his B.A. from Cornell University in 2002. Josh has been honored as a 2015 and 2016 Super Lawyer Rising Star.

### *Selected Published Decisions:*

*Perez v. Monster Inc.*, 149 F. Supp. 3d 1176 (N.D. Cal. 2016), denying defendants' motion to dismiss claims that manufacturer and retailer of HDMI cables fraudulently represented the need for high bandwidths.

*Morris v. SolarCity Corp.*, 2016 WL 1359378 (N.D. Cal. Apr. 4, 2016), denying defendant's motion to dismiss claims that solar company illegally called consumers using an artificial or prerecorded voice and an automatic telephone dialing system.

*Boelter v. Hearst Commc'ns, Inc.*, 192 F. Supp. 3d 427 (S.D.N.Y. 2016), denying defendant's motion to dismiss and finding that the Michigan Video Rental Privacy Act does not violate the First Amendment.

*Edwards v. Oportun, Inc.*, 193 F. Supp. 3d 1096 (N.D. Cal. 2016), denying defendant's motion dismiss and rejecting its argument that providing a class representative with a cashier's check for his individual damages mooted his individual and class claims.

## JOEL D. SMITH

Joel D. Smith is a partner with Bursor & Fisher, P.A.  Joel's practice focuses on consumer class actions and complex litigation.  He has substantial experience in trial and appellate courts across the nation.

Prior to joining Bursor & Fisher, Joel was a litigator at Crowell & Moring, where he represented Fortune 500 companies, privately-held businesses, and public entities in commercial litigation and nationwide class actions.  While at Crowell & Moring, Joel litigated some of the firm's most high-profile matters, including several class actions alleging deceptive sales practices with respect to Apple iPhones and iPads, and a class action seeking to hold U.S. energy companies accountable for global warming.

Joel received both his undergraduate and law degrees from the University of California at Berkeley.  While at Berkeley School of Law, he was a member of the California Law Review, received several academic honors, externed for the California Attorney General's office and published an article on climate change policy and litigation.

Joel is admitted to the State Bar of California, as well as the United States Courts of Appeals for the Second, Third and Ninth Circuits, and the Northern, Central, Southern and Eastern Districts of California.

### *Selected Published Decisions:*

*In re 5-Hour ENERGY Marketing & Sales Practices Litig.*, 2017 WL 385042 (C.D. Cal. Jan. 24, 2017), denying motion for partial summary judgment in putative class action against the makers of 5-Hour ENERGY® products.

*Mbazomo v. Etourandtravel, Inc.*, 2016 WL 7165693 (E.D. Cal. Dec. 8, 2016), denying motion to dismiss in putative class action alleging unlawful calls under the Telephone Consumer Protection Act.

*Brenner v. Procter & Gamble, Co.*, 2016 WL 8192946 (C.D. Cal. Oct. 20, 2016), denying motion to dismiss in putative class action alleging false and misleading labeling on Pampers baby wipes.

## SARAH N. WESTCOT

Sarah N. Westcot is an Associate with Bursor & Fisher, P.A.  Ms. Westcot focuses her practice on complex business litigation and consumer class actions.  Prior to joining Bursor & Fisher, Ms. Westcot litigated civil actions as an attorney with Bay Area Legal Aid in San Jose, CA.

Ms. Westcot served as trial counsel with Mr. Bursor in *Ayyad v. Sprint Spectrum L.P.*, and helped to win a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

Ms. Westcot is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California.

Ms. Westcot received her Juris Doctor from the University of Notre Dame Law School in 2009.  During her third year of law school, Ms. Westcot worked as a law clerk with the local public defender's office representing juvenile clients in criminal hearings.  She graduated with honors from the University of Florida in 2005.

## NEAL J. DECKANT

Neal J. Deckant is an Associate with Bursor & Fisher, P.A.  Neal focuses his practice on complex business litigation, consumer class actions, and employment law disputes.  Prior to joining Bursor & Fisher, Neal counseled low-income homeowners facing foreclosure in East Boston.

In 2015, Neal was defense trial counsel for a law firm and several of its partners in a sexual harassment case brought by a former associate of that firm.  The plaintiff's complaint sought $22 million in compensatory and punitive damages.  After a 3-week trial in federal court in New York, the jury returned a verdict of not liable for the federal and state law claims. During the trial, the judge also granted defendants' motion for judgment as a matter of law on the plaintiff's claims for retaliation and defamation.  The jury found liability solely under New York City's human rights law, awarding only $140,000 in damages.

Neal is admitted to the State Bar of New York and is a member of the bars of the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the bars of the United States Courts of Appeals for the Second and Ninth Circuits.

Neal received his Juris Doctor from Boston University School of Law in 2011, graduating cum laude with two Dean's Awards.  During law school, Neal served as a Senior Articles Editor for the Review of Banking and Financial Law, where he authored two published articles about securitization reforms, both of which were cited by the New York Court of Appeals, the highest court in the state.  Neal was also awarded Best Oral Argument in his moot court section, and he served as a Research Assistant for his Securities Regulation professor. Neal has also been honored as a 2014 and 2015 Super Lawyers Rising Star.  In 2007, Neal

graduated with Honors from Brown University with a dual major in East Asian Studies and Philosophy.

### *Selected Published Decisions:*

*Duran v. Obesity Research Institute*, LLC, 204 Cal. Rptr. 3d 896 (Cal. Ct. App. 2016), reversing and remanding final approval of a class action settlement on appeal, regarding allegedly mislabeled dietary supplements, in connection with a meritorious objection.

*Marchuk v. Faruqi & Faruqi, LLP*, et al., 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

### *Selected Class Settlements:*

*In Re NVIDIA GTX 970 Graphics Chip Litigation*, Case No. 15-cv-00760-PJH (N.D. Cal. Dec. 7, 2016) – final approval granted for $4.5 million class action settlement to resolve claims that a computer graphics card was allegedly sold with false and misleading representations concerning its specifications and performance.

*Hendricks v. StarKist Co.*, 2016 WL 5462423 (N.D. Cal. Sept. 29, 2016) – final approval granted for $12 million class action settlement to resolve claims that 5-ounce cans of tuna were allegedly underfilled.

*In re: Kangadis Food Inc.*, Case No. 8-14-72649 (Bankr. E.D.N.Y. Dec. 17, 2014) – class action claims resolved for $2 million as part of a Chapter 11 plan of reorganization, after a corporate defendant filed for bankruptcy, following claims that its olive oil was allegedly sold with false and misleading representations.

### *Selected Publications:*

Neal Deckant, X. Reforms of Collateralized Debt Obligations: Enforcement, Accounting and Regulatory Proposals, 29 Rev. Banking & Fin. L. 79 (2009) (cited in Quadrant Structured Products Co., Ltd. v. Vertin, 16 N.E.3d 1165, 1169 n.8 (N.Y. 2014)).

Neal Deckant, Criticisms of Collateralized Debt Obligations in the Wake of the Goldman Sachs Scandal, 30 Rev. Banking & Fin. L. 407 (2010) (cited in *Quadrant Structured Products Co., Ltd. v. Vertin*, 16 N.E.3d 1165, 1169 n.8 (N.Y. 2014); *Lyon Village Venetia, LLC v. CSE Mortgage*

*LLC*, 2016 WL 476694, at *1 n.1 (Md. Ct. Spec. App. Feb. 4, 2016); Ivan Ascher, Portfolio Society: On the Capitalist Mode of Prediction, at 141, 153, 175 (Zone Books / The MIT Press 2016)).

## YITZCHAK KOPEL

Yitzchak Kopel is an Associate with Bursor & Fisher, P.A. Yitz focuses his practice on consumer class actions, employment law disputes, and complex business litigation.  He has represented corporate and individual clients before federal and state courts, as well as in arbitration proceedings.

In 2015, Yitz was plaintiffs' counsel in a certified class action in the United States District Court for the Southern District of New York in a false advertising action against an olive oil manufacturer.  After the Defendant's motion for summary judgment was denied, the parties entered into a multi-million dollar class settlement.

Yitz also provides pro bono representation for refugees in deportation proceedings.

Yitz is admitted to the State Bars of New York and New Jersey, the bar of the United States Court of Appeals for the Eleventh Circuit, and the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, Eastern District of Missouri, and District of New Jersey.

Yitz received his Juris Doctorate from Brooklyn Law School in 2012, graduating cum laude with two Dean's Awards. During law school, Yitz served as an Articles Editor for the Brooklyn Law Review and worked as a Law Clerk at Shearman & Sterling. In 2009, Yitz graduated cum laude from Queens College with a B.A. in Accounting.

### *Selected Published Decisions:*

*Ward v. TheLadders.com, Inc.*, 3 F. Supp. 3d 151 (S.D.N.Y. 2014), denying online job board's motion to dismiss its subscribers' allegations of consumer protection law violations in putative class action.

*Brady v. Basic Research, L.L.C.*, 101 F. Supp. 3d 217 (E.D.N.Y. 2015), denying diet pill manufacturers' motion to dismiss its purchasers' allegations for breach of express warranty in putative class action.

*In re Scotts EZ Seed Litigation,* 304 F.R.D. 397 (S.D.N.Y. 2015), granting class certification of false advertising and other claims brought by New York and California purchasers of grass seed product.

*Marchuk v. Faruqi & Faruqi, LLP, et al.*, 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

## FREDERICK J. KLORCZYK III

Frederick J. Klorczyk III is an Associate with Bursor & Fisher, P.A. Fred focuses his practice on complex business litigation, consumer class actions, and employment law disputes.

In 2014, Fred served on the litigation team in Ebin v. Kangadis Food Inc. At class certification, Judge Rakoff adopted Fred's choice of law fraud analysis and research directly into his published decision certifying a nationwide fraud class. Fred was also an instrumental member of the litigation team led that challenged this defendant's Chapter 11 filing as a sham. After contesting plan confirmation in the bankruptcy court, the class action claims were resolved for $2 million as part of a Chapter 11 plan of reorganization.

Fred is admitted to the State Bars of New York and New Jersey, the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, and District of New Jersey, and the bar of the United States Court of Appeals for the Second Circuit.

Fred received his Juris Doctor from Brooklyn Law School in 2013, graduating magna cum laude with two CALI Awards for the highest grade in his classes on criminal law and conflict of laws. During law school, Fred served as an Associate Managing Editor for the Brooklyn Journal of Corporate, Financial and Commercial Law and as an intern to the Honorable Alison J. Nathan of the United States District Court for the Southern District of New York and the Honorable Janet Bond Arterton of the United States District Court for the District of Connecticut. In 2010, Fred graduated from the University of Connecticut with a B.S. in Finance.

### *Selected Published Decisions:*

*Porter v. NBTY, Inc.*, 2016 WL 6948379 (N.D. Ill. Nov. 28, 2016), denying supplement manufacturer's motion to dismiss consumers' allegations of false advertising relating to whey protein content.

*Weisblum v. Prophase Labs, Inc.*, 88 F. Supp. 3d. 282 (S.D.N.Y. 2015), denying supplement manufacturer's motion to dismiss consumers' allegations of false advertising relating to a homeopathic cold product.

*In re Scotts EZ Seed Litigation*, 304 F.R.D. 397 (S.D.N.Y. 2015), granting class certification of false advertising and other claims brought by New York and California purchasers of grass seed product.

BURSOR & FISHER
P.A.

*Marchuk v. Faruqi & Faruqi, LLP*, et al., 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

*Ebin v. Kangadis Food Inc.*, Case No. 13-4775 (2d Cir. Apr. 15, 2015), denying olive oil manufacturer's Rule 23(f) appeal following grant of nationwide class certification.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

### *Selected Class Settlements:*

*In Re: Blue Buffalo Marketing And Sales Practices Litigation*, Case No. 14-MD-2562-RWS (E.D. Mo. 2016), granting final approval of $32 million class settlement to resolve claims of pet owners for alleged false advertising of pet foods.

*In re: Kangadis Food Inc.*, Case No. 8-14-72649 (Bankr. E.D.N.Y. Dec. 17, 2014), resolving class action claims for $2 million as part of a Chapter 11 plan of reorganization, after a corporate defendant filed for bankruptcy following the certification of nationwide claims alleging that its olive oil was sold with false and misleading representations.

## YEREMEY O. KRIVOSHEY

Yeremey O. Krivoshey is an Associate with Bursor & Fisher, P.A. Yeremey focuses his practice on class actions involving false advertising, fraud, illegal fees in consumer contracts, invasion of privacy, and unlawful debt collection practices. He has represented clients in a wide array of civil litigation, including appeals before the Ninth Circuit.

Yeremey is admitted to the State Bar of California. He is also a member of the bars of the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California.

Yeremey graduated from New York University School of Law in 2013, where he was a Samuel A. Herzog Scholar. Prior to Bursor & Fisher, P.A., Yeremey worked as a Law Clerk at Vladeck, Waldman, Elias & Engelhard, P.C, focusing on employment discrimination and wage and hour disputes. In law school, he has also interned at the American Civil Liberties Union and the United States Department of Justice. In 2010, Yeremey graduated *cum laude* from Vanderbilt University.

### *Selected Published Decisions:*

*Bayol v. Zipcar, Inc.*, 2014 WL 4793935 (N.D. Cal. Sept. 25, 2014), denying enforcement of forum selection clause based on public policy grounds.

*Bayol v. Zipcar, Inc.*, 78 F. Supp. 3d 1252 (N.D. Cal. Jan. 29, 2015), denying car-rental company's motion to dismiss its subscriber's allegations of unlawful late fees.

*Brown v. Comcast Corp.*, Case No. 5:16-cv-264-AB-SP (C.D. Cal. Aug. 12, 2016), denying internet service provider's motion to compel arbitration of claims alleged under the Telephone Consumer Protection Act.

*Brown v. Comcast Corp.*, Case No. 5:16-cv-264-AB-SP (C.D. Cal. Oct. 20, 2016), denying internet service provider's motion to stay litigation pending appeal of denial of motion to compel arbitration.

*Horanzy v. Vemma Nutrition Co.*, Case No. 15-cv-298-PHX-JJT (D. Ariz. Apr. 16, 2016), denying multi-level marketer's and its chief scientific officer's motion to dismiss their customer's fraud claims.

*Salazar v. Honest Tea, Inc.*, 2015 WL 7017050 (E.D. Cal. Nov. 12. 2015), denying manufacturer's motion for summary judgment as to customer's false advertising claims.

### *Selected Class Settlements:*

*Retta v. Millennium Prods., Inc.*, Case No. 15-cv-1801-PSG-AJW (C.D. Cal. Jan. 31, 2017) granting preliminary approval for $8.25 million settlement to resolve claims of bottled tea purchasers for alleged false advertising.

## PHILIP L. FRAIETTA

Philip L. Fraietta is an Associate with Bursor & Fisher, P.A. Phil focuses his practice on complex business litigation, consumer class actions, and employment law disputes.

In 2015, Phil was a member of a defense trial team for a law firm and several of its partners in a sexual harassment case brought by a former associate of that firm. The plaintiff's complaint sought $22 million in compensatory and punitive damages. After a 3-week trial in federal court in New York, the jury returned a verdict of not liable for the federal and state law claims. During the trial, the judge also granted defendants' motion for judgment as a matter of law on the plaintiff's claims for retaliation and defamation. The jury found liability solely under New York City's human rights law, awarding only $140,000 in damages.

Phil is admitted to the State Bars of New York and New Jersey, the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, the District of New Jersey, the Eastern District of Michigan and the United States Court of Appeals for the Second Circuit. Phil was a Summer Associate with Bursor & Fisher prior to joining the firm.

Phil received his Juris Doctor from Fordham University School of Law in 2014, graduating cum laude. During law school, Phil served as an Articles & Notes Editor for the Fordham Law Review, and published two articles. In addition, Phil received the Addison M. Metcalf Labor Law Prize for the highest grade in his graduating class in the Labor Law course, and received the highest grade in his Anti-Discrimination Law & Policy course.  In 2011, Phil graduated cum laude from Fordham University with a B.A. in Economics.

### *Selected Published Decisions:*

*Edwards v. Hearst Communications, Inc.*, --- F. Supp. 3d ---, 2016 WL 3369541 (S.D.N.Y. June 17, 2016), denying publisher's motion to dismiss its subscriber's allegations of state privacy law violations in putative class action.

*Porter v. NBTY, Inc.*, 2016 WL 6948379 (N.D. Ill. Nov. 28, 2016), denying supplement manufacturer's motion to dismiss consumers' allegations of false advertising relating to whey protein content.

*Boelter v. Advance Magazine Publishers Inc.*, -- F. Supp. 3d --, 2016 WL 5478468 (S.D.N.Y. Sept. 28, 2016), denying publisher's motion to dismiss its subscriber's allegations of state privacy law violations in putative class action.

## **THOMAS A. REYDA**

Thomas Reyda is an Associate with Bursor & Fisher, P.A.  Thomas focuses his practice on complex business litigation and consumer class actions.

Thomas is admitted to the State Bar of California and is a member of the bar of the United States District Courts for the Northern California.

Thomas received his Juris Doctorate from Berkeley Law School in 2016.  During law school Mr. Reyda worked as a Law Clerk at Kershaw Cutter & Ratinoff, LLP.  In 2012, Mr. Reyda graduated from the Colorado College with a B.A. in International Political Economy.

**EXHIBIT B**

Bursor Fisher, P.A.
Lodestar Summary

| PROFESSIONAL* | HOURS | RATE | LODESTAR | ADJUSTED HOURLY RATE (.75) |
|---|---|---|---|---|
| Scott A. Bursor (P) | 60.60 | $875 | $53,025.00 | $656.25 |
| L. Timothy Fisher (P) | 476.20 | $700 | $333,340.00 | $525.00 |
| Joseph I. Marchese (P) | 69.20 | $700 | $48,440.00 | $525.00 |
| Sarah N. Westcot (A) | 92.50 | $450 | $41,625.00 | $337.50 |
| Neal J. Deckant (A) | 153.70 | $425 | $65,322.50 | $318.75 |
| Annick M. Persinger (A) | 421.20 | $425 | $179,010.00 | $318.75 |
| Yitzchak Kopel  (A) | 11.80 | $400 | $4,720.00 | $300.00 |
| Asher B. Bundlie (A) | 13.50 | $375 | $5,062.50 | $281.25 |
| Yeremey O. Krivoshey (A) | 266.70 | $375 | $100,012.50 | $281.25 |
| Julia A. Luster (A) | 175.70 | $375 | $65,887.50 | $281.25 |
| Thomas A. Reyda (A) | 10.50 | $250 | $2,625.00 | $187.50 |
| Debbie L. Schroeder (LSS) | 126.10 | $190 | $23,959.00 | $142.50 |
| Rachel I. Aldous (LSS) | 7.00 | $190 | $1,330.00 | $142.50 |
| Amanda L. Gonzales (LSS) | 1.60 | $190 | $304.00 | $142.50 |
| Christine R. Patruno (LSS) | 0.50 | $190 | $95.00 | $142.50 |
| Rebecca R. Richter (LSS) | 0.30 | $190 | $57.00 | $142.50 |
| **TOTALS** | 1887.10 | | $924,815.00 | |
| **Adjusted Lodestar (.75)** | | | $693,611.25 | |

Partner (P)

Associate (A)

Legal Support Specialist (LSS)

| Blended Rate | | | $490.07 | $367.55 |

| DATE | MATTER | M No. | ATTY | DESCRIPTION | TIME | RATE | AMOUNT |
|------|--------|-------|------|-------------|------|------|--------|
| 2011.11.23 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy efficiency of refrigerators | 0.3 | $700.00 | $210.00 |
| 2011.11.23 | KitchenAid | 074 | SAB | Analyzed DOE's updated list of disqualified Energy Star products naming KitchenAid refrigerators (.5); conf. w/ A. Vozzolo, C. Marlborough, A. Bundlie, J. Marchese, and N. Deckant re KitchenAid presuit investigation (.6); drafted notice of investigation (.4); corresp w/ purchasers of KitchenAid refrigerators (1.3) | 2.8 | $875.00 | $2,450.00 |
| 2011.11.24 | KitchenAid | 074 | SAB | KitchenAid PSI | 1.5 | $875.00 | $1,312.50 |
| 2011.11.25 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy use of KitchenAid refrigerators | 1.9 | $700.00 | $1,330.00 |
| 2011.11.25 | KitchenAid | 074 | SAB | KitchenAid PSI | 1.0 | $875.00 | $875.00 |
| 2011.11.26 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy use of KitchenAid refrigerators | 0.3 | $700.00 | $210.00 |
| 2011.11.26 | KitchenAid | 074 | SAB | KitchenAid PSI | 1.2 | $875.00 | $1,050.00 |
| 2011.11.27 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy use of KitchenAid refrigerators | 0.2 | $700.00 | $140.00 |
| 2011.11.27 | KitchenAid | 074 | SAB | KitchenAid PSI | 1.1 | $875.00 | $962.50 |
| 2011.11.28 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy use of refrigerators | 2.1 | $700.00 | $1,470.00 |
| 2011.11.28 | KitchenAid | 074 | RIA | KitchenAid presuit investigation | 1.0 | $190.00 | $190.00 |
| 2011.11.28 | KitchenAid | 074 | SAB | Conf. w/ J. Marchese re KitchenAid PSI (.2); Conf. w/ N. Deckant re KitchenAid PSI (.2); Corresp. w/ purchasers of KitchenAid refrigerators (.4) | 0.8 | $875.00 | $700.00 |
| 2011.11.29 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy use of refrigerators and review and comment on CLRA demand letter on behalf of M. Linthicum | 1.6 | $700.00 | $1,120.00 |
| 2011.11.29 | KitchenAid | 074 | NJD | Drafted KitchenAid CLRA demand letter | 1.0 | $425.00 | $425.00 |
| 2011.11.29 | KitchenAid | 074 | RIA | KitchenAid presuit investigation | 2.8 | $190.00 | $532.00 |
| 2011.11.29 | KitchenAid | 074 | SAB | Conf. w/ J. Marchese re presuit investigation (.6); revised draft CLRA demand letter (.3) | 0.9 | $875.00 | $787.50 |
| 2011.11.30 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy use of refrigerators | 3.2 | $700.00 | $2,240.00 |
| 2011.11.30 | KitchenAid | 074 | SAB | Conf. w/ J. Marchese re presuit investigation | 0.3 | $875.00 | $262.50 |
| 2011.12.01 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy usage of refrigerators | 1.9 | $700.00 | $1,330.00 |
| 2011.12.01 | KitchenAid | 074 | LTF | Reviewed CLRA demand letter; video conference with Joe Marchese regarding demand letter. | 0.2 | $700.00 | $140.00 |
| 2011.12.01 | KitchenAid | 074 | NJD | Researched which models of KitchenAid were affected by the DOE letter. Wrote memo for file. (.8); Palerimo CLRA demand letter (.5) | 1.3 | $425.00 | $552.50 |
| 2011.12.01 | KitchenAid | 074 | RIA | KitchenAid presuit investigation | 0.2 | $190.00 | $38.00 |
| 2011.12.01 | KitchenAid | 074 | SAB | Corresp w/ class members & presuit investigation (.5); conf. w/ J. Marchese re same (.3); reviewed FOIA requests to DOE re KitchenAid refrigerators (.3) | 1.1 | $875.00 | $962.50 |
| 2011.12.02 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy use of refrigerators | 1.2 | $700.00 | $840.00 |
| 2011.12.05 | KitchenAid | 074 | RIA | KitchenAid presuit investigation | 0.5 | $190.00 | $95.00 |
| 2011.12.06 | KitchenAid | 074 | JIM | Conduct presuit investigation of energy use of refrigerators | 0.7 | $700.00 | $490.00 |
| 2011.12.07 | KitchenAid | 074 | NJD | Drafted and sent out CLRA demand letter for E.D. Cal. | 0.5 | $425.00 | $212.50 |

| Date | Client | | Timekeeper | Description | Hours | Rate | Amount |
|------|--------|---|-----------|-------------|-------|------|--------|
| 2011.12.07 | KitchenAid | 074 | SAB | Corresp w/ purchasers of KitchenAid appliances and conf. w/ J. Marchese re same | 0.3 | $875.00 | $262.50 |
| 2011.12.08 | KitchenAid | 074 | JIM | Conduct presuit investigation | 1.8 | $700.00 | $1,260.00 |
| 2011.12.08 | KitchenAid | 074 | NJD | Checked w/ Debbie to confirm KitchenAid CLRA date | 0.3 | $425.00 | $127.50 |
| 2011.12.12 | KitchenAid | 074 | JIM | Conduct presuit investigation of the energy usage of KitchenAid refrigerators | 1.0 | $700.00 | $700.00 |
| 2011.12.13 | KitchenAid | 074 | NJD | Researched whether a similar model was covered under the DOE letter.  Explained my findings to JIM and SAB | 1.0 | $425.00 | $425.00 |
| 2011.12.28 | KitchenAid | 074 | ABB | PSI, discussed case strategy w JIM, SAB, and AV | 0.4 | $375.00 | $150.00 |
| 2011.12.28 | KitchenAid | 074 | JIM | ███████████ | 1.6 | $700.00 | $1,120.00 |
| 2011.12.28 | KitchenAid | 074 | SAB | Conf. w/ J. Marchese & A. Vozzolo re Whirlpool's direct contact with our client to offer a $44 gift card (.6); research re Whirlpool's "energy adjustment" program (.5) | 1.1 | $875.00 | $962.50 |
| 2011.12.29 | KitchenAid | 074 | JIM | Telephone call to Whirlpool to follow up on 12/21 letter sent to M. Linthicum (.5); discuss case strategy w/ SAB (.5) | 1.0 | $700.00 | $700.00 |
| 2012.01.03 | KitchenAid | 074 | JIM | ███████████ | 0.2 | $700.00 | $140.00 |
| 2012.01.04 | KitchenAid | 074 | ABB | Began drafting complaint | 1.9 | $375.00 | $712.50 |
| 2012.01.04 | KitchenAid | 074 | JIM | Review defendant's response to our CLRA demand letter | 0.2 | $700.00 | $140.00 |
| 2012.01.04 | KitchenAid | 074 | LTF | Reviewed response to CLRA demand letter; circulated response to co-counsel. | 0.4 | $700.00 | $280.00 |
| 2012.01.04 | KitchenAid | 074 | SNW | Reviewed Whirlpool's response to CLRA demand letter | 0.2 | $450.00 | $90.00 |
| 2012.01.05 | KitchenAid | 074 | ABB | Worked on complaint | 2.6 | $375.00 | $975.00 |
| 2012.01.06 | KitchenAid | 074 | ABB | Finished complaint, circulated and posted same to Box | 2.6 | $375.00 | $975.00 |
| 2012.01.09 | KitchenAid | 074 | ABB | Found KitchenAid online listing, saved to Box, updated complaint | 2.5 | $375.00 | $937.50 |
| 2012.01.09 | KitchenAid | 074 | LTF | Reviewed response to CLRA demand letter (.2); email exchange with Debbie Schroeder regarding response to demand letter (.1). | 0.3 | $700.00 | $210.00 |
| 2012.01.10 | KitchenAid | 074 | JIM | Review response to CLRA demand letter on behalf of K. Dei Rossi | 0.1 | $700.00 | $70.00 |
| 2012.01.10 | KitchenAid | 074 | LTF | Reviewed response to demand letter. | 0.1 | $700.00 | $70.00 |
| 2012.01.10 | KitchenAid | 074 | SAB | Revised draft complaint | 0.8 | $875.00 | $700.00 |
| 2012.01.10 | KitchenAid | 074 | SNW | Reformatted draft complaint for EDCA | 0.8 | $450.00 | $360.00 |
| 2012.01.11 | KitchenAid | 074 | ABB | Drafted venue declarations for Linthicum and Dei Rossi, discussed filing procedure w LTF | 2.3 | $375.00 | $862.50 |
| 2012.01.11 | KitchenAid | 074 | JIM | ███████████ | 3.6 | $700.00 | $2,520.00 |

| Date | Client | Matter | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2012.01.11 | KitchenAid | 074 | LTF | Reviewed complaint (.2); revised CLRA demand letters for Best Buy and Pacific Sales; video conference (x2) with Neal Deckant re: same (.2); video conference with Scott Bursor re: demand letters and complaint (.2); email exchange and video conference with Asher Bundlie regarding ED Cal rules (.1). | 0.7 | $700.00 | $490.00 |
| 2012.01.11 | KitchenAid | 074 | NJD | Heavy editing of KitchenAid complaint. Adding defendants, pulling together other edits and asked the California office to send out the KitchenAid CLRA demand letters. | 3.3 | $425.00 | $1,402.50 |
| 2012.01.11 | KitchenAid | 074 | SAB | Revised draft complaint for filing in ED Cal (2.4); conf. w/ team members re edits and related issues (.7); conf. w/ J. Marchese re CLRA venue declarations (.2); reviewed draft venue declarations (.3) | 3.6 | $875.00 | $3,150.00 |
| 2012.01.11 | KitchenAid | 074 | SNW | Reviewed emails re: changes to draft complaint; video confernece with JM re: filing complaint & venue declarations | 0.3 | $450.00 | $135.00 |
| 2012.01.12 | KitchenAid | 074 | JIM | █████████████████████ | 0.3 | $700.00 | $210.00 |
| 2012.01.12 | KitchenAid | 074 | NJD | Took a final look at the complaint, made last-minute corrections | 1.0 | $425.00 | $425.00 |
| 2012.01.12 | KitchenAid | 074 | SNW | Filled out civil cover sheet & had DS enter into PDF | 0.2 | $450.00 | $90.00 |
| 2012.01.13 | KitchenAid | 074 | ABB | Reviewed, redlined finalized complaint | 0.8 | $375.00 | $300.00 |
| 2012.01.16 | KitchenAid | 074 | JIM | █████████████████████ | 0.3 | $700.00 | $210.00 |
| 2012.01.16 | KitchenAid | 074 | LTF | Email exchange with Scott Bursor regarding complaint; reviewed final complaint. | 0.2 | $700.00 | $140.00 |
| 2012.01.16 | KitchenAid | 074 | NJD | Assisted SAB w/ finishing KitchenAid | 1.5 | $425.00 | $637.50 |
| 2012.01.16 | KitchenAid | 074 | SAB | Revised draft complaint (3.5); reviewed EDNY local rules (1.0); corresp w/ co-counsel re filing and litigation strategy (.8) | 5.3 | $875.00 | $4,637.50 |
| 2012.01.17 | KitchenAid | 074 | ABB | Reviewed filed complaint | 0.4 | $375.00 | $150.00 |
| 2012.01.17 | KitchenAid | 074 | JIM | █████████████████████ | 0.8 | $700.00 | $560.00 |
| 2012.01.17 | KitchenAid | 074 | SAB | Videoconf w/ S. Westcot re filing of complaint (.2); reviewed filed complaint (.3); reviewed new docket (.2); conf. w/ A. Vozzolo (.5) | 1.2 | $875.00 | $1,050.00 |
| 2012.01.17 | KitchenAid | 074 | SNW | Reviewed final complaint; reviewed revised civil cover sheet; filed complaint; paid filing fee; email to our group re: same (1.6); Video conference with JM re: setting up a meeting with plaintiff Kyle Dei Rossi; reviewed email re: same; reviewed JM's notes from prior calls with Dei Rossi (.4) | 2 | $450.00 | $900.00 |
| 2012.01.18 | KitchenAid | 074 | LTF | Left voicemail message for Kyle Dei Rossi; reviewed complaint. | 0.2 | $700.00 | $140.00 |
| 2012.01.18 | KitchenAid | 074 | SNW | Reviewed ECF notice re: signature on complaint | 0.2 | $450.00 | $90.00 |
| 2012.01.18 | KitchenAid | 074 | SNW | █████████████████████ | 0.1 | $450.00 | $45.00 |
| 2012.01.19 | KitchenAid | 074 | SNW | Email to SAB re: service of complaint | 0.1 | $450.00 | $45.00 |
| 2012.01.20 | KitchenAid | 074 | JIM | █████████████████████ | 0.6 | $700.00 | $420.00 |

| 2012.01.20 | KitchenAid | 074 | LTF | Left voicemail message for Kyle Dei Rossi; conference with Sarah Westcot regarding dates for meeting. | 0.1 | $700.00 | $70.00 |
|---|---|---|---|---|---|---|---|
| 2012.01.20 | KitchenAid | 074 | SNW | ██████████████████████████████ | 0.4 | $450.00 | $180.00 |
| 2012.01.24 | KitchenAid | 074 | LTF | Conference with Sarah Westcot regarding scheduling meeting with Kyle Dei Rossi. | 0.1 | $700.00 | $70.00 |
| 2012.01.24 | KitchenAid | 074 | SNW | ██████████████████████████████ | 0.1 | $450.00 | $45.00 |
| 2012.01.31 | KitchenAid | 074 | JIM | E-mail exchange w/ M. Linthicum about Whirlpool's energy adjustment card | 0.2 | $700.00 | $140.00 |
| 2012.02.06 | KitchenAid | 074 | JIM | | 0.4 | $700.00 | $280.00 |
| 2012.02.06 | KitchenAid | 074 | LTF | Left voicemail message for Kyle Dei Rossi; conference with Sarah Westcot regarding dates for meeting. | 0.1 | $700.00 | $70.00 |
| 2012.02.06 | KitchenAid | 074 | SNW | ██████████████████████████████ | 0.1 | $450.00 | $45.00 |
| 2012.02.07 | KitchenAid | 074 | JIM | Discuss case strategy with S. Bursor | 0.3 | $700.00 | $210.00 |
| 2012.02.07 | KitchenAid | 074 | LTF | ██████████████████████████████ | 0.3 | $700.00 | $210.00 |
| 2012.02.07 | KitchenAid | 074 | SNW | Reviewed & responded to email from counsel for BestBuy & Pacific Sales Kitchen & Bath re: extension of time to file response to complaint | 0.3 | $450.00 | $135.00 |
| 2012.02.07 | KitchenAid | 074 | SNW | ██████████████████████████████ | 0.1 | $450.00 | $45.00 |
| 2012.02.09 | KitchenAid | 074 | JIM | E-mail exchange with plaintiff, N. Palermino | 0.2 | $700.00 | $140.00 |
| 2012.02.09 | KitchenAid | 074 | NJD | Researched a client inquiry with a KSRG25.  Turns out it was a KSRG25FK, not the KSRG25FV. | 0.5 | $425.00 | $212.50 |
| 2012.02.10 | KitchenAid | 074 | LTF | Email exchange with defendants' counsel regarding extension of time (.1); conference with Sarah Westcot re: same (.1). | 0.2 | $700.00 | $140.00 |
| 2012.02.13 | KitchenAid | 074 | LTF | Email exchange regarding stipulation to extend time; reviewed and revised stipulation; conference with Debbie Schroeder re: filing of stipulation; reviewed local rule regarding extension of time; conference with Sarah Westcot regarding stipulation. | 0.7 | $700.00 | $490.00 |
| 2012.02.13 | KitchenAid | 074 | SNW | Reviewed stipulation for extension of time to respond to complaint | 0.3 | $450.00 | $135.00 |
| 2012.02.14 | KitchenAid | 074 | JIM | Discuss case strategy with S. Bursor and draft e-mail regarding 23g motion (.6); confer with co-counsel at Faruqi about content of 23g motion (.5) | 1.1 | $700.00 | $770.00 |
| 2012.02.14 | KitchenAid | 074 | LTF | Reviewed emails regaring notice of appearance and 23(g) motion. | 0.1 | $700.00 | $70.00 |
| 2012.02.16 | KitchenAid | 074 | JIM | ██████████████████████████████ | 0.4 | $700.00 | $280.00 |
| 2012.02.16 | KitchenAid | 074 | NJD | Checked with the Sacramento clerk on the next motion day | 0.3 | $425.00 | $127.50 |
| 2012.02.20 | KitchenAid | 074 | JIM | Draft and review e-mail about 23g motion | 0.2 | $700.00 | $140.00 |
| 2012.02.21 | KitchenAid | 074 | JIM | Review and comment on draft 23g motion and confer with S. Westcot and LTF about same | 0.8 | $700.00 | $560.00 |
| 2012.02.21 | KitchenAid | 074 | LTF | Video conference with Joe Marchese regarding 23(g) motion (.1); video conference (x2) with Sarah Westcot regarding 23(g) motion (.2). | 0.3 | $700.00 | $210.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2012.02.21 | KitchenAid | 074 | SNW | Video conference with JIM re: 23(g) motion; discussed with LTF (.4); reviewed & edited notice of 23(g) motion, memo of law in support & declarations; discussed needed formatting changes with DS (3.2) | 3.6 | $450.00 | $1,620.00 |
| 2012.02.22 | KitchenAid | 074 | JIM | E-mail exchange with plaintiff, M. Linthicum, about his energy adjustment card and confer with S. Bursor regarding same (.3); confer with LTF about draft 23g motion (.1) | 0.4 | $700.00 | $280.00 |
| 2012.02.22 | KitchenAid | 074 | LTF | Conference with Sarah Westcot and Debbie Schroeder regarding 23(g) motion (.2); video conference with Joe Marchese re: same (.1); reviewed and revised 23(g) motion (.6); conference with Sarah Westcot (x3) re: same (.2). | 1.1 | $700.00 | $770.00 |
| 2012.02.22 | KitchenAid | 074 | SNW | Discussed 23(g) motion with LTF (.2); reviewed & edited draft 23(g) motion; compiled exhibits; phone call & email to V. Alexander & C. Hayes requesting Faruqi resume; reviewed EDCA lcoal rules re: hearing dates (2.2) | 2.4 | $450.00 | $1,080.00 |
| 2012.02.23 | KitchenAid | 074 | SNW | Email exchange with V. Alexander re: draft 23(g) motion; call with V. Alexander re: same (.5); prepared 23(g) motion for filing; adjusted per Farqui firm edits; filed 23(g) motion and attachments; saved all filed documents to Box; email to SAB & JIM re: same (2.3) | 2.8 | $450.00 | $1,260.00 |
| 2012.02.28 | KitchenAid | 074 | JIM | Receive energy adjustment card and accompanying materials from M. Linthicum and review same (.2); discuss same with S. Bursor (.1); draft e-mail to M. Linthicum about same (.1) | 0.4 | $700.00 | $280.00 |
| 2012.02.28 | KitchenAid | 074 | NJD | Scanned prepaid Mastercard sent to Mark Linthicum | 0.5 | $425.00 | $212.50 |
| 2012.03.01 | KitchenAid | 074 | LTF | ███████████████ | 0.1 | $700.00 | $70.00 |
| 2012.03.02 | KitchenAid | 074 | LTF | Preparation for meeting with Kyle Dei Rossi; traveled to Pleasanton for meeting; attended meeting with Kyle Dei Rossi; returned to Walnut Creek following meeting. | 4.4 | $700.00 | $3,080.00 |
| 2012.03.02 | KitchenAid | 074 | SNW | Reviewed notices of appearance (.2); dinner with plaintiff Kyle DeiRossi | 3.2 | $450.00 | $1,440.00 |
| 2012.03.12 | KitchenAid | 074 | LTF | Reviewed motion to dismiss and motion to strike; conference with Debbie Schroeder regarding deadline for opposition. | 0.2 | $700.00 | $140.00 |
| 2012.03.12 | KitchenAid | 074 | SNW | Reviewed EDCA local rules re: briefing deadlines; email to LTF & DS re: deadlines for opposition/reply for 23(g) motion | 0.4 | $450.00 | $180.00 |
| 2012.03.13 | KitchenAid | 074 | JIM | Review motions to dismiss and e-mail same to Faruqi co-counsel | 0.8 | $700.00 | $560.00 |
| 2012.03.13 | KitchenAid | 074 | LTF | Email exchange with Vahn Alexander regarding deadline for response to motion to dismiss and motion to strike. | 0.1 | $700.00 | $70.00 |
| 2012.03.13 | KitchenAid | 074 | SNW | Reviewed email exchange with co-counsel re: motion to dismiss and motion to strike response dates; reviewed motion to dismiss & motion to strike. | 0.7 | $450.00 | $315.00 |
| 2012.03.14 | KitchenAid | 074 | SNW | Reviewed email from V. Alexander re: MTD deadlines | 0.1 | $450.00 | $45.00 |
| 2012.03.15 | KitchenAid | 074 | JIM | Update calendar and case status sheet | 0.3 | $700.00 | $210.00 |
| 2012.03.16 | KitchenAid | 074 | JIM | Telephone call to LTF about Rule 26f conference | 0.1 | $700.00 | $70.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2012.03.19 | KitchenAid | 074 | LTF | Telephone call with Vahn Alexander regarding 26(f) conference (.4); telephone call and video conference with Joe Marchese regarding 26(f) conference (.3); telephone call and conference with Sarah Westcot regarding 26(f) conference (.3). | 1 | $700.00 | $700.00 |
| 2012.03.19 | KitchenAid | 074 | SNW | Call with V. Alexander re: 26(f) conference & joint statement (.3); Call with Sean Saxton re: Rule 26(f) joint report (.2) | 0.5 | $450.00 | $225.00 |
| 2012.03.20 | KitchenAid | 074 | LTF | Conference with Sarah Westcot regarding status report (.2); redlined status report (.4). | 0.6 | $700.00 | $420.00 |
| 2012.03.20 | KitchenAid | 074 | SNW | Drafted Rule 26(f) Report; discussed with LTF; circulated to plaintiffs' counsel; reviewed LTF redlined draft | 2.8 | $450.00 | $1,260.00 |
| 2012.03.21 | KitchenAid | 074 | JIM | Review and comment on draft Rule 26(f) report | 0.4 | $700.00 | $280.00 |
| 2012.03.21 | KitchenAid | 074 | SNW | Edited draft Rule 26(f) report per LTF & JIM edits; circulated to defense counsel; reviewed email from S. Saxon re: same | 0.5 | $450.00 | $225.00 |
| 2012.03.22 | KitchenAid | 074 | LTF | Reviewed redlined version of 26(f) report (.3); participated in conference call with defendants' counsel regarding 26(f) report (.1); conference with Sarah Westcot re: same (.1). | 0.5 | $700.00 | $350.00 |
| 2012.03.22 | KitchenAid | 074 | SNW | Responded to email from S. Saxon re: moving 26(f) conference (.2); Participated in 26(f) conference with defense counsel; edited 26(f) statement per changes made on the call & circulated (.5) | 0.7 | $450.00 | $315.00 |
| 2012.03.23 | KitchenAid | 074 | SNW | Revised final 26(f) report; email exchange with defense cousnel re: same; prepared final document for filing; filed 26(f) report | 0.9 | $450.00 | $405.00 |
| 2012.03.27 | KitchenAid | 074 | LTF | Reviewed scheduling order. | 0.1 | $700.00 | $70.00 |
| 2012.03.27 | KitchenAid | 074 | SNW | Reviewed scheduling order | 0.3 | $450.00 | $135.00 |
| 2012.03.28 | KitchenAid | 074 | SNW | Reviewed voicemail from S. Saxon; call with S. Saxon re: date for initial disclosures; calendared agreed upon date | 0.5 | $450.00 | $225.00 |
| 2012.04.05 | KitchenAid | 074 | LTF | Video conference with Chris Marlborough regarding opposition to motion to dismiss. | 0.1 | $700.00 | $70.00 |
| 2012.04.06 | KitchenAid | 074 | LTF | Telehone call with Vahn Alexander regarding deadlines for initial disclosures and opposition to motion to dismiss. | 0.1 | $700.00 | $70.00 |
| 2012.04.06 | KitchenAid | 074 | SNW | Call with V. Alexander & LTF re: upcoming deadlines | 0.2 | $450.00 | $90.00 |
| 2012.04.11 | KitchenAid | 074 | LTF | Reviewed emails from Scott Bursor and Sarah Westcot regarding 23(g) reply. | 0.1 | $700.00 | $70.00 |
| 2012.04.11 | KitchenAid | 074 | SNW | Responded to email from SAB re: 23(g) reply brief; drafted reply brief & filed | 0.6 | $450.00 | $270.00 |
| 2012.04.12 | KitchenAid | 074 | SNW | Reviewed order vacating 4/18 hearing on lead counsel motion | 0.1 | $450.00 | $45.00 |
| 2012.04.17 | KitchenAid | 074 | SNW | Reviewed motion to dismiss & motion to strike | 1.4 | $450.00 | $630.00 |
| 2012.04.19 | KitchenAid | 074 | LTF | Reviewed lead counsel order; conference with Sarah Westcot re: same. | 0.2 | $700.00 | $140.00 |
| 2012.04.19 | KitchenAid | 074 | SAB | Read order appointing interim class counsel (.2); corresp w/ co-counsel re same (.2); conf. w/ N. Deckant re same (.2) | 0.6 | $875.00 | $525.00 |
| 2012.04.19 | KitchenAid | 074 | SNW | Reviewed order appointing interim class counsel; discussed with LTF | 0.3 | $450.00 | $135.00 |
| 2012.04.20 | KitchenAid | 074 | LTF | Reviewed and revised initial disclosures (.3); conference with Sarah Westcot re: same (.2). | 0.5 | $700.00 | $350.00 |
| 2012.04.20 | KitchenAid | 074 | SAB | Reviewed draft initial disclosures (.5) | 0.5 | $875.00 | $437.50 |

| Date | Client | | | Description | Hours | Rate | Amount |
|------|--------|--|--|-------------|-------|------|--------|
| 2012.04.20 | KitchenAid | 074 | SNW | Drafted initial disclosures; edited per LTF comments; circulated to co-counsel; finalized; prepared proof of service & exhibits; served on defendants & co-counsel; email to S. Saxon re: substitution of parties (3.5); Reviewed defendants' initial disclosures (.5) | 4 | $450.00 | $1,800.00 |
| 2012.04.23 | KitchenAid | 074 | LTF | Email exchange with Vahn Alexander regarding opposition to motion to dismiss. | 0.1 | $700.00 | $70.00 |
| 2012.04.23 | KitchenAid | 074 | SNW | Reviewed email exchange between LTF & V. Alexander re: MTD and motion to strike oppositions; call with A. Vozzolo re: substitution of parties | 0.5 | $450.00 | $225.00 |
| 2012.04.26 | KitchenAid | 074 | LTF | Conference (x2) with Sarah Westcot regarding opposition to MTD. | 0.2 | $700.00 | $140.00 |
| 2012.04.26 | KitchenAid | 074 | RIA | Pulled authorities for MTD | 2.5 | $190.00 | $475.00 |
| 2012.04.26 | KitchenAid | 074 | SAB | Analyzed Defendants' MTD. | 1.0 | $875.00 | $875.00 |
| 2012.04.26 | KitchenAid | 074 | SNW | Discussed MTD opposition with RA; worked on draft MTD opposition | 5 | $450.00 | $2,250.00 |
| 2012.04.27 | KitchenAid | 074 | LTF | Conference with Sarah Westcot regarding new dates for motion to dismiss. | 0.1 | $700.00 | $70.00 |
| 2012.04.27 | KitchenAid | 074 | SAB | Videoconf. and corresp. w/ S. Westcot re litigation strategy and seeking extension for MTD oppn (.3) | 0.3 | $875.00 | $262.50 |
| 2012.04.27 | KitchenAid | 074 | SNW | Email exchange with defense counsel re: extention to MTD & MTS deadline and hearing date; email exchange with SAB re: same; call to court clerk re: procedure for same; drafted stipulation extending deadlines; sent to defense counsel for approval & filed | 2.3 | $450.00 | $1,035.00 |
| 2012.04.30 | KitchenAid | 074 | SNW | Reviewed order approving stipulation extending MTD & MTS deadlines and hearing; email to SAB re: same; calendared new dates | 0.5 | $450.00 | $225.00 |
| 2012.05.01 | KitchenAid | 074 | LTF | Conference with Sarah Westcot regarding stipulation substituting proper Best Buy entity. | 0.2 | $700.00 | $140.00 |
| 2012.05.01 | KitchenAid | 074 | SNW | Drafted stipulation to substitute parties; discussed same with LTF; circulated draft stipulation to co-counsel | 2.8 | $450.00 | $1,260.00 |
| 2012.05.02 | KitchenAid | 074 | LTF | Conference with Sarah Westcot regarding stipulation substituting proper Best Buy entity. | 0.1 | $700.00 | $70.00 |
| 2012.05.03 | KitchenAid | 074 | SNW | Call to A. Vozzolo re: stipulation to substitute parties; email to defense counsel re: same | 0.3 | $450.00 | $135.00 |
| 2012.05.07 | KitchenAid | 074 | SNW | Email exchange with S. Saxon re: stipulation substituting parties; filed stipulation & emailed chambers copy of proposed order | 0.7 | $450.00 | $315.00 |
| 2012.05.08 | KitchenAid | 074 | SNW | Reviewed order approving stipulation substituting parties | 0.2 | $450.00 | $90.00 |
| 2012.05.25 | KitchenAid | 074 | LTF | Video conference with Scott Bursor regarding extension of time (.2); email exchange with co-counsel regarding extension of time and new hearing date (.2); email exchange with Neal Deckant regarding opposition to motion to dismiss (.2). | 0.6 | $700.00 | $420.00 |
| 2012.05.25 | KitchenAid | 074 | NJD | Outline preparation and discussed same with LTF. | 3.0 | $425.00 | $1,275.00 |

| 2012.05.25 | KitchenAid | 074 | SAB | Conf. w/ N. Deckant to revise outline for MTD oppn (.3); videoconf. w/ T. Fisher re same (.2) | 0.5 | $875.00 | $437.50 |
|---|---|---|---|---|---|---|---|
| 2012.05.29 | KitchenAid | 074 | DLS | Made formatting corrections to stipulation and prop order; efiled in E.D. Court; emailed to Judge Mendez | 1 | $190.00 | $190.00 |
| 2012.05.29 | KitchenAid | 074 | LTF | Drafted stipulation regarding briefing on motion to dismiss (.4); circulated stipulation to defendants' counsel (.1); email exchange with defendants' counsel regarding stipulation (.2); arranged for filing of stipulation (.1); reviewed notice from Judge Mendez's clerk (.2); revised stipulation and exchanged emails with defendants' counsel regarding revised stipulation (.4); arranged for filing of revised stipulation (.4). | 1.8 | $700.00 | $1,260.00 |
| 2012.05.29 | KitchenAid | 074 | SNW | Reviewed email exchange re: stipulation to extend MTD briefing schedule | 0.2 | $450.00 | $90.00 |
| 2012.05.30 | KitchenAid | 074 | SNW | Reviewed order approving stipulation moving MTD hearing and briefing schedule | 0.2 | $450.00 | $90.00 |
| 2012.06.01 | KitchenAid | 074 | NJD | Case research | 1.8 | $425.00 | $765.00 |
| 2012.06.18 | KitchenAid | 074 | SAB | Conf. w/ N. Deckant re drafting MTD oppn | 0.4 | $875.00 | $350.00 |
| 2012.06.26 | KitchenAid | 074 | NJD | Re-acclimated to the MTD.  Compared w/ Maytag and Samsung.  Prepared to begin drafting on Thursday. | 0.5 | $425.00 | $212.50 |
| 2012.07.02 | KitchenAid | 074 | NJD | MTD oppn drafting. | 4.8 | $425.00 | $2,040.00 |
| 2012.07.03 | KitchenAid | 074 | NJD | Drafted MTD oppn and circulated to SAB. | 10.0 | $425.00 | $4,250.00 |
| 2012.07.05 | KitchenAid | 074 | LTF | Reviewed draft opposition to motion to dismiss, declaration and request for judicial notice (.3); reviewed emails from Neal Deckant re: same (.1). | 0.4 | $700.00 | $280.00 |
| 2012.07.05 | KitchenAid | 074 | NJD | Heavily edited MTD oppn, drafted RJN, drafted Tim's declaration, circulated.  Discussed 50 state claims and MTS w/ CM.  Drafted section on the "delayed discovery rule" and why the implied warranty claim has not lapsed.  Additionally, drafted section on the unavailability of exculpatory waivers to gross negligence. | 8.3 | $425.00 | $3,527.50 |
| 2012.07.09 | KitchenAid | 074 | LTF | Conference with Sarah Westcot regarding oppositions to motion to dismiss and motion to strike | 0.1 | $700.00 | $70.00 |
| 2012.07.09 | KitchenAid | 074 | NJD | KitchenAid MTS | 4.3 | $425.00 | $1,827.50 |
| 2012.07.10 | KitchenAid | 074 | NJD | Worked on MTS oppn.  Sent draft to CM.  Received CM's redlines to my MTD oppn.  Reviewed.  Discussed w/ CM. | 4.3 | $425.00 | $1,827.50 |
| 2012.07.11 | KitchenAid | 074 | DLS | Video Conf. w/ Neal and Anthony regarding page limits in ED court; showed Neal CA Court Rules doc for info and told him that Judge Mendez had order that covered rules; made corrections and formatting changes to both briefs; Prepared TOC & TOA ; Assisted with filing | 6 | $190.00 | $1,140.00 |
| 2012.07.11 | KitchenAid | 074 | JIM | Confer with S. Bursor and co-counsel about oppositions to motions to dismiss and to strike | 1.5 | $700.00 | $1,050.00 |

| Date | Matter | | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2012.07.11 | KitchenAid | 074 | LTF | Reviewed and revised opposition to motion to dismiss (2.5); reviewed and revised opposition to motion to strike (.9); assisted with filing of oppositon briefs (1); reviewed declaration and request for judicial notice (.3); video conference with Scott Bursor (x2) re: opposition briefs (.2); video conference and telephone call with Neal Deckant regarding oppositon brief (.2); several conferences with Debbie Schroeder and Sarah Westcot regarding opposition briefs and filing of briefs (1.2). | 6.3 | $700.00 | $4,410.00 |
| 2012.07.11 | KitchenAid | 074 | NJD | Emailed docs to SAB, edited MTD oppn. (1.3); Hepled consolidate edit,s discussions w/ AV re privitiy in CLRA claim, discussions w/ CM re distinguishing cases in the MTS, started research on CLRA privity issues, discussions w/ DS re page limits (2.5); Drafted CLRA privity sections, delayed discovery rule sections, coordinated w/ AV, answered CM's questions (1.5); Pulling final edits on MTD and MTDS, getting ready to file, coordinating w/ CM, LTF, SNW, and SAB (3.3); Answered question from Tim re who to put on the signature block (.1); Got home and monitored status of filings, made sure it was complete (.5). | 9.2 | $425.00 | $3,910.00 |
| 2012.07.11 | KitchenAid | 074 | SAB | Revised draft MTD Oppn and MTS Oppn | 5.0 | $875.00 | $4,375.00 |
| 2012.07.11 | KitchenAid | 074 | SNW | Discussed motion to dismiss & motion to strike with LTF; video conference with NJD re: same; discussed filing details with DS; edited request for judicial notice, Fisher declaration, motion to dismiss and motion to strike oppositions; filed all documents; circulated filed copies to co-counsel | 3.5 | $450.00 | $1,575.00 |
| 2012.07.12 | KitchenAid | 074 | NJD | Review of KitchenAid briefs, plus debriefing w/ CM | 0.5 | $425.00 | $212.50 |
| 2012.07.12 | KitchenAid | 074 | SNW | Organized all filed motion to dismiss, motion to strike & request for judicial notice documents on the system (.3); Reviewed & responded to email from S. Saxon requesting extension on reply brief; discussed same with LTF; email to SAB re: same (.6) | 0.9 | $450.00 | $405.00 |
| 2012.07.13 | KitchenAid | 074 | LTF | Reviewed substitution of counsel (1); reviewed stipulation and proposed order changing hearing and briefing dates (.2). | 0.3 | $700.00 | $210.00 |
| 2012.07.13 | KitchenAid | 074 | SNW | Reviewed draft stipulation extending reply date & hearing for motion to dismiss & motion to strike; email to S. Saxon re: same; reviewed filed stipulation | 0.5 | $450.00 | $225.00 |
| 2012.07.16 | KitchenAid | 074 | SNW | Reviewed order approving attorney substitution for Best Buy | 0.2 | $450.00 | $90.00 |
| 2012.07.18 | KitchenAid | 074 | LTF | Reviewed order setting new hearing date for motions to dismiss. | 0.1 | $700.00 | $70.00 |
| 2012.07.18 | KitchenAid | 074 | SNW | Reviewed order on stipulation extending reply deadline & hearing on motion to dismiss & motion to strike | 0.2 | $450.00 | $90.00 |
| 2012.07.30 | KitchenAid | 074 | JIM | █████████████████████ | 0.5 | $700.00 | $350.00 |
| 2012.07.30 | KitchenAid | 074 | LTF | █████████████████████ | 0.2 | $700.00 | $140.00 |
| 2012.07.30 | KitchenAid | 074 | NJD | KitchenAid update | 0.3 | $425.00 | $127.50 |
| 2012.08.03 | KitchenAid | 074 | SNW | Reviewed reply in support of motion to strike/motion to dismiss | 0.7 | $450.00 | $315.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2012.08.21 | KitchenAid | 074 | SNW | Reviewed email from JIM re: KitchenAid statement re: EnergyStar logo in 2004 position statement to DOE; reviewed position statement | 0.6 | $450.00 | $270.00 |
| 2012.08.22 | KitchenAid | 074 | NJD | KitchenAid RJN | 0.8 | $425.00 | $340.00 |
| 2012.08.22 | KitchenAid | 074 | SNW | Reviewed and responded to email from JIM, NJD & co-counsel re: RJN; video conference with NJD re: same; reviewed draft RJN; email to co-counsel re: same (.8); Revised draft RJN & prepared for filing; discussed changes with NJD; filed and arranged for chambers copies to be sent (1.1) | 1.9 | $450.00 | $855.00 |
| 2012.08.24 | KitchenAid | 074 | JIM | Review scheduling order, confer with N. Deckant and co-counsel about next steps, and draft e-mail about serving initial discovery requests | 1.0 | $700.00 | $700.00 |
| 2012.08.24 | KitchenAid | 074 | LTF | Reviewed email from Joe Marchese regarding intiial discovery requests. | 0.1 | $700.00 | $70.00 |
| 2012.08.24 | KitchenAid | 074 | NJD | Reviewed cases with JIM, identified ones where discovery is behind. We discovered we're behind on KitchenAid and could have served discovery 5 months ago | 1.0 | $425.00 | $425.00 |
| 2012.08.27 | KitchenAid | 074 | JIM | Confer with S. Westcot about drafting initial discovery requests | 0.2 | $700.00 | $140.00 |
| 2012.08.27 | KitchenAid | 074 | SNW | Video conference re: JIM re: draft discovery requests | 0.2 | $450.00 | $90.00 |
| 2012.08.30 | KitchenAid | 074 | LTF | Telephone call with Chris Marlborough regarding draft RFPs. | 0.1 | $700.00 | $70.00 |
| 2012.08.30 | KitchenAid | 074 | SNW | Drafted initial discovery requests & circulated to co-counsel; reviewed email from C. Marlborough re: same | 1.6 | $450.00 | $720.00 |
| 2012.08.31 | KitchenAid | 074 | DLS | Made copies of all Motion to Dismiss and Motion to Strike docs for 9/5 hearing for LTF | 1 | $190.00 | $190.00 |
| 2012.08.31 | KitchenAid | 074 | LTF | Telephone call with Chris Marlborough regarding opposition to RJN (.1); reviewed opposition to RJN (.3); conference with Sarah Westcot re: same (.2); telephone call with Anthony Vozzolo and Chris Marlborough regarding hearing on MTD and opposition to RJN (.3); email exchange with court clerk regarding hearing (.1); reviewed Ohio Whirlpool decision (.2); reviewed emails from co-counsel re: same (.2); conference with Debbie Schroeder regarding materials needed for hearing; began preparations for hearing (.2). | 1.6 | $700.00 | $1,120.00 |
| 2012.08.31 | KitchenAid | 074 | NJD | Checked KitchenAid docket for a MTS, due to a calendar error | 0.3 | $425.00 | $127.50 |
| 2012.08.31 | KitchenAid | 074 | SNW | Reviewed Savett v. Whirlpool dismissal order & email exchange re: same; reviewed email from JIM re: draft discovery; revised draft RFPs; circulated new version to co-counsel (1.1); Reviewed defendants' opposition to request for judicial notices; reivewed statue cited in RJN; calls with C. Marlborough re: same; discussions with LTF re: same; email to C. Marlborugh re: same (1.4); Reviewed defendants' notice of supplemental authority(.4) | 2.9 | $450.00 | $1,305.00 |
| 2012.09.04 | KitchenAid | 074 | DLS | Made copies and prepared folders for LTF-hearing (1.4); Pulled Savett complaint from ND -Ohio for LTF (.4) | 1.8 | $190.00 | $342.00 |
| 2012.09.04 | KitchenAid | 074 | JIM | Review and comment on draft document requests and confer with S. Westcot and Faruqi counsel regarding same | 1.2 | $700.00 | $840.00 |

| Date | Client | Matter | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2012.09.04 | KitchenAid | 074 | LTF | Prepared for hearing on motion to dismiss (6.1); traveled to Sacramento for hearing (2.1); video conference with Neal Deckant regarding Ohio consumer protection statute (.1); conference with Sarah Westcot regarding implied warranty claim (.1); reviewed emails regarding discovery requests (.1). | 8.5 | $700.00 | $5,950.00 |
| 2012.09.04 | KitchenAid | 074 | SAB | Videoconf. And corresp. w/ LTF and C. Marlborough re Savett case | 1.0 | $875.00 | $875.00 |
| 2012.09.04 | KitchenAid | 074 | SNW | Reviewed email re: Savett case; reviewed letter submitted to court in similar case (.6); Video conference with JIM re: initial discovery requests; reviewed letter in relatd case re: Savett MTD order; reviewed emails from A. Vozzolo & JIM re: edits to draft discovery requests (.8); Call with co-counsel re: supplemental brief(.3); Reviewed & revised draft objection to supplemental filing; call with CM re: same; filed (.6). Research for MTD hearing re: vertical privity for implied warranty claims email to LTF re: same (.6); Reviewed co-counsel edits to first set of RFPs; drafted interrogatories & sent email to co-counsel re: same (2.3) | 5.2 | $450.00 | $2,340.00 |
| 2012.09.05 | KitchenAid | 074 | JIM | Review and comment on draft interrogatories and discuss same with S. Westcot (.6); discuss today's MTD hearing with internal group and co-counsel (.6) | 1.2 | $700.00 | $840.00 |
| 2012.09.05 | KitchenAid | 074 | LTF | Prepared for and attended hearing on motion to dismiss (3.3); telephone call with Sarah Westcot following hearing (.2); telephone call with Chris Marlborough following hearing (.2); video conference with co-counsel regarding hearing (.5); reviewed emails regarding initial discovery requests (.3); returned to Walnut Creek following hearing (2.1); email exchange with Anthony Vozzolo regarding hearing; reviewed transcript (.4); conference with Debbie Schroeder regarding transcript (.1). | 7.1 | $700.00 | $4,970.00 |
| 2012.09.05 | KitchenAid | 074 | NJD | KitchenAid interrogatory edits (.5); KitchenAid discussion at length w/ SAB, JIM, AV, CM, and LTF re dismissal (2.0) | 2.5 | $425.00 | $1,062.50 |
| 2012.09.05 | KitchenAid | 074 | SAB | Videoconf. w/ T. Fisher et al. re today's hearing and next steps re amending complaint (.5); conf. w/ A. Vozzolo re same (.4) | 0.9 | $875.00 | $787.50 |
| 2012.09.05 | KitchenAid | 074 | SNW | Reviewed edits to draft interrogatories from JIM, A. Vozzolo & NJD; finalized draft; reviewed & finalized draft RFPs (1.4); Reviewed minute order re: MTD/MTS; call with LTF re: outcome of hearing; video conferences with JIM & NJD re: same; discussion with LTF re: amended complaint (1.2); Reviewed 9th Cir. Decision in HSBC Bank re: extrinsic evidence examination in MTD decision; reviewed Energy Star Winner Profiles & email from A. Vozzolo re: same (.9); Reviewed Whirlpool's response to an RJN by plaintiff in a related case (.3); Reviewed transcript from hearing on MTD/MTS (.5) | 4.3 | $450.00 | $1,935.00 |
| 2012.09.06 | KitchenAid | 074 | LTF | Reviewed emails regarding KitchenAid transcript (.1); telephone call with Anthony Vozzolo and Chris Marlborough re: same (.2). | 0.3 | $700.00 | $210.00 |

| 2012.09.06 | KitchenAid | 074 | NJD | Read transcript | 0.5 | $425.00 | $212.50 |
|---|---|---|---|---|---|---|---|
| 2012.09.10 | KitchenAid | 074 | LTF | Worked on amended complaint (2.3); email to Debbie Schroeder regarding calendaring deadline for amended complaint (.1). | 2.4 | $700.00 | $1,680.00 |
| 2012.09.11 | KitchenAid | 074 | LTF | Worked on amended complaint (1.1); reviewed Energy Star document sent by Anthony Vozzolo (.2); conference with Debbie Schroeder regarding calendaring deadlines (.1). | 1.4 | $700.00 | $980.00 |
| 2012.09.11 | KitchenAid | 074 | SNW | Responded to email from KitchenAid customer re: problems with her refrigerator | 0.3 | $450.00 | $135.00 |
| 2012.09.12 | KitchenAid | 074 | LTF | ███████████████████ | 3.4 | $700.00 | $2,380.00 |
| 2012.09.12 | KitchenAid | 074 | SAB | Conf. w/ A. Vozzolo re EPA powerpoint presentation and other research | 0.5 | $875.00 | $437.50 |
| 2012.09.12 | KitchenAid | 074 | SNW | Reviewed email from LTF to K. DeRossi re: additional purchase details | 0.2 | $450.00 | $90.00 |
| 2012.09.13 | KitchenAid | 074 | JIM | ███████████████████ | 1.3 | $700.00 | $910.00 |
| 2012.09.13 | KitchenAid | 074 | LTF | Reviewed emails from Anthony Vozzolo regarding Whirlpool statements regarding Energy Star (.3); telephone call with Mark Linthicum (.2); email exchange with Kyle Dei Rossi (.1); worked on amended complaint (3.8); telephone call with Chris Marlborough re: supplemental material for complaint (.2). | 4.6 | $700.00 | $3,220.00 |
| 2012.09.13 | KitchenAid | 074 | SAB | Conf. w/ A. Vozzolo re transcript of Whirlpool executive's comments on the importance of Energy Star | 0.3 | $875.00 | $262.50 |
| 2012.09.13 | KitchenAid | 074 | SNW | ███████████ | 0.2 | $450.00 | $90.00 |
| 2012.09.13 | KitchenAid | 074 | SNW | Reviewed defendants' proposed order on MTD | 0.3 | $450.00 | $135.00 |
| 2012.09.14 | KitchenAid | 074 | SNW | Reviewed order on MTD & MTS | 0.5 | $450.00 | $225.00 |
| 2012.09.17 | KitchenAid | 074 | LTF | Telephone call with Kyle Dei Rossi (.2); telephone call with Anthony Vozzolo regarding amended complaint (.2); revised amended complaint and circulated draft to co-counsel (1.5); email to Chris Marlborough and Anthony Vozzolo regarding amended complaint (.1). | 2 | $700.00 | $1,400.00 |
| 2012.09.17 | KitchenAid | 074 | SNW | Reviewed email from LTF re: amended complaint | 0.2 | $450.00 | $90.00 |
| 2012.09.18 | KitchenAid | 074 | JIM | ███████████████████ | 2.1 | $700.00 | $1,470.00 |
| 2012.09.18 | KitchenAid | 074 | LTF | Video conference with Joe Marchese regarding amended complaint (.1); uploaded amended complaint files to Box (.7); email exchange with Kyle Dei Rossi (.1); email exchange with Joe Marchese regarding Mark Linthicum (.1); telephone call with Chris Marlborough regarding Energy Guide label (.2); video conference with Scott Bursor re: amended complaint (.2). | 1.4 | $700.00 | $980.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2012.09.18 | KitchenAid | 074 | LTF | Email exchange with Joe Marchese regarding proof of service (.1); conference (x2) with Debbie Schroeder regarding proof (.4); reviewed and revised proof (.3). | 0.8 | $700.00 | $560.00 |
| 2012.09.18 | KitchenAid | 074 | SNW | Reviewed amended complaint; reviewed email from JIM re: amended complaint; reviewed JIM's edits to complaint | 0.7 | $450.00 | $315.00 |
| 2012.09.19 | KitchenAid | 074 | LTF | | 0.5 | $700.00 | $350.00 |
| 2012.09.20 | KitchenAid | 074 | JIM | | 0.1 | $700.00 | $70.00 |
| 2012.09.20 | KitchenAid | 074 | JIM | | 0.9 | $700.00 | $630.00 |
| 2012.09.20 | KitchenAid | 074 | LTF | Revised complaint; circulated revised complaint. | 0.8 | $700.00 | $560.00 |
| 2012.09.20 | KitchenAid | 074 | NJD | Reviewed amended KitchenAid complaint. | 0.5 | $425.00 | $212.50 |
| 2012.09.21 | KitchenAid | 074 | LTF | | 3.1 | $700.00 | $2,170.00 |
| 2012.09.21 | KitchenAid | 074 | NJD | Review, redline, comment on KitchenAid amended complaint draft | 1.0 | $425.00 | $425.00 |
| 2012.09.21 | KitchenAid | 074 | SAB | Conf. w/ A. Vozzolo re amending complaint | 0.5 | $875.00 | $437.50 |
| 2012.09.23 | KitchenAid | 074 | JIM | E-mail exchange with L. Fisher about amended complaint | 0.2 | $700.00 | $140.00 |
| 2012.09.24 | KitchenAid | 074 | LTF | Video conference with Scott Bursor regarding amended complaint (.1); reviewed Sierra Diesel case (.1); reviewed amended complaint with Neal Deckant's redlines (.5). | 0.7 | $700.00 | $490.00 |
| 2012.09.24 | KitchenAid | 074 | SNW | Reviewed email from LTF re: edits to amended complaint | 0.2 | $450.00 | $90.00 |
| 2012.09.25 | KitchenAid | 074 | DLS | Prepared civil cover sheet for amended complaint | 0.8 | $190.00 | $152.00 |
| 2012.09.25 | KitchenAid | 074 | LTF | Video conference with Neal Deckant regarding amended complaint (.1); reviewed and revised amended complaint (2.3); telephone call (x2) with Anthony Vozzolo regarding amended complaint (.4); conference with Sarah Westcot and Debbie Schroeder re: finalizing and filing amended complaint (.3); telephone call and text message exchange with Kyle Dei Rossi (.2); reviewed and revised civil cover sheet (.2). | 3.5 | $700.00 | $2,450.00 |
| 2012.09.25 | KitchenAid | 074 | SNW | Discussion with LTF re: amended complaint (x2); reviewed final draft complaint | 1 | $450.00 | $450.00 |
| 2012.09.26 | KitchenAid | 074 | LTF | Video conference with Joe Marchese regarding amended complaint. | 0.1 | $700.00 | $70.00 |
| 2012.09.26 | KitchenAid | 074 | SNW | Reviewed filed complaint (.4); Reviewed party update ECF notice (.2) | 0.6 | $450.00 | $270.00 |
| 2012.09.27 | KitchenAid | 074 | JIM | E-mail exchange with L. Fisher about case related updates to M. Linthicum and e-mail a copy of the filed amended complaint to M. Linthicum | 0.4 | $700.00 | $280.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2012.09.27 | KitchenAid | 074 | LTF | Email exchange with Joe Marchese regarding amended complaint (.1); reviewed email to Mark Linthicum re: same (.1); email exchange with co-counsel regarding request for additional time to respond to amended complaint (.1). | 0.3 | $700.00 | $210.00 |
| 2012.09.27 | KitchenAid | 074 | NJD | Emailed copy of Windows Vista case to AV, with brief synopsis | 0.3 | $425.00 | $127.50 |
| 2012.09.27 | KitchenAid | 074 | SNW | Reviewed email from defense counsel requesting extension of time to respond to amended complaint; forwarded to LTF; reviewed LTF email to co-counsel re: same; reviewed response from A. Vozzolo | 0.4 | $450.00 | $180.00 |
| 2012.09.28 | KitchenAid | 074 | SNW | Discussion with LTF re: extension request; responded to email from S. Saxon re: same | 0.4 | $450.00 | $180.00 |
| 2012.10.01 | KitchenAid | 074 | DLS | Finalized stip for dismissal of GE; filed and prepared chamber copy | 0.8 | $190.00 | $152.00 |
| 2012.10.03 | KitchenAid | 074 | LTF | Reviewed stipulation extending time to respond to complaint. | 0.1 | $700.00 | $70.00 |
| 2012.10.03 | KitchenAid | 074 | SNW | Reviewed & responded to email from defense counsel re: stip to extend time; reviewed draft stip; reviewed filed stipulation & proposed order | 0.9 | $450.00 | $405.00 |
| 2012.10.04 | KitchenAid | 074 | LTF | ███████████████████████████ | 0.1 | $700.00 | $70.00 |
| 2012.10.04 | KitchenAid | 074 | SNW | Reviewed order on stip to extend defendants' response time | 0.2 | $450.00 | $90.00 |
| 2012.10.15 | KitchenAid | 074 | LTF | Reviewed motion to dismiss; conference with Debbie Schroeder re: deadline for opposition (.2); email exchange with Joe Marchese re: MTD (.1); email to Neal Deckant re: same (.1). | 0.4 | $700.00 | $280.00 |
| 2012.10.15 | KitchenAid | 074 | NJD | Reviewed MTD oppositoin, read emails from LTF and JIM | 0.5 | $425.00 | $212.50 |
| 2012.10.16 | KitchenAid | 074 | SAB | Read defendants motion to dismiss | 0.7 | $875.00 | $612.50 |
| 2012.10.17 | KitchenAid | 074 | LTF | Reviewed motion to dismiss (.1); video conference with Neal Deckant and Anthony Vozzolo re: meeting to discuss response to motion (.2); email exchange with Neal Deckant re: same (.1). | 0.4 | $700.00 | $280.00 |
| 2012.10.17 | KitchenAid | 074 | NJD | Reviewed KitchenAid complaint, MTD one more time in advance of discussion | 0.8 | $425.00 | $340.00 |
| 2012.10.17 | KitchenAid | 074 | SNW | Reviewed MTD | 0.6 | $450.00 | $270.00 |
| 2012.10.18 | KitchenAid | 074 | LTF | Reviewed motion to dismiss and research re: same (1.1); conference with Debbie Schroeder re: motion to dismiss (.1); video conference with Neal Deckant re: same (.3); conference call with Anthony Vozzolo and Neal Deckant re: opposition to motion to dismiss (.7). | 2.2 | $700.00 | $1,540.00 |
| 2012.10.18 | KitchenAid | 074 | NJD | Conference call w/ LTF and AV re MTD oppn | 1.0 | $425.00 | $425.00 |
| 2012.10.19 | KitchenAid | 074 | LTF | Email exchange and telephone call with Kyle Dei Rossi. | 0.2 | $700.00 | $140.00 |
| 2012.10.22 | KitchenAid | 074 | NJD | KitchenAid MTD oppn scheduling | 0.3 | $425.00 | $127.50 |
| 2012.10.24 | KitchenAid | 074 | NJD | Status update | 0.3 | $425.00 | $127.50 |
| 2012.10.31 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding opposition to motion to dismiss. | 0.1 | $700.00 | $70.00 |
| 2012.10.31 | KitchenAid | 074 | NJD | Printing at office | 0.3 | $425.00 | $127.50 |
| 2012.11.06 | KitchenAid | 074 | JIM | Confer with A. Vozzolo regarding extension request and review e-mail exchange about same | 0.3 | $700.00 | $210.00 |

| 2012.11.06 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo regarding opposition to MTD; conference with Sarah Westcot re: same. | 0.1 | $700.00 | $70.00 |
|---|---|---|---|---|---|---|---|
| 2012.11.08 | KitchenAid | 074 | LTF | Reviewed stipulation continuing deadline to file opposition to MTD (.1); email exchange with Anthony Vozzolo and Sarah Westcot re: same (.1). | 0.2 | $700.00 | $140.00 |
| 2012.11.08 | KitchenAid | 074 | NJD | Call w/ AV re KitchenAid.  Discussion w/ Jim & SNW re same.  Round of emails exchanged. | 0.5 | $425.00 | $212.50 |
| 2012.11.08 | KitchenAid | 074 | SNW | Email exchange with DS re: new MTD date (.2); Drafted stipulation to extend MTD hearing date and briefing schedule; email to defense counsel re: same; reviewed & responded to co-counsel re: same; filed stipulation; email exchange with DS re: chambers copy and email of proposed order (1) | 1.2 | $450.00 | $540.00 |
| 2012.11.09 | KitchenAid | 074 | LTF | Reviewed order approving stipulation adjusting briefing schedule and hearing date. | 0.1 | $700.00 | $70.00 |
| 2012.11.09 | KitchenAid | 074 | NJD | KitchenAid MTD review (.3); Discusion and review (1.0) | 1.3 | $425.00 | $552.50 |
| 2012.11.09 | KitchenAid | 074 | SNW | Reviewed order on joint stipulation; calendared new date | 0.3 | $450.00 | $135.00 |
| 2012.11.12 | KitchenAid | 074 | LTF | Reviewed email from class member; conference with Sarah Westcot re: same. | 0.1 | $700.00 | $70.00 |
| 2012.11.12 | KitchenAid | 074 | NJD | KitchenAid strategy call w/ AV | 1.0 | $425.00 | $425.00 |
| 2012.11.12 | KitchenAid | 074 | SNW | Reviewed & responded to email from customer & discussed same with LTF | 0.4 | $450.00 | $180.00 |
| 2012.11.13 | KitchenAid | 074 | NJD | Study and review | 1.3 | $425.00 | $552.50 |
| 2012.11.13 | KitchenAid | 074 | SNW | Responded to email from KitchenAid customer re: problems with her refrigerator | 0.2 | $450.00 | $90.00 |
| 2012.11.14 | KitchenAid | 074 | NJD | Preliminary case research | 1.3 | $425.00 | $552.50 |
| 2012.11.14 | KitchenAid | 074 | SNW | Reviewed email from customer Donna Hartman re: call; calendared call; call with D. Hartman; reviewed complaint for model numbers | 0.6 | $450.00 | $270.00 |
| 2012.11.15 | KitchenAid | 074 | NJD | Assigned YK to write FAL section, gave pointers (.5); Review and drafted FAL section w/ YK (.8) | 1.3 | $425.00 | $552.50 |
| 2012.11.15 | KitchenAid | 074 | YZK | Draft MTD Opposition | 4.5 | $400.00 | $1,800.00 |
| 2012.11.16 | KitchenAid | 074 | NJD | Researched UCL section of KitchenAid, told YK exactly what to write for it (1.5); Review of YK's UCL portion.  Intense case research and outlining on CLRA, delayed discovery, and implied warranty.  Came up with my arguments (5.5) | 7.0 | $425.00 | $2,975.00 |
| 2012.11.16 | KitchenAid | 074 | SNW | Discussion with NJD re: citiation in MTD opposition; discussion with LTF re: same | 0.3 | $450.00 | $135.00 |
| 2012.11.16 | KitchenAid | 074 | YZK | Draft MTD Opposition | 7.3 | $400.00 | $2,920.00 |
| 2012.11.19 | KitchenAid | 074 | NJD | Calendered dates for KitchenAid MTD (.3); Drafted section on implied warranty (7.5) | 7.8 | $425.00 | $3,315.00 |
| 2012.11.20 | KitchenAid | 074 | NJD | Researched and wrote 5 pages about the CLRA. | 5.8 | $425.00 | $2,465.00 |
| 2012.11.26 | KitchenAid | 074 | JIM | Confer with Faruqi co-counsel about opposition to motion to dismiss | 0.6 | $700.00 | $420.00 |
| 2012.11.26 | KitchenAid | 074 | NJD | Check w/ AC re KitchenAid status.  Says she'll send her portion tomorrow (.5); KitchenAid docket check, update (.3); Edited my portion of the brief (2.8) | 3.6 | $425.00 | $1,530.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2012.11.27 | KitchenAid | 074 | NJD | Revisions (1.0); Completed first draft of B&F's portion of the KitchenAid MTD opposition (3.3) | 4.3 | $425.00 | $1,827.50 |
| 2012.11.28 | KitchenAid | 074 | NJD | Corresponded w/ Andrea re KtitchenAid MTD opposition (.3); Coordinating w/ Andrea (.3); Conference call w/ AV re status of their section.  Took a final look at my part (1.0) | 1.6 | $425.00 | $680.00 |
| 2012.11.30 | KitchenAid | 074 | LTF | Video conference with Scott Bursor regarding oppositon to MTD (.1); video conference with Neal Deckant regarding opposition brief (.8); telephone call with Anthony Vozzolo re: same (.1). | 0.9 | $700.00 | $630.00 |
| 2012.11.30 | KitchenAid | 074 | NJD | KitchenAid MTD opposition.  Got AV's portion, consolidated it with our part.  Discussed w/ JIM (3.0); KitchenAid MTD chat w/ LTF (.8) | 3.8 | $425.00 | $1,615.00 |
| 2012.12.03 | KitchenAid | 074 | LTF | Reviewed oppositon to MTD (1.4); telephone call with Anthony Vozzolo re: same (.1); research re: ED Cal. page limits (.1); emails to Anthony Vozzolo and Neal Deckant re: same (.1); video conference with Scott Bursor re: opposition brief (.1). | 1.9 | $700.00 | $1,330.00 |
| 2012.12.03 | KitchenAid | 074 | SAB | Teleconf. w/ A. Vozzolo re drafting MTD oppn (.3); videoconf. w/ T. Fisher re same (.3) | 0.6 | $875.00 | $525.00 |
| 2012.12.04 | KitchenAid | 074 | NJD | KitchenAid call w/ AV, discussed strategy of new findings re disqualified model numbers | 0.3 | $425.00 | $127.50 |
| 2012.12.05 | KitchenAid | 074 | DLS | Prepared LTF declaration; Prepared TOC/TOA; finalized and filed opposition to MTD amended complaint | 9 | $190.00 | $1,710.00 |
| 2012.12.05 | KitchenAid | 074 | LTF | Telephone calls (x3) with Anthony Vozzolo regarding response to MTD (.5); conference (x4) with Debbie Schroeder and Sarah Westcot regarding same (.4); reviewed and revised response to MTD (2.1); video conference (x4) with Neal Deckant regarding response to MTD (.5); arranged for filing and service of response to MTD (.5); reviewed declaration (.2). | 4.2 | $700.00 | $2,940.00 |
| 2012.12.05 | KitchenAid | 074 | NJD | KitchenAid discussion w/ AV, DS (1.0); Worked on oppn to MTD w/ AV, AC, DS, SNW (11.5) | 14.1 | $425.00 | $5,992.50 |
| 2012.12.05 | KitchenAid | 074 | SAB | Conf. w/ N. Dackant re MTD Oppn (.3); teleconf. w/ T. Fisher re same (.3) | 0.6 | $875.00 | $525.00 |
| 2012.12.05 | KitchenAid | 074 | SNW | Reviewed email exchange between NJD & A. Vozzolo re: MTD Opp brief; discussion with LTF re: same (.3); Reviewed & revised draft MTD Opposition brief; reviwed multiple emails from co-counsel re: same; video conf with LTF & NJD re: same; discussions with LTF & DS re: edits to brief; assisted with finalizing and filing; video (2.8) | 3.1 | $450.00 | $1,395.00 |
| 2012.12.06 | KitchenAid | 074 | DLS | Looked for legal support service in Sacramento; emailed opposition to MTD documents to First Legal for delivery of Chamber copies | 2.3 | $190.00 | $437.00 |
| 2012.12.06 | KitchenAid | 074 | JIM | Review filed MTD opposition | 0.5 | $700.00 | $350.00 |
| 2012.12.06 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding opposition to MTD. | 0.2 | $700.00 | $140.00 |
| 2012.12.06 | KitchenAid | 074 | NJD | Discussed brief w/ SAB, JIM, YK.  Put filed documents on Box. | 0.5 | $425.00 | $212.50 |
| 2013.01.03 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding hearing on motion to dismiss. | 0.2 | $700.00 | $140.00 |

| 2013.01.03 | KitchenAid | 074 | SNW | Reviewed FTC article re: amedments to labeling laws & circulated | 0.3 | $450.00 | $135.00 |
|---|---|---|---|---|---|---|---|
| 2013.01.09 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding hearing on MTD (.2); reviewed reply brief (.5). | 0.7 | $700.00 | $490.00 |
| 2013.01.09 | KitchenAid | 074 | SNW | Reviewed KitchenAid reply ISO MTD | 0.4 | $450.00 | $180.00 |
| 2013.01.14 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo and Andrea Clisura regarding hearing on MTD (.7); email exchange with Anthony Vozzolo re: same (.2). | 0.9 | $700.00 | $630.00 |
| 2013.01.15 | KitchenAid | 074 | LTF | Began preparing for hearing on MTD (.4); reviewed reply in support of MTD (1.4). | 1.8 | $700.00 | $1,260.00 |
| 2013.01.16 | KitchenAid | 074 | LTF | Email to Anthony Vozzolo regarding hearing on MTD (.2); continued preparations for hearing on MTD (2.1); reviewed order on MTD hearing (.1); telephone call with Anthony Vozzolo re: same (.2). | 2.6 | $700.00 | $1,820.00 |
| 2013.01.16 | KitchenAid | 074 | SNW | Reviewed notice vacating hearing on MTD | 0.1 | $450.00 | $45.00 |
| 2013.01.17 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding Good Housekeeping seal of approval (.1); reviewed email and news article re: same (.1). | 0.2 | $700.00 | $140.00 |
| 2013.01.24 | KitchenAid | 074 | NJD | KitchenAid inquiry. | 0.5 | $425.00 | $212.50 |
| 2013.02.01 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo re: extension of expert deadline. | 0.1 | $700.00 | $70.00 |
| 2013.02.01 | KitchenAid | 074 | SNW | Reviewed email exchange among co-cousnel re: expert designation | 0.2 | $450.00 | $90.00 |
| 2013.02.06 | KitchenAid | 074 | AMP | Discussion with LTF background and stipx3 (0.2); reviewed docket and scheduling orders, other stips (0.8); reviewed local rules (0.3); calculated new pretrial dates (0.7); drafted order (0.3 | 2.3 | $425.00 | $977.50 |
| 2013.02.06 | KitchenAid | 074 | NJD | Update | 0.3 | $425.00 | $127.50 |
| 2013.02.07 | KitchenAid | 074 | AMP | Finalized stipulation extending all pretrial deadlines and sent to AV | 0.8 | $425.00 | $340.00 |
| 2013.02.07 | KitchenAid | 074 | LTF | Email exchange and telephone call with Annick Persinger regarding deadline stipulation. | 0.1 | $700.00 | $70.00 |
| 2013.02.08 | KitchenAid | 074 | AMP | Reviewed stipulation, email chain & discussed cert deadline w SNW (0.3); calendared conference with Jerry, reviewed emails from AV, and discussed w SNW (0.2); phone conf with AV and opposing counsel (0.1); revised order sent to SNW (0.2) | 0.8 | $425.00 | $340.00 |
| 2013.02.08 | KitchenAid | 074 | SNW | Call with LTF re: draft stip to extend deadlines; call to A. Vozzolo re: same (.2); Reviewed draft stipulation to extend pre-trial deadlines & redlines from defendant (.2);Call with A. Vozzolo & defense counsel re: stip to postpone pre-trial dates (.2); revised stip & circulated to defense counsel (.3); filled final stipulation (.2); sent word verion to Judge Mendez (.1) | 1.2 | $450.00 | $540.00 |
| 2013.02.11 | KitchenAid | 074 | AMP | Discussed case deadlines and calendar update with LTF; removed vacated pretrial dates from calendar and added newly ordered deadlines; sent calendar update | 0.3 | $425.00 | $127.50 |

| 2013.02.11 | KitchenAid | 074 | JIM | Review article about dismissal of LG EnergyStar action in New Jersey and discuss with S. Bursor | 0.5 | $700.00 | $350.00 |
|---|---|---|---|---|---|---|---|
| 2013.02.11 | KitchenAid | 074 | LTF | Conference with Annick Persinger regarding case deadlines and calendar update (.1); reviewed order from Judge Mendez regarding deadlines (.1). | 0.2 | $700.00 | $140.00 |
| 2013.02.11 | KitchenAid | 074 | SNW | Reviewed order approving stip re: pre-trial dates (.2); reviewed email from A. Vozzolo re: same (.1);Email exchange with A. Persinger re: case calendar (.1) | 0.4 | $450.00 | $180.00 |
| 2013.03.12 | KitchenAid | 074 | JIM | Draft e-mail regarding case strategy | 0.2 | $700.00 | $140.00 |
| 2013.03.28 | KitchenAid | 074 | JIM | Review opinion granting motion to dismiss | 0.5 | $700.00 | $350.00 |
| 2013.03.28 | KitchenAid | 074 | LTF | Reviewed order on MTD (.4); telephone call with Anthony Vozzolo re: same (.3); telephone call with David Bower re: same (.1); conference with Debbie Schroeder re: deadline to file amended complaint (.2); email to Anthony Vozzolo attaching amended complaint (.1). | 1.1 | $700.00 | $770.00 |
| 2013.03.28 | KitchenAid | 074 | NJD | Read KitchenAid order dismissing case without prejudice. | 0.3 | $425.00 | $127.50 |
| 2013.03.28 | KitchenAid | 074 | SAB | Corresp w/ LTF and co-counsel re MTD order | 0.3 | $875.00 | $262.50 |
| 2013.03.28 | KitchenAid | 074 | SNW | Reviewed order granting motion to dismiss; discussed same with LTF; reviewed clanedar update email re: same | 0.6 | $450.00 | $270.00 |
| 2013.04.01 | KitchenAid | 074 | SAB | Read order granting motion to dismiss | 0.7 | $875.00 | $612.50 |
| 2013.04.01 | KitchenAid | 074 | SNW | Reviewed letter from David Kott to Court in DNJ action re: notice of MTD in EDCA case | 0.2 | $450.00 | $90.00 |
| 2013.04.03 | KitchenAid | 074 | LTF | Reviewed notice re-assigning case (.1); reviewed emails from co-counsel re: same (.1). | 0.2 | $700.00 | $140.00 |
| 2013.04.03 | KitchenAid | 074 | SAB | Corresp w/ co-counsel re re-assignment to Judge Nunley | 0.2 | $875.00 | $175.00 |
| 2013.04.03 | KitchenAid | 074 | SNW | Reviewed ECF notice of reassignment; reviewed emails from SAB & co-counsel re: same; researhced Judge Nunley | 0.5 | $450.00 | $225.00 |
| 2013.04.04 | KitchenAid | 074 | SNW | Reviewed email & article from C. Marlborough re: favorable decision on economic loss doctrine | 0.2 | $450.00 | $90.00 |
| 2013.04.09 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding amended complaint. | 0.2 | $700.00 | $140.00 |
| 2013.04.10 | KitchenAid | 074 | AMP | Conference with LTF/NJD/AV/AC re: amended complaint (x2) | 0.7 | $425.00 | $297.50 |
| 2013.04.10 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo and Andrea Clisura (x2) regarding amending complaint and order on MTD (.6); email to opposing counsel re: extension of time (.1); research regarding Judge Nunley (.3); conference with Debbie Schroeder re: stipulation extending time (.2). | 1.2 | $700.00 | $840.00 |
| 2013.04.11 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo and Andrea Clisura regarding request for extension of time (.2); email exchange with Anthony Vozzolo re: same (.1). | 0.3 | $700.00 | $210.00 |

| 2013.04.11 | KitchenAid | 074 | SNW | Discussion with LTF re: amended complaint & stipulation to extend time to file same (.2); Reviewed email exchange between LTF & defense counsel re: extenstion of time to file and respond to amended complaint (.2); Drafted stip to extend time to file & respond to second amended complaint; discussion with LTF re: conversation with co-counsel regaarding length of extention | 1.1 | $450.00 | $495.00 |
| 2013.04.12 | KitchenAid | 074 | AMP | Reviewed SNW draft stip to extend time (0.1); phone conf with AV regarding refusal to grant an extension (0.2) | 0.3 | $425.00 | $127.50 |
| 2013.04.12 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo re: message from defendants' counsel refusing to grant an extension of time beyond one week (.1); email exchange with Anthony Vozzolo re: individual settlement overture from defendants' counsel (.2); conference (x2) with Sarah Westcot re: stipulation extending time to file amended complaint (.1); email to Anthony Vozzolo re: Wool v. Tandem case (.1); telephone call with Anthony Vozzolo re: request for extension of time and individual settlement proposal (.1). | 0.6 | $700.00 | $420.00 |
| 2013.04.12 | KitchenAid | 074 | SNW | Discussion with LTF re: stip to extend time to file/respond to second amended complaint; email exchange with defense counsel re: same; filed stipulation; emailed word version of proposed order to judge's email | 0.7 | $450.00 | $315.00 |
| 2013.04.16 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo regarding stipulation extending deadline to file amended complaint (.2); conference (x2) with Sarah Westcot re: same (.2); reviewed order extending deadline (.1). | 0.5 | $700.00 | $350.00 |
| 2013.04.16 | KitchenAid | 074 | SNW | Reviewed emails from LTF & A. Vozzolo re: stip to extend deadline to file amended complaint; call to Judge Nunley's clerk re same; email to LTF & A. Vozzolo re: Same (.5); Call with Judge Nunley's clerk; discussion with LTF re: same; email to A. Vozzolo re: same (.3); Reviewed order approving stip to extend deadlines; reviewed email from A. Vozzolo re: same (.2) | 1 | $450.00 | $450.00 |
| 2013.04.17 | KitchenAid | 074 | LTF | Reviewed MTD order (.3); telephone call with Anthony Vozzolo and Andrea Clisura regarding amended complaint (.2); conference with Annick Persinger re: same; reviewed Whirlpool statement re: Energy Star (.3); telephone call with Anthony Vozzolo regarding Energy Star statement from Whirlpool (.3). | 1.1 | $700.00 | $770.00 |
| 2013.04.23 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo re: amended complaint (.2); conference with Sarah Westcot and Annick Persinger re: amended complaint (.2). | 0.4 | $700.00 | $280.00 |
| 2013.04.23 | KitchenAid | 074 | NJD | KitchenAid research w/ SAB | 1.0 | $425.00 | $425.00 |
| 2013.04.24 | KitchenAid | 074 | AMP | Reviewed order on MTD (0.5); reviewed clean version of complaint (1.3); memo to LTF and SNW re: MTD order (1.6); reviewed Neal's redlines (0.4); combined NJD, SNW, LTF, AMP and Faruqi changes (1.3), reviewed revised finalized for filing (1.1); calls/emails with AV x4 (0.5) | 6.7 | $425.00 | $2,847.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2013.04.24 | KitchenAid | 074 | LTF | Telephone call (x4) with Anthony Vozzolo regarding amended complaint (.8); reviewed and revised amended complaint (2.6); conference (x3) with Annick Persinger and Sarah Westcot re: amended complaint (.2); prepared amended complaint for filing (3.3); filed amended complaint (1.7). | 8.6 | $700.00 | $6,020.00 |
| 2013.04.24 | KitchenAid | 074 | NJD | KitchenAid editing. | 2.5 | $425.00 | $1,062.50 |
| 2013.04.24 | KitchenAid | 074 | SNW | Call to A. Vozzolo re: status of draft amended complaint (.1); Call with LTF & A. Vozzolo re: status of second amended complaint; discussions with LTF re: same (.4); Video conf with NJD re: edits to amended complaint (.1); Reviewed outline of MTD order (.3) Discussions with LTF & A. Persinger re: ensuring amended complaint encorporates issues raised in MTD orderReviewed outline of MTD order (.2); Reviewed & edited final draft second amended complaint (2) | 3.1 | $450.00 | $1,395.00 |
| 2013.04.25 | KitchenAid | 074 | DLS | Coordinated delivery of chamber copy of amended complaint per local rules | 1 | $190.00 | $190.00 |
| 2013.04.25 | KitchenAid | 074 | LTF | Email exchange with Javier Hidalgo regarding amended complaint; email exchange with client. | 0.1 | $700.00 | $70.00 |
| 2013.04.30 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo re: settlement possibility. | 0.1 | $700.00 | $70.00 |
| 2013.05.21 | KitchenAid | 074 | LTF | Reviewed emails regarding motion to dismiss and reviewed MTD (.3). | 0.3 | $700.00 | $210.00 |
| 2013.05.30 | KitchenAid | 074 | SAB | Conf. w/ A. Vozzolo re litigation strategy | 0.5 | $875.00 | $437.50 |
| 2013.05.31 | KitchenAid | 074 | AMP | Discussed settlement possibility with LTF and AV (0.1); circulated final version of previous opposition to MTD to use as starting point (0.1) | 0.2 | $425.00 | $85.00 |
| 2013.06.07 | KitchenAid | 074 | AMP | Emailed AV re status of MTD opp'n | 0.1 | $425.00 | $42.50 |
| 2013.06.18 | KitchenAid | 074 | LTF | Reviewed email from defendant's counsel regarding briefing schedule and hearing date (.1); email exchange with co-counsel re: same (.3); conference with Sarah Westcot re: same (.2). | 0.6 | $700.00 | $420.00 |
| 2013.06.18 | KitchenAid | 074 | SNW | Reviewed & responded to email from defense counsel requesting to move hearing on MTD; discussion with LTF re: same (.3); Reviewed email from defense counsel re: MTD hearing date (.1) | 0.4 | $450.00 | $180.00 |
| 2013.06.21 | KitchenAid | 074 | SNW | Email exchange with C. Logan re: adjustment to hearing on MTD; reviewed draft stipulation re: same | 0.4 | $450.00 | $180.00 |
| 2013.06.23 | KitchenAid | 074 | SNW | Reviewed email from defense counsel re: filing of stipulation moving hearing on MTD | 0.1 | $450.00 | $45.00 |
| 2013.07.05 | KitchenAid | 074 | LTF | Reviewed order on hearing on MTD and briefing schedule and email exchange with co-counsel re: same. | 0.2 | $700.00 | $140.00 |
| 2013.07.26 | KitchenAid | 074 | NJD | Confer w/ AV re status of MTD opposition | 0.5 | $425.00 | $212.50 |
| 2013.07.29 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo regarding page limits (.3); reviewed Judge Nunley's standing order regarding page limits (.1). | 0.4 | $700.00 | $280.00 |
| 2013.07.29 | KitchenAid | 074 | NJD | Conferred w/ AV on status of KitchenAid brief | 1.0 | $425.00 | $425.00 |
| 2013.07.30 | KitchenAid | 074 | DLS | Finalized and filed stip to extend page limit; email proposed order to Judge | 1 | $190.00 | $190.00 |

| Date | Client | | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2013.07.30 | KitchenAid | 074 | LTF | Drafted stipulation regarding page limit extension and exchanged emails with Anthony Vozzolo re: same. | 0.3 | $700.00 | $210.00 |
| 2013.07.31 | KitchenAid | 074 | LTF | Email exchange with Neal Deckant regarding MTD brief. | 0.1 | $700.00 | $70.00 |
| 2013.07.31 | KitchenAid | 074 | NJD | Researching assorted warranty-related topics on WestLaw w/ RS. Fully explained the case and briefed her on the important isuses | 1.8 | $425.00 | $765.00 |
| 2013.08.05 | KitchenAid | 074 | AMP | Reviewed moving papers (0.6); worked to file opposition to MTD including:  reviewed and revised draft opposition; discussed with NJDx2; discussed with A. Vozolo and A. Clisura x2 each; and LTF (ongoing); compiled changes from LTF and NJD; assisted DS with formatting and tables; final read through; finalized and filed (7.8) | 8.4 | $425.00 | $3,570.00 |
| 2013.08.05 | KitchenAid | 074 | DLS | Prepared TOA/TOC; made corrections to opposition; finalized and filed | 4 | $190.00 | $760.00 |
| 2013.08.05 | KitchenAid | 074 | LTF | Reviewed and revised opposition to MTD and worked with Annick Persinger and Debbie Schroeder on getting brief filed (6.2); telephone call (x2) with Anthony Vozzolo re: MTD opposition (.3). | 6.5 | $700.00 | $4,550.00 |
| 2013.08.05 | KitchenAid | 074 | NJD | Edited KitchenAid MTD opposition (4); Polishing and filing third MTD opposition (1.8) | 5.8 | $425.00 | $2,465.00 |
| 2013.08.06 | KitchenAid | 074 | DLS | Emailed opposition documents to First Legal for chamber copy delivery today | 0.5 | $190.00 | $95.00 |
| 2013.08.08 | KitchenAid | 074 | AMP | Dealt with possible citation issue in opp. to MTD, including: followed papertrail ie compared Faruqi redlines to filed version; discussed with LTF; emails with A. Clisura | 0.6 | $425.00 | $255.00 |
| 2013.08.12 | KitchenAid | 074 | SNW | Reviewed opposition to MTD | 0.7 | $450.00 | $315.00 |
| 2013.08.21 | KitchenAid | 074 | AMP | Filed notice of appearance | 0.2 | $425.00 | $85.00 |
| 2013.08.21 | KitchenAid | 074 | DLS | Prepared notice of appearance for AMP; finalized and filed | 0.8 | $190.00 | $152.00 |
| 2013.08.21 | KitchenAid | 074 | SNW | Reviewed AMP notice of appearance | 0.1 | $450.00 | $45.00 |
| 2013.08.26 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo re: hearing on MTD. | 0.1 | $700.00 | $70.00 |
| 2013.08.28 | KitchenAid | 074 | JIM | Review filed reply brief in support of latest motion to dismiss | 0.3 | $700.00 | $210.00 |
| 2013.08.28 | KitchenAid | 074 | NJD | Read KitchenAid reply brief | 0.3 | $425.00 | $127.50 |
| 2013.08.28 | KitchenAid | 074 | SNW | Reviewed defendant's reply ISO motion to dismiss | 0.5 | $450.00 | $225.00 |
| 2013.08.29 | KitchenAid | 074 | DLS | Made copies of documents for 9/5 hearing books for LTF | 1 | $190.00 | $190.00 |
| 2013.08.29 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo re: hearing on MTD. | 0.4 | $700.00 | $280.00 |
| 2013.08.30 | KitchenAid | 074 | DLS | Prepared hearing book for LTF | 1 | $190.00 | $190.00 |
| 2013.09.03 | KitchenAid | 074 | LTF | Began preparations for hearing on MTD (.5); reviewed order cancelling hearing on MTD and exchanged emails with Anthony Vozzolo re: same (.2); telephone call with Anthony Vozzolo re: same (.1). | 0.8 | $700.00 | $560.00 |
| 2013.09.03 | KitchenAid | 074 | SNW | Reviewed minute order re: MTD hearing vacated | 0.2 | $450.00 | $90.00 |
| 2013.09.10 | KitchenAid | 074 | SNW | Reviewed news article re: Energy Star and Rossi case | 0.3 | $450.00 | $135.00 |
| 2013.10.25 | KitchenAid | 074 | AMP | Reviewed, analyzed order on MTD, emails from AV | 0.4 | $425.00 | $170.00 |
| 2013.10.25 | KitchenAid | 074 | LTF | Reviewed order on MTD and discussed order with Anthony Vozzolo and Annick Persinger. | 0.5 | $700.00 | $350.00 |
| 2013.10.25 | KitchenAid | 074 | SNW | Reviewed order denying MTD | 0.4 | $450.00 | $180.00 |

| Date | Client | | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2013.10.28 | KitchenAid | 074 | LTF | Careful review of MTD order and discussed order with Annick Persinger (.5); email to client re: MTD order (.2); email exchange with claims administrators re: MTD order (.3). | 1 | $700.00 | $700.00 |
| 2013.10.29 | KitchenAid | 074 | LTF | Drafted newsroom item regarding MTD order. | 0.3 | $700.00 | $210.00 |
| 2013.10.30 | KitchenAid | 074 | AMP | Conference with AV re mediation | 0.2 | $425.00 | $85.00 |
| 2013.10.30 | KitchenAid | 074 | LTF | Telepone call with Anthony Vozzolo re: order on MTD and possible settlement. | 0.3 | $700.00 | $210.00 |
| 2013.11.04 | KitchenAid | 074 | JIM | Confer with S. Bursor and A. Vozzolo about litigation strategy and next steps | 0.7 | $700.00 | $490.00 |
| 2013.11.04 | KitchenAid | 074 | SAB | Conf. w/ A. Vozzolo & J. Marchese re litigation strategy | 0.7 | $875.00 | $612.50 |
| 2013.11.05 | KitchenAid | 074 | JIM | Draft case update e-mail to M. Linthicum about order on defendant's motion to dismiss | 0.3 | $700.00 | $210.00 |
| 2013.11.05 | KitchenAid | 074 | LTF | Reviewed order assigning new magistrate. | 0.1 | $700.00 | $70.00 |
| 2013.11.06 | KitchenAid | 074 | LTF | Email exchange with defendant's counsel re: request for extension of time and reviewed stipulation extending deadline. | 0.3 | $700.00 | $210.00 |
| 2013.11.12 | KitchenAid | 074 | AMP | Looked up deadlines for CA office meeting (0.1); discussed drafting RFPs with YOK and LTF (0.1) | 0.2 | $425.00 | $85.00 |
| 2013.11.12 | KitchenAid | 074 | LTF | Conference with Yeremey Krivoshey re: CMC statement and initial document requests (.3). | 0.3 | $700.00 | $210.00 |
| 2013.11.13 | KitchenAid | 074 | SAB | Conf. w/ A. Vozzolo re litigation strategy | 0.6 | $875.00 | $525.00 |
| 2013.11.13 | KitchenAid | 074 | YOK | review complaint | 1.5 | $375.00 | $562.50 |
| 2013.11.14 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo re: 26(f) conference and conference with Yeremey Krivoshey re: drafting of CMC statement. | 0.3 | $700.00 | $210.00 |
| 2013.11.15 | KitchenAid | 074 | YOK | draft CMC statement | 3.5 | $375.00 | $1,312.50 |
| 2013.11.18 | KitchenAid | 074 | LTF | Reviewed, revised and circulated draft CMC statement and discussed the draft statement with Yeremey Krivoshey (.7); email exchange with Anthony Vozzolo and opposing counsel re: conference call to discuss statement (.2). | 0.9 | $700.00 | $630.00 |
| 2013.11.18 | KitchenAid | 074 | YOK | finalize CMC statement (4.8) and worked on same with AMP (.7) | 5.5 | $375.00 | $2,062.50 |
| 2013.11.19 | KitchenAid | 074 | LTF | Revised joint report after reviewing Anthony Vozzolo's suggested edits (.2); circulated report to defendant's counsel and re-scheduled conference (.1); telephone call with Anthony Vozzolo re: report (.1). | 0.4 | $700.00 | $280.00 |
| 2013.11.19 | KitchenAid | 074 | YOK | outlined request for production | 3.5 | $375.00 | $1,312.50 |
| 2013.11.20 | KitchenAid | 074 | LTF | 26(f) conference with defendant's counsel and follow up call with Anthony Vozzolo (.5); video conference with Joe Marchese re: settlement (.1). | 0.6 | $700.00 | $420.00 |
| 2013.11.21 | KitchenAid | 074 | AMP | Call with AV re joint schedule | 0.1 | $425.00 | $42.50 |
| 2013.11.21 | KitchenAid | 074 | DLS | Prepared template for second set of RFP's | 1.2 | $190.00 | $228.00 |
| 2013.11.21 | KitchenAid | 074 | LTF | Conference with Yeremey Krivoshey re: 26(f) report and initial document demands (.2); telephone call with Anthony Vozzolo re: settlement and 26(f) report (.1); reviewed revised 26(f) report (.3). | 0.6 | $700.00 | $420.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2013.11.21 | KitchenAid | 074 | YOK | drafted and submitted requests for production to LTF for review (4.3), call with LTF re cmc statement and discovey requests (.2) | 4.5 | $375.00 | $1,687.50 |
| 2013.11.25 | KitchenAid | 074 | LTF | Reviewed and revised status report and circulated to Anthony Vozzolo. | 0.5 | $700.00 | $350.00 |
| 2013.11.26 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo re: status report and circulated revised report to defendant's counsel. | 0.3 | $700.00 | $210.00 |
| 2013.11.27 | KitchenAid | 074 | LTF | Reviewed revised status report and exchanged emails with defendant's counsel re: same. | 0.2 | $700.00 | $140.00 |
| 2013.12.02 | KitchenAid | 074 | AMP | Call with AV re discovery requests | 0.1 | $425.00 | $42.50 |
| 2013.12.02 | KitchenAid | 074 | DLS | Finalized and filed Joint Status Report | 0.7 | $190.00 | $133.00 |
| 2013.12.02 | KitchenAid | 074 | SAB | Conf. w/ A. Vozzolo re litigation strategy | 0.5 | $875.00 | $437.50 |
| 2013.12.04 | KitchenAid | 074 | DLS | Fixed formatting and made corrections to first set of RFP's | 1.5 | $190.00 | $285.00 |
| 2013.12.04 | KitchenAid | 074 | YOK | finalized RFPs | 1.7 | $375.00 | $637.50 |
| 2013.12.05 | KitchenAid | 074 | LTF | Reviewed draft RFPs and circulated to co-counsel. | 0.8 | $700.00 | $560.00 |
| 2013.12.09 | KitchenAid | 074 | AMP | Reviewed email from AV re Whirlpool customer list (0.1); discussed same on call with AV (0.2) | 0.3 | $425.00 | $127.50 |
| 2013.12.09 | KitchenAid | 074 | LTF | Reviewed email from Anthony Vozzolo re: RFPs. | 0.1 | $700.00 | $70.00 |
| 2013.12.17 | KitchenAid | 074 | AMP | Call with AV re RFPs | 0.1 | $425.00 | $42.50 |
| 2013.12.23 | KitchenAid | 074 | LTF | Reviewed and revised first set of RFPs, discussed the revised RFPs with Yeremey Krivoshey, exchanged emails with co-counsel re: same and served first set of RFPs (2.2); reviewed scheduling order and calendared deadlines (.4). | 2.6 | $700.00 | $1,820.00 |
| 2014.01.02 | KitchenAid | 074 | AMP | Discussed recitals by Ds in another case agreeing to promote energy cost savings etc. and additional discovery | 0.1 | $425.00 | $42.50 |
| 2014.01.06 | KitchenAid | 074 | LTF | Reviewed defendant's objections to scheduling order and discussed them with Anthony Vozzolo. | 0.5 | $700.00 | $350.00 |
| 2014.01.07 | KitchenAid | 074 | AMP | Call with AV re objections to scheduling filed by D | 0.2 | $425.00 | $85.00 |
| 2014.01.07 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding defendant's objections to scheduling order. | 0.2 | $700.00 | $140.00 |
| 2014.01.10 | KitchenAid | 074 | AMP | Follow up call with AV re schedule | 0.1 | $425.00 | $42.50 |
| 2014.01.10 | KitchenAid | 074 | LTF | Email exchange with opposing counsel regarding discovery (.1); reviewed initial discovery requests from Whirlpool and calendared deadline for response (.3). | 0.4 | $700.00 | $280.00 |
| 2014.01.14 | KitchenAid | 074 | LTF | Reviewed draft protective order and discussed it with opposing counsel. | 0.5 | $700.00 | $350.00 |
| 2014.01.15 | KitchenAid | 074 | LTF | Reviewed protective order and sent edits to Anthony Vozzolo. | 0.9 | $700.00 | $630.00 |
| 2014.01.17 | KitchenAid | 074 | LTF | Reviewed order regarding filing response to scheduling order objection. | 0.1 | $700.00 | $70.00 |
| 2014.01.20 | KitchenAid | 074 | YOK | review protective order | 0.4 | $375.00 | $150.00 |
| 2014.01.22 | KitchenAid | 074 | LTF | Reviewed defendant's responses to RFPs and sent email to Anthony Vozzolo and Andrea Clisura regarding protective order. | 0.2 | $700.00 | $140.00 |
| 2014.01.28 | KitchenAid | 074 | LTF | Email exchange with Andrea Clisura re: opposition to objection to pretrial scheduling order (.1); reviewed email from Yeremey Krivoshey re: discovery responses and discussed email with Yeremey Krivoshey (.2). | 0.3 | $700.00 | $210.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2014.01.28 | KitchenAid | 074 | YOK | review Defendant's production (1.3), make excel sheet re: discovery (.8), compose email to Anthony Vozzolo re: same (.2), discussed same with LTF (.2) | 2.5 | $375.00 | $937.50 |
| 2014.01.30 | KitchenAid | 074 | AMP | Reviewed D's objection to scheduling order (0.2); reviewed scheduling order (0.2); reviewed A. Clisura response to objection (0.2) | 0.6 | $425.00 | $255.00 |
| 2014.01.30 | KitchenAid | 074 | LTF | Conference with Annick Persinger re: response to scheduling order objection and quickly reviewed draft response. | 0.3 | $700.00 | $210.00 |
| 2014.01.31 | KitchenAid | 074 | AMP | Discussed response to objection, including: with LTF (0.2); call to A. Clisura with LTF (0.1); emails with A. Clisura (0.1) | 0.4 | $425.00 | $170.00 |
| 2014.01.31 | KitchenAid | 074 | LTF | Reviewed draft response to defendant's scheduling order objection and discussed it with Annick Persinger and left voicemail message for Andrea Clisura. | 0.4 | $700.00 | $280.00 |
| 2014.02.03 | KitchenAid | 074 | JAL | Read the second amended complaint (2.5); Started reading first sets of RFPs and rogs (1.2) | 3.7 | $375.00 | $1,387.50 |
| 2014.02.03 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo re: stipulated protective order, reviewed revised protective order and sent it to defendant's counsel (.4); conference with Julia Luster re: responses to discovery requests (.2). | 0.6 | $700.00 | $420.00 |
| 2014.02.04 | KitchenAid | 074 | DLS | Prepared drafts of response to interrogatories | 1 | $190.00 | $190.00 |
| 2014.02.04 | KitchenAid | 074 | JAL | Made pleading for RFPs and started working on responses (7); Started gathering information for responses to interrogatories (1) | 8 | $375.00 | $3,000.00 |
| 2014.02.04 | KitchenAid | 074 | LTF | Conference with Julia Luster (x2) regarding responses to discovery. | 0.4 | $700.00 | $280.00 |
| 2014.02.05 | KitchenAid | 074 | JAL | Continued drafting responses RFPs for both plaintiffs (6); Started drafting interrogatory responses for both plaintiffs (2) | 8 | $375.00 | $3,000.00 |
| 2014.02.05 | KitchenAid | 074 | LTF | ■■■■■■■ | 0.5 | $700.00 | $350.00 |
| 2014.02.06 | KitchenAid | 074 | AMP | Reviewed D's reply ISO of objection to scheduling order | 0.3 | $425.00 | $127.50 |
| 2014.02.06 | KitchenAid | 074 | DLS | Prepared drafts of response to interrogatories | 2.3 | $190.00 | $437.00 |
| 2014.02.06 | KitchenAid | 074 | JAL | ■■■■■■■ | 9.3 | $375.00 | $3,487.50 |
| 2014.02.06 | KitchenAid | 074 | JIM | ■■■■■■■ | 0.8 | $700.00 | $560.00 |
| 2014.02.06 | KitchenAid | 074 | LTF | ■■■■■■■ | 2.2 | $700.00 | $1,540.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2014.02.07 | KitchenAid | 074 | JAL | Researched preclusive effect of DOE ruling on product in establishing energy efficiency (1.2); Updated interrogatories and FRPs and sent to LTF (2); Drafted set of questions for calls with Plaintiffs (.5); Call with Plaintiff Linthicum (.5); Call with Plaintiff Dei Rossi (.5); Updated interrogatories and FRPs and sent to LTF (1.5) | 6.2 | $375.00 | $2,325.00 |
| 2014.02.07 | KitchenAid | 074 | LTF | | 3 | $700.00 | $2,100.00 |
| 2014.02.08 | KitchenAid | 074 | JAL | Input LTF's changes into the interrogatories and RFPs prior to sending to F&F for review | 2 | $375.00 | $750.00 |
| 2014.02.08 | KitchenAid | 074 | LTF | Reviewed emails regarding discovery responses. | 0.1 | $700.00 | $70.00 |
| 2014.02.09 | KitchenAid | 074 | LTF | Email exchange with Kyle Dei Rossi. | 0.1 | $700.00 | $70.00 |
| 2014.02.10 | KitchenAid | 074 | DLS | Prepared verfications | 0.8 | $190.00 | $152.00 |
| 2014.02.10 | KitchenAid | 074 | JAL | Conferred with LTF re: getting edits from F&F (.2); Followed up with Andrea re. edits (.2); Reviewed edits and implimented changes (3.1); Discussed first interrogatory response with LTF (.3);Finalized documents and added verification form at the end (1.5);  Sent documents to plaintiffs for review and signature (.7) | 6 | $375.00 | $2,250.00 |
| 2014.02.10 | KitchenAid | 074 | LTF | | 1.6 | $700.00 | $1,120.00 |
| 2014.02.10 | KitchenAid | 074 | YOK | confer with LTF re: production (.1), email Miles Schreiner re: same (.2) | 0.3 | $375.00 | $112.50 |
| 2014.02.11 | KitchenAid | 074 | JAL | Redacted Dei Rossi energy statements | 2 | $375.00 | $750.00 |
| 2014.02.11 | KitchenAid | 074 | LTF | Email exchange with client re: energy bills (.3); conference with Julia Luster re: discovery respones (.5). | 0.8 | $700.00 | $560.00 |
| 2014.02.12 | KitchenAid | 074 | JAL | Finalized changes and put into PDF format (1); Prepared proof of service  (1); Final review of documents to be served (w/LTF) (.5);Implimented small edits and re-Pdf-ed the docs (.6); Served the documents on defendants (.5) | 3.6 | $375.00 | $1,350.00 |
| 2014.02.12 | KitchenAid | 074 | LTF | Worked with Julia Luster to finalize discovery responses (.4); reviewed and approved revised confidentiality stipulation (.2). | 0.6 | $700.00 | $420.00 |
| 2014.02.13 | KitchenAid | 074 | JAL | Sent emails to plaintiffs re. additional documents and serial no.s for their covered products (.5); Conferred with DLS re: obtaining docs from plaintiffs with little/no effort on their parts (.3) | 0.8 | $375.00 | $300.00 |
| 2014.02.14 | KitchenAid | 074 | LTF | Reviewed emails from Mark Linthicum and Julia Luster re: document production (.1); conference with Julia Luster re: same (.1). | 0.2 | $700.00 | $140.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2014.02.18 | KitchenAid | 074 | DLS | Sent out overnight package to plaintiff to receive documents (.6); Made formatting corrections to representation statement (1.3) | 1.9 | $190.00 | $361.00 |
| 2014.02.18 | KitchenAid | 074 | LTF | Discussed document production with Julia Luster. | 0.2 | $700.00 | $140.00 |
| 2014.02.19 | KitchenAid | 074 | LTF | Email exchange with Kyle Dei Rossi. | 0.1 | $700.00 | $70.00 |
| 2014.02.24 | KitchenAid | 074 | JAL | Spoke with LTF re. attack plan for document production | 0.1 | $375.00 | $37.50 |
| 2014.02.24 | KitchenAid | 074 | LTF | Discussed document production with Julia Luster. | 0.1 | $700.00 | $70.00 |
| 2014.02.26 | KitchenAid | 074 | LTF | Reviewed letter re: initial document production. | 0.1 | $700.00 | $70.00 |
| 2014.02.27 | KitchenAid | 074 | DLS | Scanned Linthicum documents to box | 2 | $190.00 | $380.00 |
| 2014.03.03 | KitchenAid | 074 | AMP | Reviewed letter re discovery from Mr. Saxon | 0.2 | $425.00 | $85.00 |
| 2014.03.03 | KitchenAid | 074 | JAL | Drafted letter and delineated docs (2); Spoke with LTF re. documents and cover letter (1) | 3 | $375.00 | $1,125.00 |
| 2014.03.03 | KitchenAid | 074 | LTF | Reviewed letter from defendant's counsel regarding discovery responses and brief discussion with Julia Luster re: same. | 0.3 | $700.00 | $210.00 |
| 2014.03.04 | KitchenAid | 074 | JAL | Worked with DLS to bates no. the documents for production | 1.5 | $375.00 | $562.50 |
| 2014.03.05 | KitchenAid | 074 | DLS | Reviewed letter and mailed production by overnight delivery | 0.7 | $190.00 | $133.00 |
| 2014.03.05 | KitchenAid | 074 | JAL | Burned production onto CDs (1); Made labels for CDs (.5); Worked with DLS to overnight the documents to opposition counsel and Anthony (1) | 2.5 | $375.00 | $937.50 |
| 2014.03.05 | KitchenAid | 074 | LTF | Reviwed letter drafted by Julia Luster for document production and discussed the letter with Julia Luster. | 0.2 | $700.00 | $140.00 |
| 2014.03.11 | KitchenAid | 074 | LTF | Email exchange and telephone call with Anthony Vozzolo re: class cert expert meet and confer. | 0.2 | $700.00 | $140.00 |
| 2014.03.12 | KitchenAid | 074 | LTF | Email exchange and telephone call with Anthony Vozzolo re: class cert expert schedule (.3); reviewed draft meet and confer letter and exchanged emails with Anthony Vozzolo re: same (.3). | 0.6 | $700.00 | $420.00 |
| 2014.03.13 | KitchenAid | 074 | LTF | Email exchange and telephone call with Anthony Vozzolo regarding class cert expert stipulation. | 0.3 | $700.00 | $210.00 |
| 2014.03.14 | KitchenAid | 074 | SAB | Conf. w/ J. Marchese & A. Vozzolo re discovery strategy | 0.7 | $875.00 | $612.50 |
| 2014.03.20 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo and defendant's counsel regarding meet and confer call. | 0.2 | $700.00 | $140.00 |
| 2014.03.21 | KitchenAid | 074 | SAB | Videoconf. w/ T. Fisher re litigation strategy | 0.3 | $875.00 | $262.50 |
| 2014.03.24 | KitchenAid | 074 | LTF | Reviewed emails regarding conference call and brief call with Anthony Vozzolo re: same. | 0.1 | $700.00 | $70.00 |
| 2014.03.25 | KitchenAid | 074 | JAL | Met and conferred with opposing counsel | 2 | $375.00 | $750.00 |
| 2014.03.25 | KitchenAid | 074 | LTF | Conference call with defendant's counsel regarding discovery responses (2.0); calls with Anthony Vozzolo before and after conference call (.2); prepared for meet and confer call (.3). | 2.5 | $700.00 | $1,750.00 |
| 2014.03.31 | KitchenAid | 074 | AMP | Discussed next steps with LTF (ie plaintiff depo prep and status of doc review) | 0.1 | $425.00 | $42.50 |
| 2014.03.31 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo re: class cert order from Judge Nunley (.2); telephone call and email exchange with Anthony Vozzolo regarding call to discuss damages model (.1). | 0.3 | $700.00 | $210.00 |
| 2014.04.01 | KitchenAid | 074 | LTF | Email exchange regarding damages meeting. | 0.1 | $700.00 | $70.00 |
| 2014.04.04 | KitchenAid | 074 | JIM | Confer with S. Bursor and A. Vozzolo about litigation strategy | 0.8 | $700.00 | $560.00 |

| Date | Client | Matter | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2014.04.04 | KitchenAid | 074 | SAB | Conf. w/ A. Vozzolo & J. Marchese re litigation strategy | 0.8 | $875.00 | $700.00 |
| 2014.04.07 | KitchenAid | 074 | YOK | conferred with JAL re production log (.1), edited log and began reviewing documents (2.4) | 2.5 | $375.00 | $937.50 |
| 2014.04.08 | KitchenAid | 074 | LTF | | 0.2 | $700.00 | $140.00 |
| 2014.04.08 | KitchenAid | 074 | YOK | document review | 5.9 | $375.00 | $2,212.50 |
| 2014.04.09 | KitchenAid | 074 | LTF | | 0.5 | $700.00 | $350.00 |
| 2014.04.09 | KitchenAid | 074 | YOK | continued doc review | 2.1 | $375.00 | $787.50 |
| 2014.04.10 | KitchenAid | 074 | YOK | conferred with LTF re amending disc responses and interrogatory requests (.1) and reviewed original responses (.9); continued doc review (5.2) | 6.2 | $375.00 | $2,325.00 |
| 2014.04.11 | KitchenAid | 074 | AMP | Meeting with Plaintiff in stockton | 4.7 | $425.00 | $1,997.50 |
| 2014.04.11 | KitchenAid | 074 | LTF | Traveled to and from Stockton for client meeting, met with client. | 4.7 | $700.00 | $3,290.00 |
| 2014.04.11 | KitchenAid | 074 | YOK | finish reviewing first batch of defendant's production | 4.3 | $375.00 | $1,612.50 |
| 2014.04.14 | KitchenAid | 074 | JAL | Research regarding meeting with Plaintiff Dei Rossi. | 0.2 | $375.00 | $75.00 |
| 2014.04.14 | KitchenAid | 074 | LTF | Wrote note to client regarding meeting and exchanged emails with client. | 0.4 | $700.00 | $280.00 |
| 2014.04.18 | KitchenAid | 074 | YOK | follow up with AMP re doc review (.1) and amend index, begin amending Dei Rossi responses to production (1.3) | 1.4 | $375.00 | $525.00 |
| 2014.04.19 | KitchenAid | 074 | LTF | Email exchange with Kyle Dei Rossi. | 0.1 | $700.00 | $70.00 |
| 2014.04.21 | KitchenAid | 074 | AMP | Reviewed YOK draft doc log, discussed same with him | 0.3 | $425.00 | $127.50 |
| 2014.04.21 | KitchenAid | 074 | YOK | edit doc production index and discussed same with AMP (.3), circulate index to cocounsel (.1), work on amending plaintiffs' responses to interrogatory requests (1.2) | 1.6 | $375.00 | $600.00 |
| 2014.04.22 | KitchenAid | 074 | YOK | compile list of potential deponents | 1.1 | $375.00 | $412.50 |
| 2014.04.23 | KitchenAid | 074 | YOK | amend plaintiffs' responses | 2.6 | $375.00 | $975.00 |
| 2014.04.28 | KitchenAid | 074 | LTF | Reviewed email from defendant's counsel and discussed amended responses with Yeremey Krivoshey (.3). | 0.3 | $700.00 | $210.00 |
| 2014.04.28 | KitchenAid | 074 | YOK | amend plaintiffs' responses to ROG/RFPs (8.2), discussed with LTF re same (.3) | 8.5 | $375.00 | $3,187.50 |
| 2014.04.29 | KitchenAid | 074 | AMP | Conf. during firm meeting re discovery and class cert. strategy | 0.3 | $425.00 | $127.50 |
| 2014.04.29 | KitchenAid | 074 | JAL | Discussed discovery and class cert strategy at firm meeting | 0.3 | $375.00 | $112.50 |
| 2014.04.29 | KitchenAid | 074 | JIM | Confer with internal team about class certification strategy | 0.3 | $700.00 | $210.00 |
| 2014.04.29 | KitchenAid | 074 | LTF | Conf. during firm meeting re discovery and class cert strategy (.3); discussed document review log and list of potential deponents with Yeremey Krivoshey (.2). | 0.5 | $700.00 | $350.00 |
| 2014.04.29 | KitchenAid | 074 | NJD | Conf. during firm meeting re discovery and class cert strategy | 0.3 | $425.00 | $127.50 |
| 2014.04.29 | KitchenAid | 074 | SAB | Conf. during firm meeting re discovery and class cert strategy | 0.3 | $875.00 | $262.50 |
| 2014.04.29 | KitchenAid | 074 | YOK | conf. during firm meeting re discovery and class cert strategy (.3), amend discovery index (.1), amend potential expert list (.1), confer with LTF re same and ciruclate docs to cocounsel (.2) | 0.7 | $375.00 | $262.50 |
| 2014.04.30 | KitchenAid | 074 | NJD | Got document production from Ykriv, uploaded to our file server. | 0.5 | $425.00 | $212.50 |

| Date | Matter | | Initials | Description | Hours | Rate | Amount |
|------|--------|---|----------|-------------|-------|------|--------|
| 2014.04.30 | KitchenAid | 074 | YOK | created combined pdfs of plaintiffs' production (4.4), work with Neal to upload discovery docs online (.5) | 4.9 | $375.00 | $1,837.50 |
| 2014.05.01 | KitchenAid | 074 | LTF | ████████████████████████████ | 0.1 | $700.00 | $70.00 |
| 2014.05.01 | KitchenAid | 074 | YOK | reviewed proposed production with Debbie Schroeder | 0.5 | $375.00 | $187.50 |
| 2014.05.02 | KitchenAid | 074 | JAL | Discussed updated discovery responses to RFPs and ROGs w/LTF and YOK | 0.6 | $375.00 | $225.00 |
| 2014.05.02 | KitchenAid | 074 | LTF | ████████████████████████████ | 0.9 | $700.00 | $630.00 |
| 2014.05.02 | KitchenAid | 074 | YOK | reviewed amended responses with LTF and JAL (.6), edited amended responses (4.4) | 5.0 | $375.00 | $1,875.00 |
| 2014.05.05 | KitchenAid | 074 | JAL | Reviewed YOK's draft of updated discovery responses | 0.3 | $375.00 | $112.50 |
| 2014.05.05 | KitchenAid | 074 | LTF | Reviewed letter from opposing counsel and forwarded it to Yeremey Krivoshey. | 0.1 | $700.00 | $70.00 |
| 2014.05.05 | KitchenAid | 074 | YOK | review defendant's letter re: privilege, investigate privilege issue (.5), edit amended responses (2.3) | 2.8 | $375.00 | $1,050.00 |
| 2014.05.06 | KitchenAid | 074 | LTF | Listened to voicemail message from opposing counsel and prepared list of issues to be discussed. | 0.1 | $700.00 | $70.00 |
| 2014.05.07 | KitchenAid | 074 | DLS | Conversation with JAL re served discovery responses; received email of documents and put on box | 0.3 | $190.00 | $57.00 |
| 2014.05.07 | KitchenAid | 074 | JAL | Coordinated with Plaintiff re. deposition next month (.8); Got finalized RFPs and ROGs to DLS (1) | 1.8 | $375.00 | $675.00 |
| 2014.05.07 | KitchenAid | 074 | LTF | Telephone call and email exchange with defendant's counsel regarding depositions and document production (.3); email exchange with Anthony Vozzolo re: same (.1); reviewed response to 5/5 letter from defendant's counsel and briefly discussed it with Yeremey Krivoshey (.2); sent email to Kyle Dei Rossi (.1); discussed Mark Linthicum deposition with Julia Luster and reviewed emails re: same (.3). | 1 | $700.00 | $700.00 |
| 2014.05.07 | KitchenAid | 074 | YOK | drafted email re privilege (.2) and discussed same with LTF (.1) | 0.3 | $375.00 | $112.50 |
| 2014.05.08 | KitchenAid | 074 | LTF | ████████████████████████████ | 0.8 | $700.00 | $560.00 |
| 2014.05.08 | KitchenAid | 074 | YOK | conference with LTF re amended discovery responses | 0.1 | $375.00 | $37.50 |
| 2014.05.09 | KitchenAid | 074 | JAL | Email to Plaintiff Linthicum scheduling dates | 0.2 | $375.00 | $75.00 |
| 2014.05.09 | KitchenAid | 074 | LTF | ████████████████████████████ | 0.5 | $700.00 | $350.00 |
| 2014.05.09 | KitchenAid | 074 | NJD | Uploading and tranfering KitchenAid production to F&F | 0.5 | $425.00 | $212.50 |
| 2014.05.09 | KitchenAid | 074 | SAB | Analyzed Yeremy's notes on the document production | 1.0 | $875.00 | $875.00 |
| 2014.05.09 | KitchenAid | 074 | YOK | coordinate with Neal Deckant to send production to F&F | 0.5 | $375.00 | $187.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2014.05.12 | KitchenAid | 074 | LTF | Email exchange with Yeremey Krivoshey regarding supplemental discovery responses. | 0.1 | $700.00 | $70.00 |
| 2014.05.12 | KitchenAid | 074 | YOK | email exchange with LTF re supplemental responses | 0.1 | $375.00 | $37.50 |
| 2014.05.13 | KitchenAid | 074 | JAL | Email to Plaintiff Linthicum scheduling dates | 0.2 | $375.00 | $75.00 |
| 2014.05.13 | KitchenAid | 074 | LTF | Email exchange with Julia Luster regarding Linthicum's deposition (.2); email exchange with defendant's counsel regarding deposition schedule (.2). | 0.4 | $700.00 | $280.00 |
| 2014.05.14 | KitchenAid | 074 | LTF | Reviewed and revised amended discovery responses and discussed them with Yeremey Krivoshey. | 0.9 | $700.00 | $630.00 |
| 2014.05.14 | KitchenAid | 074 | YOK | discussed discovery responses with LTF | 0.3 | $375.00 | $112.50 |
| 2014.05.15 | KitchenAid | 074 | JAL | Call with co-counsel | 0.7 | $375.00 | $262.50 |
| 2014.05.15 | KitchenAid | 074 | LTF | Telephone call and email exchange with Anthony Vozzolo, Yeremey Krivoshey and Julia Luster regarding amended discovery responses and defendant's document production (.9); reviewed letter from defendant's counsel regarding document production and made sure that letter was filed properly (.3). | 1.2 | $700.00 | $840.00 |
| 2014.05.15 | KitchenAid | 074 | YOK | Telephone call with LTF and JAL regarding amended discovery responses and defendant's production (.9), amended responses in response to discussion (5.5) | 6.4 | $375.00 | $2,400.00 |
| 2014.05.16 | KitchenAid | 074 | DLS | Downloaded KitchenAid production to desktop | 1.4 | $190.00 | $266.00 |
| 2014.05.16 | KitchenAid | 074 | LTF | Discussed document production with Debbie Schroder (.1);discussed FOIA materials and amended responses with Yeremey Krivoshey (.1). | 0.2 | $700.00 | $140.00 |
| 2014.05.16 | KitchenAid | 074 | YOK | discussed amended responses with LTF (.1) and continued amending responses (1.5) | 1.6 | $375.00 | $600.00 |
| 2014.05.17 | KitchenAid | 074 | AMP | Reviewed correspondence re plaintiff depositions | 0.1 | $425.00 | $42.50 |
| 2014.05.19 | KitchenAid | 074 | AMP | Reviewed production letter, discussed same with DS as well as adding production to network | 0.2 | $425.00 | $85.00 |
| 2014.05.19 | KitchenAid | 074 | LTF | Discussed amended responses and FOIA documents with Yeremey Krivoshey and reviewed email from Javier Hidalgo re: same. | 0.2 | $700.00 | $140.00 |
| 2014.05.19 | KitchenAid | 074 | YOK | Confer with LTF re amended reponses and FOIA docs | 0.1 | $375.00 | $37.50 |
| 2014.05.20 | KitchenAid | 074 | AMP | Discussion at firm meeting | 0.1 | $425.00 | $42.50 |
| 2014.05.20 | KitchenAid | 074 | YOK | identify documents missing in first plaintiffs production to supplement second production | 1.4 | $375.00 | $525.00 |
| 2014.05.21 | KitchenAid | 074 | AMP | Email re comcast damages issue and class cert prep to LTF | 0.2 | $425.00 | $85.00 |
| 2014.05.21 | KitchenAid | 074 | LTF | Email exchange with Joe Marchese regarding damages expert (.1); reviewed privilege log and accompanying letter and saved both to Box (.1). | 0.2 | $700.00 | $140.00 |
| 2014.05.21 | KitchenAid | 074 | YOK | continue reviewing documents to produce in plaintiffs' production, reviewed privilege log and accompanying letter from defendant | 2.0 | $375.00 | $750.00 |
| 2014.05.22 | KitchenAid | 074 | YOK | email co-counsel re additional documents needed for plaintiffs' production, continued doc review | 5.5 | $375.00 | $2,062.50 |

| Date | Client | | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2014.05.27 | KitchenAid | 074 | AMP | Discussed amended responses and DeiRossi with LTF (0.2); discussed same with YOK (0.2); reviewed and finalized discovery responses (2.2); Discussed at firm meeting (.1) | 2.7 | $425.00 | $1,147.50 |
| 2014.05.27 | KitchenAid | 074 | JAL | Worked w/YOK and AMP to get discovery responses to plaintiffs | 0.2 | $375.00 | $75.00 |
| 2014.05.27 | KitchenAid | 074 | LTF | ███████████████████ | 0.5 | $700.00 | $350.00 |
| 2014.05.27 | KitchenAid | 074 | YOK | Discussed amended responses with AMP and JAL (.2), finalized same, assisted sending out same to clients for signature and verification, continued doc. review (7.8) | 8.0 | $375.00 | $3,000.00 |
| 2014.05.28 | KitchenAid | 074 | AMP | Outlined/drafted class cert motion | 7.2 | $425.00 | $3,060.00 |
| 2014.05.28 | KitchenAid | 074 | LTF | ███████████████████ | 0.2 | $700.00 | $140.00 |
| 2014.05.28 | KitchenAid | 074 | YOK | helped AMP with class cert outline, continue doc review | 5.3 | $375.00 | $1,987.50 |
| 2014.05.29 | KitchenAid | 074 | AMP | Updated class cert. outline (0.6); Discussed class cert outline and next steps with LTF (0.4) | 1.0 | $425.00 | $425.00 |
| 2014.05.29 | KitchenAid | 074 | DLS | Finalized and filed notice of withdrawal of counsel- Westcot | 0.5 | $190.00 | $95.00 |
| 2014.05.29 | KitchenAid | 074 | LTF | ███████████████████ | 1.4 | $700.00 | $980.00 |
| 2014.05.29 | KitchenAid | 074 | YOK | compiled all documents to be produced into two separate pdf's (.8), continued doc review (4.6), call with Kyle Dei Rossi with LTF and AMP (.4), confer with LTF re responses (.4) | 6.2 | $375.00 | $2,325.00 |
| 2014.05.30 | KitchenAid | 074 | AMP | Discussed class cert next steps with LTF and YOK | 0.2 | $425.00 | $85.00 |
| 2014.05.30 | KitchenAid | 074 | DLS | Added bates numbers to production documents (.7); Emailed documents to AV and AC for review (.3);Finalized amended responses to discovery (1.3) | 2.3 | $190.00 | $437.00 |
| 2014.05.30 | KitchenAid | 074 | JAL | Worked w/YOK and DLS to finalize discovery rogs | 0.7 | $375.00 | $262.50 |
| 2014.05.30 | KitchenAid | 074 | LTF | Video conference and email exchange with Colin Weir regarding class cert declaration, retainer and protective order (.4); discussed class cert declaration with Yeremey Krivoshey and Annick Pesinger (.2); discussed supplemental discovery responses with Julia Luster, Yeremey Krivoshey and Debbie Schroeder (.2). | 0.8 | $700.00 | $560.00 |
| 2014.05.30 | KitchenAid | 074 | YOK | continued doc review and updated doc log (5.4), worked with Debbie Schroeder to Bates stamp plaintiffs' production (.2), sent plaintiffs' production for review to co-counsel (.2), discussed class cert declaration with LTF and AMP (.2) | 6.0 | $375.00 | $2,250.00 |
| 2014.06.02 | KitchenAid | 074 | AMP | Call with AV re plaintiff depos | 0.1 | $425.00 | $42.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2014.06.02 | KitchenAid | 074 | LTF | Discussed supplemental responses and production with Yeremey Krivoshey (.2); sent email to Anthony Vozzolo and Andrea Clisura re: same (.1). | 0.3 | $700.00 | $210.00 |
| 2014.06.02 | KitchenAid | 074 | YOK | continued doc review and began separating documents to be used for class cert expert (6.9), discussed production and discovery responses issues with LTF (.2) | 7.1 | $375.00 | $2,662.50 |
| 2014.06.03 | KitchenAid | 074 | LTF | Discussed amended responses with Yeremey Krivoshey. | 0.1 | $700.00 | $70.00 |
| 2014.06.03 | KitchenAid | 074 | YOK | reviewed Hyland's stipulation re certain facts related to class cert. in preparation of drafting similar doc. (.4), continued doc review and updated document log (7.1), sent JIM email re interrogatory responses (.1), discussed amended responses with LTF (.1). | 7.7 | $375.00 | $2,887.50 |
| 2014.06.04 | KitchenAid | 074 | AMP | Call with M. Linthicum (0.2); reviewed possible travel arrangements for plaintiff depos (0.6); assisted with prep for plaintiff depos (0.4) | 1.2 | $425.00 | $510.00 |
| 2014.06.04 | KitchenAid | 074 | DLS | Finalized and served amended discovery responses and second production (1.5);  Made travel arrangements for LTF and AMP for 6/9 and 6/10 depositions (1) | 2.5 | $190.00 | $475.00 |
| 2014.06.04 | KitchenAid | 074 | JAL | Quick BG search for plaintiffs (.5); Call w/ Plaintiff Linthicum(.2) | 0.7 | $375.00 | $262.50 |
| 2014.06.04 | KitchenAid | 074 | LTF | | 2 | $700.00 | $1,400.00 |
| 2014.06.04 | KitchenAid | 074 | YOK | continue doc review and separating documents to be used by expert for damages calculations (7.6), served amended responses to document requests/interrogatories and produced plaintiffs' documents with Debbie Schroeder and LTF (.4) | 8.0 | $375.00 | $3,000.00 |
| 2014.06.05 | KitchenAid | 074 | JAL | Discuss docs LTF needs for depo prep (.2); Pull docs for LTF's depo prep and print (1) | 1.2 | $375.00 | $450.00 |
| 2014.06.05 | KitchenAid | 074 | LTF | | 3.9 | $700.00 | $2,730.00 |
| 2014.06.05 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding federal legislation regarding Energy Star (.4); reviewed email from Anthony Vozzolo re: same (.2). | 0.6 | $700.00 | $420.00 |
| 2014.06.05 | KitchenAid | 074 | YOK | continued doc review | 5.2 | $375.00 | $1,950.00 |
| 2014.06.06 | KitchenAid | 074 | AMP | Travel to and from SAC for lunch (total 2.3);prep Dei Rossi (4.0) | 6.3 | $425.00 | $2,677.50 |
| 2014.06.06 | KitchenAid | 074 | DLS | Located and scheduled car to pick up plaintiff for deposition | 1.5 | $190.00 | $285.00 |
| 2014.06.06 | KitchenAid | 074 | JAL | Attended Dei Rossi depo prep | 6.3 | $375.00 | $2,362.50 |
| 2014.06.06 | KitchenAid | 074 | LTF | | 6.3 | $700.00 | $4,410.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|------|--------|---|---|-------------|-------|------|--------|
| 2014.06.07 | KitchenAid | 074 | LTF | Prepared for meeting with Mark Linthicum. | 0.8 | $700.00 | $560.00 |
| 2014.06.08 | KitchenAid | 074 | AMP | Travel to LA and prep of Mark Linthicum | 7.2 | $425.00 | $3,060.00 |
| 2014.06.08 | KitchenAid | 074 | LTF | Traveled to Los Angeles to meet with Mark Linthicum and prepare him for his deposition (7.2). | 7.2 | $700.00 | $5,040.00 |
| 2014.06.09 | KitchenAid | 074 | AMP | Meeting with Linthicum. deposition of Mark Linthicum, travel back to OAK, travel from OAK to SAC | 10.8 | $425.00 | $4,590.00 |
| 2014.06.09 | KitchenAid | 074 | LTF | ███████████████ | 10.8 | $700.00 | $7,560.00 |
| 2014.06.09 | KitchenAid | 074 | YOK | continued doc review and updated doc log (6.2), set aside documents for expert in regards to damages calculations (1.1). Researched what would be needed for class certification stipulation (.7). | 8.0 | $375.00 | $3,000.00 |
| 2014.06.10 | KitchenAid | 074 | LTF | ███████████████ | 5.7 | $700.00 | $3,990.00 |
| 2014.06.10 | KitchenAid | 074 | YOK | continue doc review and separating documents for damages expert. Begin reviewing native files. | 7.4 | $375.00 | $2,775.00 |
| 2014.06.10 | KitchenAid | 074 | AMP | ███████████████ | 5.7 | $425.00 | $2,422.50 |
| 2014.06.11 | KitchenAid | 074 | AMP | Discussion at firm meeting (0.2); discussed class cert. with LTF and YOK (0.2); Discussion re damages - price premium with YOK (0.1); discussed same with LTF and YOK (0.1) | 0.6 | $425.00 | $255.00 |
| 2014.06.11 | KitchenAid | 074 | LTF | Discussed depositions with Joe Marchese, Scott Bursor, Yeremey Krivoshey and Julia Luster (.3); discussed class cert motion with Annick Persinger and Mr. Krivoshey (.2); video conference with Colin Weir regarding class cert declaration and reviewed prior Weir Energy Star declarations (.5); reviewed document regarding price premium for Energy Star and discussed it with Annick Persinger and Yeremey Krivoshey (.1). | 1.1 | $700.00 | $770.00 |
| 2014.06.11 | KitchenAid | 074 | YOK | Continued doc review (9.8), assembled documents for Colin Weir regarding class certification/damages and sent documents to Mr. Weir for review (1.0), discussed deposition with LTF and JAL (.2), discussed class certification with LTF and AMP (.2), discussion re price premium with AMP (.1). | 11.3 | $375.00 | $4,237.50 |
| 2014.06.12 | KitchenAid | 074 | AMP | Call with AV re class cert. brief (0.4); reviewed hot docs for class cert.  (1.4) | 1.8 | $425.00 | $765.00 |
| 2014.06.12 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo, Annick Persinger and Yeremey Krivoshey regarding class cert motion (.4); reviewed letter from defendant's counsel and circulated it to co-counsel (.1). | 0.5 | $700.00 | $350.00 |
| 2014.06.12 | KitchenAid | 074 | YOK | Call with AV, AMP, and LTF re class cert. (.4). Continue document review. Update documents needed for class cert expert re damages (5.1) | 5.5 | $375.00 | $2,062.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2014.06.13 | KitchenAid | 074 | AMP | Worked on class cert. outline (3.7), established work assignments between B&F and F&F (0.2), continued review of hot docs (3.3) | 7.2 | $425.00 | $3,060.00 |
| 2014.06.13 | KitchenAid | 074 | JAL | Discuss atty-client privilege issue w/LTF | 0.5 | $375.00 | $187.50 |
| 2014.06.13 | KitchenAid | 074 | LTF | Reviewed email from defendant's counsel regarding client email (.2); drafted response and did research regarding same (1.2); discussed research project regarding email with Julia Luster (.4); telephone call with Anthony Vozzolo regarding same (.3); discussed class cert outline with Annick Persinger (x2) (.1). | 2.2 | $700.00 | $1,540.00 |
| 2014.06.13 | KitchenAid | 074 | YOK | continue doc review | 6.9 | $375.00 | $2,587.50 |
| 2014.06.16 | KitchenAid | 074 | JAL | Researched Atty-Client privilege | 7 | $375.00 | $2,625.00 |
| 2014.06.16 | KitchenAid | 074 | LTF | Wrote thank you notes to clients. | 0.3 | $700.00 | $210.00 |
| 2014.06.16 | KitchenAid | 074 | YOK | finished document review and circulated document document log to cocounsel (7.0). Updated hot documents folder and damages for expert folder (1.1). | 8.1 | $375.00 | $3,037.50 |
| 2014.06.17 | KitchenAid | 074 | AMP | Discussion at firm meeting (0.1); reviewed YOK doc log (1.0); discussed cert. with LTF and YOK (0.3); continued work on cert. outline (re ascertainabilitty) (0.5) | 1.9 | $425.00 | $807.50 |
| 2014.06.17 | KitchenAid | 074 | JAL | Started drafting memo on atty-client relationship | 1.8 | $375.00 | $675.00 |
| 2014.06.17 | KitchenAid | 074 | LTF | Discussed class cert motion with Annick Persinger and Yeremey Krivoshey (.3); reviewed Maytag decision (.3); reviewed document review log (.2). | 0.8 | $700.00 | $560.00 |
| 2014.06.17 | KitchenAid | 074 | YOK | discussed class cert. with AMP and LTF | 0.3 | $375.00 | $112.50 |
| 2014.06.18 | KitchenAid | 074 | AMP | Call with expert Weir (0.1); discussed discoery and class cert. with YOK (0.2) | 0.1 | $425.00 | $42.50 |
| 2014.06.18 | KitchenAid | 074 | JAL | Atty-Client privilege memo (3); Call w/Colin Weir (.1) | 3.1 | $375.00 | $1,162.50 |
| 2014.06.18 | KitchenAid | 074 | LTF | Telephone call with Colin Weir. | 0.1 | $700.00 | $70.00 |
| 2014.06.18 | KitchenAid | 074 | YOK | discussed discovery and class cert with AMP | 0.2 | $375.00 | $75.00 |
| 2014.06.19 | KitchenAid | 074 | AMP | Call with Colin (0.6), reviewed docs related to Colin's report (0.3), discussed discovery with LTF and YOK (0.2); reviewed status orders to determine whether disclose cert. expert (0.2) | 1.3 | $425.00 | $552.50 |
| 2014.06.19 | KitchenAid | 074 | LTF | Video conference with Colin Weir regarding damages calculations (.6); conference with Yeremey Krivoshey and Annick Persinger regarding discovery (.2). | 0.8 | $700.00 | $560.00 |
| 2014.06.19 | KitchenAid | 074 | YOK | video conference with Colin Weir, LTF, and AMP re damages calculations (.6) and conference with LTF/AMP re same (.2) | 0.8 | $375.00 | $300.00 |
| 2014.06.23 | KitchenAid | 074 | DLS | Prepared draft template of joint status report (1); Put Linthicum deposition transcript and exhibits on box (.7) | 1.7 | $190.00 | $323.00 |
| 2014.06.23 | KitchenAid | 074 | LTF | Reviewed Linthicum deposition transcript, discussed it with Debbie Schroeder and asked her to save it to Box. | 0.2 | $700.00 | $140.00 |
| 2014.06.26 | KitchenAid | 074 | LTF | Reviewed report regarding Whirlpool meeting with congresional staff and exchanged emails with Anthony Vozzolo re: same. | 0.3 | $700.00 | $210.00 |
| 2014.06.30 | KitchenAid | 074 | AMP | Worked on draft motion for class certification | 2.4 | $425.00 | $1,020.00 |
| 2014.07.01 | KitchenAid | 074 | AMP | Discussion at firm meeting (0.1); reviewed briefing on motions to dismiss (1.1); continued review of hot docs for materiality (0.5); researched materiality of logos (0.5) | 2.2 | $425.00 | $935.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2014.07.02 | KitchenAid | 074 | AMP | Identified good superiority briefing to give to YOK to draft superiority section (0.5); reviewed plaintiff declarations for cert. brief (0.3); reviewed Linthicum depo and drafted Linthicum declaration ISO cert. (2.5) | 3.3 | $425.00 | $1,402.50 |
| 2014.07.02 | KitchenAid | 074 | YOK | review materials from AMP re supperiority for class cert brief and begin research re same | 2.4 | $375.00 | $900.00 |
| 2014.07.03 | KitchenAid | 074 | AMP | Continued review of plaintiff depositions and drafting plaintiff declarations - Linthicum (3.0), Dei Rossi (2.5); drafted plaintiffs' adequacy section (1.0); finished drafting materiality section (0.7) | 7.2 | $425.00 | $3,060.00 |
| 2014.07.03 | KitchenAid | 074 | LTF | Reviewed email from defendant's counsel and discussed it with Anthony Vozzolo (.2). | 0.2 | $700.00 | $140.00 |
| 2014.07.07 | KitchenAid | 074 | AMP | Continued drafting motion for class certification | 7.3 | $425.00 | $3,102.50 |
| 2014.07.07 | KitchenAid | 074 | LTF | Telephone call and email exchange with Anthony Vozzolo regarding third party subpoenas. | 0.3 | $700.00 | $210.00 |
| 2014.07.08 | KitchenAid | 074 | AMP | Continued drafting class cert motion | 6.5 | $425.00 | $2,762.50 |
| 2014.07.08 | KitchenAid | 074 | LTF | Email exchange with defendant's counsel and Anthony Vozzolo regarding third party subpoenas and reviewed subpoenas (.6); telephone call with Anthony Vozzolo re: same (.3). | 0.9 | $700.00 | $630.00 |
| 2014.07.10 | KitchenAid | 074 | AMP | Continued drafting class cert motion (8.1); reviewed cases re common damages (0.5); scheduled call with expert (0.1) | 8.7 | $425.00 | $3,697.50 |
| 2014.07.10 | KitchenAid | 074 | YOK | worked with Debbie to zipfile and hightail production to Andrea Clisura | 0.8 | $375.00 | $300.00 |
| 2014.07.11 | KitchenAid | 074 | AMP | Continued drafting ascertainability section of motion for class certification (3.7); called A. Clisura re update (0.2); emailed expert (0.1); reviewed dockets of recent classes with class certified (0.5); discussed class cert. motion with LTF (0.1) | 4.6 | $425.00 | $1,955.00 |
| 2014.07.11 | KitchenAid | 074 | LTF | Discussed class cert motion with Annick Persinger. | 0.1 | $700.00 | $70.00 |
| 2014.07.11 | KitchenAid | 074 | YOK | identify documents showing retailer records for use in class cert motion | 0.8 | $375.00 | $300.00 |
| 2014.07.14 | KitchenAid | 074 | AMP | Reviewed materials re damages (0.7); call with expert (0.5) | 1.2 | $425.00 | $510.00 |
| 2014.07.14 | KitchenAid | 074 | YOK | call with expert | 0.5 | $375.00 | $187.50 |
| 2014.07.17 | KitchenAid | 074 | AMP | Discussed class cert. motion with LTF (0.1) ;Proof read draft cert. motion (1.0) | 1.1 | $425.00 | $467.50 |
| 2014.07.17 | KitchenAid | 074 | DLS | Made formatting corrections to declarations | 0.7 | $190.00 | $133.00 |
| 2014.07.17 | KitchenAid | 074 | LTF | Discussed class cert motion with Annick Persinger. | 0.2 | $700.00 | $140.00 |
| 2014.07.18 | KitchenAid | 074 | LTF | Reviewed class cert brief and plaintiff declarations. | 1.2 | $700.00 | $840.00 |
| 2014.07.21 | KitchenAid | 074 | AMP | Discussed cert. motion and plaintiff decl with LTFx2 (0.2); call with Colin (0.4); prepared case captions from similar cases (0.5); gathered info re material specifications (2.1) | 3.2 | $425.00 | $1,360.00 |
| 2014.07.21 | KitchenAid | 074 | LTF | Discussed class cert motion and plaintiffs' declarations with Annick Persinger (.2); video conference with Colin Weir regaridng report and discovery needed (.4); reviewed NY Times article regarding Energy Star legislation and telephone call with Anthony Vozzolo re: same (.3). | 0.9 | $700.00 | $630.00 |

| 2014.07.22 | KitchenAid | 074 | AMP | Updated case status sheet (0.1); discussed interrogatories with LTF and YOK (0.1); discussed at firm meeting (0.1); reviewed Faruqi changes to plaintiff declarations (0.2); drafted email to clients and sent materials (0.5) | 1.0 | $425.00 | $425.00 |
|---|---|---|---|---|---|---|---|
| 2014.07.22 | KitchenAid | 074 | LTF | Discussed interrogatories with Annick Persinger and Yeremey Krivoshey (.1); reviewed email to clients and sent deposition transcripts to Annick Persinger (.1); reviewed Andrea Clisura's edits to client declarations (.1). | 0.3 | $700.00 | $210.00 |
| 2014.07.22 | KitchenAid | 074 | YOK | discussed interrogatories with LTF and AMP | 0.1 | $375.00 | $37.50 |
| 2014.07.23 | KitchenAid | 074 | AMP | Drafted discovery (2.2); discussed with LTF (0.1) | 2.3 | $425.00 | $977.50 |
| 2014.07.23 | KitchenAid | 074 | LTF | Discussed interrogatories with Annick Persinger (.1); video conference with Colin Weir regarding his report (.3). | 0.4 | $700.00 | $280.00 |
| 2014.07.24 | KitchenAid | 074 | AMP | Gathered docs and drafted cites and captions for Colin (3.0); updated DOE testing section of cert. brief (1.5); reviewed case law regarding regression analysis, provided case law re damages to LTF (2.2); conference with LTF and YOK regarding damages (0.8); analyzed expert report in view of case law (2.5); discussed expert disclosure with LTF (0.1) | 9.6 | $425.00 | $4,080.00 |
| 2014.07.24 | KitchenAid | 074 | DLS | Prepared Expert Disclosure (1.3); Served Expert Disclosure by email (.3) | 1.6 | $190.00 | $304.00 |
| 2014.07.24 | KitchenAid | 074 | LTF | Discussed expert disclosure with Annick Persinger and reviewed and revised disclosure (.3); reviewed and revised expert report (.6); video conference with Colin Weir regarding report (.3); conference with Annick Persinger and Yeremey Krivoshey regarding damages issues (.8); reviewed case law regarding damages issues (.4). | 2.4 | $700.00 | $1,680.00 |
| 2014.07.24 | KitchenAid | 074 | YOK | reviewed expert report, confered with AMP re same (1.3). Document review in effort to find docs needed for class cert. motion, such as documents showing exact energy usage (1.9). Conference with LTF and AMP re damages (.8). | 4.0 | $375.00 | $1,500.00 |
| 2014.07.25 | KitchenAid | 074 | AMP | Reviewed stipulations and orders re expert disclosures (1.0); discussed emails from opposing counsel, and responses with LTF (0.4); call with Colin re declaration (0.2); drafted meet and confer letter to Galen re expert reports (1.5); called M. Linthicum (0.2); emails with Linthicum (0.1) | 3.2 | $425.00 | $1,360.00 |
| 2014.07.25 | KitchenAid | 074 | LTF | Responded to emails from defendant's counsel and discussed them with Annick Persinger (.7); video conference with Colin Weir regarding his declaration (.2); video conference with Joe Marchese regarding Weir deposition (.1); conference with Anthony Vozzolo re: class cert motion (.5). | 1.5 | $700.00 | $1,050.00 |
| 2014.07.25 | KitchenAid | 074 | YOK | reviewed correspondence re expert disclosure and discussed same with AMP | 0.2 | $375.00 | $75.00 |
| 2014.07.26 | KitchenAid | 074 | LTF | Conference with Anthony Vozzolo regarding Weir report and class certification motion. | 0.3 | $700.00 | $210.00 |
| 2014.07.27 | KitchenAid | 074 | LTF | Breakfast meeting with Anthony Vozzolo to discuss class cert motion. | 0.3 | $700.00 | $210.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|------|--------|---|---|-------------|-------|------|--------|
| 2014.07.28 | KitchenAid | 074 | AMP | Call with Colin regarding expert report (0.9); discussion with LTF re brief and expert report, and worked on cert. with LTF (1.7); call to A. Clisura (0.1); made cuts to brief (1.5); reviewed F&F portions (0.5); worked on damages section (1.5) | 6.2 | $425.00 | $2,635.00 |
| 2014.07.28 | KitchenAid | 074 | JIM | Confer with L. Fisher and C. Weir about location of August deposition | 0.2 | $700.00 | $140.00 |
| 2014.07.28 | KitchenAid | 074 | LTF | Worked on class cert motion with Annick Persinger (1.7); video conference with Colin Weir regarding expert report (.9); reviewed Faruqi firm's edits to class cert motion (.4); reviewed stipulation regarding expert disclosure (.2). | 3.2 | $700.00 | $2,240.00 |
| 2014.07.28 | KitchenAid | 074 | YOK | review Clorox ruling on class certification | 0.5 | $375.00 | $187.50 |
| 2014.07.29 | KitchenAid | 074 | AMP | Reviewed and incorporated A. Clisura changes (1.9); drafted damages section, and worked to cut brief to page limit (5.1) | 7.0 | $425.00 | $2,975.00 |
| 2014.07.29 | KitchenAid | 074 | DLS | Fixed formatting of notice of request to seal (.6); Added proof of service to interrogatories; Served interrogatories by email (.6) | 1.2 | $190.00 | $228.00 |
| 2014.07.29 | KitchenAid | 074 | JAL | Drafted motion to seal documents (3.7); Reviewed Class cert motion (.8) | 4.5 | $375.00 | $1,687.50 |
| 2014.07.29 | KitchenAid | 074 | LTF | Reviewed and revised brief and discussed it with Annick Persinger, Yeremey Krivoshey and Julia Luster (1.1); reviewed sealing rules and discussed them with Julia Luster and Debbie Schroeder (.4); exchanged emails with co-counsel and opposing counsel regarding class cert scheduling stipulation (.4); reviewed and revised interrogatories and arranged for them to served (.7); discussed interrogatories briefly with Yeremey Krivoshey and Annick Persinger (.2); telephone call and email exchange with Anthony Vozzolo and Andrea Clisura regarding interrogatories (.3); finalized plaintiffs' declarations and gathered exhibits for their declarations (1.1); discussed sealing issues with Julia Luster (.3). | 4.5 | $700.00 | $3,150.00 |
| 2014.07.29 | KitchenAid | 074 | YOK | compiled a bunch of documents to be cited in class cert motion and turned documents into pdf's (.4). Discussed brief with LTF and AMP (.1). Discussed interrogatories with LTF (.1) | 0.6 | $375.00 | $225.00 |
| 2014.07.30 | KitchenAid | 074 | AMP | Discussed report with Colin x2 (0.4); updated damages section accordingly (0.7); discussed same with YOK (0.1); worked to cut brief (2.1); incorporated Anthony's changes, and addressed comments, researched as requested and added (4.0); again worked to cut brief (1.8); final read (1.0); discussed decl. with YOK x3 (0.3) | 9.3 | $425.00 | $3,952.50 |
| 2014.07.30 | KitchenAid | 074 | DLS | Prepared caption for Weir Declaration; Discussed class cert filing tomorrow with LTF | 0.5 | $190.00 | $95.00 |
| 2014.07.30 | KitchenAid | 074 | JAL | Updated Sealing motion documents | 0.5 | $375.00 | $187.50 |
| 2014.07.30 | KitchenAid | 074 | JAL | Team meeting to discuss game plan and progress | 0.6 | $375.00 | $225.00 |

| 2014.07.30 | KitchenAid | 074 | LTF | Reviewed brief and worked with Annick Persinger, Yeremey Krivoshey, Julia Luster and Debbie Schroeder on class certification motion issues (4.8); telephone call with Anthony Vozzolo regarding brief (.4); telephone call with Andrea Clisura regarding exhibits (.2); video conference with Colin Weir regarding declaration (.4); reviewed emails from Anthony Vozzolo regarding various class cert related issues (.5) | 6.3 | $700.00 | $4,410.00 |
|---|---|---|---|---|---|---|---|
| 2014.07.30 | KitchenAid | 074 | YOK | reviewed draft of class cert brief (.8). Began drafting LTF declaration for class cert brief and compiled documents to be used as exhibits to declaration (4.2). Discussed declaration with LTF (.3). Discussed damages with LTF (.1). | 5.4 | $375.00 | $2,025.00 |
| 2014.07.31 | KitchenAid | 074 | AMP | Worked on class cert motion including, incorporated Faruqi final changes (1.2); incorporated cite check changes (1.2); reviewed and revised notice of motion (0.8); reviewed and revised proposed order (0.4); inserted declaration cites (1.2); replaced LEXIS cites (1.1); evidence check (1.4); incorporated final LTF and AMP changes (1.1); assisted DS with tables (0.2) redacted public brief (1.0); redacted public declaration (1.2) | 8.8 | $425.00 | $3,740.00 |
| 2014.07.31 | KitchenAid | 074 | DLS | Prepared tables; assisted with documents under seal; finalized all documents; filed all documents; coordinated preparation of chamber copy; emailed proposed orders and notice of under seal documents to Judge; email served all documents | 11.5 | $190.00 | $2,185.00 |
| 2014.07.31 | KitchenAid | 074 | JAL | Cite checked and shepardized the brief; proofed for spelling and grammar; bluebooking (2.5); Drafted notice of motion and motion to certify class (.7); Drafted proposed order granting class cert (.4); Assisted with finalizing sealing motion (1); Assisted with Filing all documents in support of class certification (2.2) | 6.8 | $375.00 | $2,550.00 |
| 2014.07.31 | KitchenAid | 074 | LTF | Worked on class cert motion and related documents. | 7.4 | $700.00 | $5,180.00 |
| 2014.07.31 | KitchenAid | 074 | YOK | finalized LTF declaration ISO class cert brief, compiled all exhibits to declaration (4.9), conference call with Andrea Clisura and AMP re same (.1), discussed same with AMP and LTF (.2), cite checked and proofread final version of class cert brief and edited final brief and assisted with filing (3.8). | 8.8 | $375.00 | $3,300.00 |
| 2014.08.01 | KitchenAid | 074 | LTF | Reviewed email from opposing counsel regarding class cert motion. | 0.1 | $700.00 | $70.00 |
| 2014.08.06 | KitchenAid | 074 | LTF | Discussed class cert motion with Yeremey Krivoshey. | 0.2 | $700.00 | $140.00 |
| 2014.08.06 | KitchenAid | 074 | YOK | discussed class cert. motion with LTF | 0.2 | $375.00 | $75.00 |
| 2014.08.08 | KitchenAid | 074 | LTF | Reviewed deposition notice and saved it to Box. | 0.1 | $700.00 | $70.00 |
| 2014.08.11 | KitchenAid | 074 | JIM | E-mail exchange with C. Weir about logistics of deposition | 0.1 | $700.00 | $70.00 |
| 2014.08.12 | KitchenAid | 074 | LTF | Reviewed defendant's latest document production and saved production letter to Box (.2); email to Yeremey Krivoshey re: same (.1). | 0.3 | $700.00 | $210.00 |
| 2014.08.12 | KitchenAid | 074 | YOK | email exchange with LTF re new discovery production (.1), reviewed production (.7) | 0.8 | $375.00 | $300.00 |
| 2014.08.13 | KitchenAid | 074 | YOK | reviewed newest batch of production | 2.0 | $375.00 | $750.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2014.08.14 | KitchenAid | 074 | LTF | Reviewed latest document production letter from defendant's counsel, saved it to Box and discussed production with Yeremey Krivoshey. | 0.2 | $700.00 | $140.00 |
| 2014.08.14 | KitchenAid | 074 | YOK | reviewed newest batch of production (1.5) and discussed same with LTF (.1) | 1.6 | $375.00 | $600.00 |
| 2014.08.15 | KitchenAid | 074 | AMP | Discussed Weir Dep with JM and LTF (0.3); emailed JM re same (0.2); discussed same with AV (0.1) | 0.6 | $425.00 | $255.00 |
| 2014.08.15 | KitchenAid | 074 | JIM | Confer with L. Fisher and A. Persinger about C. Weir deposition preparation | 0.3 | $700.00 | $210.00 |
| 2014.08.15 | KitchenAid | 074 | LTF | Discussed Weir depo with Joe Marchese, Anthony Vozzolo and Annick Persinger. | 0.4 | $700.00 | $280.00 |
| 2014.08.18 | KitchenAid | 074 | JIM | Confer with C. Weir and A. Vozzolo about deposition preparation and prepare for same | 2.0 | $700.00 | $1,400.00 |
| 2014.08.19 | KitchenAid | 074 | AMP | Discussed expert depo prep with JMx3 (0.2); reviewed local rules etc. re pro hac (0.3) | 0.5 | $425.00 | $212.50 |
| 2014.08.19 | KitchenAid | 074 | DLS | Filed PHV application for JIM ; Emailed proposed order to Judge Nunley | 1.3 | $190.00 | $247.00 |
| 2014.08.19 | KitchenAid | 074 | JIM | Prepare for C. Weir deposition and meet with internal team and C. Weir regarding same | 6.0 | $700.00 | $4,200.00 |
| 2014.08.19 | KitchenAid | 074 | LTF | Email exchange with Yeremey Krivoshey regarding supplemental document production (.2); email exchange with Debbie Schroeder re: Weir deposition (.2). | 0.4 | $700.00 | $280.00 |
| 2014.08.19 | KitchenAid | 074 | NJD | Depo prep w/ Cweir (4.3); Read Galen Bellamy's briefing in the "moldy washer" case.  Read Daubert motion, class cert opposition, and class cert sur-relpy (1.3) | 5.6 | $425.00 | $2,380.00 |
| 2014.08.19 | KitchenAid | 074 | SAB | Conf. w/ J. Marchese re Weir deposition prep | 0.3 | $875.00 | $262.50 |
| 2014.08.19 | KitchenAid | 074 | YOK | reviewed document production and ciruclated email to cocounsel re same | 0.9 | $375.00 | $337.50 |
| 2014.08.20 | KitchenAid | 074 | ALG | Set up for depo (1.0) | 1.0 | $190.00 | $190.00 |
| 2014.08.20 | KitchenAid | 074 | CRP | scanned deposition exhibits and saved them to box and emailed to A. Vozzolo (.5) | 0.5 | $190.00 | $95.00 |
| 2014.08.20 | KitchenAid | 074 | JIM | Prepare for and defend deposition of C. Weir | 9.5 | $700.00 | $6,650.00 |
| 2014.08.20 | KitchenAid | 074 | NJD | Cweir depo defense | 9.0 | $425.00 | $3,825.00 |
| 2014.08.20 | KitchenAid | 074 | SAB | Multiple confs. w/ J. Marchese, A.Vozzolo & C. Weir re Weir deposition | 1.0 | $875.00 | $875.00 |
| 2014.08.21 | KitchenAid | 074 | JIM | Confer with S. Bursor and L. Fisher about Weir deposition and settlement strategy | 0.3 | $700.00 | $210.00 |
| 2014.08.21 | KitchenAid | 074 | LTF | Email exchange with Joe Marchese regarding Weir deposition. | 0.1 | $700.00 | $70.00 |
| 2014.08.21 | KitchenAid | 074 | SAB | Conf. w/ J. Marchese re Weir's deposition and litigation strategy | 0.4 | $875.00 | $350.00 |
| 2014.08.26 | KitchenAid | 074 | JIM | Review deposition transcript of C. Weir | 0.9 | $700.00 | $630.00 |
| 2014.08.28 | KitchenAid | 074 | LTF | Reviewed interrogatory responses, saved them to Box and sent them to Colin Weir. | 0.2 | $700.00 | $140.00 |
| 2014.09.05 | KitchenAid | 074 | AMP | Started reading Weir dep | 0.4 | $425.00 | $170.00 |
| 2014.09.08 | KitchenAid | 074 | AMP | Studied/analyzed Weir transcript (4.2); reviewed discovery responses (0.5) | 4.7 | $425.00 | $1,997.50 |

| 2014.09.17 | KitchenAid | 074 | LTF | Call with Colin Weir regaridng deposition and class cert reply work. | 0.3 | $700.00 | $210.00 |
|---|---|---|---|---|---|---|---|
| 2014.09.18 | KitchenAid | 074 | AMP | Analyzed opp. to cert. | 1.3 | $425.00 | $552.50 |
| 2014.09.18 | KitchenAid | 074 | LTF | Reviewed Weir deposition transcript (2.2); reviewed class cert opposition and motion to strike and circulated some of the papers to Colin Weir (.6). | 2.8 | $700.00 | $1,960.00 |
| 2014.09.19 | KitchenAid | 074 | AMP | Preliminary research for reply ISO cert. (0.6) | 0.6 | $425.00 | $255.00 |
| 2014.09.19 | KitchenAid | 074 | JIM | Review defendant's opposition to class certification and its motion to strike the Weir declaration | 0.7 | $700.00 | $490.00 |
| 2014.09.19 | KitchenAid | 074 | LTF | Finished review of Weir transcript (.6); sent additional class cert opposition papers to Mr. Weir (.3); video conference with Mr. Weir regarding class cert opposition (.2); call with Anthony Vozzolo to discuss class cert opposition (.2). | 1.3 | $700.00 | $910.00 |
| 2014.09.22 | KitchenAid | 074 | AMP | Made books of MTS and Opp to Cert briefs and supporting declarations and reports (1.8); research related to cert. opp and MTS (2.8); discussed opposition with LTF (0.2) | 4.8 | $425.00 | $2,040.00 |
| 2014.09.22 | KitchenAid | 074 | LTF | Reviewed opposition to class cert motion and motion to strike Weir report (2.8); brief discussion with Annick Persinger re: same (.2). | 3 | $700.00 | $2,100.00 |
| 2014.09.23 | KitchenAid | 074 | AMP | Discussions re reply ISO cert with LTF (0.3); Reviewed Tigar Cert decision, and reviewed cited case for reply ISO cert. (0.6); call with AV (0.2); call with Colin (0.3) | 1.4 | $425.00 | $595.00 |
| 2014.09.23 | KitchenAid | 074 | LTF | Call (x2) with Anthony Vozzolo regarding opposition to class cert motion and Dabuert motion (1); reviewed Toyota Daubert papers (.4); call with Colin Weir regarding opposition to class cert motion and motion to strike and depo corrections (.3); reviewed depo corrections and exchanged emails with Joe Marchese re: same (.3); discussed oppostion to class cert with Annick Persinger (.3). | 2.3 | $700.00 | $1,610.00 |
| 2014.09.24 | KitchenAid | 074 | AMP | Skimmed 5 expert reports (0.8); discussed schedule re cert. briefing with LTF (0.5) | 1.3 | $425.00 | $552.50 |
| 2014.09.24 | KitchenAid | 074 | LTF | Call with Colin Weir and Veritext and circulated changes to Weir deposition (.4); discussed briefing schedule with Annick Persinger, Yeremey Krivoshey and Anthony Vozzolo and exchanged emails with defendant's counsel regarding same (.8). | 1.2 | $700.00 | $840.00 |
| 2014.09.24 | KitchenAid | 074 | YOK | discussed briefing schedule with AMP and LTF | 0.5 | $375.00 | $187.50 |
| 2014.09.25 | KitchenAid | 074 | LTF | Reviewed opposition to clsas cert motion and motion to strike and discussed them with Anthony Vozzolo. | 1.6 | $700.00 | $1,120.00 |
| 2014.09.26 | KitchenAid | 074 | AMP | Call with Galen (0.2); call with AV re same (0.4); discussed ex parte with JALx2 (0.2) | 0.8 | $425.00 | $340.00 |
| 2014.09.26 | KitchenAid | 074 | JAL | Drafted ex parte motion | 7 | $375.00 | $2,625.00 |
| 2014.09.26 | KitchenAid | 074 | LTF | Prepared for call with opposing counsel (.3); call with Anthony Vozzolo before and after call with defendant's counsel (.4); call with defendant's counsel (.2); discussed ex parte application for an extension of time with Julia Luster (.4). | 1.3 | $700.00 | $910.00 |

| 2014.09.27 | KitchenAid | 074 | LTF | Reviewed draft ex parte application. | 0.4 | $700.00 | $280.00 |
|---|---|---|---|---|---|---|---|
| 2014.09.29 | KitchenAid | 074 | AMP | Reviewed revised JAL draft ex parte | 0.6 | $425.00 | $255.00 |
| 2014.09.29 | KitchenAid | 074 | DLS | Finalized and filed ex parte application docs | 2 | $190.00 | $380.00 |
| 2014.09.29 | KitchenAid | 074 | JAL | Finished ex parte application | 6.5 | $375.00 | $2,437.50 |
| 2014.09.29 | KitchenAid | 074 | LTF | Revised ex parte application, notice, proposed order and declaration and assisted with filing and discussed them with Julia Luster and Annick Persinger (3.6); discussed ex parte with Anthony Vozzolo (.3). | 3.9 | $700.00 | $2,730.00 |
| 2014.09.30 | KitchenAid | 074 | LTF | Reviewed opposition to ex parte and exchanged emails with Julia Luster, Annick Persinger and Anthony Vozzolo re: same. | 0.6 | $700.00 | $420.00 |
| 2014.10.01 | KitchenAid | 074 | AMP | Call with LTF re ex parte reply (0.1); Finalized and filed reply ISO ex parte (0.4) | 0.5 | $425.00 | $212.50 |
| 2014.10.01 | KitchenAid | 074 | LTF | Call with Annick Persinger regarding ex parte reply (.1); call with Anthony Vozzolo re: same (.1); discussed reply with Julia Luster (.1); reviewed filed reply brief and letter from defendant's counsel (.3); sent email to Debbie Schroeder regarding Marais deposition (.1). | 0.7 | $700.00 | $490.00 |
| 2014.10.01 | KitchenAid | 074 | DLS | Finalized and filed Reply ISO Exp Parte Request to Extend Deadline | 0.9 | $190.00 | $171.00 |
| 2014.10.02 | KitchenAid | 074 | AMP | Discussed expert depos with LTF and SAB | 0.2 | $425.00 | $85.00 |
| 2014.10.02 | KitchenAid | 074 | LTF | Discussed Marais deposition with Debbie Schroeder (.2); discussed expert depositions with Annick Persinger and Scott Bursor (.2); email exchange with opposing counsel re: same (.1). | 0.5 | $700.00 | $350.00 |
| 2014.10.03 | KitchenAid | 074 | AMP | Reviewed order on ex parte and discussed with LTF, JAL, AV (0.5); reviewed Marais decl. and discussed with LTF (2.3); email exchange with LTF and opposing counsel re dates (0.4); analyzed Scott expert report, reviewed production and prep for expert depos (5.2) | 8.4 | $425.00 | $3,570.00 |
| 2014.10.03 | KitchenAid | 074 | DLS | Prepared and served notice for Marais deposition | 1 | $190.00 | $190.00 |
| 2014.10.03 | KitchenAid | 074 | LTF | Reviewed order on ex parte and discussed it with Annick Persinger, Julia Luster and Anthony Vozzolo (.5); updated calendar (.1); reviewed Marais' declaration and discussed it with Annick Persinger (2.3); reviewed and approved Marais deposition notice and discussed it with Debbie Schroeder (.3); email exchange with Annick Persinger and defendant's counsel regarding deposition dates (.4). | 3.6 | $700.00 | $2,520.00 |
| 2014.10.06 | KitchenAid | 074 | AMP | Worked on prepping for Marais depo, and work on class cert. brief, including continued analyzing Whirlpool's 5 expert reports and evidence ISO opp. to class cert, also reviewed other docs sent by YOK re same, created depo exh list from the foregoing for Marais | 8.1 | $425.00 | $3,442.50 |
| 2014.10.06 | KitchenAid | 074 | YOK | discussion with AMP re discovery documents, looked up certain documents and forwarded to AMP | 0.4 | $375.00 | $150.00 |
| 2014.10.07 | KitchenAid | 074 | AMP | Continued prep for expert depositions | 2.8 | $425.00 | $1,190.00 |

| 2014.10.07 | KitchenAid | 074 | LTF | Prepared for Marais deposition and discussed it with Annick Persinger and Colin Weir. | 4.3 | $700.00 | $3,010.00 |
|---|---|---|---|---|---|---|---|
| 2014.10.08 | KitchenAid | 074 | AMP | Depo outline for Marais, final list of exhibits, continued analyzing declarations and evidence | 7.2 | $425.00 | $3,060.00 |
| 2014.10.08 | KitchenAid | 074 | DLS | Called Jackson Hole reporting re overnight delivery of exhibits; Prepared deposition documents for overnight delivery; Prepared FedEx package by overnight delivery;Emailed exhibits to Veritext for printing;Scheduled court reporter and videographer for depositions; Prepared and served deposition notice | 4.4 | $190.00 | $836.00 |
| 2014.10.08 | KitchenAid | 074 | LTF | Preapred for Marais deposition and discussed it with Annick Persinger at length (6.8); telephone call with Anthony Vozzolo regarding depositions and rebuttal experts (.4). | 7.2 | $700.00 | $5,040.00 |
| 2014.10.09 | KitchenAid | 074 | AMP | Prep for and Marais deposition | 7.8 | $425.00 | $3,315.00 |
| 2014.10.09 | KitchenAid | 074 | DLS | Followed up with court reporter re exhibits | 0.3 | $190.00 | $57.00 |
| 2014.10.09 | KitchenAid | 074 | LTF | Prepared for and took Marais deposition and discussed it with Annick Persinger at length. | 8.9 | $700.00 | $6,230.00 |
| 2014.10.10 | KitchenAid | 074 | AMP | Reviewed notes from Colin re Scott depo (0.8); started depo outline (1.7) | 2.5 | $425.00 | $1,062.50 |
| 2014.10.10 | KitchenAid | 074 | LTF | Discussed Marais deposition with Colin Weir and Anthony Vozzolo (via email) (.3); discussed conference call with Colin Weir with Annick Persinger (.1); thought about potential discovery requests to defendant Whirlpool regaridng expert payments (.2); telephone call with Anthony Vozzolo re: Marais deposition and Howlett expert matters (.2); sent confidentiality agreement to Dr. Howlett (.1). | 0.9 | $700.00 | $630.00 |
| 2014.10.13 | KitchenAid | 074 | AMP | Discussed docs for expert with YOK, emails with LTF re same (0.2); discussed Scott depo with LTF (0.3) formulated questions for Colin - prep for call (0.3); call with Colin (0.5); continued work on Scott depo prep (7.4) | 8.7 | $425.00 | $3,697.50 |
| 2014.10.13 | KitchenAid | 074 | LTF | Call with Colin Weir regarding Scott deposition (.5); discussed Scott deposition with Annick Persinger (.3); email exchange with co-counsel and opposing counsel regarding hearing on class certification motion (.4); email exchange with Anthony Vozzolo regarding Howlett report (.2); began preparing for Fessler deposition (1.1). | 2.5 | $700.00 | $1,750.00 |
| 2014.10.13 | KitchenAid | 074 | YOK | discussed docs for experts with AMP and reviewed documents re same (.2), call with Colin Weir (.5) | 0.7 | $375.00 | $262.50 |
| 2014.10.14 | KitchenAid | 074 | AMP | Prep for Scott deposition and prepared exhibits | 12.3 | $425.00 | $5,227.50 |
| 2014.10.14 | KitchenAid | 074 | DLS | Prepared deposition exhibits | 2.8 | $190.00 | $532.00 |
| 2014.10.14 | KitchenAid | 074 | LTF | Prepared for Fessler deposition (4.2); discussed Scott deposition with Annick Persinger and briefly reviewed her outline (.4). | 4.6 | $700.00 | $3,220.00 |
| 2014.10.14 | KitchenAid | 074 | YOK | call with AV/AMP/LTF re expert depositions, researched and circulated numerous documents from discovery to LTF and AMP concerning depositions. | 3.5 | $375.00 | $1,312.50 |
| 2014.10.15 | KitchenAid | 074 | AMP | Scott deposition, and prep and outline review in breaks | 8.4 | $425.00 | $3,570.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|------|--------|--|--|-------------|-------|------|--------|
| 2014.10.15 | KitchenAid | 074 | DLS | Prepared conference room for deposition; Prepared deposition exhibits for LTF | 1.7 | $190.00 | $323.00 |
| 2014.10.15 | KitchenAid | 074 | LTF | Attended parts of the Scott deposition and discussed it with Annick Persinger (2.2); prepared for Fessler deposition (3.5); call with Anthony Vozzolo regarding expert materials and hearing schedule (.3); email exchange with defendant's counsel re: hearing schedule (.2). | 6.2 | $700.00 | $4,340.00 |
| 2014.10.15 | KitchenAid | 074 | YOK | attended parts of Scott deposition with LTF and AMP | 4.5 | $375.00 | $1,687.50 |
| 2014.10.16 | KitchenAid | 074 | AMP | Reviewed Fessler outline and report (1.0); discussed Fessler outline with LTF (0.2); organized all deposition exhibits sequentially (0.4) | 1.6 | $425.00 | $680.00 |
| 2014.10.16 | KitchenAid | 074 | LTF | Traveled Orange County for Fessler deposition (3.8); prepared for Fessler depo (1.6). | 5.4 | $700.00 | $3,780.00 |
| 2014.10.16 | KitchenAid | 074 | YOK | discovery re consumer awareness for expert depositions | 2.9 | $375.00 | $1,087.50 |
| 2014.10.17 | KitchenAid | 074 | DLS | Finalized and filed stipulation to change hearing date | 0.9 | $190.00 | $171.00 |
| 2014.10.17 | KitchenAid | 074 | JAL | Drafted a stip and proposed order re. december hearing | 2.6 | $375.00 | $975.00 |
| 2014.10.17 | KitchenAid | 074 | LTF | Took Fessler deposition and returned to Walnut Creek following deposition (7.6); reviewed and revised stipulation and proposed order regarding hearing date (.4). | 8 | $700.00 | $5,600.00 |
| 2014.10.17 | KitchenAid | 074 | YOK | discovery re consumer awareness for expert depositions (5.9), emailed Anthony Vozzolo and AMP/LTF re documents containing prevalent information (.2) | 6.1 | $375.00 | $2,287.50 |
| 2014.10.21 | KitchenAid | 074 | LTF | Email exchange with opposing counsel regarding McMahon deposition (.1); call with Anthony Vozzolo regarding Energy Star expert (.3). | 0.4 | $700.00 | $280.00 |
| 2014.10.22 | KitchenAid | 074 | LTF | Calls with two experts and discussion with Anthony Vozzolo regarding Energy Star conference (1.2); research regarding Energy Star conference (.3). | 1.5 | $700.00 | $1,050.00 |
| 2014.10.23 | KitchenAid | 074 | AMP | Reviewed ECF re hearing on Cert. | 0.1 | $425.00 | $42.50 |
| 2014.10.23 | KitchenAid | 074 | LTF | Reviewed order regarding hearing date. | 0.1 | $700.00 | $70.00 |
| 2014.10.23 | KitchenAid | 074 | LTF | Reviewed agenda for Energy Star meeting and made plans for trip to conference. | 0.6 | $700.00 | $420.00 |
| 2014.10.24 | KitchenAid | 074 | DLS | Made reservations for LTF to attend Energy Star conference | 1 | $190.00 | $190.00 |
| 2014.10.24 | KitchenAid | 074 | LTF | Planned trip to Energy Star conference (.5); call with potential Energy Star engineering expert witness and Anthony Vozzolo (.6). | 1.1 | $700.00 | $770.00 |
| 2014.10.26 | KitchenAid | 074 | LTF | Prepared for trip to Energy Star conference. | 0.5 | $700.00 | $350.00 |
| 2014.10.27 | KitchenAid | 074 | LTF | Traveled to Phoenix for Energy Star conference, attended conference, sent emails to Anthony Vozzolo regarding conference, returned to Walnut Creek following conference (14.7); sent email to Annick Persinger regarding opposition to motion to strike Weir filed in Con Agra case (.2). | 14.9 | $700.00 | $10,430.00 |
| 2014.10.28 | KitchenAid | 074 | AMP | Discussed retaining experts with LTF | 0.1 | $425.00 | $42.50 |
| 2014.10.28 | KitchenAid | 074 | DLS | Put Scott deposition transcript and exhibits on box | 0.5 | $190.00 | $95.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2014.10.28 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo regarding conference and experts (x2) and reviewed emails from Anthony Vozzolo and potentials experts (.2); discussed experts with Annick Persinger (0.1) | 0.8 | $700.00 | $560.00 |
| 2014.10.29 | KitchenAid | 074 | AMP | Reviewed Wesson Opp. to MTS | 0.5 | $425.00 | $212.50 |
| 2014.10.29 | KitchenAid | 074 | DLS | Fixed formatting of declaration for LTF | 0.9 | $190.00 | $171.00 |
| 2014.10.29 | KitchenAid | 074 | JAL | Drafted stip and proposed order re. notice | 6 | $375.00 | $2,250.00 |
| 2014.10.29 | KitchenAid | 074 | LTF | Reviewed conference materials. | 0.4 | $700.00 | $280.00 |
| 2014.10.30 | KitchenAid | 074 | DLS | Worked on preparing deposition exhibit list; Downloaded Fessler deposition transcript to box | 1.4 | $190.00 | $266.00 |
| 2014.10.30 | KitchenAid | 074 | LTF | Discussed deposition exhibits with Debbie Schroeder (.2); reviewed moldy washing machine news articles and emails from Anthony Vozzolo re: same (.2). | 0.4 | $700.00 | $280.00 |
| 2014.11.03 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo to discuss Energy Star experts. | 0.3 | $700.00 | $210.00 |
| 2014.11.04 | KitchenAid | 074 | DLS | Downloaded exhibits to Scott deposition and sent to AV per Hightail | 0.5 | $190.00 | $95.00 |
| 2014.11.04 | KitchenAid | 074 | LTF | Call with John Sabelli regarding expert engagement (.7); gathered documents to send to Mr. Sabelli (.7). | 1.4 | $700.00 | $980.00 |
| 2014.11.05 | KitchenAid | 074 | AMP | Reviewed 9th Cir recent case law re damages (i.e. Jimenez) for class cert. reply and opp. to MTS Weir | 1.2 | $425.00 | $510.00 |
| 2014.11.05 | KitchenAid | 074 | LTF | Call with Colin Weir to discuss reply brief and opposition to motion to strike his report (.3); worked on reply brief (1.2). | 1.5 | $700.00 | $1,050.00 |
| 2014.11.06 | KitchenAid | 074 | AMP | Worked on KA opp. to MTS and reply ISO cert. | 8.4 | $425.00 | $3,570.00 |
| 2014.11.06 | KitchenAid | 074 | DLS | Prepared pleading template for reply ISO class cert motion; Downloaded Fessler deposition exhibits and emailed to Anthony | 1.7 | $190.00 | $323.00 |
| 2014.11.06 | KitchenAid | 074 | LTF | Worked on class cert reply brief and discussed it with Annick Persinger (5.6). | 5.6 | $700.00 | $3,920.00 |
| 2014.11.07 | KitchenAid | 074 | AMP | Continued work on opp. to MTS | 7.9 | $425.00 | $3,357.50 |
| 2014.11.07 | KitchenAid | 074 | DLS | Attended team meeting re reply ISO class certification | 0.5 | $190.00 | $95.00 |
| 2014.11.07 | KitchenAid | 074 | JAL | Team meeting re. reply motions | 0.5 | $375.00 | $187.50 |
| 2014.11.07 | KitchenAid | 074 | LTF | Research regarding class cert issues and worked on reply brief (4.3); exchange with Colin Weir regaridng decertification in Dole and reviewed insert drafted by Mr. Weir (.3); team meeting to discuss filing of class cert reply and related documents (.5); email exchange with Anthony Vozzolo regarding preemption issue (.2). | 5.3 | $700.00 | $3,710.00 |
| 2014.11.07 | KitchenAid | 074 | YOK | team meeting re reply motions | 0.5 | $375.00 | $187.50 |
| 2014.11.10 | KitchenAid | 074 | AMP | Coinitued work on opp to MTS and cert. reply | 8.3 | $425.00 | $3,527.50 |
| 2014.11.10 | KitchenAid | 074 | LTF | Worked on reply in support of class certification and discussed reply brief with Annick Persinger (x2) (6.4); telephone call with Anthony Vozzolo regarding expert reports (.3). | 6.7 | $700.00 | $4,690.00 |
| 2014.11.10 | KitchenAid | 074 | YOK | discussion with LTF re docs needed for reply briefs (.1), doc review re same, circulated docs pursuant to discussions (1.2) | 1.3 | $375.00 | $487.50 |

| Date | Matter | | | Description | Hours | Rate | Amount |
|------|--------|---|---|-------------|-------|------|--------|
| 2014.11.11 | KitchenAid | 074 | AMP | Call with expert Sabelli (0.5); call with AV re same (0.4); reviewed Marais Dep and exhibits to direct expert to relevant excerpts/issues (0.7); continued work on opp. to MTS continued review of depos in support (6.1) | 7.7 | $425.00 | $3,272.50 |
| 2014.11.11 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo and Annick Persinger regarding experts (.2); call with John Sabelli, Annick Persinger, and Anthony Vozzolo regarding Mr. Sabelli's report (.9); worked on class cert reply brief (1.4); discussion with Annick Persinger regarding reply brief and Whirlpoo's internal testing letter (.3). | 2.8 | $700.00 | $1,960.00 |
| 2014.11.11 | KitchenAid | 074 | YOK | found docs for reply brief for LTF | 0.6 | $375.00 | $225.00 |
| 2014.11.12 | KitchenAid | 074 | AMP | Continued work on opp to MTS and cert. reply | 8.3 | $425.00 | $3,527.50 |
| 2014.11.12 | KitchenAid | 074 | DLS | Updated deposition exhibit list | 0.9 | $190.00 | $171.00 |
| 2014.11.12 | KitchenAid | 074 | LTF | Worked on express warranty/reliance section of class cert reply (2.8); discussed reply and opposition to motion to strike with Annick Persinger (.3); reviewed expert retainer and exchanged emails with Anthony Vozzolo re: same (.2). | 3.3 | $700.00 | $2,310.00 |
| 2014.11.13 | KitchenAid | 074 | AMP | Continued work on opp to MTS and cert. reply | 6.9 | $425.00 | $2,932.50 |
| 2014.11.13 | KitchenAid | 074 | LTF | Discussed class cert reply with Julia Luster and worked on reply brief. | 2.4 | $700.00 | $1,680.00 |
| 2014.11.14 | KitchenAid | 074 | AMP | Discuseed reply brief and opp to motion to strike with LTF (0.4) call with AV and LTF regarding Sabelli report (0.3); worked on damages section and all disqualified section of Reply (4.4); continued work on opp. to MTS (3.4) | 8.5 | $425.00 | $3,612.50 |
| 2014.11.14 | KitchenAid | 074 | LTF | Discussed reply brief and opposition to motion to strike with Annick Persinger (.4); call with Anthony Vozzolo and Annick Persinger regarding Sabelli report (.3). | 0.7 | $700.00 | $490.00 |
| 2014.11.15 | KitchenAid | 074 | LTF | Reviewed class cert reply brief. | 0.8 | $700.00 | $560.00 |
| 2014.11.17 | KitchenAid | 074 | AMP | Finished dmgs section of reply ISO cert. (1.3); reviewed Scott Dep, included cites, and finalized section re data available for regression (1.1); reviewed ConAgra dkt and drafted short section (0.6); reviewed evidence and included evidentiary cites re disqualification applies to all refrigerators (2.0); included Weir cites and finalized Lanovaz section (0.6); worked on cutting to 20 pages (1.5); discussed reply brief and opp to MTS with AV and LTF (0.7) | 7.8 | $425.00 | $3,315.00 |
| 2014.11.17 | KitchenAid | 074 | JAL | Researched cases re. warranty claims for LTF; Researched case re. preliminary step in Mazza Analysis | 2 | $375.00 | $750.00 |
| 2014.11.17 | KitchenAid | 074 | LTF | Worked on class cert reply brief (5.4); discussed reply brief and opposition to motion to strike with Anthony Vozzolo and Annick Persinger (.7). | 6.1 | $700.00 | $4,270.00 |
| 2014.11.18 | KitchenAid | 074 | AMP | Reviewed Hain Celestial decision (0.5); reviewed and commented on LTF draft reply (2.3); finished draft opp. to MTS Weir (5.0) | 7.8 | $425.00 | $3,315.00 |
| 2014.11.18 | KitchenAid | 074 | LTF | Worked on reply brief and discussed it with Annick Persinger (3.3); reviewed and revised opposition to motion to strike and discussed it with Annick Persinger (1.7). | 5 | $700.00 | $3,500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2014.11.19 | KitchenAid | 074 | AMP | Address LTF comments to opp. to MTS (1.5); call with Colin (0.2); incorporated comments from Colin (0.6); updated cites with new LEXIS, WL, cite checks (1.0); reviewed article from LTF re E star (0.4); reviewed docs from AV for inclusion (1.5); added Opp. to MTS cites to reply brief (1.0); addressed preemption issue for both briefs (1.5) | 7.7 | $425.00 | $3,272.50 |
| 2014.11.19 | KitchenAid | 074 | LTF | Email exchange and telephone call with Anthony Vozzolo regarding expert reports (.3); drafted reply declaration, gathered exhibits and revised briefs (3.1); email exchange with co-counsel regarding missing exhibits (.4); worked on reply brief and opposition to motion to strike and discussed the briefs with Annick Persinger (1.4); discussed sealing motion with Julia Luster and prepared initial draft (.4). | 5.6 | $700.00 | $3,920.00 |
| 2014.11.19 | KitchenAid | 074 | YOK | reviewed opposition to strike motion to strike and discussed briefly with AMP | 0.5 | $375.00 | $187.50 |
| 2014.11.20 | KitchenAid | 074 | AMP | Team meeting (0.4); call with Colin (0.3); addressed Colin comments (0.9); dealt with formatting (0.8); worked on getting brief down to page limit (2.7); compiled Scott depo cites (1.3); Call with AV (0.3); reviewed and redlined Howlett report (1.3); searched Scott Dep. re materiallity and consumer expectations (0.6); double checked all exihibit cites in opp. to MTS (0.9) | 7.9 | $425.00 | $3,357.50 |
| 2014.11.20 | KitchenAid | 074 | DLS | Attended team meeting re filing tomorrow; Fixed formatting of motion to strike; Prepared proof of service for confidential documents | 2.7 | $190.00 | $513.00 |
| 2014.11.20 | KitchenAid | 074 | JAL | Team meeting re. reply motions | 0.4 | $375.00 | $150.00 |
| 2014.11.20 | KitchenAid | 074 | LTF | Team meeting to discuss filings (.4); reviewed Sabelli declaration and exchanged emails with Anthony Vozzolo re: same (.4); prepared deposition testimony for filing with reply brief and opposition to motion to strike and updated reply declaration (.9); video conference with Colin Weir regarding opposition to motion to strike (.3); discussed retailer exhibits with Yeremey Krivoshey and Annick Persinger (.2); reviewed Howlett report and discussed it with Annick Persinger and Anthony Vozzolo (.8); worked on reply brief and deposition excerpts (1.8). | 4.8 | $700.00 | $3,360.00 |
| 2014.11.20 | KitchenAid | 074 | YOK | Meeting to discuss filings (.4), looked up docs re retailers and circulated same to LTF (.2) | 0.6 | $375.00 | $225.00 |
| 2014.11.21 | KitchenAid | 074 | AMP | Reviewed revised Howlett declaration with LTF (1.0); discussed with LTFx2 (0.3); discussed same with AV (0.1); reviewed AV redlines/comments on reply (0.5); cite checked opp. to MTS (2.0); reviewed and addressed AV redlines to opp. to MTS (1.2); reviewed opp. to identify areas for redaction and redacted (1.5); redacted deposition testimony (1.5); redacted reply and declaration (1.5); finalized, filed and served (1.0) | 10.3 | $425.00 | $4,377.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2014.11.21 | KitchenAid | 074 | DLS | Made formatting corrections to documents; prepared TOC/TOA for both briefs; prepared LTF declaration for filing; finalized and served all documents; emailed all confidential documents to Judge Nunley; prepared documents for overnight delivery to chambers | 9.1 | $190.00 | $1,729.00 |
| 2014.11.21 | KitchenAid | 074 | JAL | Assisted with sealing motion and service of documents | 3 | $375.00 | $1,125.00 |
| 2014.11.21 | KitchenAid | 074 | LTF | Worked on reply brief and discussed it with Anthony Vozzolo and Debbie Schroeder (2.5); reviewed revised Howlett declaration and discussed it with Annick Persinger and Anthony Vozzolo (1.4); reviewed and revised reply declaration (.3); reviewed and revised opposition to motion to strike (.6); worked on filing and service of reply and opposition to motion to strike (5.0). | 9.8 | $700.00 | $6,860.00 |
| 2014.11.24 | KitchenAid | 074 | AMP | Filed redacted versions of briefs served on Friday | 0.8 | $425.00 | $340.00 |
| 2014.11.24 | KitchenAid | 074 | LTF | Assisted with filing of class cert reply and opposition to motion to strike (.4); call with Anthony Vozzolo re: filings and next steps in the case (.3); email exchange with Anthony Vozzolo re: Hayes withdrawal (.1). | 0.8 | $700.00 | $560.00 |
| 2014.11.25 | KitchenAid | 074 | AMP | Reviewed Conagra decision affecting damages issues | 2.1 | $425.00 | $892.50 |
| 2014.11.25 | KitchenAid | 074 | LTF | Reviewed ConAgra decision and briefly discussed it with Annick Persinger. | 0.3 | $700.00 | $210.00 |
| 2014.11.25 | KitchenAid | 074 | SAB | Read Class cert reply brief and oppn to motion to strike Weir's report | 0.8 | $875.00 | $700.00 |
| 2014.12.11 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo regarding Sabellii bills. | 0.1 | $700.00 | $70.00 |
| 2014.12.17 | KitchenAid | 074 | LTF | Reviewed motion to strike Howlett declaration and discussed it with Debbie Schroeder. | 0.3 | $700.00 | $210.00 |
| 2014.12.18 | KitchenAid | 074 | AMP | Reviewed MTS Howlett (0.4); reviewed cited authority in MTS (1.2); discussed with LTF (0.1) | 1.7 | $425.00 | $722.50 |
| 2014.12.18 | KitchenAid | 074 | LTF | Reviewed motion to strike Howlett declaration and began drafting response (1.2); discussed response to motion with Annick Persinger (.1); discussed deadlines with Debbie Schroeder (.1). | 1.4 | $700.00 | $980.00 |
| 2014.12.19 | KitchenAid | 074 | AMP | Identified deposition cites for opp. to MTS Howlett | 1.9 | $425.00 | $807.50 |
| 2014.12.19 | KitchenAid | 074 | DLS | Prepared template pleading for opposition to motion to strike Howlett report | 0.7 | $190.00 | $133.00 |
| 2014.12.19 | KitchenAid | 074 | JAL | Researched judicial discretion in considering expert testimony prior to any MSJ | 1 | $375.00 | $375.00 |
| 2014.12.19 | KitchenAid | 074 | LTF | Worked on opposition to Howlett MTS and exchanged emails with Anthony Vozzolo and Annick Persinger re: same. | 2.4 | $700.00 | $1,680.00 |
| 2014.12.22 | KitchenAid | 074 | LTF | Worked on opposition to motion to strike Howlett declaration and circulated draft(1.6); Telephone call with Anthony Vozzolo regarding opposition to motion to strike Howlett report (.2) | 1.8 | $700.00 | $1,260.00 |
| 2014.12.23 | KitchenAid | 074 | AMP | Reviewed draft opposition to MTS Howlett, emails with LTF re same | 0.8 | $425.00 | $340.00 |
| 2014.12.23 | KitchenAid | 074 | LTF | Email exchange with Annick Persinger regarding opposition to motion to strike Howlett report. | 0.1 | $700.00 | $70.00 |

| 2015.01.01 | KitchenAid | 074 | LTF | Reviewed opposition to motion to strike and sent email to Anthony Vozzolo re: same. | 0.4 | $700.00 | $280.00 |
|---|---|---|---|---|---|---|---|
| 2015.01.02 | KitchenAid | 074 | AMP | Redacted brief and declaration (0.5); drafted motion to seal (0.6); discussed opposition with LTF (0.2) | 1.3 | $425.00 | $552.50 |
| 2015.01.02 | KitchenAid | 074 | LTF | Reviewed and revised opposition to motion to strike Howlett report, finalized and filed oppostion, declaration and motion to seal, drafted Persinger declaration, reviewed motion to seal and reviewed court rules regarding sealing motions (2.3); call with Anthony Vozzolo regarding opposition to motion to strike Howlett report (.2); discussed opposition brief with Annick Persinger (.2). | 2.7 | $700.00 | $1,890.00 |
| 2015.01.05 | KitchenAid | 074 | LTF | Email exchange  with court clerk regarding proposed order (.1); discussed proof of service with Debbie Schroeder (.1). | 0.2 | $700.00 | $140.00 |
| 2015.01.05 | KitchenAid | 074 | SAB | Read oppn to MTS Howlett's rebuttal report and class cert reply brief | 0.5 | $875.00 | $437.50 |
| 2015.01.08 | KitchenAid | 074 | AMP | Call with AV re hearingx2, discussed same with LTF | 0.5 | $425.00 | $212.50 |
| 2015.01.08 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo regarding class cert. hearing and discussed hearing with Annick Persinger (.5); reviewed MTS replies and discussed them with Anthony Vozzolo (.3). | 0.8 | $700.00 | $560.00 |
| 2015.01.09 | KitchenAid | 074 | LTF | Email exchange with co-counsel and defendant's counsel and reviewed notice of errata (.4); reviewed ECF filings of sealed documents (.1). | 0.5 | $700.00 | $350.00 |
| 2015.01.12 | KitchenAid | 074 | LTF | Reviewed class cert decision issued by Judge Nunley in Wal-Mart case and exchanged emails with Anthony Vozzolo re: same. | 0.4 | $700.00 | $280.00 |
| 2015.01.15 | KitchenAid | 074 | LTF | Sent email to Anthony Vozzolo regarding extending discovery cut-off. | 0.1 | $700.00 | $70.00 |
| 2015.01.16 | KitchenAid | 074 | LTF | Discussed discovery cut-off with Annick Persinger (.2); telephone call and email exchange with Anthony Vozzolo re: same and expert fees (.2). | 0.4 | $700.00 | $280.00 |
| 2015.01.19 | KitchenAid | 074 | LTF | Thought about possible deponents and discussed depositions with Yeremey Krivoshey. | 0.3 | $700.00 | $210.00 |
| 2015.01.19 | KitchenAid | 074 | YOK | discussion with LTF re possible deponents | 0.2 | $375.00 | $75.00 |
| 2015.01.20 | KitchenAid | 074 | LTF | Reviewed deponent list and exchanged emails with Yeremey Krivoshey re: same. | 0.2 | $700.00 | $140.00 |
| 2015.01.20 | KitchenAid | 074 | YOK | edited and circulated list of potential deponents to LTF | 0.2 | $375.00 | $75.00 |
| 2015.01.21 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo regarding discovery issues and exchanged emails with Mr. Vozzolo and opposing counsel scheduling conference call to discuss discovery (.4). | 0.4 | $700.00 | $280.00 |
| 2015.01.22 | KitchenAid | 074 | LTF | Research regarding location of Whirlpool witnesses and email exchange with Anthony Vozzolo re: same (.8); email exchange and telephone call with Anthony Vozzolo re-scheduling call (.2). | 1 | $700.00 | $700.00 |
| 2015.01.23 | KitchenAid | 074 | LTF | Email exchange regarding conference call with defendant's counsel. | 0.1 | $700.00 | $70.00 |
| 2015.01.26 | KitchenAid | 074 | AMP | Calls with AVx2 re supp authority, and discovery (0.3); call with opposing counsel re discovery (0.2) | 0.5 | $425.00 | $212.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2015.01.26 | KitchenAid | 074 | LTF | Telephone call with Anthony Vozzolo re: discovery and possible notice of supplemental authority regarding EZ Seed class cert order (.3); call with defendant's counsel re: same (.2); drafted and circulated stipulation re: same (.6); asked Annick Persinger to review EZ Seed class cert order for potential notice of supplemental authority (.1). | 1.2 | $700.00 | $840.00 |
| 2015.01.26 | KitchenAid | 074 | YOK | call with LTF and Anthony Vozollo re discovery (.3) and call with Defendant's counsel re same (.2) | 0.5 | $375.00 | $187.50 |
| 2015.01.27 | KitchenAid | 074 | AMP | Reviewed stip to extend schedule (0.1); reviewed EZ seed decision to determine whether to notice supplemental authority (0.4) | 0.5 | $425.00 | $212.50 |
| 2015.01.27 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo re: stipulation and circulated stipulation to defendant's counsel. | 0.2 | $700.00 | $140.00 |
| 2015.01.28 | KitchenAid | 074 | DLS | Fixed formatting of stipulation and proposed order;  Finalized and filed stipulation;  Emailed stipulation to Judge Nunley per local rules | 1.3 | $190.00 | $247.00 |
| 2015.01.28 | KitchenAid | 074 | LTF | Revised stipulation and arranged for it to be filed. | 0.4 | $700.00 | $280.00 |
| 2015.01.29 | KitchenAid | 074 | LTF | Discussed case status with Colin Weir. | 0.1 | $700.00 | $70.00 |
| 2015.02.05 | KitchenAid | 074 | AMP | Emailed AV/LTF re EZ Seed order (0.2); reviewed draft notice (0.2) | 0.4 | $425.00 | $170.00 |
| 2015.02.05 | KitchenAid | 074 | LTF | Reviewed EZ Seed order and drafted notice of supplemental authority (.5); circulated notice of supplemental authority to Anthony Vozzolo and exchanged emails with him and Annick Persinger about it (.2); discussed notice of supplemental authority with Debbie Schroeder (.1). | 0.8 | $700.00 | $560.00 |
| 2015.02.09 | KitchenAid | 074 | LTF | Discussed notice of supplemental authority with Anthony Vozzolo. | 0.1 | $700.00 | $70.00 |
| 2015.02.10 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo regarding notice of supplemental authority. | 0.1 | $700.00 | $70.00 |
| 2015.02.11 | KitchenAid | 074 | LTF | Reviewed and revised notice of supplemental authority and discussed it with Anthony Vozzolo (.3). | 0.3 | $700.00 | $210.00 |
| 2015.02.12 | KitchenAid | 074 | LTF | Reviewed Roach decision and exchanged emails with Anthony Vozzolo re: same. | 0.3 | $700.00 | $210.00 |
| 2015.02.16 | KitchenAid | 074 | LTF | Sent email to Anthony Vozzolo re: notice of supplemental authority. | 0.1 | $700.00 | $70.00 |
| 2015.02.17 | KitchenAid | 074 | LTF | Discussed notice of supplemental authority with Anthony Vozzolo and prepared revised notice of supplemental authority (.6). | 0.6 | $700.00 | $420.00 |
| 2015.02.18 | KitchenAid | 074 | DLS | Filed notice of supplemental authority | 0.6 | $190.00 | $114.00 |
| 2015.02.19 | KitchenAid | 074 | LTF | Reviewed response to notice of supplemental authority. | 0.1 | $700.00 | $70.00 |
| 2015.02.20 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo regarding response to notice of supplemental authority. | 0.2 | $700.00 | $140.00 |
| 2015.02.23 | KitchenAid | 074 | AMP | Reviewed Wesson decision | 1.0 | $425.00 | $425.00 |
| 2015.02.24 | KitchenAid | 074 | LTF | Discussed Wesson order with Colin Weir. | 0.1 | $700.00 | $70.00 |
| 2015.02.25 | KitchenAid | 074 | LTF | Email exchange with Anthony Vozzolo re: whether to submit notice of supplemental authority for Wesson case. | 0.2 | $700.00 | $140.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|------|--------|---|---|-------------|-------|------|--------|
| 2015.03.02 | KitchenAid | 074 | LTF | Reviewed ECF notice and discussed it with Debbie Schroeder and Anthony Vozzolo (via email). | 0.3 | $700.00 | $210.00 |
| 2015.04.28 | KitchenAid | 074 | ALG | Reviewed class cert decision (.6) | 0.6 | $190.00 | $114.00 |
| 2015.04.28 | KitchenAid | 074 | AMP | Reviewed class certification decision, discussed same with LTF, call with AV re same | 0.8 | $425.00 | $340.00 |
| 2015.04.28 | KitchenAid | 074 | LTF | Reviewed class cert order and discussed it with Anthony Vozzolo and Annick Persinger (.8). | 0.8 | $700.00 | $560.00 |
| 2015.04.28 | KitchenAid | 074 | SAB | Read order certifying California class | 0.6 | $875.00 | $525.00 |
| 2015.04.29 | KitchenAid | 074 | JIM | Review order granting California class and confer with S. Bursor about same | 1.0 | $700.00 | $700.00 |
| 2015.04.30 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo re: class cert order (.3); email exchange with claims administrator regarding notice plan (.1). | 0.4 | $700.00 | $280.00 |
| 2015.05.04 | KitchenAid | 074 | LTF | Call with Scott Bursor re: class cert order (.1); discussed class cert order with Julia Luster (.1); call with Darin Zabriskie and Jeannie Finnegan regarding notice plan (.2); discussed class cert order with Colin Weir (.1). | 0.5 | $700.00 | $350.00 |
| 2015.05.05 | KitchenAid | 074 | LTF | Discussed next steps with Scott Bursor at firm meeting and discussed notice plan and settlement with Anthony Vozzolo. | 0.5 | $700.00 | $350.00 |
| 2015.05.06 | KitchenAid | 074 | LTF | Researrch re: notice plan. | 0.7 | $700.00 | $490.00 |
| 2015.05.11 | KitchenAid | 074 | LTF | Email exchange with Darin Zabriskie regarding notice plan. | 0.1 | $700.00 | $70.00 |
| 2015.05.12 | KitchenAid | 074 | AMP | Analyzed Whirlpool's 23(f) petition (1.2), calculated deadline, calendared and sent update (0.8) | 2.0 | $425.00 | $850.00 |
| 2015.05.12 | KitchenAid | 074 | LTF | Reviewed 23(f) petition and exchanged emails with Anthony Vozzolo re: same. | 0.2 | $700.00 | $140.00 |
| 2015.05.13 | KitchenAid | 074 | YOK | analyzed 23(f) petition | 1.0 | $375.00 | $375.00 |
| 2015.05.14 | KitchenAid | 074 | AMP | Call with AV, LTF, YOK re 23(f) petition (0.4), emails re same (0.1) | 0.5 | $425.00 | $212.50 |
| 2015.05.14 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo regarding 23(f) petition and discussed it with Annick Persinger and Yeremey Krivoshey (.4); reviewed email regarding request for extension of time (.1). | 0.5 | $700.00 | $350.00 |
| 2015.05.14 | KitchenAid | 074 | YOK | call with Anthony Vozzolo re 23(f) petition schedule and discussion with AMP/LTF re same | 0.4 | $375.00 | $150.00 |
| 2015.05.15 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo re: 23(f) response and request for extension. | 0.1 | $700.00 | $70.00 |
| 2015.05.18 | KitchenAid | 074 | LTF | Sent email to Anthony Vozzolo re: request for extension of deadline to respond to 23(f) petition. | 0.1 | $700.00 | $70.00 |
| 2015.05.19 | KitchenAid | 074 | LTF | Email exchange and telephone call with Anthony Vozzolo regarding response to 23(f) petition and request for extension (.2); prepared request for extension and filed it (.1). | 0.3 | $700.00 | $210.00 |
| 2015.05.20 | KitchenAid | 074 | LTF | Discussed response to 23(f) petition with Anthony Vozzolo and Yeremey Krivoshey (.5); worked on response to 23(f) petition (1.6). | 2.1 | $700.00 | $1,470.00 |
| 2015.05.20 | KitchenAid | 074 | YOK | call with Anthony Vozzolo and LTF re 23(f) petition (.5), created outline for 23(f) petition and started working on sections (8.0) | 8.5 | $375.00 | $3,187.50 |

| 2015.05.21 | KitchenAid | 074 | LTF | Worked on response to 23(f) petition and discussed it with Yeremey Krivoshey and Anthony Vozzolo (3.6); sent email to opposing counsel regarding stay of case and case schedule (.1). | 3.7 | $700.00 | $2,590.00 |
|---|---|---|---|---|---|---|---|
| 2015.05.21 | KitchenAid | 074 | YOK | finished draft 23(f) petition and discussions with LTF re same | 8.8 | $375.00 | $3,300.00 |
| 2015.05.22 | KitchenAid | 074 | LTF | Reviewed revised response to 23(f) petition, discussed it with Anthony Vozzolo and Yeremey Krivoshey and arranged for filing of same. | 0.8 | $700.00 | $560.00 |
| 2015.05.22 | KitchenAid | 074 | YOK | reviewed redlines of 23(f) response and discussed same with LTF | 0.6 | $375.00 | $225.00 |
| 2015.05.26 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo (x2) regarding case schedule and call with defendant's counsel re: same. | 0.6 | $700.00 | $420.00 |
| 2015.05.29 | KitchenAid | 074 | LTF | Reviewed order on 23(f) petition and discussed it with Anthony Vozzolo, Neal Deckant and Debbie Schroeder. | 0.3 | $700.00 | $210.00 |
| 2015.06.03 | KitchenAid | 074 | LTF | Scheduled call with defendant's counsel and email exchange with Heffler regarding notice plan. | 0.2 | $700.00 | $140.00 |
| 2015.06.04 | KitchenAid | 074 | LTF | Call with defendant's counsel regarding settlement, discussed it with Yeremey Krivoshey and sent an email to Anthony Vozzolo re: same. | 0.4 | $700.00 | $280.00 |
| 2015.06.04 | KitchenAid | 074 | YOK | discussion with LTF re settlement | 0.1 | $375.00 | $37.50 |
| 2015.06.05 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo re: settlement (.2); sent email to defendant's counsel re: same (.1). | 0.3 | $700.00 | $210.00 |
| 2015.06.18 | KitchenAid | 074 | LTF | Discussed settlement with Anthony Vozzolo. | 0.3 | $700.00 | $210.00 |
| 2015.07.01 | KitchenAid | 074 | LTF | Call with Colin Weir regarding discovery. | 0.1 | $700.00 | $70.00 |
| 2015.07.01 | KitchenAid | 074 | SAB | Videoconf. w/ C. Weir re B goods damages theory | 0.2 | $875.00 | $175.00 |
| 2015.07.07 | KitchenAid | 074 | LTF | Discussed notice issues with Darin Zabriskie and Jeanne Finnegan (.4); left message for Galen Ballamy re: settlement meeting (.1). | 0.5 | $700.00 | $350.00 |
| 2015.07.15 | KitchenAid | 074 | LTF | Email exchange with Galen Bellamy regarding phone call to discuss settlement meeting. | 0.1 | $700.00 | $70.00 |
| 2015.07.17 | KitchenAid | 074 | LTF | Call with defendant's counsel re: settlement (.1); call with Anthony Vozzolo re: same (.5); sent email to Darin Zabriskie regarding notice proposal and reviewed notice proposal (.2). | 0.8 | $700.00 | $560.00 |
| 2015.07.21 | KitchenAid | 074 | LTF | Discussed settlement parameters with Scott Bursor and sent an email to Anthony Vozzolo re: same. | 0.2 | $700.00 | $140.00 |
| 2015.07.22 | KitchenAid | 074 | LTF | Email exchange with defendant's counsel regarding conference call (.1); call with Anthony Vozzolo re: settlement (.2). | 0.3 | $700.00 | $210.00 |
| 2015.07.23 | KitchenAid | 074 | LTF | Call with defendant's counsel. | 0.1 | $700.00 | $70.00 |
| 2015.07.30 | KitchenAid | 074 | LTF | Discussed settlement meeting with Anthony Vozzolo. | 0.2 | $700.00 | $140.00 |
| 2015.08.03 | KitchenAid | 074 | LTF | Left voicemail message for Galen Bellamy and sent email to Anthony Vozzolo re: same (.1); email exchange with Darin Zabriskie regarding notice plan (.1). | 0.2 | $700.00 | $140.00 |
| 2015.08.26 | KitchenAid | 074 | LTF | Discussed settlement with Anthony Vozzolo. | 0.4 | $700.00 | $280.00 |
| 2015.08.28 | KitchenAid | 074 | LTF | Email exchange with Darin Zabriskie (.1); sent email to Scott Bursor and Anthony Vozzolo regarding settlement meeting (.1). | 0.2 | $700.00 | $140.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|------|--------|---|---|-------------|-------|------|--------|
| 2015.08.31 | KitchenAid | 074 | LTF | Email exchange with Scott Bursor and Anthony Vozzolo and defendant's counsel regarding dates for settlement meeting and reviewed scheduling order from Judge Nunley. | 0.4 | $700.00 | $280.00 |
| 2015.08.31 | KitchenAid | 074 | SAB | Corresp. w/ T. Fisher re settlement negotiations | 0.2 | $875.00 | $175.00 |
| 2015.09.02 | KitchenAid | 074 | LTF | Call with Darin Zabriskie regarding settlement. | 0.2 | $700.00 | $140.00 |
| 2015.09.03 | KitchenAid | 074 | LTF | Email exchange with defendant's counsel and co-counsel regarding settlement meeting. | 0.1 | $700.00 | $70.00 |
| 2015.09.08 | KitchenAid | 074 | LTF | Email exchange with opposing counsel regarding case schedule. | 0.1 | $700.00 | $70.00 |
| 2015.09.09 | KitchenAid | 074 | LTF | Email exchange with defendant's counsel regarding settlement meeting. | 0.1 | $700.00 | $70.00 |
| 2015.09.10 | KitchenAid | 074 | AMP | Discussion at firm meeting | 0.1 | $425.00 | $42.50 |
| 2015.09.10 | KitchenAid | 074 | LTF | Email exchange with co-counsel and defendant's counsel regarding settlement meeting and discussed settlement meeting at firm meeting. | 0.4 | $700.00 | $280.00 |
| 2015.09.14 | KitchenAid | 074 | DLS | Finalized and filed joint request to extend time to file | 0.7 | $190.00 | $133.00 |
| 2015.09.14 | KitchenAid | 074 | LTF | Finalized and assisted with filing of joint report. | 0.2 | $700.00 | $140.00 |
| 2015.09.16 | KitchenAid | 074 | LTF | Reviewed order on status report and calendaring email and reviewed email from Joe Marchese regarding potential settlement structure. | 0.2 | $700.00 | $140.00 |
| 2015.09.30 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo regarding settlement meeting (.1); call and email exchange with defendant's counsel re: same (.2); sent email to co-counsel regarding same (.1). | 0.4 | $700.00 | $280.00 |
| 2015.10.02 | KitchenAid | 074 | LTF | Sent emails to clients regarding class certification and settlement. | 0.3 | $700.00 | $210.00 |
| 2015.10.05 | KitchenAid | 074 | DLS | Prepared lodestar and expenses for LTF | 2 | $190.00 | $380.00 |
| 2015.10.05 | KitchenAid | 074 | LTF | Discussed settlement meeting with Anthony Vozzolo. | 0.1 | $700.00 | $70.00 |
| 2015.10.05 | KitchenAid | 074 | RSR | Gathered NY expenses from 2012-today for Debbie's Lodestar (.3) | 0.3 | $190.00 | $57.00 |
| 2015.10.06 | KitchenAid | 074 | LTF | Reviewed lodestar, discussed it with Anthony Vozzolo and sent it to Scott Bursor. | 0.1 | $700.00 | $70.00 |
| 2015.10.07 | KitchenAid | 074 | LTF | Email exchange with Scott Bursor and Anthony Vozzolo regarding settlement meeting and sent materials for settlement meeting to Mr. Bursor and Mr. Vozzolo (.8); conference call with Mr. Bursor and Mr. Vozzolo regarding settlement (.5). | 1.3 | $700.00 | $910.00 |
| 2015.10.07 | KitchenAid | 074 | SAB | Videoconf. w/ T. Fisher and A. Vozzolo re prep for tomorrow's settlement meeting | 1.0 | $875.00 | $875.00 |
| 2015.10.08 | KitchenAid | 074 | JIM | Confer with S. Bursor about results of today's settlement meeting | 0.3 | $700.00 | $210.00 |
| 2015.10.08 | KitchenAid | 074 | LTF | Call with Scott Bursor regarding settlement (.1); reviewed term sheet and emails regarding settlement (.3). | 0.4 | $700.00 | $280.00 |
| 2015.10.08 | KitchenAid | 074 | SAB | Settlement negotiations with M. Williams, K. De Jong, & A. Vozzolo, signed term sheet | 6.0 | $875.00 | $5,250.00 |
| 2015.10.14 | KitchenAid | 074 | LTF | ███████████████████████ | 0.4 | $700.00 | $280.00 |
| 2015.10.21 | KitchenAid | 074 | LTF | Call with Darin Zabriskie regarding settlement. | 0.3 | $700.00 | $210.00 |

| 2015.10.27 | KitchenAid | 074 | LTF | Discussed settlement issues with Scott Bursor and reviewed emails from Mr. Bursor and defendant's counsel. | 0.3 | $700.00 | $210.00 |
|---|---|---|---|---|---|---|---|
| 2015.10.28 | KitchenAid | 074 | LTF | Reviewed revised draft of term sheet and related emails and drafted notice of settlement and circulated it to Scott Bursor. | 0.5 | $700.00 | $350.00 |
| 2015.10.29 | KitchenAid | 074 | DLS | Filed joint status report | 0.5 | $190.00 | $95.00 |
| 2015.10.29 | KitchenAid | 074 | LTF | Email exchange with Scott Bursor regarding status report, finalized report and arranged for it to be filed. | 0.3 | $700.00 | $210.00 |
| 2015.11.02 | KitchenAid | 074 | LTF | Discussed case status with Colin Weir. | 0.1 | $700.00 | $70.00 |
| 2015.11.24 | KitchenAid | 074 | LTF | Discussed preliminary approval motion with Julia Luster and Annick Persinger. | 0.1 | $700.00 | $70.00 |
| 2015.11.27 | KitchenAid | 074 | LTF | Reviewed draft settlement agreement and exchanged emails with Anthony Vozzolo and Scott Bursor re: same. | 0.4 | $700.00 | $280.00 |
| 2015.11.30 | KitchenAid | 074 | AMP | Reviewed settlement docs | 0.9 | $425.00 | $382.50 |
| 2015.11.30 | KitchenAid | 074 | LTF | Reviewed draft settlement agreement and discussed it with Anthony Vozzolo. | 0.4 | $700.00 | $280.00 |
| 2015.12.01 | KitchenAid | 074 | AMP | Reviewed sample motions for preliminary approval (0.7), discussed assignments with LTF (0.1) | 0.8 | $425.00 | $340.00 |
| 2015.12.01 | KitchenAid | 074 | LTF | Discussed preliminary approval motion with Annick Persinger (.1); began review of settlement agreement and notices (.5); telephone call and email exchange with Mark Linthicum (.1). | 0.7 | $700.00 | $490.00 |
| 2015.12.02 | KitchenAid | 074 | LTF | Reviewed letter from defendants' counsel and reviewed and redlined settlement agreement (.6); discussed settlement issues with Annick Persinger and Anthony Vozzolo (.3). | 0.9 | $700.00 | $630.00 |
| 2015.12.02 | KitchenAid | 074 | SAB | Settlement negotiations | 1.0 | $875.00 | $875.00 |
| 2015.12.02 | KitchenAid | 074 | YOK | reviewed letter from defense counsel re attorneys fees | 0.7 | $375.00 | $262.50 |
| 2015.12.04 | KitchenAid | 074 | LTF | Discussed preliminary approval motion with California attorneys and sent an email to Scott Bursor re: same. | 0.2 | $700.00 | $140.00 |
| 2015.12.07 | KitchenAid | 074 | LTF | Email exchange with Scott Bursor regarding settlement and preliminary approval motion and sent an email to defendant's counsel regarding same. | 0.2 | $700.00 | $140.00 |
| 2015.12.08 | KitchenAid | 074 | DLS | Prepared draft stip and proposed order extending time ; Filed stip and emailed proposed order to Judge Nunley | 1.6 | $190.00 | $304.00 |
| 2015.12.08 | KitchenAid | 074 | LTF | Email exchange with defendant's counsel regarding preliminary approval deadline and drafted stipulation and proposed order extending deadline to January 15, 2016 and arranged for filing of same. | 0.6 | $700.00 | $420.00 |
| 2015.12.14 | KitchenAid | 074 | LTF | Email exchange with client regarding settlement and discussed case at firm meeting. | 0.1 | $700.00 | $70.00 |
| 2015.12.15 | KitchenAid | 074 | LTF | Discussed case status with Anthony Vozzolo. | 0.1 | $700.00 | $70.00 |
| 2015.12.22 | KitchenAid | 074 | LTF | Reviewed and revised settlement agreement. | 0.8 | $700.00 | $560.00 |
| 2015.12.24 | KitchenAid | 074 | LTF | Reviewed and redlined settlement agreement, notices and proposed orders and exchanged emails with Scott Bursor re: same. | 2.7 | $700.00 | $1,890.00 |
| 2015.12.31 | KitchenAid | 074 | LTF | Reviewed Scott Bursor's edits to settlement agreement. | 0.1 | $700.00 | $70.00 |

| Date | Client | Code | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2016.01.07 | KitchenAid | 074 | LTF | Call with Scott Bursor regarding settlement agreement and circulated redlined draft of settlement agreement to defendant's counsel. | 0.3 | $700.00 | $210.00 |
| 2016.01.07 | KitchenAid | 074 | SAB | Revised draft redlines on settlement agreement & conf. w/ T. Fisher re same | 1.4 | $875.00 | $1,225.00 |
| 2016.01.08 | KitchenAid | 074 | JAL | Worked on preliminary approval motion (5); discussed preliminary approval papers with LTF (.2). | 5.2 | $375.00 | $1,950.00 |
| 2016.01.08 | KitchenAid | 074 | LTF | Discussed notice and proposed orders with Scott Bursor, revised same and circulated them to co-counsel and opposing counsel (1.4); discussed preliminary approval papers with Julia Luster (.2). | 1.6 | $700.00 | $1,120.00 |
| 2016.01.08 | KitchenAid | 074 | SAB | Revised draft redlines on settlement notices and related documents | 0.4 | $875.00 | $350.00 |
| 2016.01.11 | KitchenAid | 074 | AMP | Discussed settlement and MPA with LTF and SAB | 0.3 | $425.00 | $127.50 |
| 2016.01.11 | KitchenAid | 074 | JAL | Discussed preliminary approval motion with LTF, AMP, SAB (.3); reviewed LTF emails exchanged with defendant's counsel regarding extension of time (.2); drafted stip for extension of time (1); continued drafting motion (1.9) | 3.4 | $375.00 | $1,275.00 |
| 2016.01.11 | KitchenAid | 074 | LTF | Discussed preliminary approval motion with Julia Luster, Annick Persinger, and Scott Bursor (.3); exchanged emails with defendant's counsel regarding extension of time (.2); reviewed and revised stipulation regarding extension of time and sent it to defendant's counsel (.2). | 0.7 | $700.00 | $490.00 |
| 2016.01.11 | KitchenAid | 074 | SAB | Videoconf. w/ T. Fisher re settlement negotiations | 0.3 | $875.00 | $262.50 |
| 2016.01.11 | KitchenAid | 074 | YOK | discussed discovery issues with JAL, email exchange re same | 0.2 | $375.00 | $75.00 |
| 2016.01.12 | KitchenAid | 074 | JAL | Reviewed LTF emails with opposing counsel and finalized and assisted with filing of stipulation regarding request for extension of time (.2); discussed preliminary approval motion with LTF (.3); continued drafting preliminary approval motion (4) | 4.5 | $375.00 | $1,687.50 |
| 2016.01.12 | KitchenAid | 074 | LTF | Exchanged emails with opposing counsel and finalized and assisted with filing of stipulation regarding request for extension of time and discussed prelimianry approval motion with Julia Luster. | 0.5 | $700.00 | $350.00 |
| 2016.01.13 | KitchenAid | 074 | JAL | Continued drafting prelim. Approval motion | 4.5 | $375.00 | $1,687.50 |
| 2016.01.14 | KitchenAid | 074 | LTF | ███████████████████████ | 0.1 | $700.00 | $70.00 |
| 2016.01.15 | KitchenAid | 074 | JAL | Continued drating prelim approval brief | 3.4 | $375.00 | $1,275.00 |
| 2016.01.15 | KitchenAid | 074 | LTF | ███████████████████████ | 0.1 | $700.00 | $70.00 |
| 2016.01.16 | KitchenAid | 074 | LTF | ███████████████████████ | 0.1 | $700.00 | $70.00 |
| 2016.01.20 | KitchenAid | 074 | JAL | Continued drafting motion for prelim. Approval | 2.9 | $375.00 | $1,087.50 |
| 2016.01.22 | KitchenAid | 074 | JAL | Continued drafting prelim. Approval motion | 3 | $375.00 | $1,125.00 |
| 2016.01.22 | KitchenAid | 074 | LTF | Sent email to defendant's counsel regarding settlement. | 0.1 | $700.00 | $70.00 |
| 2016.01.24 | KitchenAid | 074 | LTF | ███████████████████████ | 0.1 | $700.00 | $70.00 |
| 2016.01.25 | KitchenAid | 074 | LTF | Call with Scott Bursor regarding revised settlement agreement and reviewed revised settlement agreement (.4); discussed settlement issues with Anthony Vozzolo (.1). | 0.5 | $700.00 | $350.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2016.01.26 | KitchenAid | 074 | JAL | Left message w/LTF for defendant's counsel regarding settlement agreement, reviewed agreement and email from defendant's counsel and discussed preliminary approval motion with LTF; Proofed prelim. Approval motion | 1.5 | $375.00 | $562.50 |
| 2016.01.26 | KitchenAid | 074 | LTF | Left message for defendant's counsel regarding settlement agreement, reviewed agreement and email from defendant's counsel and discussed preliminary approval motion with Julia Luster. | 0.5 | $700.00 | $350.00 |
| 2016.01.27 | KitchenAid | 074 | JAL | Discussed settlement agreement with LTF. | 0.5 | $375.00 | $187.50 |
| 2016.01.27 | KitchenAid | 074 | LTF | Discussed settlement agreement with Scott Bursor and Julia Luster and worked on settlement agreement and exchanged emails with opposing counsel regarding Mercury Interactive issue and settlement agreement. | 1.3 | $700.00 | $910.00 |
| 2016.01.27 | KitchenAid | 074 | SAB | Videoconf. w/ T. Fisher re settlement negotiations | 0.2 | $875.00 | $175.00 |
| 2016.01.29 | KitchenAid | 074 | LTF | Call with defendant's counsel regarding settlement agreement and reviewed redlined agreement and email from defendant's counsel. | 0.3 | $700.00 | $210.00 |
| 2016.01.29 | KitchenAid | 074 | TAR | Edit proposed settlement agreement | 1.3 | $250.00 | $325.00 |
| 2016.02.01 | KitchenAid | 074 | JAL | Reviewed TAR redlines, incorporated edits, proofed and ciruclated preliminary approval brief (2.8); discussed brief with LTF (.1); reviewed finalized settlement agreement and emails with Defense counsel re same (.3) | 3.2 | $375.00 | $1,200.00 |
| 2016.02.01 | KitchenAid | 074 | LTF | ███████████████████ | 1.9 | $700.00 | $1,330.00 |
| 2016.02.01 | KitchenAid | 074 | SAB | revised draft settlement agreement | 1.2 | $875.00 | $1,050.00 |
| 2016.02.02 | KitchenAid | 074 | AMP | Reviewed and revised preliminary approval motion | 1.2 | $425.00 | $510.00 |
| 2016.02.02 | KitchenAid | 074 | JAL | Circulated final settlement agreement to SAB for signature (.1); added LTF and AMP redlines to settlement agreement, and AV edits, and recircualted (1.8) | 1.9 | $375.00 | $712.50 |
| 2016.02.02 | KitchenAid | 074 | LTF | ███████████████████ | 2.2 | $700.00 | $1,540.00 |
| 2016.02.03 | KitchenAid | 074 | JAL | Proofed prelim. Approval motion (1); reviewed rules and filing procedures and sent email to AV re same (.8) | 1.8 | $375.00 | $675.00 |
| 2016.02.03 | KitchenAid | 074 | LTF | ███████████████████ | 0.4 | $700.00 | $280.00 |

| 2016.02.03 | KitchenAid | 074 | SAB | Finalized and executed settlement agreement | 0.5 | $875.00 | $437.50 |
|---|---|---|---|---|---|---|---|
| 2016.02.04 | KitchenAid | 074 | JAL | Updated MPA with redlines from co-counsel and defense counsel and re-circulated (3); drafted ancillary documents (4), including declaration and exhibits | 7 | $375.00 | $2,625.00 |
| 2016.02.04 | KitchenAid | 074 | LTF | Worked with Julia Luster on incorporating edits into preliminary approval brief and exchanged emails with defendant's counsel. | 1.6 | $700.00 | $1,120.00 |
| 2016.02.05 | KitchenAid | 074 | DLS | Prepared TOC/TOA to Motion for Preliminary Approval; Finalized and filed all documents; Emailed proposed order to Judge Nunley | 3 | $190.00 | $570.00 |
| 2016.02.05 | KitchenAid | 074 | JAL | Finalize and file MPA | 7 | $375.00 | $2,625.00 |
| 2016.02.05 | KitchenAid | 074 | LTF | Reviewed preliminary approval motion, discussed it with Scott Bursor, Julia Luster and Debbie Schroeder and assisted with filing. | 1.8 | $700.00 | $1,260.00 |
| 2016.02.08 | KitchenAid | 074 | DLS | Coordinated chamber delivery of preliminary approval motion | 0.4 | $190.00 | $76.00 |
| 2016.02.09 | KitchenAid | 074 | LTF | Reviewed email from Anthony Vozzolo regarding lawyer fees. | 0.1 | $700.00 | $70.00 |
| 2016.02.10 | KitchenAid | 074 | LTF | Video conference with Scott Bursor regarding fee application and discussed fee application with Debbie Schroeder. | 0.2 | $700.00 | $140.00 |
| 2016.03.04 | KitchenAid | 074 | DLS | Updated time records | 2 | $190.00 | $380.00 |
| 2016.03.23 | KitchenAid | 074 | JIM | Settlement call with S. Bursor and M. Williams | 0.5 | $700.00 | $350.00 |
| 2016.03.23 | KitchenAid | 074 | SAB | Teleconf. w/ M. Williams re settlement negotiations | 0.3 | $875.00 | $262.50 |
| 2016.05.16 | KitchenAid | 074 | LTF | ███████████████████████ | 0.1 | $700.00 | $70.00 |
| 2016.06.29 | KitchenAid | 074 | DLS | Reviewed order for dates to calendar | 0.4 | $190.00 | $76.00 |
| 2016.07.01 | KitchenAid | 074 | DLS | Calendared dates per the preliminary approval order | 0.9 | $190.00 | $171.00 |
| 2016.08.16 | KitchenAid | 074 | LTF | Discussed attorneys' fees and notice deadlines with Scott Bursor and Anthony Vozzolo. | 0.2 | $700.00 | $140.00 |
| 2016.08.16 | KitchenAid | 074 | SAB | Teleconf. w/ A. Vozzolo re class notice issue (.4); videoconf. w/ T. Fisher re same (.2); voicemail to M. Williams re same (.1) | 0.7 | $875.00 | $612.50 |
| 2016.08.19 | KitchenAid | 074 | LTF | Reviewed emails regarding amount of fee request and discussed same with Scott Bursor. | 0.2 | $700.00 | $140.00 |
| 2016.08.25 | KitchenAid | 074 | JIM | Review and circulate materials for attorneys' fee negotiation | 0.1 | $700.00 | $70.00 |
| 2016.08.25 | KitchenAid | 074 | LTF | Reviewed article regarding fee dispute in related case and exchanged emails with Annick Persinger regarding same. | 0.2 | $700.00 | $140.00 |
| 2016.08.29 | KitchenAid | 074 | AMP | Reviewed briefing and cited cases in Whirlpool/Kenmore case in preparation for motion for final approval | 2.6 | $425.00 | $1,105.00 |
| 2016.08.30 | KitchenAid | 074 | AMP | Continued review of briefing and voluminous declarations in Chambers v. Whirlpool to prep for motion for final approval | 3.3 | $425.00 | $1,402.50 |
| 2016.08.30 | KitchenAid | 074 | LTF | Reviewed calendar regarding notice deadlines and discussed same with defendant's counsel. | 0.1 | $700.00 | $70.00 |
| 2016.09.01 | KitchenAid | 074 | LTF | Discussed status of notice program with Scott Bursor. | 0.1 | $700.00 | $70.00 |
| 2016.09.03 | KitchenAid | 074 | LTF | Reviewed article regarding Chambers case and exchanged emails with Scott Bursor and Anthony Vozzolo regarding fee dispute in that case. | 0.2 | $700.00 | $140.00 |
| 2016.09.06 | KitchenAid | 074 | DLS | Filed Wyatt declaration | 0.4 | $190.00 | $76.00 |
| 2016.09.06 | KitchenAid | 074 | LTF | Reviewed KCC declaration and exchanged emails with KCC and defendant's counsel regarding same and arranged for filing of declaration. | 0.5 | $700.00 | $350.00 |

| 2016.09.23 | KitchenAid | 074 | LTF | Sent class member email to KCC. | 0.1 | $700.00 | $70.00 |
|---|---|---|---|---|---|---|---|
| 2016.10.18 | KitchenAid | 074 | LTF | Discussed plaintiffs' claim submissions with Annick Persinger. | 0.1 | $700.00 | $70.00 |
| 2016.11.04 | KitchenAid | 074 | AMP | Contacted Kyle Dei Rossi | 0.2 | $425.00 | $85.00 |
| 2016.11.14 | KitchenAid | 074 | LTF | Call with Kyle Dei Rossi and discussed plaintiff claim submission with Annick Persinger. | 0.3 | $700.00 | $210.00 |
| 2016.11.22 | KitchenAid | 074 | LTF | Discussed claim submission process with Annick Persinger. | 0.1 | $700.00 | $70.00 |
| 2017.01.09 | KitchenAid | 074 | AMP | Reviewed claims chart from KCC (0.5); discussed same with LTF (0.2); discussed same with SAB (0.1) | 0.8 | $425.00 | $340.00 |
| 2017.01.09 | KitchenAid | 074 | LTF | Reviewed claim rejection spreadsheet and discussed it with Scott Bursor, Annick Persinger and Yeremey Krivoshey and left message for Patrick Ivie regarding same. | 1.2 | $700.00 | $840.00 |
| 2017.01.10 | KitchenAid | 074 | LTF | Email exchange with Patrick Ivie regarding claim rejection (.1) call with Patrick Ivie regarding same (.2); discussed fee application with Annick Persinger and Debbie Schroeder (.2). | 0.5 | $700.00 | $350.00 |
| 2017.01.11 | KitchenAid | 074 | LTF | Call with Tim Peter regarding claims issue and fee motion. | 0.2 | $700.00 | $140.00 |
| 2017.01.13 | KitchenAid | 074 | LTF | Email exchange with Barbara Rohr and Tim Peter regarding rejected claims. | 0.3 | $700.00 | $210.00 |
| 2017.01.17 | KitchenAid | 074 | DLS | Prepared updated lodestar and emailed to LTF | 1.4 | $190.00 | $266.00 |
| 2017.01.17 | KitchenAid | 074 | LTF | Email exchange and video conference with Scott Bursor regarding fee motion (.2); reviewed lodestar, discussed it with Debbie Schroeder and exchanged emails with co-counsel regarding same (.4). | 0.6 | $700.00 | $420.00 |
| 2017.01.17 | KitchenAid | 074 | SAB | videoconf. w/ T. Fisher re settlement negotiations on fee dispute (.2) | 0.2 | $875.00 | $175.00 |
| 2017.01.18 | KitchenAid | 074 | AMP | Call with Belamy with LTF/YOK (0.1); reviewed agreement (0.7); reviewed preliminary approval order (0.5), calculated deadlines (0.5); reviewed and shepardized cases cited in the Chambers case related to fees and benefit to the class (5.4) | 7.2 | $425.00 | $3,060.00 |
| 2017.01.18 | KitchenAid | 074 | DLS | Worked on formatting of time records | 0.5 | $190.00 | $95.00 |
| 2017.01.18 | KitchenAid | 074 | LTF | Telephone call with defendant's counsel regarding fee motion and discussed same with Scott Bursor and Annick Persinger and gathered lodestar and cost information and discussed time records with Tim Peter and Debbie Schroeder. | 1.8 | $700.00 | $1,260.00 |
| 2017.01.18 | KitchenAid | 074 | SAB | Conf. call w/ G. Bellamy, T. Fisher, A. Persinger re settlement negotiations | 0.4 | $875.00 | $350.00 |
| 2017.01.19 | KitchenAid | 074 | DLS | Fixed formatting of time reports | 0.6 | $190.00 | $114.00 |
| 2017.01.19 | KitchenAid | 074 | LTF | Reviewed and revised time records and discussed them with Debbie Schroder (2.4); sent email to Patrick Ivie to discuss claim rejection situaton (.1). | 2.5 | $700.00 | $1,750.00 |
| 2017.01.20 | KitchenAid | 074 | DLS | Reviewed time reports | 0.9 | $190.00 | $171.00 |
| 2017.01.20 | KitchenAid | 074 | LTF | Call with Patrick Ivie regarding notice issue and discussed same with Annick Persinger (.3); discussed diaries with Debbie Schroeder and Scott Bursor (.2). | 0.5 | $700.00 | $350.00 |
| 2017.01.20 | KitchenAid | 074 | AMP | Call with Ivie (0.2); worked on final approval research re claims made (1.6) | 1.8 | $425.00 | $765.00 |

| Date | Client | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2017.01.23 | KitchenAid | 074 | AMP | Continued research for final approval in claims made deals, began drafting detailed chart re same | 7.4 | $425.00 | $3,145.00 |
| 2017.01.23 | KitchenAid | 074 | DLS | Reviewed time reports | 0.6 | $190.00 | $114.00 |
| 2017.01.24 | KitchenAid | 074 | LTF | Discussed diaries with Debbie Schroeder and Annick Persinger and left message for defendant's counsel regarding deadline to file fee motion. | 0.4 | $700.00 | $280.00 |
| 2017.01.25 | KitchenAid | 074 | AMP | continued work on final approval research chart | 3.6 | $425.00 | $1,530.00 |
| 2017.01.25 | KitchenAid | 074 | DLS | Reviewed time reports | 0.6 | $190.00 | $114.00 |
| 2017.01.25 | KitchenAid | 074 | LTF | Discussed diaries with Annick Persinger and Debbie Schroeder and sent an email to Patrick Ivie regarding class member deficiencies. | 0.4 | $700.00 | $280.00 |
| 2017.01.26 | KitchenAid | 074 | AMP | Worked on exhibits to fee motion (4.2); drafted stipulation regarding briefing schedule (2.4) | 6.6 | $425.00 | $2,805.00 |
| 2017.01.26 | KitchenAid | 074 | LTF | Reviewed and circulated stipulation regarding fee motion briefing schedule and exchanged emails with Annick Persinger and defendant's counsel regarding same. | 0.2 | $700.00 | $140.00 |
| 2017.01.27 | KitchenAid | 074 | AMP | Finalized stipulation and filed | 0.5 | $425.00 | $212.50 |
| 2017.01.27 | KitchenAid | 074 | DLS | Filed stip and prop order to extend time; emailed prop order to Judge | 0.5 | $190.00 | $95.00 |
| 2017.01.27 | KitchenAid | 074 | LTF | Discussed time records and fee brief stipulation with Annick Persinger and exchanged emails with Yeremey Krivoshey regarding time records. | 0.2 | $700.00 | $140.00 |
| 2017.01.31 | KitchenAid | 074 | LTF | Discussed time records with Yeremey Krivoshey. | 0.1 | $700.00 | $70.00 |
| 2017.02.01 | KitchenAid | 074 | LTF | Reviewed deficiency spreadsheet and exchanged emails with KCC regarding same. | 0.2 | $700.00 | $140.00 |
| 2017.02.03 | KitchenAid | 074 | AMP | Reviewed time records | 3.1 | $425.00 | $1,317.50 |
| 2017.02.03 | KitchenAid | 074 | LTF | Worked on B&F diaries. | 1.8 | $700.00 | $1,260.00 |
| 2017.02.04 | KitchenAid | 074 | LTF | Reviewed time records. | 0.7 | $700.00 | $490.00 |
| 2017.02.06 | KitchenAid | 074 | DLS | Redacted time entries | 1.3 | $190.00 | $247.00 |
| 2017.02.06 | KitchenAid | 074 | LTF | Finalized diaries and discussed them with Debbie Schroeder (.6); reviewed Faruqi diaries and prepared to send them to defendant's counsel and discussed them with Debbie Schroeder (.3); discussed calls to deficient claimants with Thomas Reyda and exchanged emails with co-counsel regarding same (.3); discussed fee motion with Joel Smith and Yeremey Krivoshey (.1). | 1.3 | $700.00 | $910.00 |
| 2017.02.07 | KitchenAid | 074 | DLS | Prepared time entries summary | 0.9 | $190.00 | $171.00 |
| 2017.02.07 | KitchenAid | 074 | LTF | Finalized and circulated time records and exchanged emails with defendant's counsel regarding same (.5); call with Barbara Rohr, Tim Peter and Thomas Reyda regarding deficient claims and discussed same with Debbie Schroeder and exchanged emails with KCC regarding same (.6). | 1.1 | $700.00 | $770.00 |
| 2017.02.07 | KitchenAid | 074 | TAR | Participate in call re deficient claims w/LTF | 0.7 | $250.00 | $175.00 |
| 2017.02.09 | KitchenAid | 074 | TAR | Contact KCC re sufficiency of documentation to show someone is a member of the class/review deficient claims | 0.6 | $250.00 | $150.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2017.02.16 | KitchenAid | 074 | LTF | Discussed class member outreach with Barbara Rohr (.2); prepared to write fee declaration and discussed same with Thomas Reyda (.4). | 0.6 | $700.00 | $420.00 |
| 2017.02.16 | KitchenAid | 074 | TAR | Format Motion for Final Approval | 2 | $250.00 | $500.00 |
| 2017.02.17 | KitchenAid | 074 | LTF | Worked on declaration in support of motion for attorneys' fees and discussed fee motion and final approval motion with Thomas Reyda. | 2.2 | $700.00 | $1,540.00 |
| 2017.02.17 | KitchenAid | 074 | TAR | Review Settlement Agreement | 0.8 | $250.00 | $200.00 |
| 2017.02.21 | KitchenAid | 074 | LTF | Call with Anthony Vozzolo regarding fee declaration. | 0.2 | $700.00 | $140.00 |
| 2017.02.22 | KitchenAid | 074 | LTF | Discussed fee declaration and motion with Tim Peter and Thomas Reyda and worked on fee declaration. | 0.9 | $700.00 | $630.00 |
| 2017.02.23 | KitchenAid | 074 | LTF | Worked on fee declaration (2.4); discussed claim issues with Barbara Rohr (x2) and reviewed emails regarding same (.8). | 3.2 | $700.00 | $2,240.00 |
| 2017.02.23 | KitchenAid | 074 | TAR | Draft Motion for Final Approval | 2.5 | $250.00 | $625.00 |
| 2017.02.24 | KitchenAid | 074 | LTF | Worked on fee declaration and discussed it with Anthony Vozzolo, Debbie Schroeder and Thomas Reyda. | 4.5 | $700.00 | $3,150.00 |
| 2017.02.24 | KitchenAid | 074 | TAR | Draft Motion for Final Approval | 2.6 | $250.00 | $650.00 |
| | | | | | **1,887.10** | | **$924,815.00** |

**EXHIBIT C**

**Bursor & Fisher, P.A. - KitchenAid Itemized Expenses**

| | | | |
|---|---|---|---|
| | | $11,330.81 | Total Filing, Court Reporter, & Witness Fees |
| | | $25,825.43 | Total Expert & Third Party Litigation Support Services |
| | | $1,059.56 | Total Catering & Meals |
| | | $1,362.14 | Total Duplication, Postage & Supplies |
| | | $4,889.92 | Total Transportation & Lodging |
| | | **$44,467.86** | **Total Expenses** |

**Filing, Court Reporter, & Witness Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2012.01.09 | KitchenAid | $350.00 | Court fee for filing complaint |
| 2014.08.19 | KitchenAid | $200.00 | USDC E.D.Cal. - JIM PHV application |
| 2014.09.09 | KitchenAid | $1,407.36 | Veritext - Weir Transcript |
| 2014.09.11 | KitchenAid | $916.60 | Veritext- Dei Rossi Transcript |
| 2014.09.11 | KitchenAid | $861.05 | Veritext- Linthicum Transcript |
| 2014.12.08 | KitchenAid | $2,510.40 | Veritext- Carol Scott Depo Video and Transcript |
| 2014.12.08 | KitchenAid | $959.10 | Veritext- Fessler Depo Video and Transcript |
| 2014.12.08 | KitchenAid | $4,126.30 | Veritext-Marais Depo Video and Transcript |
| | | **$11,330.81** | **Total Filing, Court Reporter, & Witness Fees** |

**Experts & Third Party Lititgation Support**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2014.07.03 | KitchenAid | $2,812.50 | Economics and Technology, Inc. |
| 2014.08.04 | KitchenAid | $8,962.50 | Economics and Technology, Inc. |
| 2014.09.04 | KitchenAid | $5,125.43 | Economics and Technology, Inc. |
| 2014.10.07 | KitchenAid | $1,968.75 | Economics and Technology, Inc. |
| 2014.11.19 | KitchenAid | $1,350.00 | Economics and Technology, Inc. |
| 2014.12.03 | KitchenAid | $506.25 | Economics and Technology, Inc. |
| 2015.01.19 | KitchenAid | $5,100.00 | Dr. Elizabeth Howlett and John Sabelli |
| | | **$25,825.43** | **Total Expert & Third Party Litigation Support Services** |

**Catering & Meals**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2012.03.02 | KitchenAid | $211.61 | Faz America - dinner with client |
| 2012.09.05 | KitchenAid | $3.75 | Jamba Juice |
| 2012.12.05 | KitchenAid | $24.57 | Chipotle |
| 2013.04.24 | KitchenAid | $7.36 | Chick-Fil-A |
| 2013.08.05 | KitchenAid | $17.41 | Miraku Restaurant - LTF |
| 2013.08.05 | KitchenAid | $31.83 | El Charro - LTF |
| 2014.04.11 | KitchenAid | $162.84 | Market Tavern - dinner w/ plaintiff |
| 2014.06.06 | KitchenAid | $74.30 | Mountain Mikes Pizza |
| 2014.06.08 | KitchenAid | $9.74 | Starbucks |
| 2014.06.08 | KitchenAid | $5.44 | Jamba Juice |
| 2014.06.08 | KitchenAid | $14.15 | McDonalds |
| 2014.06.09 | KitchenAid | $42.43 | Checkers Downtown |
| 2014.06.09 | KitchenAid | $35.91 | Islands Restaurant |
| 2014.06.10 | KitchenAid | $32.92 | Johnny Rockets |
| 2014.06.17 | KitchenAid | $79.54 | The Counter Walnut Creek |
| 2014.10.09 | KitchenAid | $31.00 | A Sweet Affair - depo catering |
| 2014.10.15 | KitchenAid | $40.75 | A Sweet Affair - depo catering |
| 2014.10.17 | KitchenAid | $7.87 | Carl's Jr. |
| 2014.10.17 | KitchenAid | $7.25 | Starbucks |

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2014.10.27 | KitchenAid | $6.99 | Jamba Juice |
| 2014.10.27 | KitchenAid | $37.95 | The Phoenician Dining |
| 2014.11.21 | KitchenAid | $73.57 | Pancoast Pizza |
| 2015.10.08 | KitchenAid | $100.38 | Red Eye Grill |
| | | $1,059.56 | Total Catering & Meals |
| | | | |
| | | | |
| **Duplication, Postage & Supplies** | | | |
| | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 2012.02.26 | KitchenAid | $67.62 | Fed Ex |
| 2012.03.01 | KitchenAid | $64.28 | Fed Ex |
| 2012.12.06 | KitchenAid | $171.25 | First Legal Network |
| 2013.06.05 | KitchenAid | $102.50 | First Legal - Courtesy Copy |
| 2013.08.30 | KitchenAid | $61.25 | First Legal Network- Chamber Copy |
| 2014.03.08 | KitchenAid | $75.13 | FedEx |
| 2014.03.28 | KitchenAid | $49.40 | Norco Overnight- Delivery of Chamber Copy |
| 2014.06.09 | KitchenAid | $5.77 | Corner Store |
| 2014.06.09 | KitchenAid | $62.36 | Corner Store |
| 2014.08.15 | KitchenAid | $24.70 | Norco Delivery Services |
| 2014.09.11 | KitchenAid | $262.52 | IPN/Payment Network |
| 2014.10.11 | KitchenAid | $75.70 | FedEx |
| 2014.11.25 | KitchenAid | $29.94 | Norco Delivery Services |
| 2015.04.01 | KitchenAid | $202.09 | IPN Payment Network |
| 2016.04.08 | KitchenAid | $107.63 | First Legal - Chamber Delivery |
| | | $1,362.14 | Total Duplication, Postage & Supplies |
| | | | |
| | | | |
| **Transportation & Lodging** | | | |
| | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 2012.09.05 | KitchenAid | $163.49 | Holiday Inn |
| 2012.12.06 | KitchenAid | $9.25 | Taxi |
| 2013.08.05 | KitchenAid | $10.80 | Taxi |
| 2014.05.08 | KitchenAid | $68.93 | LTF Expenses- Mileage; Travel to Dinner |
| 2014.06.04 | KitchenAid | $500.00 | Southwest Airlines - depo prep |
| 2014.06.04 | KitchenAid | $500.00 | Southwest Airlines |
| 2014.06.06 | KitchenAid | $280.00 | Leap of Faith Limosine |
| 2014.06.09 | KitchenAid | $70.77 | Alamo Rent-A-Car |
| 2014.06.09 | KitchenAid | $44.00 | Oakland International Airport |
| 2014.06.10 | KitchenAid | $322.40 | Hilton - depo prep |
| 2014.06.10 | KitchenAid | $319.83 | Hilton Checkers LA |
| 2014.06.11 | KitchenAid | $251.95 | Embassy Suites |
| 2014.06.11 | KitchenAid | $337.52 | Embassy Suites Sacramento |
| 2014.07.21 | KitchenAid | $131.13 | LTF Expenses- Mileage; Bridge Toll; Tips |
| 2014.07.21 | KitchenAid | $72.32 | LTF Expenses - Mileage |
| 2014.08.27 | KitchenAid | $78.00 | Dial 7 |
| 2014.09.10 | KitchenAid | $78.50 | Dial 7 |
| 2014.10.13 | KitchenAid | $468.20 | Southwest Airlines |
| 2014.10.17 | KitchenAid | $15.80 | Uber |
| 2014.10.17 | KitchenAid | $22.00 | Oakland International Airport |
| 2014.10.18 | KitchenAid | $270.19 | Double Tree |
| 2014.10.24 | KitchenAid | $698.20 | Southwest Airlines |
| 2014.10.27 | KitchenAid | $27.32 | AAA Taxi |
| 2014.10.28 | KitchenAid | $22.00 | Oakland International Airport |
| 2014.11.14 | KitchenAid | $91.16 | LTF Expenses- Cab, Mileage |
| 2014.12.08 | KitchenAid | $36.16 | LTF Expenses-Mileage |
| | | $4,889.92 | Total Transportation & Lodging |

**EXHIBIT D**





LAW | April 9, 2013, 4:48 p.m. ET

# On Sale: The $1,150-Per-Hour Lawyer

*Lawyer Fees Keep Growing, But Don't Believe Them. Clients Are Demanding, and Getting, Discounts*

| Article | Video | Stock Quotes | Comments (38) | MORE IN LAW » |

Email   Print

By JENNIFER SMITH

Top partners at leading U.S. law firms are charging more than ever before, yet those hourly rates aren't all they appear to be.



Top partners at leading U.S. law firms are charging more than ever — routinely $1,150 or more an hour — but after discounts and write-offs the nosebleed rates aren't all they appear to be. Jennifer Smith reports. Photo: Getty Images.

Having blown past the once-shocking price tag of $1,000 an hour, some sought-after deal, tax and trial lawyers are commanding hourly fees of $1,150 or more, according to an analysis of billing rates compiled from public filings.

But, as law firms boost their standard rates, many are softening the blow with widespread discounts and write-offs, meaning fewer clients are paying full freight. As a result, law firms on average are collecting fewer cents on the dollar, compared with their standard, or "rack," rates, than they have in years.

Think of hourly fees "as the equivalent of a sticker on the car at a dealership," said legal consultant Ward Bower, a principal at Altman Weil Inc. "It's the beginning of a negotiation....Law firms think they are setting the rates, but clients are the ones determining what they're going to pay."



Star lawyers still can fetch a premium, and some of them won't budge on price. The number of partners billing $1,150-plus an hour has more than doubled since this time last year, according to Valeo Partners, a consulting firm that maintains a database of legal rates pulled from court filings and other publicly disclosed information. More than 320 lawyers in the firm's database billed at that level in the first quarter of 2013, up from 158 a year earlier.



see how Knobbe Martens wins again and again. »

Knobbe | Martens
INTELLECTUAL PROPERTY LAW



THE NEW PORTFOLIO TOOL ON WSJ.COM:
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS
LEARN MORE

**Don't Miss**                                    [?]

   



Mossberg on Apple's New iPhones   Shark Eats Shark in Wild New Photo   Five False Assumptions About The Rich

**More in Law**

China's Baby-Milk Issues Flare Anew

**Popular Now**          What's This?

1   Where Job Growth Is Coming

Case 2:12-cv-00125-TLN-CKD   Document 180-1   Filed 03/03/17   Page 106 of 161

That gilded circle includes tax experts such as Christopher Roman of King & Spalding LLP and Todd Maynes of Kirkland & Ellis LLP, intellectual-property partner Nader A. Mousavi of Sullivan & Cromwell LLP, and deal lawyers such as Kenneth M. Schneider of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Those lawyers and their firms either declined to comment or didn't reply to requests for comment.

When corporate legal departments need a trusted hand to fend off a hostile takeover or win a critical court battle, few general counsels will nitpick over whether a key lawyer is charging $900 an hour or $1,150 an hour. But for legal matters where their future isn't on the line, companies are pushing for—and winning—significant price breaks.

"We almost always negotiate rates down from the rack rates," said Randal S. Milch, general counsel for phone giant Verizon Communications Inc. VZ +0.29% The result, he said, is a "not-insignificant discount."

For the bread-and-butter work that many big law firms rely on, haggling has become the norm. Many clients grew accustomed to pushing back on price during the recession and continue to demand discounts.

Some companies insist on budgets for their legal work. If a firm billing by the hour exceeds a set cap, lawyers may have to write off some of that time.

Other clients refuse to work with firms who don't discount, lopping anywhere from 10% to 30% off their standard rates. Some may grant rate increases to individual partners or associates they deem worthy. Another tactic: locking in prices with tailored multiyear agreements with formulas governing whether clients grant or refuse a requested rate increase.

In practical terms, that means the gap between law firms' sticker prices and the amount of money they actually bill and collect from their clients is wider than it has been in years.

According to data collected by Thomson Reuters Peer Monitor, big law firms raised their average standard rate by about 9.3% over the past three years. But they weren't able to keep up on the collection side, where the increase over the same period was just 6%. Firms that used to collect on average about 92 cents for every dollar of standard time their lawyers worked in 2007, before the economic downturn, now are getting less than 85 cents. "That's a historic low," said James Jones, a senior fellow at the Center for the Study of the Legal Profession at Georgetown Law.

To be sure, things have certainly picked up some since the recession, when some clients flat-out refused to pay rate increases.

In the first quarter of 2013, the 50 top-grossing U.S. law firms boosted their partner rates by as much as 5.7%, billing on average between $879 and $882 an hour, according to Valeo Partners. Rates for junior lawyers, whose labors have long been a profit engine for major law firms, jumped even more.

While some clients resisted using associate lawyers during the downturn, refusing to pay hundreds of dollars an hour for inexperienced first- or second-year attorneys, the largest U.S. law firms have managed to send the needle back up again. This year, for the first time, the average rate for associates with one to four years of experience rose to $500 an hour, according to Valeo.

The increases continue the upward trend of 2012, when legal fees in general rose 4.8% and associate billing rates rose by 7.4%, according to a coming report by TyMetrix Legal Analytics, a unit of Wolters Kluwer WKL.AE +0.95% and CEB, a research and advisory-services company. Those numbers are based on legal-spending data from more than 17,000 law firms.

2 **Steps to Better Foot Health** 

3 **Opinion: The Power of 218** 

4 **Shooting Suspect Had Record of Gun Use** 

5 **Jetpacks Are Coming—From New Zealand** 

Show 5 More



**Press Release Marketing**
Effective Affordable Distribution. Attract New Clients Now. Learn How!
publicity.24-7pressrelease.com/

**SUPER PC Multiple Monitor**
The Original Multi-Monitor Store! Buy Multi-Screen Computers & Displays
www.Multi-Monitors.com

**world news cnn online**
Improve Network Infrastructure. Expert Advice & Industry Trends.
techtarget.com/Network-Structure

**Content from our Sponsors** [?]

  

HEBREW NATIONAL
**A Southern Spin on Grilled Franks**

DIVR.IT
**Arroz con Pollo al Estilo Puertorriqueño**

HCPLIVE
**Kids with Neurological Disorders No More Likely to Get Flu Vaccine**

More than a dozen leaders at major law firms declined to discuss rate increases on the record, though some said privately that the increase in associate rates could be caused in part by step increases as junior lawyers gain in seniority.

Joe Sims, an antitrust partner at Jones Day and former member of the firm's partnership committee, said clients don't mind paying for associates, as long as they feel they are getting their money's worth.

Sophisticated clients, he said, tend to focus on the overall price tag for legal work, not on individual rates. "They are more concerned about how many people are working on the project and the total cost of the project," Mr. Sims said. "Clients want value no matter who is on the job."

While a handful of elite lawyers have successfully staked out the high end—the deal teams at Wachtell, Lipton, Rosen & Katz, for example—legal experts say that client pressure to control legal spending means most law firms must be considerably more flexible on price.

"There will always be some 'bet the company' problem where a client will not quibble about rates," said Mr. Jones, the Georgetown fellow. "Unfortunately, from the law firms' standpoint, that represents a small percentage of the work."

**Write to** Jennifer Smith at jennifer.smith@wsj.com

JOIN THE DISCUSSION                    MORE IN
38 Comments, add yours »             Law »

Email    Print              Order Reprints

THE NEW PORTFOLIO TOOL ON WSJ.COM                LEARN MORE
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS

OMVS Stock Pick Win
Opportunities Abound with This Company--Invest Today, Free Info!
www.OnTheMoveSystems.com

Mortgage Rates Hit 2.87%
White House Program Cuts Up to $1k off Monthly Payments! (3.12% APR)
www.SeeRefinanceRates.com

Warren Buffett Confesses
Warren Buffetts Shocking Confession Will Change your Investing Strategy
www.MarketTrendSignal.com

The End Of Obama?
This looming scandal could ruin the 44th President and disrupt the...
StansberryResearch.com

**Don't Miss**



Model Behavior Storms Social Media



Top Five Cars at the Frankfurt Motor Show



How Gang Rape Is Changing India's Laws



Billionaire Builds High-End Resort Town in Swiss Alps

**You Might Like**

Woman Tries to Sell Daughter's Virginity

Jeep's new Wrangler makes a statement. You might not want to hear it

**Content from our Sponsors**
What's this?

Immigrant Scientists Launch Braintrust - Create 1000 American Jobs (Entrepreneur.com)

Living Together Before Marriage Stalls

Companies are increasingly choosing to generate their own power, delivering a jolt to utilities

Redbox's DVD-rental business is weaker than expected

Three Things Every Leader Should Do in a Meeting (The Inkslt Network)

Made in the west doesn't always work in asia (Singapore Sessions)

How Retailers Beat Amazon At Its Own Game: INFOGRAPHIC (Meet The Future of Retail)

The Worst Business Lawyer Habit: "Punchbowling" (Legal Productivity)

## Add a Comment

View All Comments (38)

JOURNAL COMMUNITY

Community rules

To add a comment please

**Log in**

**Create an Account**

Your real name is required for commenting.

☐ Track replies to my comment

CLEAR    POST



**$1 A WEEK** for **12 WEEKS**

**WSJ SUBSCRIBER'S CONTENT PROVIDES:**

• WSJ Portfolio a revolutionary investment tool that syncs and tracks all your investments
• Mobile Apps global news, in-depth analysis and real time quotes anytime anywhere
• WSJ Weekend Travel, real estate, personal finance and expanded lifestyle coverage

SUBSCRIBE NOW

## Editors' Picks











Antibiotics Losing Battle Against Bugs: Report

For TV Shows, It's a Seller's Market

Are You Ready for a Jetpack?

The 400 Richest Americans: Who's New on the List?

Steps to Better Foot Health

☐ ☐ ☐ ☐ ☐ ☐ ☐    Subscribe / Login    Back to Top

| Customer Service | Policy | Advertise | Tools & Features | More |
|---|---|---|---|---|
| Customer Center | Privacy Policy | Advertise | Apps | Register for Free |
| New! Live Help | Data Policy | Place a Classified Ad | Newsletters and Alerts | Reprints |
| Contact Us | Copyright Policy | Sell Your Home | Graphics & Photos | Content Partnerships |
| WSJ Weekend | Subscriber Agreement & Terms of Use | Sell Your Business | Columns | Conferences |
| Contact Directory | Your Ad Choices | Commercial Real Estate Ads | Topics | SafeHouse |
| Corrections | | Recruitment & Career Ads | Guides | Mobile Site |
| | | Franchising | Portfolio | News Archive |
| | | Advertise Locally | Old Portfolio | |

Jobs at WSJ

Copyright ©2013 Dow Jones & Company, Inc. All Rights Reserved

**EXHIBIT E**

- Law.com Home
- Newswire
- LawJobs
- CLE Center
- LawCatalog
- Our Sites
- Advertise

An **ALM** Web site



THE **AM LAW** DAILY

- This Site
- Law.com Network
- Legal Web

Search the Legal Web    Go >>

- HOME
- THE AM LAW DAILY
- LITIGATION DAILY
- RANKINGS
- VIDEOS
- MAGAZINE
- ADVERTISE
- SUBSCRIBE
- FREE ACCESS
- CONTACT US
- Subscribe

## THE AM LAW DAILY

- The Firms
- The Work
- The Score
- The Churn
- The Talent
- The Management
- The World
- The Life

## SURVEYS AND RANKINGS

- AM LAW 100
- AM LAW 200
- AM LAW TECH
- A-LIST
- GLOBAL 100
- CORPORATE SCORECARD
- DEALMAKERS OF
  THE YEAR
- MIDLEVEL ASSOCIATES SURVEY
- SUMMER ASSOCIATES SURVEY
- DIVERSITY SCORECARD
- PRO BONO SCORECARD
- LITIGATION DEPARTMENT OF
  THE YEAR
- LATERALS REPORT
- LAW FIRM LEADERS
- Lifetime Achievers
- Legal Intelligence
- WOMEN PARTNER WATCH

## MAGAZINE

- Current Issue
- Previous Issue
- Search Archive

## SPECIAL REPORTS

- Intellectual Property
- Labor & Employment
- LITIGATION
- FOCUS EUROPE
- ASIAN LAWYER
- STUDENT EDITION

## VIDEOS

## Bookstore

## Legal Recruiters
## Digital Edition

## Hall of Fame

## ALM EVENTS

## SUBSCRIBE

## ADVERTISE

## ABOUT US

## FEATURED SPONSORS

## LAW.COM NETWORK

- Sites
- Jobs
- Verdicts
- LawCatalog
- Experts
- Online CLE
- Legal Intelligence
- Events
- Resources
- Law Firm Papers
- Court Reporters
- Legal Dictionary
- Legal Blogs

## The Firms

April 16, 2012 5:20 PM

### When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer

Posted by Sara Randazzo

Hourly rates just keep rising—and the best-paid lawyers are raising their rates faster than everyone else.

Those are two of the key findings contained in the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. The report, released Monday, is the second such collaboration between TyMetrix, a company that manages and audits

Case 2:12-cv-00125-TLN-CKD Document 180-1 Filed 03/03/17 Page 112 of 161

legal bills for corporate legal departments, and the Corporate Executive Board.

Many of the new rate report's findings echo those contained in the 2010 study, including the fact that rates keep going up, almost across the board, and that the cost of a given matter can vary dramatically depending on a law firm's size and location and its relationship with a particular client.

At the same time, this year's study shows that the legal sector is becoming increasingly bifurcated, with top firms raising rates faster than those at the bottom of the market and large firms charging a premium price based purely on their size.

"What it's really showing is that there's an increased premium being paid for experience and expertise," says Julie Peck, vice president of strategy and market development at TyMetrix. "Some parts of the lawyer market are able to raise rates much more quickly, and are more impervious to economic forces then others."

To compile the current rate report, TyMetrix received permission from its clients to examine legal fees billed to 62 companies across 17 industries including energy, finance, retail, technology, insurance, and health care. The bills, which represent the amount actually paid by the companies in question rather than the amount initially charged, came from more than 4,000 firms in 84 metropolitan areas around the country. Every firm on the 2011 Am Law 100 is represented in the data.

The report's key data points include:

**A Widening Gap:** Hourly rates charged by lawyers in the legal sector's upper echelon grew faster between 2009 and 2011 than those charged by lawyers toiling on the lower rungs. Particularly striking was the jump in associate rates billed by those falling in the report's top quartile: 18 percent on average, to just over $600 per hour. Rates billed by top quartile partners, meanwhile, rose 8 percent, to just under $900 per hour. In the bottom quartile, associate rates rose 4 percent and partner rates rose 3 percent during the same period.

**The Recession's (Minor) Toll:** Even amid the economic downturn, the cost of an hour of a lawyer's time continued to rise faster than key measures of inflation. That said, the legal industry wasn't completely immune to the broader economy's slowdown. After rising 8.2 percent between 2007 and 2008, hourly rates rose just 2.3 percent in 2009. Law firms bounced back a bit last year, with rates climbing 5.1 percent, to an average of $530 an hour.

**Location Counts:** Not surprisingly, lawyers working in major metropolitan areas—where, as the rate report notes, rents are typically higher—are the priciest. An address in Boston, Chicago, Los Angeles, San Francisco, or Washington, D.C., alone adds about $161 to the hourly rate charged by an individual lawyer. Those six cities and Baltimore, Houston, Philadelphia, and San Jose are the ten U.S. markets with the highest hourly rates. With an average partner rate topping $700 per hour and average associate rate of over $450 per hour, New York is the most expensive market in the country. The least expensive? Riverside, California, where the average partner bills at under $250 per hour and associates bill at just over $300 an hour.

**In the Minority:** A small group of lawyers—12 percent—bucked the trend toward higher fees and actually lowered rates between 2009 to 2011—and 3 percent trimmed rates by $50 or more per hour. (Most of those in the rate-cutting camp were based outside the big six markets identified above.) At the other end of the spectrum, 52 percent of lawyers increased rates by between $25 and $200 or more per hour. Another 18 percent increased rates by less than $25 per hour, and the final 18 percent held rates steady.

**First-Year Blues:** Even before the recession hit, clients balked at paying for what they considered on-the-job training for first-year associates. The latest rate report is likely to reinforce that reluctance, given its finding that using entry-level lawyers adds as much as 20 percent to the cost of a legal matter. The report offers evidence that firms may be accommodating clients on this front: The percentage of bills attributed to entry-level associates dropped from 7 percent in 2009 to 2.9 percent last year.

**Ties That Bind:** The more work one firm handles for a client—and the longer the client relationship extends—the higher the average rate the firm charges. For companies that paid one firm $10 million or more in a single year, the average hourly rate paid was $553 in 2011. By comparison, clients that limited their spending on an individual firm to $500,000 paid that firm an average of $319 per hour.

**Four-Digit Frontier:** Data has consistently shown that many lawyers hesitate to charge more than $1,000 an hour, and in 2011 just under 3 percent of the lawyers covered by the rate report had broken that barrier. Of those, the vast majority were working in the six main legal markets identified above and 60 percent of the time, they billed in increments of one hour or less.

**Playing Favorites:** Across all practice areas, 90 percent of lawyers charged different clients different rates for similar types of work. (The figure for mergers and acquisitions lawyers was 100 percent.) The differences from client to client can be extreme, and were even more pronounced in the current report than in the 2010 edition. Rates charged by intellectual property specialists, for instance, had a median variance of 23.1 percent, while lawyers doing commercial and contract work showed a 18.7 percent median difference.

**Who's Doing What?** A closer look at law firm bills for work performed on litigation and intellectual property assignments shows that the kind of timekeeper billing on a matter varies by practice type. On patent matters, the report shows, 47 percent of hours billed on average are attributed to paralegals, and 37 percent by partners. By comparison, paralegals account for just 8 percent of the work done on labor and employment litigation hours, while partners handle 45 percent.

Make a comment

Comments (1)
Save & Share: Facebook | Del.ic.ious | Digg it | Email |

Reprints & Permissions

## Comments

Report offensive comments to The Am Law Daily.

The Big Law law firm is a dinosaur - a dieing species. This kind of self-interested greed will ultimately kill the beast.

Comment By Publicus - <u>April 17, 2012 at 11:50 AM</u>

**Verify your Comment**

**Previewing your Comment**

Posted by: |

This is only a preview. Your comment has not yet been posted.

Post    Edit

Your comment could not be posted. Error type:
Your comment has been saved. Comments are moderated and will not appear until approved by the author. <u>Post another comment</u>

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? <u>View an alternate.</u>

Continue

**Post a comment**

If you have a TypeKey or TypePad account, please <u>Sign In</u>

Name:

Email Address:(Not displayed with comment.)

URL:

☐ Remember personal info?

Comments:

Preview    Post

<u>theamlawdaily@alm.com</u>

Popular Pages Today
1. <u>When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer</u> 28.88%
2. <u>Dewey Losses Accelerate; Nine More New York Partners Head to the Exits</u> 21.07%
3. <u>Latest Dewey Losses Span the Globe, Push 2012 Departure Figure Above 60</u> 16.61%
4. <u>The Am Law Daily</u> 8.49%
5. <u>Nine IP Litigators Jump from Duane Morris to Cozen</u> 6.57%
6. <u>The Am Law Daily</u> 5.54%
7. <u>O'Melveny Adds Top Capital Markets Partner from Shearman in New York</u> 4.50%
8. <u>With St. Louis Firm Fading, Show Me State Rivals Eye Possible Hires</u> 3.88%
9. <u>Which Firms Are Cashing in on Dewey Departures?</u> 2.28%
10. <u>Paul Weiss Takes Lead on Two Private Equity Deals</u> 2.17%

**EXHIBIT F**

Top Billers - The Wall Street Journal Online - Interactive Graphics        http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More   | News, Quotes, Companies, Video |   [ SEARCH ]

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper   Columns   Blogs   Topics   Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate

Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first   < prev   1 | 2 | 3 |   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Radke, Kirk A. | Kirkland & Ellis LLP | Corporate | | | $1,250 | Reader's Digest Association Inc | 2010 |
| Taplin, Ian | Kirkland & Ellis LLP | Tax | | | $1,220 | Visteon Corp. | 2010 |
| Schmidt, Gerhard | Weil Gotshal | Finance | Corporate | Mergers and Acquisition | $1,165 | Aleris International | 2010 |
| Gon, Michèle Y.L. | Baker McKenzie | Real Estate | Mergers and Acquisition | Intellectual Property | $1,163 | Motors Liquidation Company | 2010 |
| Shuster, Andrew | Cleary Gottlieb | Bankruptcy | | | $1,160 | Truvo | 2010 |
| McDonald, Michael | Cleary Gottlieb | Corporate | Mergers and Acquisition | | $1,160 | Truvo | 2010 |
| Vandenmersch, Dirk | Cleary Gottlieb | Environmental Litigation | Litigation | | $1,130 | Truvo | 2010 |
| Reding, Jacques | Cleary Gottlieb | Bankruptcy | Mergers and Acquisition | Equities | $1,130 | Truvo | 2010 |
| McArdle, Wayne P. | Gibson Dunn | Corporate | | | $1,110 | Lehman Brothers Holding Inc | 2010 |
| DuBois, Pierre-André | Kirkland & Ellis LLP | Intellectual Property | | | $1,105 | Reader's Digest Association Inc | 2010 |
| Scheler, Brad | Fried Frank | Bankruptcy | | | $1,100 | Stations Casinos | 2010 |
| Lewin-Smith, Guy | Debevoise & Plimpton LLP | Corporate | | | $1,080 | MIG Inc | 2010 |
| Brown, Michael | Jones Day | Finance | Litigation | Regulatory | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Coffey, Lee | Jones Day | Litigation | International Law | Energy | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Stueck, Barnaby C. | Jones Day | Bankruptcy | | | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Kerian, Michael A. | Gibson Dunn | Litigation | | | $1,075 | Almatis | 2010 |
| Brockway, David | Bingham McCutchen | Corporate | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Magee, John B. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Nelson, William F. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Pisillo, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2010 |
| Meyerson, Lee | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1,050 | Washington Mutual | 2010 |
| Neogos, Peter | Milbank Tweed | Finance | | | $1,050 | Sea Launch Company | 2010 |
| Clayton, Lewis | Paul Weiss | Intellectual Property | | | $1,050 | SP Wind Down Inc | 2010 |
| Fleder, Robert | Paul Weiss | Labor and Employment | | | $1,050 | SP Wind Down Inc | 2010 |
| Rothenberg, Peter | Paul Weiss | Corporate | Tax | | $1,050 | SP Wind Down Inc | 2010 |
| Baronsky, Kenneth J. | Milbank Tweed | Bankruptcy | Mergers and Acquisition | Securities Litigation | $1,050 | Stations Casinos | 2010 |
| Palmer, Deryck A. | Cadwalader | Finance | Bankruptcy | Mergers and Acquisition | $1,050 | Lyondell Chemical Company | 2010 |
| Aronzon, Paul | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |

Top Billers - The Wall Street Journal Online - Interactive Graphics     http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Brej, Gregory | Milbank Tweed | Bankruptcy | | | $1,050 | Midway Games Inc | 2010 |
| Dunne, Dennis | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |
| Schiff, Kenneth E. | Weil Gotshal | Mergers and Acquisitions | | | $1,030 | Extended Stay Inc | 2010 |
| Kar, Partha | Kirkland & Ellis LLP | Bankruptcy | | | $1,000 | Reader's Digest Association Inc | 2010 |
| Budd, Thomas M. | Gibson Dunn | Finance | | | $1,027 | Lehman Brothers Holding Inc | 2010 |
| Moore, Robert Jay | Milbank Tweed | Bankruptcy | | | $1,025 | Calm Jumper | 2010 |
| Dakin-Grimm, Linda | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Davis, Trayton M. | Milbank Tweed | Finance | Bankruptcy | Investment Funds Litigation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Grushkin, Jay D. | Milbank Tweed | International Law | Finance | Transportation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Heller, David S. | Lehman Watkins | Bankruptcy | | | $1,025 | In re: NEC Holdings Corp. | 2010 |
| Hirschfield, Michael | Milbank Tweed | Tax | Real Estate | Finance | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Magold, Rainer | Milbank Tweed | Finance | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Tomback, Andrew E. | Milbank Tweed | Litigation | Finance | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Sharp, Richard | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Clowry, Katt J.K. | Paul Hastings | Corporate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Eagan, Mark J. | Paul Hastings | Real Estate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| O'Sullivan, Renen P. | Paul Hastings | Corporate | Real Estate | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Lincer, Richard S. | Cleary Gottlieb | Corporate | Finance | Mergers and Acquisition | $1,020 | Truvo | 2010 |
| Duncan, James A. | Cleary Gottlieb | Finance | Tax | | $1,020 | Truvo | 2010 |
| Peaslee, James | Cleary Gottlieb | Tax | | | $1,020 | Truvo | 2010 |
| Gorin, William F. | Cleary Gottlieb | Corporate | Government | Capital Markets | $1,020 | Truvo | 2010 |
| Moloney, Thomas J. | Cleary Gottlieb | Bankruptcy | Litigation | Finance | $1,020 | Truvo | 2010 |

<< first  < prev  1 | 2 | 3 |  next >  last >>

*Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.*

(See correction.)

Write to the Online Journal's editors at newseditors@wsj.com

Return To Top

2 of 3     2/25/2011 9:38 AM

| WSJ.com Account: | About: | WSJ.com: | Tools & Formats: | Digital Network |
|---|---|---|---|---|
| My Account | News Licensing | Site Map | Today's Paper | WSJ.com |
| Subscriber, Billing Info | Advertising | Home | Video Center | MarketWatch.com |
|  | Advertise Locally | World | Graphics | Barrons.com |
| Create an Account: | Conferences | U.S. | Columns | SmartMoney.com |
| Register for Free | About Dow Jones | New York | Blogs | AllThingsD.com |
| Subscribe Now | Privacy Policy - Updated | Business | Topics | FINS: Finance, IT Jobs, Sales Jobs |
|  | Subscriber Agreement & | Markets | Guides | BigCharts.com |
| Help & Information Center: | Terms of Use - Updated | Market Data | Alerts | Virtual Stock Exchange |
| Help | Copyright Policy | Tech | Newsletters | WSJ Radio |
| Customer Service | Jobs at WSJ.com | Personal Finance | Mobile | ProfessorJournal.com |
| Contact Us |  | Life & Style | Tablet Edition | WSJ U.S. Edition |
| News on WSJ.com |  | Opinion | Podcasts | WSJ Asia Edition |
| Tour the new Journal |  | Autos | RSS Feeds | WSJ Europe Edition |
|  |  | Careers | Journal Community | WSJ India Page |
|  |  | Real Estate | WSJ on Twitter |  |
|  |  | Small Business | WSJ on Facebook | Foreign Language Editions: |
|  |  | Student Journal | WSJ on Foursquare |  |
|  |  | Corrections | My Journal |  |

Top Billers - The Wall Street Journal Online - Interactive Graphics     http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More | News, Quotes, Companies, Video | SEARCH

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper    Columns    Blogs    Topics    Journal Community

Home    World    U.S.    New York    Business    Markets    Tech    Personal Finance    Life & Culture    Opinion    Careers    Real Estate
Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law-firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first   < prev   1  2  3   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Aleksander, Nicholas P.S. | Gibson Dunn | Tax | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Rocher, Philip | Gibson Dunn | Litigation | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Thomas, Andrew S.V. | Gibson Dunn | Corporate | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Blyth, Mark | Linklaters | Litigation | | | $1,016 | Nortel Networks | 2010 |
| Cox, Tim | Linklaters | Corporate | | | $1,016 | Nortel Networks | 2010 |
| Sachdev, Neel V. | Kirkland & Ellis LLP | Corporate | | | $1,015 | Visteon Corp. | 2010 |
| Mayo, David | Paul Weiss | Tax | | | $1,015 | BP Wind Down Inc | 2010 |
| Cohen, Joel | Gibson Dunn | Bankruptcy | | | $1,014 | Almatis | 2010 |
| Sullivan, Peter | Gibson Dunn | Intellectual Property | Litigation | | $1,014 | Almatis | 2010 |
| Trinklein, Jeffrey | Gibson Dunn | Tax | Employee Benefits | Energy | $1,014 | Almatis | 2010 |
| Vance, Janet L. | Gibson Dunn | Finance | Corporate | | $1,014 | Almatis | 2010 |
| Buffone, Steven P. | Gibson Dunn | Energy | Corporate | Finance | $1,009 | Almatis | 2010 |
| Jowitt, Justin S. | Paul Hastings | Finance | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Ganter, Fred R. | Dewey LeBoeuf LLP | Finance | Tax | Corporate | $1,000 | Ambac | 2010 |
| Vyskocil, Mary Kay | Simpson Thacher | Insurance | Litigation | | $1,000 | Washington Mutual | 2010 |
| Brown, Alvin | Simpson Thacher | Employee Benefits | Executive Compensation | | $1,000 | American Safety Razor Company | 2010 |
| Etherton, Joanne | Weil Gotshal | Mergers and Acquisitions | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| McCahill, Dominic T. | Weil Gotshal | Bankruptcy | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Tringali, Joseph F. | Simpson Thacher | Litigation | Antitrust | Intellectual Property | $1,000 | American Safety Razor Company | 2010 |
| Francies, Michael | Weil Gotshal | Mergers and Acquisitions | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Keller, Andy | Weil Gotshal | Corporate | Energy | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Neve, Douglas | Weil Gotshal | Antitrust | Finance | Mergers and Acquisition | $1,000 | Motors Liquidation Company | 2010 |
| Norwood, Andrew N. | Weil Gotshal | Finance | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Ostrager, Barry R. | Simpson Thacher | Litigation | | | $1,000 | Washington Mutual | 2010 |
| Horspool, Anthony | Weil Gotshal | Bankruptcy | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Kelly, Jacky | Weil Gotshal | Bankruptcy | Finance | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Nicklin, Michael | Weil Gotshal | Bankruptcy | Finance | Equities | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Shankland, Matthew | Weil Gotshal | Alternative Dispute Resolution | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Martin, Stefan | Allen & Overy LLP | Labor and Employment | | | $1,152 | BearingPoint | 2009 |

Top Billers - The Wall Street Journal Online - Interactive Graphics       http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Huber, John J. | Latham Watkins | Capital Market | | | $1,120 | Aviza Technology | 2009 |
| Reynolds, Michael | Allen & Overy LLP | Mergers and Acquisitions | | | $1,111 | Chemtura Corp. | 2009 |
| Norley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,110 | Chemtura Corp. | 2009 |
| Norley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,100 | Reader's Digest Association Inc | 2009 |
| Reiss, John M. | White & Case | Mergers and Acquisitions | Equities | | $1,100 | Heartland Automotive Holdings | 2009 |
| Gillespie, Stephen | Kirkland & Ellis LLP | Corporate | | | $1,080 | Chemtura Corp. | 2009 |
| Nakata, Nobuo | Allen & Overy LLP | Corporate | | | $1,077 | BearingPoint | 2009 |
| Brown, Stephen | Latham Watkins | Employee Benefits | | | $1,065 | Aviza Technology | 2009 |
| Chance, Kenneth D. C. | Latham Watkins | Mergers and Acquisitions | | | $1,065 | Aviza Technology | 2009 |
| Finn, Sean | Latham Watkins | Tax | | | $1,065 | Aviza Technology | 2009 |
| Safran, Lawrence | Latham Watkins | Finance | | | $1,065 | Aviza Technology | 2009 |
| Verburg, Leonard | Allen & Overy LLP | Labor and Employment | | | $1,065 | BearingPoint | 2009 |
| Lee-Lim, Jiyeon | Latham Watkins | International Law | Tax | | $1,065 | Spansion | 2009 |
| Pistilo, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2009 |
| Salder, Michael A. | Latham Watkins | Bankruptcy | | | $1,065 | Spansion | 2009 |
| Schkemmers, Christiaan | Allen & Overy LLP | Corporate | | | $1,062 | BearingPoint | 2009 |
| Pohl, Timothy | Skadden | Bankruptcy | Litigation | | $1,050 | Verasun Energy Corporation | 2009 |
| Lauria, Thomas | White & Case | Bankruptcy | | | $1,050 | Global Safety Textiles | 2009 |
| Mulaney, Charles W. | Skadden | Mergers and Acquisitions | | | $1,050 | Hartmarx | 2009 |
| Rosen, Mathew A. | Skadden | Tax | | | $1,050 | Hartmarx | 2009 |
| Zirinsky, Bruce | Cadwalader | Bankruptcy | | | $1,050 | TH Agriculture | 2009 |

<<first  < prev  [1]  2  3  next >  last >>

Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.

(See correction.)

Write to the Online Journal's editors at newseditors@wsj.com

Return To Top

Top Billers - The Wall Street Journal Online - Interactive Graphics    http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| WSJ.com Account: | About: | WSJ.com: | Tools & Formats: | Digital Network |
|---|---|---|---|---|
| My Account | News Licensing | Site Map | Today's Paper | WSJ.com |
| Subscriber Billing Info | Advertising | Home | Video Center | Marketwatch.com |
| | Advertise Locally | World | Graphics | Barrons.com |
| Create an Account: | Conferences | U.S. | Columns | SmartMoney.com |
| Register for Free | About Dow Jones | New York | Blogs | AllThingsD.com |
| Subscribe Now | Privacy Policy - Updated | Business | Topics | FINS: Finance, IT-Jobs, Sales-Jobs |
| | Subscriber Agreement & | Markets | Guides | BigCharts.com |
| Help & Information Center: | Terms of Use - Updated | Market Data | Alerts | Virtual Stock Exchange |
| Help | Copyright Policy | Tech | Newsletters | WSJ Radio |
| Customer Service | Jobs at WSJ.com | Personal Finance | Mobile | Professor Journal.com |
| Contact Us | | Life & Style | Tablet Edition | WSJ U.S. Edition |
| New on WSJ.com | | Opinion | Podcasts | WSJ Asia Edition |
| Tour the new Journal | | Autos | RSS Feeds | WSJ Europe Edition |
| | | Careers | Journal Community | WSJ India Page |
| | | Real Estate | WSJ on Twitter | |
| | | Small Business | WSJ on Facebook | Foreign Language Editions |
| | | Subscriber Journal | WSJ on Foursquare | |
| | | Corrections | My Journal | |

2/25/2011 9:39 AM

Top Billers - The Wall Street Journal Online - Interactive Graphics     http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More ►    [ News, Quotes, Companies, Video ]    [ SEARCH ]

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper   Columns   Blogs   Topics   Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate
Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first   < prev   [ 1 | 2 ]   3   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|------|------|----------------|----------------|----------------|-------------|-----------|------|
| Milmoe, J. Gregory | Skadden | Bankruptcy | | | $1,050 | Interstate Bakeries | 2009 |
| Braun, Elan | Allen & Overy LLP | Antitrust | | | $1,038 | Chemtura Corp. | 2009 |
| Stroll, Neal | Skadden | Antitrust | | | $1,035 | Verasun Energy Corporation | 2009 |
| Hayman, Linda C. | Skadden | Corporate | Mergers and Acquisition | | $1,035 | Interstate Bakeries | 2009 |
| Neckles, Peter J. | Skadden | Finance | | | $1,032 | Interstate Bakeries | 2009 |
| MacLachlan, James | Baker McKenzie | Tax | | | $1,029 | Milacron | 2009 |
| Keck, Colleen | Allen & Overy LLP | Corporate | Intellectual Property | | $1,029 | BearingPoint | 2009 |
| Keither, Eileen | Allen & Overy LLP | Mergers and Acquisitions | | | $1,029 | BearingPoint | 2009 |
| Feuillet, Francois | Vinson & Elkins | Capital Markets | Energy | International Law | $1,029 | MPF Holding US LLC and Official Committee Of Unsecured Creditors | 2009 |
| Reviman, David | Skadden | Tax | | | $1,026 | Mark IV Industries | 2009 |
| Davenport II, Kirk | Latham Watkins | Capital Markets | | | $1,025 | Dayton Superior | 2009 |
| Clayton, Leslie | Paul Weiss | Intellectual Property | | | $1,025 | Tronox | 2009 |
| Fisch, Peter | Paul Weiss | Real Estate | | | $1,025 | Tronox | 2009 |
| Kornberg, Alan | Paul Weiss | Bankruptcy | | | $1,025 | Tronox | 2009 |
| Schimek, Terry | Paul Weiss | Finance | | | $1,025 | Tronox | 2009 |
| Smith, Mark | Skadden | Corporate | | | $1,013 | Mark IV Industries | 2009 |
| Hyde, Mark | Clifford Chance | Bankruptcy | | | $1,008 | Lyondell Chemical Company | 2009 |
| Butters, James | Clifford Chance | Mergers and Acquisitions | | | $1,008 | Lyondell Chemical Company | 2009 |
| Saferstein, Jeffrey | Paul Weiss | Bankruptcy | | | $1,005 | Samsonite Company | 2009 |
| Meyerson, Lisa | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1000 | Washington Mutual | 2009 |
| Finley, John | Simpson Thacher | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2009 |
| Gover, Alan | White & Case | Bankruptcy | | | $1000 | Hospital Partners | 2009 |

<< first   < prev   [ 1 | 2 ]   3   next >   last >>

*Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.*
(See correction.)
Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

**EXHIBIT G**

An ALM web site

# DAILY REPORT

4:19 P.M. EST
Tuesday, February 22, 2011

Home | News Sections | Court Opinions | Court Calendars | Public Notices

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

How to Advertise    Contact Us

Going Rate Home Page >>    All records for firms in San Francisco CA United States

* Click on any firm, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | Bench Guide City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adelson, Eliot A. | Partner | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Agarwal, Aaron L. | Associate | | Jones Day | San Francisco | CA | United States | | | | | | |
| Alboff, Hans J. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Baker, James P. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1980 | 1980 | | | 520 | 750 |
| Bass, Eric | Associate | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States | 1974 | 1974 | 400 | 745 | | 775 |
| Bonvenuti, Peter J. | Partner | | Jones Day | San Francisco | CA | United States | | | | | | |
| Bening, Scott M. | Associate | Business and Finance Commercial Litigation | Morgan Lewis and Brockius | San Francisco | CA | United States | 2007 | 2008 | | | 595 | 345 |
| Berkenbal, David M. | Partner | | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | | | | | | |
| Boersch, Martha | Partner | Corporate Criminal Investigations | Jones Day | San Francisco | CA | United States | 1996 | 1996 | | | | 725 |
| Borovsky, Jeffrey | Partner | White Collar Crime, Commercial Litigation | K and E Gates | San Francisco | CA | United States | | | 525 | 525 | 590 | |
| Brown, David W. | Partner | Business and Finance | Covington and Burling | San Francisco | CA | United States | 1996 | 1996 | 640 | | | 550 |
| Browning, J. Taylor | Associate | Tort and Environmental Litigation | Morgan Lewis and Brockius | San Francisco | CA | United States | | 1994 | | | | 590 |
| Buonaiuto, Brenda N. | Partner | | Kirkland Spaulding | San Francisco | CA | United States | | | | | | |
| Castro, Ruth Ann | Associate | Environmental | Farella Braun and Martel | San Francisco | CA | United States | | | | 380 | 675 | |
| Christianson, C. Brophy | Associate | Corporate Finance and Health/Exam | OMalveny and Myers | San Francisco | CA | United States | | | | | | |
| Christian, Ryan M. | Associate | Business Restructuring and Reorganization | Kirkland and Ellis | San Francisco | CA | United States | 2001 | 2001 | 315 | | | 525 |
| Correa, Michaeline | Associate | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | | | | | | |
| Crosby, Peter J. | Counsel | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | 1984 | 1984 | 565 | 565 | | 505 |
| Dexter, Doug | Partner | Employment | Farella Braun and Martel | San Francisco | CA | United States | | | | 510 | | |
| Dibble, Sam | Partner | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | 460 | | |
| Dolph, Benjamin | | Complex Commercial | Heller Ehrman | San Francisco | CA | United States | | | | 285 | | |
| Dinch, Megan | | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | | | | 575 | | |
| Dobydenko, Daniel T. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2007 | 2007 | 425 | 525 | | 350 |
| Douglass, Scott | Partner | | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Dunc, Heather | Associate | Construction | DLA Piper | San Francisco | CA | United States | | | | | | |

1 2 3 4

Currently showing 1-25 of 98 results

About ALM | AboutLaw.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.



ALM

**DAILY REPORT** — An ALM web site

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Home | News Sections | Court Opinions | Court Calendar | Public Notices | Bench Guide | How to Advertise | Contact Us

4:36 P.M. EST
Tuesday, February 22, 2011

## Going Rate Home Page >>

All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related cited

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Egan, Charlotte C. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2006 | 2006 | | | | |
| Eikenberg, Robert L. | Partner | Bankruptcy | Cooley Godward Kronish | San Francisco | CA | United States | | | | | 685 | 325 |
| Engel, G. Larry | Partner | Bankruptcy and Restructuring | Morrison and Foerster | San Francisco | CA | United States | | | | | 775 | |
| Espinoza, Chasity | Associate | Labor and Employment | Farella Braun and Martel | San Francisco | CA | United States | | | | 330 | | 535 |
| Ford, Richel | Partner | | Jones Bay | San Francisco | CA | United States | 1915 | 1975 | | | | |
| Frank, Michael T. | Partner | Bankruptcy and Restructuring | DLA Piper | San Francisco | CA | United States | | | | | 515 | |
| Fried, Joshua M. | Partner | | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | | | | | | |
| Friederichs, John E. | Partner | Corporate | Kirkland and Ellis | San Francisco | CA | United States | 2006 | 2006 | 355 | 355 | 595 | 375 |
| Garrett, Nathanial P. | Associate | Issues and Appeals | Jones Day | San Francisco | CA | United States | | | | | | |
| Gerking, Tyler | Associate | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Glaster, Dean | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 615 | 665 | | |
| Goldower, Neil | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 745 | 745 | | |
| Green, John | Partner | Insurance Coverage | Howrey | San Francisco | CA | United States | | | | 610 | | |
| Hankala, Jan | Partner | Commercial Trial | Howrey | San Francisco | CA | United States | | | | 665 | | |
| Hart, Daniel | Associate | Employment | Price, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | | 300 | | |
| Holden, Frederick D. | Partner | | Orrick, Herrington and Sutcliffe | San Francisco | CA | United States | | | 605 | | | |
| Humphreys, Lynn M. | Of Counsel | Litigation | Morrison and Foerster | San Francisco | CA | United States | | | | | | |
| Jim, Nancy | Associate | Global Capital Markets | Haynes and Watkins | San Francisco | CA | United States | | | | 355 | | |
| Jonson, Kau | Partner | Business Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | 490 | | |
| Karcivich, Scott D. | Partner | Business and Finance | Morgan Lewis and Bockius | San Francisco | CA | United States | 1994 | 1994 | 465 | | 560 | |
| Keegan, Christopher W. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | 415 | | 500 | 550 |
| Kelse, Tobias S. | Partner | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | 1990 | 1990 | | | | |
| Kim, Jenny | Associate | | DLA Piper | San Francisco | CA | United States | | | | | | |
| Korschner, Carl | Partner | | O'Mckevany and Myers | San Francisco | CA | United States | | | 260 | 490 | 800 | 750 |
| Korfesnic, Gail | Partner | Hospitality | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |

1 2 3 4
Currently showing 26-50 of 96 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT

Home | News Sections | Court Opinions | Court Calendars | Public Notices

Get premium access 30-day trial!
Subscribe now for under $1 a day
Receive free daily headlines

Contact Us

4:36 P.M. EST
Tuesday, February 22, 2011

**Going Rate Home Page >>**   All records for firms in San Francisco CA United States

* Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for detailed info.

| Name | Title | Practice Area | Firm | City | Bench Guide / State | Country | How to Advertise | Graduated Law School | Practicing Since | 2005 Rates | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Laubach, Justin | Counsel | Corporate Finance | O'Melveny and Myers | San Francisco | CA | United States | | | | | | | 940 | |
| Marshall, Robert G. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1997 | 1997 | | | | | | 625 |
| Mixon, Gary | Associate | Restructuring and Insolvency | Farella Braun and Martel | San Francisco | CA | United States | | | | | 245 | | 540 | |
| McElhaney, Kevin | Partner | Trial Practice | Winston and Strawn | San Francisco | CA | United States | | | | | | | | |
| McDonald, Brian D. | Associate | Business and Finance | Jones Day | San Francisco | CA | United States | 2002 | 2002 | | 505 | | 580 | | 500 |
| McKee, Mark E. | Partner | Insurance and Finance | Kirkland and Ellis | San Francisco | CA | United States | 1993 | 1993 | | | | | | 595 |
| Myers, William A. | Partner | Insurance Liability and Recovery | Morgan, Lewis and Bockius | San Francisco | CA | United States | 1987 | 1987 | | | | | | 700 |
| Myers, Martin H. | Partner | Recovery | Jones Day | San Francisco | CA | United States | | | | | | | | |
| Nagai, Ashi | Associate | Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | | |
| Nisbet, Casey M. | Associate | Banking and Finance | Kirkland and Ellis | San Francisco | CA | United States | | | | | | | | |
| Olson, James C. | Partner | Labor and Employment | Jones Day | San Francisco | CA | United States | 1979 | 1979 | | | 245 | | | 395 |
| Oki, Andrea M. | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | | | | 300 |
| Orgel, Marcus C.E. | Associate | Labor and Employment | O'Melveny and Ellis | San Francisco | CA | United States | | | | | | | | 285 |
| Patten, Keith | Associate | California Employment | Morgan, Lewis and Bockius | San Francisco | CA | United States | | | | | | | | 385 |
| Pelonis, Karen H. | Of Counsel | Counseling | | San Francisco | CA | United States | | | | | | | | 570 |
| Pollock, Thomas R. | Partner | | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | | 750 | | | | |
| Potolsky, Alex | Associate | Corporate | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | | |
| Rajagopal, Raman | Associate | | Paul Hastings Janofsky and Walker | San Francisco | CA | United States | 2008 | 2008 | | | | 465 | | |
| Ritchey, Katherine S. | Partner | Trial Practice | Jones Day | San Francisco | CA | United States | | | | | | | | 360 |
| Ritter, Peter | Partner | Business Tax and Investment Funds | O'Melveny and Myers | San Francisco | CA | United States | 1995 | 1995 | | | | | 675 | 625 |
| Roche, Laura | Associate | Business Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | | |
| Rodriguez, Noel | Associate | Trial Practice | Jones Day | San Francisco | CA | United States | 2003 | 2003 | 475 | | 485 | | | 500 |
| Salinis, Cheryl | Counsel | Tort and Environmental Litigation | King and Spalding | San Francisco | CA | United States | | 1999 | | | | | | 485 |
| Schibbert, William | Partner | Private Clients | Farella Braun and Martel | San Francisco | CA | United States | | | 695 | | 725 | | | |
| Selling, Jeralyn | Of Counsel | Family Wealth Group | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | | 450 |

1 2 3 4

Currently showing 51-75 of 96 results



♦ALM

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

An ALM web site

# DAILY REPORT

| Home | News Sections | Court Opinions | Court Calendars | Public Notices |

4:58 P.M. EST
Tuesday, February 22, 2011

Going Rate Home Page >>    All records for firms in San Francisco CA United States

| How to Advertise | Bench Guide | Contact Us |

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shepard, Michael | Associate | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | 2008 | | | 750 | | |
| Shih, Susan | Associate | Labor and Employment | Hanson and Williams | San Francisco | CA | United States | | | | | | |
| Slough, Leah | Associate | Commercial Litigation | K and L Gates | San Francisco | CA | United States | | 2008 | | 280 | 325 | 260 |
| Spooner, Leo | Associate | Commercial Disputes | Kingand Spalding | San Francisco | CA | United States | | | | | | |
| Stephens, Eric | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | 2003 | | 430 | | 390 |
| Stewart, Rhonda L | Associate | Litigation | Arnold and Porter | San Francisco | CA | United States | | | | 430 | 410 | |
| Trimmer, Alexandra (Sasha) | Associate | | OMelveny and Myers | San Francisco | CA | United States | | | | | 395 | |
| Thomason, Grant | Associate | Labor and Martel | Farella Braun and Martel | San Francisco | CA | United States | | | | 440 | | |
| Togroll, Christine D | Associate | Tax | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 325 | | | |
| Triplett, Holden | Associate | | | | | | | | | | | |
| Trudeau, Robert A | Partner | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States | | 1996 | | 295 | | 500 |
| Uhland, Suzanne | Partner | Finance, Corporate and Bankruptcy | OMelveny and Myers | San Francisco | CA | United States | | | | 725 | 620 | |
| Vogt, Gary M | Senior Legal Assistant | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | 295 | 255 | |
| Weigkricy, Kristine | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Wald, Gregory A | Similar Attorney | Labor/Employment | Squire Sanders and Dempsey | San Francisco | CA | United States | | | | | 480 | |
| Wessels, Kelly | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | 520 | 395 | |
| Whalen, Joe | Partner | Insurance and Risk Management | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Wilde, Jack L | Associate | Restructuring | Kirkland and Ellis | San Francisco | CA | United States | | | | | 385 | |
| Wilson, Elizabeth | Counsel | Bankruptcy and Creditors Rights | OMelveny and Myers | San Francisco | CA | United States | | | | 485 | 565 | |
| Woodruff, Kelly | Partner | | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Zerbelman, Michael | Senior Associate | New Century Financial Corp | Heller Ehrman | San Francisco | CA | United States | | | | 515 | | |

Currently showing 76-98 of 98 results

1 2 3 4

About ALM | About Law.com | Customer Support | Itropica | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

**EXHIBIT H**

# Westflaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 1

May 2009

# BY BILLING RATE

# California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE $ | HOURS | TOTAL $ |
|---|---|---|---|---|---|---|---|---|
| P | Kelly, Jr., Daniel | Davis Polk & Wardwell (CA) | 1986 | 1990 | CA | 985.00 | 17.00 | 16,745.00 |
| P | Cowie, Julia | Davis Polk & Wardwell (CA) | 1986 | 1990 | CA | 860.00 | 1.10 | 946.00 |
| P | Duncan, Scott | O'Melveny & Myers LLP (CA) | 1975 | 1975 | CA | 850.00 | 0.50 | 425.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 799.00 | 0.80 | 639.20 |
| P | Bollack, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 790.00 | 4.50 | 3,555.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1978 | CA | 780.00 | 123.80 | 96,552.00 |
| QC | Montz, Michael | Hennigan Bennett & Dorman LLP | 1979 | 1979 | CA | 760.00 | 126.10 | 96,552.00 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 2.50 | 2,375.00 |
| P | Khorasch, Ira D. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1982 | 1982 | CA | 750.00 | 0.80 | 580.00 |
| P | Konofsi, Alan | White & Case LLP (CA) | 1982 | 1982 | CA | 725.00 | 101.40 | 69,552.00 |
| P | Lamb, Peter | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 2005 | 2005 | CA | 680.00 | 10.10 | 5,868.00 |
| P | Irving, Jeanne E. | Hennigan Bennett & Dorman LLP | 1985 | 1985 | CA | 680.00 | 19.10 | 12,892.50 |
| A | Knapp, Harry | Jones Day | 1976 | 1978 | CA | 675.00 | 176.20 | 117,173.00 |
| P | Goetch, Ronald | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1985 | 1986 | CA | 665.00 | 27.30 | 17,745.00 |
| P | Brown, Kenneth H. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1977 | 1981 | CA | 650.00 | 23.10 | 15,015.00 |
| P | Fixler, David | White & Case LLP (CA) | 1997 | 1998 | CA | 650.00 | 0.50 | 325.00 |
| P | Weissmann, Henry | Munger Tolles & Olson LLC | 1987 | 1987 | CA | 645.00 | 36.00 | 22,962.00 |
| P | Bertenthal, David M. | Pachulski Stang Ziehl Young Jones & Weintraub, LLP | 1989 | 1993 | CA | 635.00 | 0.80 | 508.00 |
| P | Montgomery, Cromwell | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1970 | 1970 | CA | 625.00 | 17.80 | 111,125.00 |
| P | Brown, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1970 | 1970 | CA | 610.00 | 13.50 | 8,235.00 |
| P | Newman, Samuel | Munger Tolles & Olson LLC | 2001 | 2001 | CA | 600.00 | 183.70 | 110,220.00 |
| A | Derehan, Shiva | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 124.60 | 74,760.00 |
| P | Vinson, Garth | Munger Tolles & Olson LLC | 1988 | 1988 | CA | 600.00 | 20.90 | 12,540.00 |
| A | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 590.00 | 0.20 | 118.00 |
| P | Buchanan, Laura | Klee, Tuchin, Bogdanoff & Stern, LLP | 1991 | 1991 | CA | 580.00 | 29.00 | 16,550.00 |
| A | Ger Kwang-chen, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 570.00 | 2.90 | 1,652.00 |
| A | Eddy, David | Gibson Dunn & Crutcher, LLP (CA) | 1984 | 1984 | CA | 550.00 | 35.10 | 19,305.00 |
| A | Heintz, Jeffrey | Munger Tolles & Olson LLC | 1995 | 1995 | CA | 535.00 | 21.40 | 11,449.00 |
| P | Fried, Joshua | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 525.00 | 25.80 | 13,545.00 |
| A | Ruiron, James | Munger Tolles & Olson LLC | 2000 | 2000 | CA | 506.00 | 13.10 | 532.50 |
| A | Morse, Joshua | Hennigan Bennett & Dorman LLP | 2000 | 2000 | CA | 505.00 | 13.10 | 6,615.50 |
| A | Melvic, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 36.50 | 18,235.00 |
| A | Barstrop, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 14.00 | 6,580.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 455.00 | 48.30 | 21,945.00 |
| A | Kaufman, Derek | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 455.00 | 508.30 | 238,755.00 |
| A | Hochleutner, Brian | Munger Tolles & Olson LLC | 2005 | 2005 | CA | 435.00 | 0.30 | 130.50 |
| A | Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 25.20 | 10,458.00 |
| A | Jasper, M. Lance | Munger Tolles & Olson LLC | 2002 | 2002 | CA | 400.00 | 96.20 | 38,482.00 |
| A | Eskandari, Barney | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 8.80 | 3,522.00 |
| A | Rubio, Enedina E. | O'Melveny & Myers LLP (CA) | 2006 | 2006 | CA | 395.00 | 8.40 | 3,318.00 |

## California Rate Report

| PROFESSIONAL | | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A | Schneider, Bradley | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $ 385.00 | 1.30 | $ 513.50 |
| A | Reagan, Matthew | Weil, Gotshal & Manges LLP (CA) | 2008 | 2008 | CA | 355.00 | 13.50 | 4,792.50 |
| A | Guzman, Tanya | O'Melveny & Myers LLP (CA) | | | CA | 330.00 | 2.50 | 825.00 |
| PP | Nazila, Ross | O'Melveny & Myers LLP (CA) | 2007 | 2007 | | 260.00 | 6.20 | 1,612.00 |
| PP | Frankson, Kertha | Pachulski Stang Ziehl Young Jones & Weinraub (CA) | | | | 225.00 | 27.60 | 6,210.00 |
| | Jeffries, Patricia J. | Pachulski Stang Ziehl Young Jones & Weinraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP | Pearson, Sanda | Pachulski Stang Ziehl Young Jones & Weinraub, LLP | | | CA | 215.00 | 1.90 | 408.50 |
| PP | Floyd, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 210.00 | 0.30 | 63.00 |
| PP | Knopis, Cheryl | Hanrahan Bennett & Dorman LLP | | | | 205.00 | 2.20 | 451.00 |
| CNA | Pinnari, Sharyle | Pachulski Stang Ziehl Young Jones & Weinraub (CA) | | | | 125.00 | 2.60 | 325.00 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 2

August 2009

# BY BILLING RATE

California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Tolles, Stephen L. | Gibson Dunn & Crutcher, LLP (CA) | 1982 | 1982 | CA | $ 860.00 | 0.10 | $ 86.00 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 225.00 | 191,250.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 74.40 | 63,240.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 32.90 | 27,965.00 |
| P | Issler, Paul S. | Gibson Dunn & Crutcher, LLP (CA) | 1986 | 1986 | CA | 840.00 | 6.35 | 5,334.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 4.10 | 3,444.00 |
| P | Timmons, Brian | Owen Emanuh Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 72.80 | 59,696.00 |
| P | Blateck, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 810.00 | 40.40 | 32,724.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 20.30 | 16,138.50 |
| P | Glinoga, Danielle | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1993 | 1994 | CA | 775.00 | 9.50 | 7,362.50 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 189.20 | 141,900.00 |
| P | Keller, Tobias | Jones Day (CA) | 1990 | 1990 | CA | 750.00 | 1.90 | 1,425.00 |
| P | Baker, James | Jones Day (CA) | 1980 | 1980 | CA | 750.00 | 0.20 | 150.00 |
| P | Whinston, Eric D. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1999 | 1999 | CA | 740.00 | 7.10 | 5,254.00 |
| P | Ong, Johanna Y. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 6.30 | 4,662.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,322.50 |
| A | Bjork, Jeffrey E | Sidley Austin Brown & Wood LLP (CA) | 1997 | 1998 | CA | 700.00 | 110.90 | 77,630.00 |
| P | Mayne, Martin | Jones Day (CA) | 1987 | 1987 | CA | 700.00 | 26.50 | 18,550.00 |
| A | Grasgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 4.50 | 3,127.50 |
| A | Arash, Dora | White & Case LLP (CA) | 1998 | 1998 | CA | 685.00 | 117.70 | 80,624.50 |
| P | Gorsich, Ronald | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 39.40 | 26,595.00 |
| A | Montgomery, Cromwell | White & Case LLP (CA) | 2001 | 2001 | CA | 655.00 | 221.50 | 147,287.50 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 2.50 | 1,587.50 |
| A | Dehahini, Shiva | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 11.50 | 7,015.00 |
| A | Scott, Mélanie | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 217.50 | 130,500.00 |
| A | Trodella, Robert | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 74.90 | 44,940.00 |
| P | Ger Kwang-chen, B. | Jones Day (CA) | 1996 | 1996 | CA | 600.00 | 35.30 | 21,180.00 |
| OC | Metcalf, Brian | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 54.20 | 31,436.00 |
| A | Eidel, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 12.40 | 7,130.00 |
| C | Crosby IV, Peter | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 570.00 | 0.50 | 285.00 |
| A | Martin, Jill | Jones Day (CA) | 1984 | 1984 | CA | 565.00 | 13.30 | 7,514.50 |
| A | Correa, Michealine | White & Case LLP (CA) | 2006 | 2006 | CA | 550.00 | 45.80 | 25,190.00 |
| OC | Brandt, Gina F. | Jones Day (CA) | 2001 | 2001 | CA | 525.00 | 1.70 | 892.50 |
| A | Malette, Michael | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Rodriguez, Noel | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 175.30 | 87,650.00 |
| A | Heyn, Matthew | Jones Day (CA) | 2003 | 2003 | CA | 500.00 | 41.80 | 20,900.00 |
| A | Bardwil, Melissa | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 495.00 | 111.80 | 55,341.00 |
| A | Liu, Leslie | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 4.10 | 1,927.00 |
| A | Chun, Sibyl | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 302.70 | 140,755.50 |
| A | | White & Case LLP (CA) | 2008 | 2008 | CA | 460.00 | 162.10 | 74,566.00 |

# California rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | $ TOTAL |
|---|---|---|---|---|---|---|---|
| A  Morrison, Kelley M | White & Case LLP (CA) | 2008 | 2008 | CA | $ 460.00 | 105.50 | 48,530.00 |
| A  Hawk, Jonathan | White & Case LLP (CA) | 2007 | 2007 | CA | 460.00 | 20.30 | 9,338.00 |
| P  Phillip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 15.00 | 6,750.00 |
| P  Larsen, J David | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 10.00 | 4,500.00 |
| A  Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 366.70 | 157,681.00 |
| A  Fitzmantel, Courtney | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 23.20 | 9,976.00 |
| A  Dickerson Matthew | Sidley Austin Brown & Wood LLP (CA) | 2007 | 2007 | CA | 426.60 | 25.30 | 10,752.00 |
| A  Tran, William | Sidley Austin Brown & Wood LLP (CA) | 2006 | 2006 | CA | 425.00 | 5.40 | 2,295.00 |
| A  Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 61.50 | 25,522.50 |
| A  Wilson, Lorna S. | Gibson Dunn & Crutcher LLP (CA) | 2008 | 2008 | CA | 400.00 | 4.00 | 1,600.00 |
| A  Smoots, Ariella | Sidley Austin Brown & Wood LLP (CA) | 2008 | 2008 | CA | 375.00 | 49.30 | 18,487.50 |
| A  Deerihan, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | | CA | 300.00 | 4.70 | 1,410.00 |
| A  Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | | CA | 300.00 | 2.10 | 630.00 |
| A  Elliot, Korin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 250.00 | 4.90 | 1,225.00 |
| LIB  Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP  Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 215.00 | 40.60 | 8,729.00 |
| PP  Krycler, Michelle | McKenna Long & Aldridge LLP (CA) | | | CA | 215.00 | 36.00 | 7,740.00 |
| PP  Pearson, Sandra | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 218.00 | | |
| PP  Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| LIB  Jones, Carla H. | Gibson Dunn & Crutcher LLP (CA) | | | | 165.00 | 0.50 | 82.50 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 3

December 2009

# BY BILLING RATE

# California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | $ RATE | HOURS | $ TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1979 | CA | 865.00 | 287.62 | 248,791.30 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 392.60 | 333,710.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 201.40 | 171,190.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 68.80 | 58,480.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1979 | CA | 850.00 | 68.00 | 57,800.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1976 | CA | 840.00 | 1.00 | 840.00 |
| A | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 825.00 | 258.25 | 213,056.25 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 820.00 | 240.60 | 197,292.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 820.00 | 80.20 | 65,764.00 |
| P | Tihonchak, Brian | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 785.00 | 157.30 | 123,480.50 |
| P | Lyons, Duane | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1986 | 1986 | CA | 785.00 | 60.20 | 47,257.00 |
| P | Orgel, Robert B. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 785.00 | 181.50 | 142,477.50 |
| P | Richards, Jeremy | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1980 | 1981 | CA | 785.00 | 94.00 | 73,790.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 740.00 | 20.30 | 15,022.00 |
| P | Parker, Daryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 740.00 | 54.00 | 39,960.00 |
| C | Grossman, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 11.20 | 7,784.00 |
| C | Celina, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1983 | 1983 | CA | 695.00 | 10.10 | 7,019.50 |
| C | Cho, Shirley | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1969 | 1970 | CA | 675.00 | 5.50 | 3,712.50 |
| P | Parker, Daryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 675.00 | 3.40 | 2,295.00 |
| C | Mahoney, James | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1966 | 1967 | CA | 675.00 | 60.80 | 41,040.00 |
| P | Arash, Dara | Gibson Dunn & Crutcher LLP (CA) | 1985 | 1985 | CA | 650.00 | 16.60 | 10,790.00 |
| P | Weston, Eric D. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 610.00 | 14.80 | 9,028.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1959 | 1959 | CA | 585.00 | 0.70 | 409.50 |
| A | Oing, Johanna V. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 585.00 | 3.70 | 2,164.50 |
| A | Newman, Samuel | Gibson Dunn & Crutcher LLP (CA) | 1987 | 1987 | CA | 595.00 | 100.80 | 59,976.00 |
| A | Dervos, Nora | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | 575.00 | 32.50 | 18,687.50 |
| A | Newman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 575.00 | 19.40 | 11,155.00 |
| A | Newark, Victoria | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1998 | 1999 | CA | 575.00 | 57.60 | 33,120.00 |
| C | Cho, Shirley | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1988 | CA | 525.00 | 1.40 | 735.00 |
| C | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 525.00 | 0.70 | 367.50 |
| A | Dinkelman, Jennifer | Pachulski Stang Ziehl Young Jones & Weintraub, LLP | 1999 | 1999 | CA | 495.00 | 1.30 | 643.50 |
| OC | Metcalf, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 495.00 | 109.70 | 54,301.50 |
| OC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 470.00 | 0.50 | 235.00 |
| A | Thern, Matthew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 465.00 | 2.10 | 976.50 |
| A | Brown, Gillian | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1999 | 1999 | CA | 465.00 | 8.80 | 4,092.00 |
| A | Bashoon, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 460.00 | 2.70 | 1,242.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 450.00 | 2.70 | 1,215.00 |
| P | Phillip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 430.00 | 40.60 | 17,458.00 |
| A | Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 330.00 | 16.60 | 5,478.00 |
| PP | Santas, Joseph C | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 2008 | 2008 | CA | 300.00 | 20.30 | 6,090.00 |
| A | Elliot, Klein | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | | 250.00 | 20.30 | 5,075.00 |
| PP | Lacroix, Andrea | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 2008 | | | 250.00 | 20.30 | 5,075.00 |
| LIB | Forestall, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 250.00 | 4.90 | 1,225.00 |

## California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| LIG Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | $ 250.00 | 1.80 | $ 450.00 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 47.90 | 10,777.50 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,917.50 |
| PP Harmon, Felice | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Harmon, Felice | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 60.40 | 12,986.00 |
| PP Gryczner, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 52.40 | 11,266.00 |
| PP Pearson, Sandra | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 215.00 | 52.40 | 11,266.00 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 59.75 | 11,651.25 |
| PP Atetico, Mike | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 6.00 | 1,170.00 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| LS Everhart, Christine | McKenna Long & Aldridge LLP (CA) | | | | 185.00 | 3.00 | 540.00 |
| PP Sann, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 16.90 | 2,535.00 |
| PP Bass, John | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 0.80 | 120.00 |

**EXHIBIT I**



**2010 NLJ Billing Survey**

Copyright © 2010, ALM Media Properties, LLC., All Rights Reserved

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Adams and Reese | New Orleans | $265 | $550 | $250 | $344 | $290 | $195 | $229 |
| 2010 | Akerman Senterfitt | Miami | | | | | | | |
| 2010 | Akin Gump Strauss Hauer & Feld | Washington | | | | | | | |
| 2010 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles | | | | | | | $405 |
| 2010 | Alston & Bird | Atlanta | $515 | $865 | $450 | $527 | $590 | $270 | |
| 2010 | Andrews Kurth | Houston | | $560 | $305 | | $340 | $175 | |
| 2010 | Archer & Greiner | Haddonfield, NJ | | | | | | | |
| 2010 | Arent Fox | Washington | | $765 | $400 | | $475 | $240 | |
| 2010 | Armstrong Teasdale | St. Louis | | $475 | $300 | | $325 | $200 | |
| 2010 | Arnold & Porter | Washington | | | | | | | |
| 2010 | Baker & Daniels | Indianapolis | | | | | | | |
| 2010 | Baker & Hostetler | Cleveland | | | | | | | |
| 2010 | Baker Botts L.L.P | Houston | | | | | | | |
| 2010 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, TN | $312 | $595 | $255 | $357 | $320 | $165 | $231 |
| 2010 | Ballard Spahr | Philadelphia | | | | | | | |
| 2010 | Barnes & Thornburg | Indianapolis | $367 | $613 | $298 | $416 | $355 | $225 | $261 |
| 2010 | Bass, Barry & Sims | Nashville, TN | | | | | | | |
| 2010 | Benesch, Friedlander, Coplan & Aronoff | Cleveland | $315 | $575 | $350 | $335 | $360 | $195 | $245 |
| 2010 | Best Best & Krieger | Riverside, Calif. | | $550 | $310 | | $395 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Bingham McCutchen | Boston | | | | | | | |
| 2010 | Blank Rome | Philadelphia | $510 | $855 | $440 | $615 | $550 | $280 | $361 |
| 2010 | Bond, Schoeneck & King | Syracuse, NY | $260 | $475 | $220 | $309 | $280 | $160 | $208 |
| 2010 | Briggs and Morgan | Minneapolis | $373 | $600 | $290 | $437 | $315 | $210 | $240 |
| 2010 | Brinks Hofer Gilson & Lione | Chicago | $435 | $725 | $345 | $541 | $420 | $195 | $308 |
| 2010 | Broad and Cassel | Orlando, FL | $307 | $475 | $260 | $372 | $350 | $175 | $242 |
| 2010 | Brown Rudnick | Boston | | | | | | | |
| 2010 | Brownstein Hyatt Farber Schreck | Denver | $391 | $810 | $295 | $463 | $360 | $200 | $256 |
| 2010 | Bryan Cave | St. Louis | $464 | $790 | $370 | $553 | $550 | $185 | $344 |
| 2010 | Buchalter Nemer | Los Angeles | $415 | $625 | $270 | $490 | $450 | $195 | $328 |
| 2010 | Buchanan Ingersoll & Rooney | Pittsburgh | | $900 | $310 | | $465 | $210 | |
| 2010 | Burr & Forman | Birmingham, AL | $328 | $500 | $210 | $361 | $335 | $200 | $250 |
| 2010 | Butzel Long | Detroit | | | | | | | |
| 2010 | Cadwalader, Wickersham & Taft LLP | New York | | $750 | $300 | | $375 | $200 | |
| 2010 | Cahill Gordon Reindel LLP | New York | | | | | | | |
| 2010 | Carlton Fields | Tampa, FL | $388 | $775 | $325 | $465 | $375 | $195 | $288 |
| 2010 | Chadbourne & Parke | New York | $456 | $995 | $390 | $769 | $625 | $110 | $442 |
| 2010 | Chapman and Cutler | Chicago | | | | | | | |
| 2010 | Clark Hill | Detroit | | | | | | | |
| 2010 | Cooley | Palo Alto, CA | | | | | | | |
| 2010 | Covington & Burling | Washington | | | | | | | |
| 2010 | Cozen O'Connor | Philadelphia | $422 | $880 | $310 | $497 | $585 | $225 | $326 |
| 2010 | Crowell & Moring | Washington | | | | | | | |
| 2010 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $489 | $785 | $675 | $669 | $575 | $290 | $365 |
| 2010 | Davis Wright Tremaine | Seattle | | | | | | | |
| 2010 | Day Pitney | Florham Park, NJ | $355 | $795 | $320 | $486 | $435 | $210 | $304 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Dewey & Leboeuf LLP | New York | | | | | | | |
| 2010 | Dickinson Wright | Detroit | | $575 | $355 | | $275 | $195 | $426 |
| 2010 | Dickstein Shapiro | Washington | $546 | $950 | $525 | $656 | $530 | $265 | $222 |
| 2010 | Dinsmore & Shohl | Cincinnati | $302 | $590 | $220 | $360 | $300 | $175 | |
| 2010 | DLA Piper | Chicago | | | | | | | |
| 2010 | Dorsey & Whitney | Minneapolis | $410 | $795 | $290 | $515 | $440 | $180 | $285 |
| 2010 | Duane Morris | Philadelphia | $483 | $850 | $240 | $550 | $480 | $135 | $349 |
| 2010 | Dykema Gossett | Detroit | $445 | $635 | $360 | $495 | $450 | $225 | $325 |
| 2010 | Eckert Seamans Cherin & Mellott | Pittsburgh | | $625 | $250 | | $320 | $150 | |
| 2010 | Edwards Angell Palmer & Dodge | Boston | $451 | $780 | $345 | $571 | $610 | $200 | $323 |
| 2010 | Epstein Becker & Green | New York | $429 | $850 | $350 | $620 | $450 | $180 | $325 |
| 2010 | Faegre & Benson LLP | Minneapolis | | | | | | | |
| 2010 | Finnegan, Henderson, Farabow, Garrett & Dunner | Washington | | | | | | | |
| 2010 | Fish & Richardson | Boston | | | | | | | |
| 2010 | Fisher & Phillips | Atlanta | | $605 | $340 | | $360 | $220 | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | New York | | $730 | $460 | | $440 | $275 | |
| 2010 | Foley & Lardner | Milwaukee | $554 | $1,035 | | $654 | | $255 | $426 |
| 2010 | Foley Hoag | Boston | | | | | | | |
| 2010 | Ford & Harrison | Atlanta | | $620 | $375 | | $390 | $250 | |
| 2010 | Fowler White Boggs | Tampa, FL | $350 | $575 | $325 | $400 | $315 | $205 | $250 |
| 2010 | Fox Rothschild | Philadelphia | $407 | $690 | $315 | $473 | $475 | $235 | $298 |
| 2010 | Frost Brown Todd | Cincinnati | $279 | $515 | $200 | $326 | $250 | $150 | $189 |
| 2010 | Fulbright & Jaworski | Houston | | | | | | | |
| 2010 | Gardere Wynne Sewell | Dallas | $445 | $815 | $380 | $531 | $445 | $195 | $311 |
| 2010 | Gibbons | Newark, NJ | $404 | $790 | $390 | $479 | $450 | $250 | $289 |
| 2010 | Gibson, Dunn & Crutcher LLP | Los Angeles | | | | | | | |
| 2010 | Godfrey & Kahn | Milwaukee | | $495 | $325 | | $340 | $180 | |
| 2010 | Goodwin Procter | Boston | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Gordon & Rees | San Francisco, CA | | | | | | | |
| 2010 | GrayRobinson | Orlando, FL | | $750 | $225 | | $315 | $150 | |
| 2010 | Greenberg Traurig | New York | $453 | $876 | $355 | $550 | $610 | $200 | $332 |
| 2010 | Harris Beach | Rochester, NY | | $500 | $275 | | $250 | $140 | |
| 2010 | Haynes and Boone | Dallas | | | | | | | |
| 2010 | Hinshaw & Culbertson | Chicago | | | | | | | |
| 2010 | Hiscock & Barclay | Syracuse, NY | $311 | $650 | $195 | $348 | $440 | $150 | $234 |
| 2010 | Hodgson Russ | Buffalo, NY | $328 | $665 | $230 | $374 | $410 | $175 | $238 |
| 2010 | Hogan Lovells | Washington | | | | | | | |
| 2010 | Holland & Hart LLP | Washington | | | | | | | |
| 2010 | Holland & Knight | Washington | $418 | $850 | $300 | $499 | $480 | $185 | $288 |
| 2010 | Holme Roberts & Owen | Denver | $355 | $635 | $285 | $415 | $530 | $170 | $295 |
| 2010 | Honigman Miller Schwartz and Cohn | Detroit | | | | | | | |
| 2010 | Hughes Hubbard & Reed LLP | New York | | | | | | | |
| 2010 | Hunton & Williams | Richmond, VA | | | | | | | |
| 2010 | Husch Blackwell | St. Louis | $329 | $804 | $230 | $357 | $415 | $171 | $220 |
| 2010 | Ice Miller LLP | Indianapolis | | | | | | | |
| 2010 | Ireil & Manella | Los Angeles | | | | | | | |
| 2010 | Jackson Kelly | Charleston, WV | | $496 | $245 | | $275 | $155 | |
| 2010 | Jackson Lewis | White Plains, NY | $364 | $715 | $260 | $428 | $440 | $150 | $282 |
| 2010 | Jones Day | Washington | | | | | | | |
| 2010 | Jones, Walker, Waechter, Poitevent, Carrare & Denegre | New Orleans | | $620 | $195 | | $275 | $140 | |
| 2010 | K&L Gates | Pittsburgh | | | | | | | |
| 2010 | Kelley Drye & Warren | New York | | $900 | $465 | | $565 | $275 | |
| 2010 | Kenyon & Kenyon LLP | New York | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Kilpatrick Stockton | Atlanta | $425 | $730 | $375 | $527 | $465 | $225 | $320 |
| 2010 | Kirkland & Ellis | Chicago | | | | | | | $332 |
| 2010 | Knobbe, Martens, Olson & Bear | Irvine, CA | $432 | $710 | $395 | $511 | $450 | $285 | |
| 2010 | Kramer Levin Naftalis & Frankel | New York | | | | | | | |
| 2010 | Lane Powell | Seattle | $349 | $600 | $310 | $431 | $350 | $230 | $278 |
| 2010 | Lathrop & Gage | Kansas City | | $490 | $255 | | $265 | $160 | |
| 2010 | LeClairRyan, Professional Corporation | Richmond, VA | | | | | | | |
| 2010 | Leonard, Street and Deinard | Minneapolis | | | | | | | |
| 2010 | Lewis and Roca | Phoenix, AZ | | | | | | | |
| 2010 | Lewis Brisbois Bisgaard & Smith | Los Angeles | | | | | | | |
| 2010 | Lewis, Rice & Fingersh | St. Louis | $330 | $460 | $260 | $415 | $315 | $190 | $235 |
| 2010 | Lindquist & Vennum | Minneapolis | $372 | $650 | $290 | $445 | $480 | $210 | $296 |
| 2010 | Littler Mendelson | San Francisco | | | | | | | |
| 2010 | Locke Lord Bissell & Liddell | Dallas | $486 | $1,120 | $400 | $599 | $525 | $215 | $320 |
| 2010 | Loeb & Loeb | New York | | $975 | $475 | | $575 | $275 | |
| 2010 | Lowenstein Sandler | Roseland, NJ | | $825 | $440 | | $575 | $235 | |
| 2010 | Luce, Forward, Hamilton & Scripps | San Diego | | $670 | $350 | | $445 | $245 | |
| 2010 | Manatt, Phelps & Phillips | Los Angeles | $568 | $850 | $525 | $651 | $525 | $200 | $405 |
| 2010 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | | $410 | $145 | | $320 | $130 | |
| 2010 | Maynard, Cooper & Gale | Birmingham, AL | | $600 | $325 | | $295 | $235 | |
| 2010 | McAndrews, Held & Malloy | Chicago | | $675 | $260 | | $350 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | McCarter & English | Newark, NJ | $355 | $825 | $360 | $498 | $405 | $215 | $313 |
| 2010 | McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | $210 | $550 | $295 | $280 | $275 | $160 | $190 |
| 2010 | McGuireWoods | Richmond, Va. | $455 | $830 | $325 | $543 | $600 | $220 | $355 |
| 2010 | McKenna Long & Aldridge | Atlanta | $455 | $775 | $375 | $540 | $490 | $220 | $366 |
| 2010 | Michael Best & Friedrich | Milwaukee | $346 | $650 | $235 | $400 | $320 | $190 | $239 |
| 2010 | Miles & Stockbridge | Baltimore | | $695 | $325 | | $370 | $220 | |
| 2010 | Miller & Martin | Chattanooga, TN | $328 | $610 | $235 | $361 | $275 | $180 | $218 |
| 2010 | Miller, Canfield, Paddock and Stone | Detroit | | | | | | | |
| 2010 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | $364 | $625 | $380 | $461 | $395 | $205 | $284 |
| 2010 | Moore & Van Allen | Charlotte N.C. | | $785 | $265 | $441 | $350 | $180 | $257 |
| 2010 | Morgan, Lewis & Bockius | Philadelphia | | | | | | | |
| 2010 | Morris, Manning & Martin | Atlanta | $424 | $760 | $425 | $492 | $545 | $225 | $353 |
| 2010 | Morrison & Foerster | San Francisco, CA | | | | | | | |
| 2010 | Munger, Tolles & Olson | Los Angeles | | | | | | | |
| 2010 | Neal, Gerber & Eisenberg | Chicago | | | | | | | |
| 2010 | Nelson Mullins Riley & Scarborough | Columbia, SC | $347 | $850 | $245 | $399 | $335 | $185 | $248 |
| 2010 | Nexsen Pruet | Columbia, SC | | $625 | $230 | | $250 | $160 | |
| 2010 | Nixon Peabody | New York | $429 | $905 | $375 | $613 | $580 | $195 | $386 |
| 2010 | O'Melveny & Myers | Los Angeles | | | | | | | |
| 2010 | Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | $351 | $575 | $300 | $389 | $390 | $195 | $285 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Orrick, Herrington & Sutcliffe | San Francisco, CA | | | | | | | |
| 2010 | Parker Poe Adams & Bernstein LLP | Charlotte N.C. | | | | | | | $399 |
| 2010 | Patton Boggs | Washington | $482 | $990 | $355 | $645 | $550 | $215 | |
| 2010 | Paul, Hastings, Janofsky & Walker | New York | | | | | | | |
| 2010 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | New York | | | | | | | |
| 2010 | Pepper Hamilton | Philadelphia | $326 | $825 | $420 | $547 | $465 | $230 | $329 |
| 2010 | Perkins Coie | Seattle | $447 | $825 | $275 | $534 | $370 | $200 | $354 |
| 2010 | Phelps Dunbar | New Orleans | $226 | $385 | $180 | $272 | $240 | $145 | $183 |
| 2010 | Phillips Lytle | Buffalo, NY | $255 | $535 | $260 | $352 | $450 | $150 | $283 |
| 2010 | Pillsbury Winthrop Shaw Pittman | New York | | | | | | | |
| 2010 | Polsinelli Shughart | Kansas City, MO | | $600 | $250 | | $325 | $185 | |
| 2010 | Quarles & Brady | Milwaukee | $364 | $660 | $290 | $438 | $400 | $210 | $260 |
| 2010 | Reed Smith | Pittsburgh | | | | | | | |
| 2010 | Reinhart Boerner Van Deuren | Milwaukee | | | | | | | |
| 2010 | Roetzel & Andress | Akron, OH | $317 | $525 | $225 | $357 | $325 | $166 | $243 |
| 2010 | Rutan & Tucker | Costa Mesa, CA | | $650 | $355 | | $450 | $225 | |
| 2010 | Saul Ewing | Philadelphia | $412 | $800 | $320 | $491 | $475 | $225 | $310 |
| 2010 | Schiff Hardin LLP | Chicago | | | | | | | |
| 2010 | Schnader Harrison Segal & Lewis | Philadelphia | | | | | | | |
| 2010 | Schulte Roth & Zabel | New York | | $895 | $735 | | $690 | $275 | |
| 2010 | Schwabe, Williamsen & Wyatt | Portland, OR | $360 | $640 | $310 | $415 | $450 | $200 | $260 |
| 2010 | Sedgwick, Detert, Moran & Arnold | San Francisco | | | | | | | |
| 2010 | Seyfarth Shaw | Chicago | $377 | $770 | $335 | $505 | $535 | $185 | $325 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Sheppard Mullin | Los Angeles | | $820 | $495 | | $620 | $270 | |
| 2010 | Sherman & Howard | New York | | | | | | | |
| 2010 | Shook, Hardy & Bacon | Kansas City, MO | | | | | | | |
| 2010 | Shumaker, Loop & Kendrick | Toledo, OH | $331 | $540 | $250 | $366 | $315 | $185 | $246 |
| 2010 | Skadden, Arps, Slate, Meagher & Flom | New York | | | | | | | |
| 2010 | Smith, Gambrell & Russell | Atlanta | | $740 | $325 | | $440 | $195 | |
| 2010 | Snell & Wilmer | Phoenix | $338 | $795 | $315 | $486 | $550 | $175 | $282 |
| 2010 | Squire, Sanders & Dempsey | Cleveland | | | | | | | |
| 2010 | Steptoe & Johnson LLP | Washington | | | | | | | |
| 2010 | Stevens & Lee | Reading, PA | | | | | | | |
| 2010 | Stinson Morrison Hecker | Kansas City, MO | | | | | | | |
| 2010 | Stites & Harbison | Louisville, KY | | | | | | | |
| 2010 | Stoel Rives | Portland, OR | $361 | $600 | $315 | $441 | $390 | $190 | $270 |
| 2010 | Strasburger & Price | Dallas | $336 | $617 | $250 | $372 | $306 | $194 | $243 |
| 2010 | Sullivan & Worcester | Boston | $537 | $830 | $475 | $647 | $535 | $290 | $383 |
| 2010 | Sutherland Asbill & Brennan | Atlanta | | | | | | | |
| 2010 | Taft, Stettinius & Hollister | Cincinnati | $315 | $500 | $220 | $358 | $365 | $165 | $227 |
| 2010 | Thompson & Knight | Dallas | | $825 | $410 | | $440 | $265 | |
| 2010 | Thompson Coburn | St. Louis | | $610 | $300 | | $395 | $190 | |
| 2010 | Townsend and Townsend and Crew | San Francisco, CA | $320 | $750 | $470 | $563 | $460 | $260 | $345 |
| 2010 | Troutman Sanders | Atlanta | | | | | | | |
| 2010 | Ulmer & Berne | Cleveland | | $665 | $260 | | $375 | $185 | |
| 2010 | Vedder Price | Chicago | $425 | $720 | $370 | $483 | $365 | $255 | $326 |
| 2010 | Venable | Washington | $484 | $950 | $445 | $590 | $500 | $280 | $353 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Vorys, Sater, Seymour and Pease | Columbus, OH | | | | | | | |
| 2010 | Wachtell, Lipton, Rosen & Katz | New York | | | | | | | |
| 2010 | Weil, Gotshal & Manges LLP | New York | | | | | | | |
| 2010 | White and Williams | Philadelphia | | | | | | | |
| 2010 | Wildman, Harrold, Allen & Dixon LLP | Chicago | | | | | | | |
| 2010 | Wiley Rein | Washington | | | | | | | |
| 2010 | Williams Mullen | Richmond, Va. | $368 | $645 | $315 | $428 | $370 | $230 | $279 |
| 2010 | Willkie Farr & Gallagher LLP | New York | | | | | | | |
| 2010 | Wilmer Cutler Pickering Hale and Dorr | Washington | | | | | | | |
| 2010 | Winstead | Dallas | $395 | $655 | $340 | $462 | $390 | $215 | $291 |
| 2010 | Winston & Strawn | Chicago | $486 | $1,075 | $475 | $670 | $610 | $250 | $393 |
| 2010 | Womble Carlyle Sandridge & Rice | Winston Salem, NC | $372 | $625 | $300 | $461 | $445 | $210 | $291 |
| 2010 | Wyatt, Tarrant & Combs | Louisville, KY | | $500 | $245 | | $285 | $180 | |



**ALM**
an incorporated Media Company

# 2010 NLJ Associate Class Billing Survey

Copyright © 2009, ALM Media Properties, LLC. All Rights Reserved

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Alston & Bird | $270 - $345 | $330 - $396 | $365 - $440 | $395 - $470 | $420 - $515 | $445 - $550 | $470 - $570 | |
| 2010 | Benesch, Friedlander, Coplan | $195 | $200 | $215 | $230 | $240 | $250 | $275 | |
| 2010 | Blank Rome | $250 - $275 | $260 - $290 | $280 - $305 | $325 - $360 | $345 - $400 | $370 - $435 | $390 - $460 | $410 - $480 |
| 2010 | Brinks Hofer Gilson & Lione | $240 | $265 | $285 | $310 | $340 | $365 | $390 | $410 |
| 2010 | Brownstein Hyatt Farber Schreck | $200 | | | | | | | |
| 2010 | Bryan Cave | $185 - $300 | $215 - $350 | $250 - $385 | $275 - $395 | $300 - $420 | $275 - $460 | $330 - $480 | $340 - $510 |
| 2010 | Curtis, Mallet-Prevost, Cott & | $290 | $335 | $375 | $415 | $455 | $495 | $535 | $575 |
| 2010 | Davis Wright Tremaine | $190 - $285 | $205 - $295 | $225 - $325 | $235 - $345 | $245 - $365 | $265 - $380 | $285 - $405 | $285 - $415 |
| 2010 | Dickinson Wright | $190 | $195 | $205 | $220 | $230 | $240 | $250 | |
| 2010 | Dickstein Shapiro | $265 - $290 | $325 - $375 | $375 - $425 | $376 - $425 | $425 - $475 | $425 - $475 | $475 - $530 | $475 - $530 |
| 2010 | Dinsmore & Shohl | $180 | $190 | $205 | $220 | $230 | $240 | $260 | 260 |
| 2010 | Edwards Angell Palmer & Dodge | 255 | 275 | | | | | | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | $275 | $300 | $325 | $350 | $370 | $385 | $405 | $420 |

| Fiscal Year | Firm Name | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Associate Class | | | | |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | $225 | $235 | $245 | $260 | $265 | $290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | 225 | 235 | 245 | 260 | 265 | 290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Patton Boggs | $290 | $315 | $340 | $370 | $400 | $425 | $450 | $490 |
| 2010 | Pepper Hamilton | $230 | $275 | $300 | $330 | $355 | $370 | $385 | $395 |
| 2010 | Perkins Coie | 272 | 290 | 306 | 337 | 345 | 372 | 391 | 436 |
| 2010 | Phillips Lytle | $160 | $170 | $190 | $195 | $210 | $225 | $220 | 235 |
| 2010 | Quarles & Brady | $210 - $235 | $220 - $240 | | | | | | |
| 2010 | Saul Ewing | $225 - $235 | $230 - $260 | $255 - $275 | $240 - $315 | $260 - $285 | $285 - $300 | $295 - $425 | $275 - $320 |
| 2010 | Schulte Roth & Zabel | $375 | $445 | $495 | $540 | $560 | $580 | $605 | $625 |
| 2010 | Schwabe, Williamson & Wyatt | $200 | | | | | | | |
| 2010 | Sheppard, Mullin, Richter & Hampton | $270 - $335 | $330 - $430 | $365 - $475 | $395 - $510 | $420 - $540 | $445 - $565 | $470 - $595 | $490 - $620 |
| 2010 | Snell & Wilmer | $185 | $200 | $225 | $260 | $285 | $315 | $350 | $365 |
| 2010 | Strasburger & Price | $200 | $220 | $240 | $260 | $280 | $300 | $320 | $340 |
| 2010 | Sullivan & Worcester | $290 | $305 | $330 | $350 | $370 | $390 | $425 | |
| 2010 | Thompson & Knight | $285 | $300 | $330 | $365 | $385 | $405 | $425 | $440 |
| 2010 | Townsend and Townsend and Crew | 260 | 290 | 325 | 370 | 390 | 420 | 450 | 460 |
| 2010 | Vedder Price | 225 | 270 | 290 | 310 | 325 | 345 | 360 | 380 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Williams Mullen | $230 | $250 | $265 | $295 | $295 | $310 | $345 | $345 |
| 2010 | Winstead | $215 | 215 | 227 | 260 | 280 | 300 | 325 | 350 |
| 2010 | Winston & Strawn | $295 - $320 | $305 - $335 | $325 - $365 | $350 - $400 | $380 - $440 | $420 - $480 | $455 - $520 | $490 - $555 |

**EXHIBIT J**

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09          http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

Font Size: ⊟ ⊞

# Bankruptcy Rates Top $1,000 Mark in 2008-09

Amy Kolz
The American Lawyer
December 16, 2009

Print    Share    Email    Reprints & Permissions    Post a Comment

A review of bankruptcy rates in Delaware and the Southern District of New York shows that a handful of U.S.-based partners at Am Law 200 firms have inched above the $1,000 rate barrier, making bankruptcy work as lucrative as it was plentiful in 2008 and 2009. Over a 12-month period ending August 2009, there were more than 13,000 billing rate entries submitted by law firms in the nation's two busiest bankruptcy courts, according to a new database compiled by ALM Media.

Among U.S.-based lawyers at Am Law 200 firms, Shearman & Sterling tax partner Bernie Pistillo topped the rate chart with an hourly fee of $1,085 for his work on the bankruptcy of Stock Building Supply Holdings LLC, a building products supplier, in Delaware. (One solo practitioner in Pleasantville, N.Y., Alan Harris, surpassed Pistillo's rate, charging $1,200 an hour for his work as special real estate litigation counsel on the bankruptcy of Digital Printing Systems in the Southern District of New York.) Eleven other U.S.-based Am Law 200 partners were in the $1,000-plus club, according to the database. Cadwalader, Wickersham & Taft financial restructuring co-chair Deryck Palmer, a former Weil, Gotshal & Manges partner, billed Lyondell Chemical Co. at a rate of $1,050 for work on its 2009 bankruptcy. Greenberg Traurig bankruptcy co-chair Bruce Zirinsky, who left Cadwalader last January, billed $1,050 an hour as debtor's counsel for TH Agriculture and Nutrition LLC, as did White & Case global restructuring head Thomas Lauria for WCI Communities Inc., and Robert Pincus, the head of the corporate practice in Skadden, Arps, Slate, Meagher & Flom's Wilmington office, for Harry Lemmerz International Inc., an automotive wheel supplier.

Neal Stoll, a Skadden antitrust partner, and Sally Thurston, a Skadden tax partner, billed $1,035 for work on the bankruptcies of VeraSun Energy Corp. and Hayes Lemmerz, respectively, while Latham & Watkins corporate finance chair Kirk Davenport billed at $1,025 an hour for Dayton Superior Corp.'s filing. Paul, Weiss, Rifkind, Wharton & Garrison partners Carl Reisner and Richard Bronstein billed at $1,025 for the Buffets Inc., bankruptcy. (Reisner is co-head of the firm's M&A practice and Bronstein is co-chair of its tax practice.) Simpson Thacher & Bartlett partners Lee Meyerson and litigator Michael Chepiga charged Lehman Brothers $1,000 an hour on the sale of its brokerage to Barclays Bank PLC.

Absent from the $1,000 club are Weil, Gotshal & Manges restructuring gurus Harvey Miller and Marcia Goldstein. Both clocked rates of $950 an hour for their work on the Lehman Brothers and BearingPoint Inc. bankruptcies, respectively. Also, Kirkland & Ellis' James Sprayregen billed $965 an hour for work on the bankruptcies of Lear Corp. and The Reader's Digest Association. And Jones Day partner Corinne Ball charged $900 an hour for her work on Chrysler's filing.

Comparing the median partner rates among Am Law 200 firms in the database demonstrated that there are few bargains when it comes to Chapter 11 work. Among those charging median partner rates of more than $900 an hour were: Cadwalader; Cleary Gottlieb Steen & Hamilton; Davis Polk & Wardwell; Milbank, Tweed, Hadley & McCloy; Paul Weiss; Shearman & Sterling; Simpson Thacher; and Skadden. Firms with median partner billing rates between $800 and $900 were Gibson Dunn, Fried Frank, Latham, Paul Hastings, Weil Gotshal, and White & Case. Firms billing $700 or below were Akin Gump Strauss Hauer & Feld, Kirkland, Sidley Austin, and Sonnenschein Nath & Rosenthal. (Medians can be deceiving, since some firms, such as Kirkland, had a difference of more than $500 between its highest- and lowest-rate partners.)

The bankruptcy case with one of the highest median partner rates was Nortel Networks. The phone equipment maker paid firms such as Cleary and Kirkland a median partner rate of $940. Firms working on the Lehman filing billed a median partner rate of $910 during the same time period, while firms working on the filing of Tribune Co. billed a median of $690, according to the database.

Associate rates occasionally topped $700 an hour on bankruptcies including Lehman and Nortel Networks, as well as that of the lesser-known Sportsman's Warehouse. Discovery attorneys, research specialists and benefits consultants sometimes billed between $500 and $800 on cases such as Nortel, Charter Communications and Graphics Properties Holdings Inc.

| FIRM | MEDIAN PARTNER RATE* | # PARTNERS FILING |
|---|---|---|
| Simpson Thacher | $980 | 30 |
| Cleary Gottlieb | $960 | 47 |
| Shearman & Sterling | $950 | 17 |
| Davis Polk | $948 | 14 |
| Skadden | $945 | 38 |
| Paul Weiss | $925 | 24 |
| Cadwalader | $900 | 29 |
| Milbank | $900 | 55 |
| Weil Gotshal | $843 | 142 |
| Gibson Dunn | $840 | 29 |
| Fried Frank | $83 | $18 |
| Latham & Watkins | $830 | 57 |
| White & Case | $825 | 21 |
| Paul Hastings | $810 | 46 |
| Sidley Austin | $700 | 99 |
| Akin Gump | $690 | 79 |



ADVERTISEMENT

it's nice to know there are 100 global law firms. but you only need one.

Top Stories From Law.com
Legal Technology
  Public Performance in the Digital Age
Corporate Counsel
  'In the Crosshairs': GCs Can Ignore Financial
  Fraud Risks at Their Peril
Small Firm Business
  San Francisco Associate Wins $1 Million in ESPN
  Game

ADVERTISEMENT



ALM REPRINTS

GET STARTED

lawjobs.com

TOP JOBS
MATRIMONIAL LITIGATOR
CONFIDENTIAL SEARCH
Great Neck, NY

Associate General Counsel
SalesEdge
Reston, VA

MORE JOBS >>
POST A JOB >>

ADVERTISEMENT

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09                http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

| Kirkland | $875 | 149 |
|---|---|---|
| Sonnenschein | $625 | 47 |

*U.S.-based partners only.

*The American Lawyer* will publish a detailed analysis of the bankruptcy billing rates in its February 2010 issue.

**Click here to order the Excel® version of the 2009 Bankruptcy Billing Rates Report.**

*This article first appeared on The Am Law Daily blog on AmericanLawyer.com.*

Print      Share      Email      Reprints & Permissions      Post a Comment

About ALM  |  About Law.com  |  Customer Support  |  Reprints  |  Privacy Policy  |  Terms & Conditions
Copyright 2009. ALM Media Properties, LLC. All rights reserved.



12/16/2009 9:36 AM

**EXHIBIT K**

*$1,000 Per Hour Isn't Rare Anymore; Nominal billing levels rise, but discounts ease blow. The National Law Journal January 13, 2014 Monday*

Copyright 2014 ALM Media Properties, LLC
All Rights Reserved
Further duplication without permission is prohibited

## THE NATIONAL
## LAW JOURNAL

The National Law Journal

January 13, 2014 Monday

**SECTION:** NLJ'S BILLING SURVEY; Pg. 1 Vol. 36 No. 20

**LENGTH:** 1860 words

**HEADLINE:** $1,000 Per Hour **Isn't Rare Anymore**;
Nominal billing levels rise, but discounts ease blow.

**BYLINE:** KAREN SLOAN

**BODY:**

As recently as five years ago, law partners charging $1,000 an hour were outliers. Today, four-figure hourly rates for indemand partners at the most prestigious firms don't raise eyebrows-and a few top earners are closing in on $2,000 an hour.

These rate increases come despite hand-wringing over price pressures from clients amid a tough economy. But everrising standard billing rates also obscure the growing practice of discounts, falling collection rates, and slow march toward alternative fee arrangements.

Nearly 20 percent of the firms included in The National Law Journal's annual survey of large law firm billing rates this year had at least one partner charging more than $1,000 an hour. Gibson, Dunn & Crutcher partner Theodore Olson had the highest rate recorded in our survey, billing $1,800 per hour while representing mobile satellite service provider LightSquared Inc. in Chapter 11 proceedings.

Of course, few law firm partners claim Olson's star power. His rate in that case is nearly the twice the $980 per hour average charged by Gibson Dunn partners and three times the average $604 hourly rate among partners at NLJ 350 firms. Gibson Dunn chairman and managing partner Ken Doran said Olson's rate is "substantially" above that of other partners at the firm, and that the firm's standard rates are in line with its peers.

"While the majority of Ted Olson's work is done under alternative billing arrangements, his hourly rate reflects his stature in the legal community, the high demand for his services and the unique value that he offers to clients given his extraordinary experience as a former solicitor general of the United States who has argued more than 60 cases before the U.S. Supreme Court and has counseled several presidents," Doran said.

In reviewing billing data this year, we took a new approach, asking each firm on the NLJ 350-our survey of the nation's 350 largest firms by attorney headcount-to provide their highest, lowest and average billing rates for associates and partners. We supplemented those data through public records. All together, this year's survey includes information for 159 of the country's largest law firms and reflects billing rates as of October.

The figures show that, even in a down economy, hiring a large law firm remains a pricey prospect. The median among the highest partner billing rates reported at each firm is $775 an hour, while the median low partner rate is $405. For associates, the median high stands at $510 and the low at $235. The average associate rate is $370.

Multiple industry studies show that law firm billing rates continued to climb during 2013 despite efforts by corporate counsel to rein them in. TyMetrix's 2013 Real Rate Report Snapshot found that the average law firm billing rate increased by 4.8 percent compared with 2012. Similarly, the Center for the Study of the Legal Profession at the Georgetown University Law Center and Thomson Reuters Peer Monitor found that law firms increased their rates by an average 3.5 percent during 2013.

Of course, rates charged by firms on paper don't necessarily reflect what clients actually pay. Billing realization rates-which reflect the percentage of work billed at firms' standard rates- have fallen from 89 percent in 2010 to nearly 87 percent in 2013 on average, according to the Georgetown study. When accounting for billed hours actually collected by firms, the realization rate falls to 83.5 percent.

"What this means, of course, is that- on average-law firms are collecting only 83.5 cents for every $1.00 of standard time they record," the Georgetown report reads. "To understand the full impact, one need only consider that at the end of 2007, the collected realization rate was at the 92 percent level."

In other words, law firms set rates with the understanding that they aren't likely to collect the full amount, said Mark Medice, who oversees the Peer Monitor Index. That index gauges the strength of the legal market according to economic indicators including demand for legal services, productivity, rates and expenses. "Firms start out with the idea of, 'I want to achieve a certain rate, but it's likely that my client will ask for discounts whether or not I increase my rate,'" Medice said.

Indeed, firms bill nearly all hourly work at discounts ranging from 5 percent to 20 percent off standard rates, said Peter Zeughauser, a consultant with the Zeughauser Group. Discounts can run as high as 50 percent for matters billed under a hybrid system, wherein a law firm can earn a premium for keeping costs under a set level or for obtaining a certain outcome, he added. "Most firms have gone to a two-tier system, with what is essentially an aspirational rate that they occasionally get and a lower rate that they actually budget for," he said.

Most of the discounting happens at the front end, when firms and clients negotiate rates, Medice said. But additional discounting happens at the billing and collections stages. Handling alternative fee arrangements and discounts has become so complex that more than half of the law firms on the Am Law 100-NLJ affiliate The American Lawyer's ranking of firms by gross revenue-have created new positions for pricing directors, Zeughauser said.

THE ROLE OF GEOGRAPHY

Unsurprisingly, rates vary by location. Firms with their largest office in New York had the highest average partner and associate billing rates, at $882 and $520, respectively. Similarly, TyMetrix has reported that more than 25 percent of partners at large New York firms charge $1,000 per

hour or more for contracts and commercial work.

Washington was the next priciest city on our survey, with partners charging an average $748 and associates $429. Partners charge an average $691 in Chicago and associates $427. In Los Angeles, partners charge an average $665 while the average associate rate is $401.

Pricing also depends heavily on practice area, Zeughauser and Medice said. Bet-the-company patent litigation and white-collar litigation largely remain at premium prices, while practices including labor and employment have come under huge pressure to reduce prices.

"If there was a way for law firms to hold rates, they would do it. They recognize how sensitive clients are to price increases," Zeughauser said. But declining profit margins-due in part to higher technology costs and the expensive lateral hiring market-mean that firms simply lack the option to keep rates flat, he said.

BILLING SURVEY METHODOLOGY

The National Law Journal's survey of billing rates of the largest U.S. law firms provides the high, low and average rates for partners and associates.

The NLJ asked respondents to its annual survey of the nation's largest law firms (the NLJ 350) to provide a range of hourly billing rates for partners and associates as of October 2013.

For firms that did not supply data to us, in many cases we were able to supplement billing-rate data derived from public records.

In total, we have rates for 159 of the nation's 350 largest firms.

Rates data include averages, highs and low rates for partners and associates. Information also includes the average full-time equivalent (FTE) attorneys at the firm and the city of the firm's principal or largest office.

We used these data to calculate averages for the nation as a whole and for selected cities.

Billing Rates at the Country's Priciest Law Firms

Here are the 50 firms that charge the highest average hourly rates for partners.

**Billing Rates at the Country's Priciest Law Firms**

| FIRM NAME | LARGEST U.S. OFFICE* | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | PARTNER HOURLY RATES | | ASSOCIATE HOURLY RATES | | |
|---|---|---|---|---|---|---|---|
| | | | AVERAGE | HIGH | LOW | AVERAGE | HIGH | LOW |

* Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. For complete numbers, please see NLJ.com.

** Firm did not exist in this form for the entire year.

| FIRM NAME | LARGEST U.S. OFFICE* | AVERAGE FTE | PARTNER AVERAGE | PARTNER HIGH | PARTNER LOW | ASSOCIATE AVERAGE | ASSOCIATE HIGH | ASSOCIATE LOW |
|---|---|---|---|---|---|---|---|---|
| Debevoise & Plimpton | New York | 615 | $1,055 | $1,075 | $955 | $490 | $760 | $120 |
| Paul, Weiss, | New York | 803 | $1,040 | $1,120 | $760 | $600 | $760 | $250 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rifkind, Wharton & Garrison | | | | | | | | |
| Skadden, Arps, Slate, Meagher & Flom | New York | 1,735 | $1,035 | $1,150 | $845 | $620 | $845 | $340 |
| Fried, Frank, Harris, Shriver & Jacobson | New York | 476 | $1,000 | $1,100 | $930 | $595 | $760 | $375 |
| Latham & Watkins | New York | 2,033 | $990 | $1,110 | $895 | $605 | $725 | $465 |
| Gibson, Dunn & Crutcher | New York | 1,086 | $980 | $1,800 | $765 | $590 | $930 | $175 |
| Davis Polk & Wardwell | New York | 787 | $975 | $985 | $850 | $615 | $975 | $130 |
| Willkie Farr & Gallagher | New York | 540 | $950 | $1,090 | $790 | $580 | $790 | $350 |
| Cadwalader, Wickersham & Taft | New York | 435 | $930 | $1,050 | $800 | $605 | $750 | $395 |
| Weil, Gotshal & Manges | New York | 1,201 | $930 | $1,075 | $625 | $600 | $790 | $300 |
| Quinn Emanuel Urquhart & Sullivan | New York | 697 | $915 | $1,075 | $810 | $410 | $675 | $320 |
| Wilmer Cutler Pickering Hale and Dorr | Washington | 961 | $905 | $1,250 | $735 | $290 | $695 | $75 |
| Dechert | New York | 803 | $900 | $1,095 | $670 | $530 | $735 | $395 |
| Andrews Kurth | Houston | 348 | $890 | $1,090 | $745 | $528 | $785 | $265 |
| Hughes Hubbard & Reed | New York | 344 | $890 | $995 | $725 | $555 | $675 | $365 |
| Irell & Manella | Los Angeles | 164 | $890 | $975 | $800 | $535 | $750 | $395 |
| Proskauer Rose | New York | 746 | $880 | $950 | $725 | $465 | $675 | $295 |
| White & Case | New York | 1,900 | $875 | $1,050 | $700 | $525 | $1,050 | $220 |
| Morrison & Foerster | San Francisco | 1,010 | $865 | $1,195 | $595 | $525 | $725 | $230 |
| Pillsbury Winthrop Shaw Pittman | Washington | 609 | $865 | $1,070 | $615 | $520 | $860 | $375 |
| Kaye Scholer | New York | 414 | $860 | $1,080 | $715 | $510 | $680 | $320 |
| Kramer Levin Naftalis & Frankel | New York | 320 | $845 | $1,025 | $740 | $590 | $750 | $400 |
| Hogan Lovells | Washington | 2,280 | $835 | $1,000 | $705 | - | - | - |

| Kasowitz, Benson, Torres & Friedman | New York | 365 | $835 | $1,155 | $300 | $340 | $925 | $200 |
|---|---|---|---|---|---|---|---|---|
| Kirkland & Ellis | Chicago | 1,517 | $825 | $995 | $590 | $540 | $715 | $235 |
| Cooley | Palo Alto | 632 | $820 | $990 | $660 | $525 | $630 | $160 |
| Arnold & Porter | Washington | 748 | $815 | $950 | $670 | $500 | $610 | $345 |
| Paul Hastings | New York | 899 | $815 | $900 | $750 | $540 | $755 | $335 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 322 | $800 | $860 | $730 | $480 | $785 | $345 |
| Winston & Strawn | Chicago | 842 | $800 | $995 | $650 | $520 | $590 | $425 |
| Bingham McCutchen | Boston | 900 | $795 | $1,080 | $220 | $450 | $605 | $185 |
| Akin Gump Strauss Hauer & Feld | Washington | 806 | $785 | $1,220 | $615 | $525 | $660 | $365 |
| Covington & Burling | Washington | 738 | $780 | $890 | $605 | $415 | $565 | $320 |
| King & Spalding | Atlanta | 838 | $775 | $995 | $545 | $460 | $735 | $125 |
| Norton Rose Fulbright | N/A** | N/A** | $775 | $900 | $525 | $400 | $515 | $300 |
| DLA Piper | New York | 4,036 | $765 | $1,025 | $450 | $510 | $750 | $250 |
| Bracewell & Giuliani | Houston | 432 | $760 | $1,125 | $575 | $440 | $700 | $275 |
| Baker & McKenzie | Chicago | 4,004 | $755 | $1,130 | $260 | $395 | $925 | $100 |
| Dickstein Shapiro | Washington | 308 | $750 | $1,250 | $590 | $475 | $585 | $310 |
| Jenner & Block | Chicago | 432 | $745 | $925 | $565 | $465 | $550 | $380 |
| Jones Day | New York | 2,363 | $745 | $975 | $445 | $435 | $775 | $205 |
| Manatt, Phelps & Phillips | Los Angeles | 325 | $740 | $795 | $640 | - | - | - |
| Seward & Kissel | New York | 152 | $735 | $850 | $625 | $400 | $600 | $290 |
| O'Melveny & Myers | Los Angeles | 738 | $715 | $950 | $615 | - | - | - |
| McDermott Will & Emery | Chicago | 1,024 | $710 | $835 | $525 | - | - | - |
| Reed Smith | Pittsburgh | 1,468 | $710 | $945 | $545 | $420 | $530 | $295 |
| Dentons | N/A** | N/A** | $700 | $1,050 | $345 | $425 | $685 | $210 |
| Jeffer Mangels Butler & Mitchell | Los Angeles | 126 | $690 | $875 | $560 | - | - | - |
| Sheppard, | Los | 521 | $685 | $875 | $490 | $415 | $535 | $275 |

Mullin, Richter & Hampton   Los Angeles

| Alston & Bird | Atlanta | 805 | | $675 | $875 | | $495 | $425 | | $575 | $280 |
|---|---|---|---|---|---|---|---|---|---|---|---|

THE FOUR-FIGURE CLUB

These 10 firms posted the highest partner billing rates.

**THE FOUR-FIGURE CLUB**

| | |
|---|---|
| Gibson, Dunn & Crutcher | $1,800 |
| Dickstein Shapiro | $1,250 |
| Wilmer Cutler Pickering Hale and Dorr | $1,250 |
| Akin Gump Strauss Hauer & Feld | $1,220 |
| Kasowitz, Benson, Torres & Friedman | $1,195 |
| Morrison & Foerster | $1,195 |
| Skadden, Arps, Slate, Meagher & Flom | $1,150 |
| Baker & McKenzie | $1,130 |
| Bracewell & Giuliani | $1,125 |
| Paul, Weiss, Rifkind, Wharton & Garrison | $1,120 |

Contact Karen Sloan at ksloan@alm.com

**LOAD-DATE:** January 13, 2014

Source:    **Legal** > / · · · / > **The National Law Journal** 
Terms:     **"isn't rare anymore"** (Suggest Terms for My Search)
View:      Full
Date/Time: Friday, August 15, 2014 - 6:12 PM EDT

LexisNexis®   About LexisNexis   | Privacy Policy   | Terms & Conditions   | Contact Us
Copyright ©  2014 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.