**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
ltfisher@bursor.com

**FARUQI & FARUQI, LLP**
Barbara Rohr (State Bar No. 273353)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: brohr@faruqilaw.com

*Attorneys for Plaintiffs and Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,

Plaintiffs,

v.

WHIRLPOOL CORPORATION,

Defendant.

Case No. 2:12-CV-00125-TLN-CKD

**SUPPLEMENTAL DECLARATION OF KATHLEEN WYATT RE COMPLIANCE WITH NOTICE PLAN**

I, Kathleen Wyatt, hereby declare and state as follows:

1. I am employed as a Senior Project Manager by Kurtzman Carson Consultants, LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. KCC was retained as the Settlement Administrator in this matter and as the Senior Project Manager, I oversee the administrative services provided. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Between July 25, 2016 and August 16, 2016, KCC received from Defense Counsel a compilation of spreadsheets of records reflecting 2,568 KitchenAid brand refrigerators sold to purchasers in California by six (6) identified sellers during the period of 2008 through 2012.

3. The names and addresses were processed through the National Change of Address ("NCOA") database to update any change of address on file with the United States Postal Service ("USPS"). The duplicate names and addresses were removed to create the mailing list, so that a purchaser class member would receive only one notice regardless of how many refrigerators the class member had purchased.

4. On or about August 26, 2016, KCC caused the Notice Postcard to be mailed to the 2,084 names and addresses on the mailing list described in paragraph 3. A true and correct copy of the Notice Postcard is attached hereto as **Exhibit A**.

5. On or before August 26, 2016, KCC created a case-dedicated website for the matter at www.RefrigeratorSettlement.com. The website provides users with the full-length notice as well as relevant court documents, important dates and claims filing functionality. All direct notice efforts, as well as the paid media campaign, direct individuals to the case website.

6. On or before August 26, 2016, KCC created a toll-free telephone number (855-730-8639) to be answered by live operators Monday through Friday 7:00 a.m to 5:00 p.m. Pacific Standard Time.

7. To reach Settlement Class Members, the Summary Notice appeared (or is scheduled to appear) as a one-eigth page notice, once a week for four consecutive weeks, in the Classified/Legal Notice section of the *Sacramento Bee* newspaper, on September 1, September 8, September 15, and September 22, 2016. A copy of the Summary Notice as published in the newspaper on September 1, 2016 is attached as **Exhibit B.** To further extend reach among Settlement Class Members, 11 million internet banner impressions targeting adults 25 years of age or older within the state of California were purchased to appear on a variety of websites. The

banners are scheduled to be delivered September 1, 2016 through September 29, 2016. Screenshots of the internet banners, as they appeared on the various websites, are attached as **Exhibit C.**

8. Since the mailing, 140 Notice Postcards have been returned as undeliverable by the USPS. After a skip trace search was conducted, 93 were remailed to updated addresses.

9. The deadline for opt-out requests is March 17, 2017. To date KCC has received no requests to be excluded from the settlement.

10. The deadline for objections is March 17, 2017. To date KCC has received no objections to the settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of March 2017, at San Rafael, California.

Kathleen Wyatt

KATHLEEN WYATT

# EXHIBIT A

Refrigerator Settlement Administrator
P.O. Box 4007
College Station, TX 77842-4007

Presorted
First-class Mail
US Postage
**PAID**
Permit #219
Petaluma, CA

2D

# LEGAL NOTICE

Postal Service: Please Do Not Mark Barcode

WPD-<<Claim7>>-<<CkDig>>
PIN Code: <<PIN>>

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

See other side for details

# WPD

A Court authorized this notice because a proposed settlement has been reached in a class action called *Dei Rossi v. Whirlpool* involving KitchenAid-brand refrigerators bearing model numbers KSRG25FV** and KSRS25RV** (the "Refrigerators"). This notice summarizes your legal rights. You should visit www.RefrigeratorSettlement.com to obtain more information about the proposed settlement and your rights. You also can write to the Settlement Administrator at info@refrigeratorsettlement.com or P.O. Box 40007, College Station, TX 77842-4007, or call 1-855-730-8639, to have a Claim Form mailed to you.

