**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
ltfisher@bursor.com

**FARUQI & FARUQI, LLP**
Barbara A. Rohr (State Bar No. 273353)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: brohr@faruqilaw.com

*Class Counsel*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,

Plaintiffs,

v.

WHIRLPOOL CORPORATION,

Defendant.

Case No. 2:12-CV-00125-TLN-CKD

**NOTICE OF WITHDRAWAL OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND SERVICE AWARDS**

Courtroom: 2 - 15th Floor

Judge: Honorable Troy L. Nunley

Plaintiffs Kyle Dei Rossi and Mark Linthicum ("Plaintiffs") filed their Motion for an Award of Attorneys' Fees, Costs and Expenses and Service Awards on March 3, 2017. Since the filing of that motion, the parties have reached agreement on the amount of attorneys' fees, costs and expenses to be paid to Class Counsel, subject to the Court's approval. Accordingly, Plaintiffs hereby withdraw their March 3, 2017 Motion for an Award of Attorneys' Fees, Costs and Expenses, and Service Awards (Dkt. No. 181). Plaintiffs intend to file an amended motion in the near future that reflects the agreement reached by the parties.

Dated: April 10, 2017

**BURSOR & FISHER, P.A.**

By: *_____/s/ L. Timothy Fisher_____*
L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: scott@bursor.com
ltfisher@bursor.com

**FARUQI & FARUQI, LLP**
Barbara A. Rohr (State Bar No. 273353)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: brohr@faruqilaw.com

*Class Counsel*

**VOZZOLO LLC**
Antonio Vozzolo (*pro hac vice*)
345 Route 17 South
Upper Saddle River, NJ 074578
Tel: 201-630-8820
Fax: 201-604-8400
Email: avozzolo@vozzolo.com

*Additional Counsel for Plaintiffs*