UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEI ROSSI and MARK LINTHICUM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | No. 2:12-cv-00125-TLN-CKD<br><br>**ORDER 1) GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) GRANTING UNOPPOSED AMENDED MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENTS, SETTLEMENT ADMINISTRATION EXPENSES, AND ATTORNEYS' FEES, EXPENSES, AND COSTS; AND (3) ENTERING JUDGMENT OF DISMISSAL** |

On May 18, 2017, the Court conducted a hearing regarding final approval of the settlement and release of claims in this matter, Plaintiffs' motion for attorneys' fees and costs, class representative payments, and settlement administration expenses. (*See* ECF Nos. 180 & 184.) The Court having considered the Settlement Agreement and Release ("Agreement"), as well as both motions, and all exhibits and declarations, all papers and proceedings, all oral and written comments regarding the proposed Agreement, and having reviewed the record, and for good cause appearing, GRANTS Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 180) and GRANTS Plaintiffs' Amended Motion for Award of Attorneys' Fees, Costs, and Expenses, and Class Representative Service Awards (ECF No. 184), as follows.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. To the extent defined in the Agreement, the terms in this Order shall have the meanings set forth therein.

2. The Court has jurisdiction over the subject matter of this litigation and over all parties to this litigation, including the Class Representatives, the Class Members, and Defendant.

3. The Court hereby GRANTS the Plaintiffs' Motion for Final Approval of the Class Action Settlement, approves the terms of the settlement as outlined in the Agreement as, in all respects, fair, adequate, reasonable, in the best interest of the Class and each Class Member, based on the following factors:

    a. The estimated loss for each Class Member in relation to the amount offered in settlement;

    b. The risk, expense, complexity, and likely duration of continued litigation;

    c. The risk of maintaining class action status;

    d. The extent of discovery completed and the stage of the proceedings;

    e. The extensive motions practice by the parties;

    f. The experience and views of counsel;

    g. The lack of opposition or opt outs by Class Members to the proposed settlement; and

    h. The fact that the settlement was reached after serious, extensive, non-collusive, arm's-length negotiations by experienced counsel.

4. As the Court previously found in the Court's Order Granting Preliminary Approval, the Class, for settlement purposes only, satisfies the requirements for a Rule 23 settlement class, and is defined as follows:

> All residents of the State of California who (a) bought a new Class Refrigerator, (b) acquired a Class Refrigerator as part of the purchase or remodel of a home, or (c) received as a gift, from a donor meeting the requirements of either subsection(a) or subsection (b), a new Class Refrigerator not used by the donor or by anyone else after the donor bought or acquired the Class Refrigerator and before the donor gave the Class Refrigerator to the California resident.

////

////

5. The Court finds that distribution of the Notice to Class Members in the manner and form required has been completed in accordance with this Court's Order Granting Preliminary Approval and the terms of the Agreement, constituted the best notice practicable under the circumstances, provided due and adequate notice of the proceedings and the matters herein, including the proposed settlement, to all persons entitled to such notice, and the Notice fully satisfied the requirements of due process, the Constitution of the United States of America, and Rules 23(d) and (e) of the Federal Rules of Civil Procedure.

6. No Class Members objected to the Agreement or opted out of it, as of the last reporting by the Settlement Administrator on March 3, 2017.

7. In compliance with the requirements of 28 U.S.C. § 1715(b), Defendant provided notice of the settlement to (a) the Attorney General of the United States of America and (b) to the appropriate state office in California (as that term is defined in 28 U.S.C. § 1715(a)(2)). As further required under 28 U.S.C. § 1715(d), more than 90 days have elapsed since the service of such notices. Neither the Attorney General of the United States nor any appropriate California state official has served written objection to the settlement or appeared at the Final Approval and Fairness hearing to object to the settlement.

8. Due to adequate notice of the proceedings having been provided to Class Members, and a full opportunity having been offered to participate in the Final Approval and Fairness Hearing, it is hereby determined that they are bound by this Order of Final Approval of Class Action Settlement, including without limitation, the Released Claims.

9. Upon entry of this Order of Final Approval and Judgment of Dismissal, and by operation of this Order of Final Approval and Judgment of Dismissal, the Released Claims, as set forth in the Agreement, of each Class Member against Defendant, are fully, finally and forever released, relinquished and discharged pursuant to the terms of the Agreement, and all Class Members shall be barred and permanently enjoined from participating in any other lawsuit against Defendant, concerning the claims settled and released in this suit.

////

////

10. The plan of distribution set forth in the Agreement providing for distribution of monetary relief to the Class Members is approved as being fair, reasonable and adequate pursuant to Rule 23 of the Federal Rules of Civil Procedure.

11. The Court hereby awards Class Counsel reasonable attorneys' fees, expenses, and costs in the amount of $735,000, to be paid in addition to the monetary relief for Class Members.

12. The Court hereby awards service payments in the amount of $4,000 each to Class Representatives, Kyle Dei Rossi and Mark Linthicum, to be paid in addition to the monetary relief for Class Members.

13. The Court hereby approves the payment of fees and costs to the Settlement Administrator, to be paid in addition to the monetary relief for Class Members.

14. The Court hereby directs the parties to effectuate the settlement according to the terms set forth in the Agreement and this Order.

15. The Court hereby enters judgment approving the terms of the Agreement and dismissing this suit on the merits with prejudice in accordance with the Agreement. The Second Amended Complaint is dismissed on the merits with prejudice on a class-wide basis. This document shall constitute a final judgment for purposes of Federal Rule of Civil Procedure 58.

16. Without further order of this Court, the parties may jointly agree to reasonable extensions of time to carry out any provisions of the Agreement.

17. If the settlement does not become final and effective in accordance with the terms set forth in the Agreement, then this Order Granting Final Approval and Judgment of Dismissal and all orders entered in connection herewith shall be rendered null and void and shall be vacated.

18. Without affecting the finality of this Order and Judgment of Dismissal, the Court hereby retains continuing jurisdiction over the settlement fund, the settling parties, the Class Members and distribution of the monetary relief, and any other matters involving the implementation of the terms in the Agreement.

Dated: May 23, 2017

_____
Troy L. Nunley
United States District Judge