**Whirlpool's records show that you bought a Refrigerator and are a resident of the State of California. Therefore, you are prequalified to receive a settlement benefit.** Prequalified Class Members who complete the claims process will be entitled to elect between a $55 cash payment, less any less any voluntary payment paid by Whirlpool through Whirlpool's Voluntary Customer Satisfaction Program, or a 10% rebate of the purchase price of a new KitchenAid-brand major appliance (rebate amount depends on model purchased and other factors) if you purchase one within certain time limits. This notice contains a pre-printed claim ID number and PIN on the front side above your name and address. Please enter your claim ID number and PIN when you visit www.RefrigeratorSettlement.com to complete a Claim Form electronically or request a Claim Form by mail to the Settlement Administrator at the address on the reverse side. To be eligible for compensation, you must submit a Claim Form **no later than February 23, 2017**.

**What is the class action about?** Plaintiffs assert claims against Whirlpool based on Whirlpool allegedly misrepresenting the Refrigerators' energy efficiency by labeling them with the Energy Star logo.

**Who is included?** The settlement class includes California residents who bought or acquired a Refrigerator.

**How to request exclusion from the class.** If you wish to exclude yourself from this class action, complete an Opt-Out Form online at www.RefrigeratorSettlement.com or mail a written request for exclusion to the Settlement Administrator at the address on the reverse side postmarked **no later than March 10, 2017.** Your request must state "Exclude me from the settlement class in the Whirlpool Refrigerator Litigation," and you must include your name, address, and the case name listed above. If you do not exclude yourself, you will lose your right to sue Whirlpool and obtain any compensation other than through this settlement.

**How to file objections.** If you remain in the class, you can object to the proposed settlement or Class Counsel's request for attorney fees by filing an objection with the U.S. District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814. The fairness hearing will be held **no later than May 18, 2017**, at 2:00 PM. You or your attorney (if you choose to hire one) may appear at the hearing by filing a notice and entry of appearance with the Court. Objections and appearances must be filed with the Court **no later than March 10, 2017**.

**Class Counsel's attorney fees and contact information.** Plaintiffs and Whirlpool have agreed that Class Counsel should be paid a reasonable fee for their work on behalf of the Class. Plaintiffs and Whirlpool have not agreed on the specific amount of the fee to be paid to Class Counsel. If the settlement is approved, Class Counsel will request up to $4 million in attorney fees and reimbursement of costs. Class Counsel will also request a service award of $4,000 to be paid to each Class Representative. If approved, all of these amounts will to be paid by Whirlpool separately from and in addition to the cash benefits to the Class. You can write to Class Counsel at: Scott A. Bursor of the law firm Bursor & Fisher, P.A., 888 Seventh Avenue, New York, NY 10019.

# EXHIBIT B

# Classified

Find. Buy. Sell.
WWW.SACBEE.COM/PLACEANAD

SELL YOUR STUFF FAST!
916.321.1234
800.876.8700
WWW.SACBEE.COM

FREE ADS
Merchandise items under $1000.
Online orders only. Single item, excludes live animals, tickets.
2 lines, 3 days Fri.- Sun. only.
WWW.SACBEE.COM/PLACEANAD

Homes
WWW.SACBEE.COM/HOMES

Cars
cars.com
WWW.SACBEE.COM/CARS

Jobs
careerbuilder.com
WWW.SACBEE.COM/JOBS

For Sale
WWW.SACBEE.COM/CLASSIFIEDS

## Stuff

**Appliances 3025**

NOTE:
Customers should not provide credit card information to someone who calls them about an ad. If you have questions, call (916) 321-1234

The Sacramento Bee WILL BE CLOSED ON MONDAY, SEPTEMBER 5, 2016 in honor of Labor Day

Deadline for Tuesday Sept 6th publication is 5pm Friday Sept 2, 2016

WASHER/DRYER. lrg capacity $75 ea. Guaranteed to work. 916-563-9529

**Antiques 3050**

ABOUT VINTAGE WATCHES
Buying Wrist, Pocket; Lecoultre, Rolex, Omega. TOP $$$ PAID
CALL ME FIRST! 916-708-7804

ANTIQUES WANTED: & OLD METAL SIGNS! Call: (916) 544-0322

MARKET PLACE AT MAGNOLIA Huge Antique Fair, Food & Music, space to rent $30 +. 916-973-8590 Sat., Sept 17, 8A - 3P, 6468 Fair Oaks Blvd.

**Estate Sales 3250**

ROY A. JACKSON ESTATE SALE
CANCELED

**Furniture for Sale 3375**

**7PC OAK DINING SET**-$350, Oak Hutch-$400, Oak Halltree-$65, misc tables $50ea., loveseat-$65, Nordic Track Elliptical-$450 916-684-8559

**BEAUTIFUL wood table** 72''round wood table /w 8 high back chairs. 800.00 707-678-8682

Sacramento Bee Classified 321-1234

**Medical Equipment & Supplies 3550**

**INOGEN ONE G-3** Portable Oxygen Concentrator. INOGEN ONE G-3 All accessories included.House & Car chargers, 2 Batteries,carrying case.1 year old. $1,350 dsrteagle7@gmail.com 916-995-4867

**Wanted to Buy 3700**

**NATIVE American** collections. Baskets, blankets, beads. 916-880-0418

**R12 FREON** Licensed buyer will pay CASH for R12 cylinders. 312-291-9169

**Woodstoves & Firewood 3750**

**CASTILLO'S FIREWOOD** . Best buy. Seasoned split almond. Between 16" - 18" Free delivery. 209-394-8787

**Found 220**

★ FREE FOUND ADS ★
If you've found a lost pet or item, you can run a 2 line ad FREE for 4 days.
BEE CLASSIFIED 916-321-1234

**Lost 230**

**PET MISSING:** The Sacramento Bee would like to remind you that you may call the Sac City Animal Control Shelter 264-7387, 2127 Front St. The SPCA Shelter 383-7387, 6201 Florin Perkins Rd. The Placer County SPCA 782-7722; The Sac. County Animal Control Center, 875-5232, 3839 Bradshaw Road saccountyshelter.net (updated hourly); The Yolo County Control Center on Rd. 102 and Gibson, Woodland, (530) 668-5287; The Yolo County SPCA at (530) 758-7722; Placer County Animal Control, 11251 B Ave., Auburn. (530) 886-5539; El Dorado County Animal Control Shelter, 511 Placerville Dr., Placerville, (530) 621-5795

**CAT.** Dark gray and black, long hair Tabby. Last seen on Cresentdale Way on 8/26. 916-439-7326 REWARD

**GOLD RING** & Buck knives lost in shoe. Large Reward! ★ 916-765-5713

**LOST** LG Smartphone, 08/27/2016, West Roseville. Call 916 412-3147

**Legal Notices 301**

TO PUBLISH A LEGAL NOTICE IN THE SACRAMENTO BEE,
Call 916-321-1371,
Fax 916-321-1110 or email
legaladvertising@sacbee.com

NO 131 PUBLIC NOTICE

**1-800-Pack-Rat (CA-Sacramento-5458)**
**2934 Ramco St**
**West Sacramento, CA 95691**
**877-774-1537**

**Notice of Sale**

| Tenant: | Unit # |
|---|---|
| Bockhold, Bob | D51262 |
| Kijorski, Thelma | D50541 |
| Mangiola, Domenica | 805291 |
| Myers, Lurlene | D00893 |
| Pearlstein, Eric | D50676 |
| Rowe, Joylnn | D54970 |
| Turner, India | D54076 |
| Warnecke, Paula | 356506 |

1-800-Pack-Rat (CA-Sacramento-5458), 2934 Ramco St, West Sacramento, CA 95691, has possessory lien on all of the goods stored in the units above. All these items of personal property are being sold pursuant to the assertion of the lien on 9-12-2016 at 10:00 AM in order to collect the amounts due from you. The sale will take place on www.strange auctionservices.com from 9-12-2016 to 9-19-2016 at 6:00p.m.

NO 504 PUBLIC NOTICE

Pediatric Services of America, Inc. or PSA Healthcare of Sacramento, located at 1401 El Camino Avenue, Suite 520, Sacramento, CA 95815, hereby gives formal notice that it voluntarily terminates its Medicare Provider Agreement (Provider # 05-7487) as a Home Health Agency and its Provider Agreement as a Medi-Cal Provider (Provider # HHA07487G), effective September 30, 2016.

Administrator: Sheri Fayard, RN
Telephone Number: (916)929-3286

NO 890 PUBLIC NOTICE

**REQUEST FOR QUALIFICATIONS AND PROPOSALS FOR On-Call Inspector of Record Services**

Notice is hereby given that Stanislaus County will receive proposals for on-call inspector of record services for Stanislaus County Capital Projects. The Request for Qualifications and Proposals (RFQ/P) package may be obtained from Stanislaus County Capital Projects. Requests for the RFQ/P package may be directed to Stanislaus County Capital Projects by phone (209) 525-4380 or by fax (209) 525-4384. The RFQ/P will require a submission of four (4) Qualification Statements and Price Proposals by no later than 2:00 PM, September 21, 2016, to Stanislaus County, Attn: Patricia Hill Thomas, 1010 10th St, Ste 6800, Modesto, CA 95354.

**Fictitious Name 325**

NO 702 Public Notice
Winery Exchange, Inc. 500 Redwood Blvd, Ste 200 is doing business under the fictitious business name, Royal Beverages Company. Same address as above. Filed in Marin County #FBNMarin 2016-140407

NO 892 PUBLIC NOTICE
VGM Insurance Services, Inc. 1111 W. San Marnan Dr., Waterloo, IA. 50704 is doing business under the fictitious business name Affinity Club Underwriters. Same address as above. Filed in Sacramento County. FBNF2016-06976

NO 144 PUBLIC NOTICE

**REQUEST FOR PROPOSAL**

Notice is hereby given that the Butte County Office of Education, (hereinafter "BCOE") will receive sealed proposals at 1859 Bird Street, Oroville, California 95965 until 4:00 p.m. Friday, September 30th, 2016, for a Comprehensive Financial Management System. Any proposals received after the due date and time will not be considered.

Each proposal must conform to the requirements of the Request for Proposal ("RFP") specifications and other documents, which may be examined online at **http://bcoe.org/resources/proposals** and copies obtained at the office of Lisa Anderson, Senior Director, Fiscal Services, located at 1859 Bird Street, Oroville, CA 95965, (530) 532-5617.

No proposal will be considered unless it follows the instructions provided in the RFP.

It is the responsibility of the proposer to thoroughly examine and be familiar with all elements of this RFP.

This RFP shall not be construed to create an obligation on the part of BCOE to enter into an agreement with any firm or individual. This request is an information solicitation of proposal only. BCOE reserves the right to reject any and all proposals and/or waive any irregularities or informalities in the RFP process.

Tim Taylor
Superintendent of the
Butte County Office of Education
1859 Bird Street, Oroville, CA 95965

NO 143 PUBLIC NOTICE

**NOTICE OF PUBLIC AUCTION**

**Date:** **September 9, 2016**

**Location:** **VTS Transportation, Inc.**

**Address:** **2600 Athens Ave, Lincoln, CA 95648**

**Time:** **9:00 AM PDT**

By virtue of default by FTS Transport LLC under the Promissory Note and Security Agreement dated November 18, 2015 payable to Commercial Credit Group Inc. ("CCG"), which obligation is secured by the property described below (the "Equipment"), CCG will sell at Public Auction, to the highest bidder, **AS-IS, WHERE-IS, WITHOUT ANY REPRESENTATIONS OR WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR ANY WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE,** all of its right, title and interest to the following Equipment:

**(1) 2005 Utility Refrigerated Trailer-Serial # 1UYVS253X5U393442**

Terms:
Successful bidder must pay 25% of purchase price at time of sale via cash, certified or acceptable bank check, with the balance payable in good funds on the next business day, unless:
1. The bidder has pre-qualified by presenting CCG with a written non-contingent, lending commitment from a source and in a form acceptable to CCG in its sole discretion, in which case we will entertain bids up to the amount of such written commitment; or
2. The bidder has obtained from CCG written credit approval in advance of the scheduled public sale.

CCG reserves the right to bid at the sale. Contact Tracy Labanowski at 630-718-4650 for additional information or to arrange an inspection of the Equipment.

Commercial Credit Group Inc.
2135 City Gate Lane, Suite 440
Naperville, IL 60563

## Jobs

**Help Wanted 1601**

### CLINICIAN/RESIDENTIAL THERAPIST

Hello! We are Summitview Child & Family Services and we are currently seeking dynamic, team oriented Clinician/Residential Therapists to join Summitview's expansion! Duties: Provide weekly therapy to 6 residential children/youth, participation in Case Management meetings, communication with guardians/placing agencies/other staff members, completion of required paperwork in timely fashion. Requirements: Must clear DOJ/FBI background check, clean driving record, MFT or LCSW (Interns also considered). Hours: Flexible. Status: Full-Time, Benefits Eligible. Wage: Varies based upon experience and education. If you are interested please contact Jessica at (530)644-2412 x202.
You can email your resume to jflattley@summitviewtreatment.org
Apply online today at http://summitviewtreatment.org/site/index.php/careers/

### EQUIPMENT TECHNICIAN III, SPECIAL EQUIPMENT

Equivalent to three years of progressively responsible journey-level or skilled experience in the maintenance, repair and operation of scientific or technical equipment, including one year involving design modifications and fabrication of complex and highly technical equipment. Must be able to prioritize a complex workload and work collegially in a team environment with students, faculty and staff. Application deadline Sept 7. EEO/ADA. Salary range $4107 to $6667 per month. Job No. 101757, FT. Apply online today at http://www.csus.edu/about/employment

★ HOUSECLEANERS ★
Lisa's Housekeeping
Hiring All Areas. Start This Week
•• GREAT PAY ••
Will Work Around Your Schedule
Call Mon - Fri 8a-5p (916) 452-5080

### The Best Time to Call

The Sacramento Bee Classified Department is early in the day, and early in the week. The closer to deadline, especially for the week-end, the busier we are. By calling early, you are more likely to reach one of our helpful sales representatives right away. Naturally, no matter when you call us, we are commited to giving you quality customer service.

BEE Classified
(916) 321-1234
Toll Free: (800) 876-8700
Fax: (916) 321-1865
sacbee.com/classads

NO 130 PUBLIC NOTICE

California Department of Food & Agriculture (CDFA)

Medical Cannabis Cultivation Program (MCCP) Public Scoping Workshops & Comment Period

The California Department of Food & Agriculture (CDFA) is developing regulations to establish cannabis cultivation licensing and a track and trace system, collectively referred to as the Medical Cannabis Cultivation Program (MCCP). The overall purpose of CDFA's licensing program is to ensure medical cannabis cultivation is performed in a manner that protects the environment, cannabis cultivation workers, and the general public from the individual and cumulative effects of these operations, and fully complies with all applicable laws. An additional MCCP purpose is to establish a track and trace program to ensure the movement of medical cannabis items are tracked throughout the production chain.

CDFA is preparing a Programmatic Environmental Impact Report (PEIR) to provide the public, state and local agencies, and permitting agencies information about the potential environmental effects associated with the adoption and implementation of these statewide regulations. The PEIR will be prepared and circulated for public review by CDFA in accordance with the provisions of the California Environmental Quality Act (CEQA). CDFA will serve as the lead agency pursuant to CEQA and will consider public comments regarding the scope and content of the information to be included in the PEIR.

Public participation is a critical part of the regulation development and environmental review process, and is intended to meet CEQA requirements. CDFA welcomes public participation throughout the planning and environmental review process. The public will have an opportunity to comment on the Draft PEIR when it is available.

The formal comment period for the MCCP scoping begins on September 1, 2016 and ends September 30, 2016.

Written comments can be mailed to:
California Department of Food and Agriculture
Attn: Amber Morris
Medical Cannabis Cultivation Comments
1220 N Street, Suite 400
Sacramento, CA 95814

Comments may also be emailed to: mccp.peir@cdfa.ca.gov

The Notice of Preparation & Regulation Outline can be viewed online at https://www.cdfa.ca.gov/is/mccp

Eight Scoping Workshops will be held to provide the public and regulatory agencies an opportunity to ask questions and submit comments on the scope of the PEIR and regulations.

ALL MEETINGS WILL BE HELD FROM
4:00 PM – 7:00 PM.

Tuesday, September 13 - Sacramento
Sacramento Convention Center (Room 202), 1400 J St, Sacramento, CA 95814

Wednesday, September 14 Redding
Red Lion Hotel (Sierra Room), 1830 Hilltop Dr., Redding, CA 96002

Thursday, September 15 - Eureka
Red Lion Hotel (Pacific Room), 1929 4th St., Eureka, CA 95501

Tuesday, September 20 - Oakland
Oakland Marriott (Skyline Room), 1001 Broadway, Oakland, CA 94607

Wednesday, September 21 - San Luis Obispo
Courtyard by Marriott (Grand Ballroom), 1605 Calle Joaquin, San Luis Obispo, CA 93405

Thursday, September 22 - Coalinga
Harris Ranch (Garden Ballroom), 24505 West Dorris Ave., Coalinga, CA 93210

Tuesday, September 27- Pasadena
Pasadena Convention Center (Ballroom F), 300 East Green St., Pasadena, CA 91101

Wednesday, September 28 - Desert Hot Springs
Miracle Springs Resort & Spa (Mirage Ballroom), 10625 Palm Dr., Desert Hot Springs, CA 92240

Meeting facilities are accessible to persons with disabilities or who need assistance to participate. To request assistance or translation services, contact Michael Stevenson at (510) 986-1852 or Michael@horizonh2o.com.

LEGAL NOTICE

**If you purchased or acquired a new Kitchen-Aid brand refrigerator bearing model numbers KSRG25FV** or KSRS25RV**, you may be entitled to benefits from a class action settlement.**

*Si usted más información o desea obtener una copia de este documento legal en Español, visite el sitio www.RefrigeratorSettlement.com.*

A Settlement has been reached with Whirlpool Corporation ("Whirlpool") in a class action lawsuit alleging that Whirlpool misrepresented the refrigerators' energy efficiency by labeling them with the Energy Star logo when, in fact, they did not meet the Energy Star program's standards for energy efficiency. Whirlpool denies these allegations and all claims in the lawsuit and maintains that the refrigerators were, at all relevant times, compliant with the Energy Star program's standards for energy efficiency and marketed in accordance with the Energy Star program's requirements. The Court has not decided who is right. Instead, the parties have agreed to settle the case.

**WHO IS INCLUDED?**

Kitchen-Aid brand refrigerators bearing model numbers KSRG25FV** or KSRS25RV** are covered by this Settlement ("Class Refrigerator(s)"). Those included in the class action, together called a "Settlement Class" or "Class Members," include all residents of the State of California who either: (a) purchased a new Class Refrigerator; (b) acquired a new Class Refrigerator as part of the purchase or remodel of a home; or (c) received, as a gift from a donor meeting the requirements of either subsection (a) or subsection (b), a new Class Refrigerator, not used by the donor or by anyone else after the donor purchased the Class Refrigerator and before the donor gave the Class Refrigerator to the California resident. Go to www.RefrigeratorSettlement.com and use your model number and serial number to see if you own one of the Class Refrigerators.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement permits eligible claimants to elect to receive either a $55 cash payment, less any voluntary payment paid by Whirlpool through Whirlpool's Voluntary Customer Satisfaction Program, by which Whirlpool voluntarily paid cash to customers who bought a Kitchen-Aid brand refrigerator bearing model number KSRS25RV** as an energy adjustment credit, or a 10% rebate of the purchase price of a new Kitchen-Aid brand major appliance, without any cap as to the maximum amount of the rebate.

**HOW DO YOU ASK FOR BENEFITS?**

You must complete and submit a Claim Form by **February 23, 2017**. You can complete and submit your Claim Form online at www.RefrigeratorSettlement.com or print one from the website and mail it to the address on the form. Claim Forms are also available by calling 855-730-8639, sending an email to info@refrigeratorsettlement.com, or writing to the Claims Administrator at the address listed below.

**YOUR OTHER OPTIONS.**

If you do nothing, your rights will be affected but you will not get any settlement benefits. If you do not want to be legally bound by the Settlement, you must exclude yourself from it. The deadline to exclude yourself is **March 10, 2017**. Unless you exclude yourself, you will not be able to sue or continue to sue Whirlpool for any claim resolved by this Settlement or released by the Settlement Agreement. If you exclude yourself, you cannot get any benefits from the Settlement but are free to pursue legal claims that you may have against Whirlpool individually. If you stay in the Settlement (that is, you don't exclude yourself), you may object to it by **March 10, 2017**. More information can be found in the detailed Frequently Asked Questions document and complete Settlement Agreement, which are available at www.RefrigeratorSettlement.com.

**THE COURT'S FAIRNESS HEARING.**

The U.S. District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, will hold a hearing in this case (*Dei Rossi, et al. v. Whirlpool Corp.*, Case No. 2:12-CV-00125) on **May 18, 2017**, at 2:00 p.m. (PT ) in Courtroom 2, 15th Floor. At the fairness hearing, the Court will decide whether to approve the Settlement; a request for $4,000 service awards to each of the Class Representatives (Marc Linthicum and Kyle Dei Rossi); and Class Counsel's request for up to $4 million in attorney fees and reimbursement of costs to Class Counsel. If approved, these fees, expenses, and awards will be paid separately by Whirlpool and will not reduce the benefits available to Class Members. You may appear at the hearing, but you do not have to. You may also hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**WANT MORE INFORMATION?**

Visit www.RefrigeratorSettlement.com, send an email to info@refrigeratorsettlement.com, call 855-730-8639, or write to Refrigerator Settlement Claims Administrator, P.O. Box 40007, College Station, TX 77842-4007.

## Best Friends

Pets • Supplies • Services To place and view ads, go to: www.sacpaws.com

My name is Buckys. I live in Natomas and I love being brushed by my best friend Gerald

Customers should not provide credit card information to anyone who calls them about an ad. If you have questions, call 916-321-1234

**Pets 5010**

NOTE:
Customers should not provide credit card information to someone who calls them about an ad. If you have questions, call (916) 321-1234

**ADOPT** wonderful shelter animals. County Shelter 368-PETS, SPCA 383-PETS; City Animal Control: 264-PETS. High Plateau Humane Society. 530-233-9277 hphumanesociety.org

**AKC STANDARD POODLE PUPPIES PARTI-COLORS READY 9/13/16** $1000 ezunderwood@gmail.com 530-410-2540

**AUSTRALIAN SHEPHERD** ASCA Registered pups. $650 209-274-2938 or aussiesatranchoybarra.com

**BICHON** 4 Female puppies, 2 months old, ready for a new home. $400 each chitalaelideth@gmail.com 916-807-1224

**BULLMASTIFF** pups, champion blood line. $1800★ 530-472-1869

**CALIFORNIA CODE SB 914**
Effective January 1, 2006, makes it a crime to sell and transfer a dog less than 8 weeks of age to a purchaser unless there is written authorization from a veterinarian. The code calls for a $250 fine for each dog sold and transferred under the age of 8 weeks.

**GOLDEN Retriever**
AKC Purebred. Excel.family/hunting dogs. Health guaranteed. Parents on site . Next litter Oct31 1000ea 530-646-8430

**ANIMALS** purchased as pets require a commitment for their life care. The Bee Classified Department encourages awareness of the responsibilities of pet ownership.

**The State Board of Equalization** requires that a person who sells pets must register with the Board for a seller's permit if they are engaged in busness in California and make more than two sales during a twelve-month period. The number of sales is measured by each individual sale of an animal, not by the number of litters.

The Sacramento Bee WILL BE CLOSED ON MONDAY, SEPTEMBER 5, 2016 in honor of Labor Day

Deadline for Tuesday Sept 6th publication is 5pm Friday Sept 2, 2016

**DACHSHUND**

AKC DACHSHUND PUPPIES
Standard Smooth. 2 males 2 females offered as pets.
Born May 26, 2016, in Nevada City CA.
Both Sire and Dam are AKC Champions.
Puppies have received all of their shots to date and have had dewclaws removed.
Males $775 Females $900 $900
turtlejeff@gmai.com 530-477-0744

**PUG**
AKC superior blood lines. 6 Gorgeous Blk, Fwn & Slvr. Auburn, CA. $1,500 loony4taz7@yahoo.com 530-227-2233

**Sacramento City and County** have established ordinances regarding animal licensing. The code states: It is unlawful for any person to own, harbor or keep a dog or cat, over the age of four months, without first obtaining a license authorizing the keeping of such dog or cat. It is unlawful for any person to breed an unaltered dog or cat while the dog or cat is unlicensed. It is unlawful for any person to own, harbor or keep any dog or cat over the age of four months that has not been sterilized, unless such person holds an unaltered license, unaltered license with reduced fees, or is otherwise exempt. Any owner who advertises any dog or cat for sale shall display the license number in any such advertisement. If selling a litter of kittens and/or puppies under the age of four months, the license number of the animal who was bred must be displayed.

**GERMAN Shepherd adult** pups, blk, blk/ tan $200-$250★ 916-206-4206

**PAPILLION/CHIHUAHUA** pups, cutiny, 8wks $150 Also, 1 pure-bred Chihuhua, Blk, M $100★ 916-204-0067

Sacramento Bee Classified 321-1234

**HUSKY Malamute** puppies, 8 wks, ready to go. Vet chk/shots/ dewormed. 3 males, 1 fem $500 530-701-8765

**LABRADOR retreiver** LABRADOR RETRIEVER

LAB RETRIEVER AKC PUPS YELLOW & WHITE big blocky English head, champ lines, country born, family raised, Bred for calm temperment. Orthopedic soundness. Gd looks. Parents on site, health guar., shots, wormed,dew claws. $800 530-282-8055 $800 wisniewski13581@yahoo.com 530-282-8055

**SHELTIES** sable/whites,tri colors a12treasure@aol.com 209-824-4545

**YORKIE Pup AKC.** Champ line, shots/ cute! Parents onsite 916-208-7849

**YORKIE/SHIH TZU**, puppies 10.5wks, $850. Call or text★ 916-262-6572



# EXHIBIT C

Dei Rossi v. Whirlpool : 160x600
Site : Housebeautiful.com

HouseBeautiful DESIGN ROOMS RENOVATE LIFESTYLE GARDENING

ORGANIZING
Share

## 11 Brillant IKEA Hacks for a Super-Organized Bathroom

Squeeze in all the extra storage (and style) your tiny space is missing.

BY LAUREN SMITH

If you purchased or acquired a new Kitchen-Aid brand refrigerator bearing model numbers KSRG25FV** or KSRS25RV**, you may be entitled to benefits from a class action settlement.

Learn More

www.RefrigeratorSettlement.com

LIFESTYLE
Sep 1, 2016
Share

## The 13 Most Popular Engagement Rings on Pinterest

Sapphires and rose gold are both huge hits with the people of Pinterest.

BY JESS EDWARDS

COLOR OF THE WEEK
       

Computershare WPD : 300x250
Site : Everydayfamily.com



Dei Rossi v. Whirlpool : 728x90
Site : Doityourself.com



Dei Rossi v. Whirlpool : 300x250
Site : Today.com

Excessive cleaner? 4 ways you're ruining your home — and what to do about it

share

Looking to sell? 7 DIYs that will increase the value of your home

share

Pineapples are having a moment! 39 ways to try this fruity summer trend

share

Do I need to replace my roof? Answers to your household questions

share

Get in the spirit with these easy July 4th DIY crafts — plus printables!

share

AdChoices | advertisement

5 tips that'll help even 'lazy' cleaners keep their house spick-and-span

share

Do you really need to use 3 detergent pods to clean clothes? Tide says yes

share

How to keep your cake from drying out and more summer tricks

share

HOME VIDEO

Here's a simple way to hide your toilet brush and plunger

Sherwin-Williams color of the year revealed: Poised taupe

Apps and websites to help sell your clothes for extra cash

Fall hacks: Genius ways to refresh your winter wardrobe

Your home may be full of hidden treasures: Here's how to find them



Dei Rossi v. Whirlpool : 728x90
Site : Goodhousekeeping.com

GH HOME IDEAS FOOD BEAUTY BACK TO SCHOOL IDEAS PRODUCT REVIEWS SUBSCRIBE FOLLOW

If you purchased or acquired a new Kitchen-Aid brand refrigerator bearing model numbers KSRG25FV** or KSRS25RV**, you may be entitled to benefits from a class action settlement.

Learn More

www.RefrigeratorSettlement.com

